Richard L. Nelson
ABA No. 0209036
Baxter Bruce & Sullivan, P.C.
P.O. Box 32819
Juneau, Alaska 99803
phone: (907) 789-3166
fax: (907) 789-1913
rnelson@baxterbrucelaw.com
Attorneys for Plaintiffs

**FILED**

DEC 2 0 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA

JOERGEN SCHADE and ROBERT MERRELL )
　　　　　　　　　　　　　　　　　　)
　　　　　Plaintiffs,　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
vs.　　　　　　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　)
KETCHIKAN GATEWAY BOROUGH and )
CHARLES POOL　　　　　　　　　　　) J 05-0017 CV (JKS)
　　　　　　　　　　　　　　　　　　)
　　　　　Defendants　　　　　　　　) Case No. J05-_____ CV (___)

## MOTION FOR EXPEDITED HEARING AND REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.2 (a) and (c), Plaintiffs seek an expedited hearing and request oral argument on their Motion for Temporary Restraining Order and Preliminary Injunction. This motion is accompanied by the Affidavit of Richard L. Nelson, counsel for Plaintiffs, explaining the reasons for request and addressing the matters set forth in Local Rule 7.2 (1)[A] and [B]. This motion is supported by the Affidavit of Richard L. Nelson.

ORIGINAL

*Joergen Schade and Robert Merrell v. Ketchikan Gateway Borough and Charles Pool*
Motion for Expedited Hearing and Request for Oral Argument; Page 1 of 2; Case No. J05-_____ CV (___)

DATED this 20th day of December, 2005.

BAXTER BRUCE & SULLIVAN P.C.

By /s/ Richard L. Nelson
Richard L. Nelson, ABA No. 0209036
Attorneys for Plaintiffs

**PROOF OF SERVICE PURSUANT TO D. AK. LR 7.2(C)(1)[B]**

I hereby certify that on this 20th day of December, 2005, I served each of the following documents by either fax or by email (attachment as scanned document) on: (1) counsel for Defendant Ketchikan Gateway Borough, Mr. Scott Brandt-Erichsen, 344 Front Street, Ketchikan, Alaska 99901, fax (907) 247-6625, boroatty@borough.ketchikan.ak.us; and (2) Charles Pool, 5362 N. Tongass Hwy (Box 5236), fax (907) 225-1893.

1. Complaint for Declaratory and Injunctive Relief
2. Demand for Jury Trial
3. Motion for Temporary Restraining Order and Preliminary Injunction
4. Memorandum in Support of Motion for Temporary Restraining Order and Preliminary Injunction
5. Affidavit of Joergen Schade
6. Affidavit of Robert Merrell
7. Notice of Filing Re Affidavits
8. Motion for Expedited Hearing and Request for Oral Argument
9. Affidavit of Richard L. Nelson

/s/ Heather A. Hildebrand
Heather A. Hildebrand

BAXTER BRUCE & SULLIVAN P.C.
P.O. Box 32819, Juneau Alaska 99803
Ph: (907) 789-3166
Fax: (907) 789-1913

*Joergen Schade and Robert Merrell v. Ketchikan Gateway Borough and Charles Pool*
Motion for Expedited Hearing and Request for Oral Argument; Page 2 of 2; Case No. J05-_____ CV (___)

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA

| | |
|---|---|
| JOERGEN SCHADE and ROBERT MERRELL,<br><br>Plaintiffs,<br><br>vs.<br><br>KETCHIKAN GATEWAY BOROUGH and CHARLES POOL<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. J05 - _____ CV (___) |

## AFFIDAVIT OF RICHARD L. NELSON

Richard L. Nelson, after being first duly sworn upon oath, deposes and states:

1. I am counsel of record for Plaintiffs.
2. The facts stated herein are true and correct.
3. Plaintiffs have filed a Motion for Temporary Restraining Order and Preliminary Injunction. A time schedule shorter than otherwise provided by the rules for hearing is necessary because of the immediate nature of the relief sought—to prevent the imminent transfer of certain real property.
4. Repeated efforts have been made to resolve the dispute with Ketchikan Gateway Borough, with notice to the Borough's attorney, Scott Brandt-Erichsen. The last response received from Mr. Brandt-Erichsen was that the Borough intended to continue with the sale of the property to Mr. Pool, its intended grantee. The final effort toward an out-of-court resolution, a letter from my firm dated December 7, 2005, which also included notice to Mr. Pool, has received no response. We have not been advised that Mr. Pool has retained counsel. The various correspondence reflecting these efforts is attached to the Affidavit of Joergen Schade, filed with the Motion for Temporary Restraining Order and Preliminary Injunction. No resolution has been reached.

*Joergen Schade and Robert Merrell v. Ketchikan Gateway Borough and Charles Pool*
Affidavit of Richard L. Nelson; Page 1 of 2; Case No. J05-_____ CV (___)

5. The Borough's attorney previously indicated that the intended transferee, Mr. Pool, wanted to wait until after the first of the year to close for tax reasons. However, Mr. Brandt-Erichsen further stated that his information might not be 100% reliable regarding the schedule, that he would check with the Borough Property Manager, and that he would advise if the information was incorrect. He has not amended that statement.

6. Consequently, a hearing is needed before December 31, 2005. Oral argument is requested.

7. To insure that counsel for the Borough and Mr. Pool are reasonably likely to see the papers at least as soon as the Court, they are being sent either by facsimile or by scanned email attachment.

DATED this 20th day of December, 2005.

_____
Richard L. Nelson

SUBSCRIBED and SWORN TO before me this 20th day of December, 2005.

_____
Notary Public, State of Alaska
My commission expires: 7/4/2007



*Joergen Schade and Robert Merrell v. Ketchikan Gateway Borough and Charles Pool*
Affidavit of Richard L. Nelson; Page 2 of 2; Case No. J05-_____ CV (___)

Richard L. Nelson
ABA No. 0209036
Baxter Bruce & Sullivan, P.C.
P.O. Box 32819
Juneau, Alaska 99803
phone: (907) 789-3166
fax: (907) 789-1913
rnelson@baxterbrucelaw.com
Attorneys for Plaintiffs

**FILED**

DEC 21 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA

JOERGEN SCHADE and ROBERT MERRELL,
    Plaintiffs,

vs.

KETCHIKAN GATEWAY BOROUGH and CHARLES POOL,
    Defendants

Case No. J05 - 0017 CV (JKS)

### NOTICE OF FILING RE AFFIDAVITS

Plaintiffs give notice of filing the facsimile Affidavits of Joergen Schade and Robert Merrell. The original affidavits will be filed with the Court upon receipt.

DATED this 20th day of December, 2005.

BAXTER BRUCE & SULLIVAN P.C.

By _____
Richard L. Nelson, ABA No. 0209036
Attorneys for Plaintiffs