```
1  Richard L. Nelson
2  ABA No. 0209036
   Baxter Bruce & Sullivan, P.C.
3  P.O. Box 32819
4  Juneau, Alaska  99803
   phone:  (907) 789-3166
5  fax: (907) 789-1913
   rnelson@baxterbrucelaw.com
6  Attorneys for Plaintiffs
7
```

**FILED**

DEC 2 1 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA

| | |
|---|---|
| JOERGEN SCHADE and ROBERT MERRELL,  Plaintiffs, vs. KETCHIKAN GATEWAY BOROUGH and CHARLES POOL  Defendants | ) ) ) ) ) ) ) ) ) ) ) ) Case No. J05 - 0017CV (JKS) |

### NOTICE OF FILING RE AFFIDAVITS

Plaintiffs give notice of filing the facsimile Affidavits of Joergen Schade and Robert Merrell. The original affidavits will be filed with the Court upon receipt.

DATED this 20th day of December, 2005.

BAXTER BRUCE & SULLIVAN P.C.

By _____
Richard L. Nelson, ABA No. 0209036
Attorneys for Plaintiffs

BAXTER BRUCE & SULLIVAN P.C.
P.O. Box 32819, Juneau Alaska 99803
Ph: (907) 789-3166
Fax: (907) 789-1913

*Joergen Schade and Robert Merrell v. Ketchikan Gateway Borough and Charles Pool*
Notice of Filing Re Affidavits; Page 1 of 1; Case No. J05- 0017CV (___)