Richard L. Nelson
ABA No. 0209036
Baxter Bruce & Sullivan, P.C.
P.O. Box 32819
Juneau, Alaska 99803
phone: (907) 789-3166
fax: (907) 789-1913
rnelson@baxterbrucelaw.com
Attorneys for Plaintiffs

FILED
DEC 2 1 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

# IN THE UNITED STATES DISTRICT COURT
# FOR THE STATE OF ALASKA

| | |
|---|---|
| JOERGEN SCHADE and ROBERT MERRELL, <br><br> Plaintiffs, <br><br> vs. <br><br> KETCHIKAN GATEWAY BOROUGH and CHARLES POOL <br><br> Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. J05 - 017 CV (JKS) |

## DEMAND FOR JURY TRIAL

Plaintiffs give notice of their demand for a jury trial of this case.

DATED this 21st day of December, 2005.

BAXTER BRUCE & SULLIVAN P.C.

By _____
Richard L. Nelson, ABA No. 0209036
Attorneys for Plaintiffs