**FILED**

DEC 2 2 2005

UNITED STATES DISTRICT CO
DISTRICT OF ALASKA
By_____De.

# MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

*Schade v. Ketchikan Gateway Borough*
Case No. J05-0017 CV (JKS)

By:                THE HONORABLE JAMES K. SINGLETON

Deputy Clerk:      Dan Maus, Case Management: 677-6123*

PROCEEDINGS:      ORDER FROM CHAMBERS

Plaintiffs seek expedited consideration and oral argument on their Motion for Temporary Restraining Order and Preliminary Injunction. Docket Nos. 3 (Motion on Shortened Time); 2 (Underlying Motion).

**IT IS THEREFORE ORDERED:**

Defendants shall have until 4:30 p.m., Friday, December 23, 2005, to submit a response to Plaintiff's Motion for Expedited Hearing at Docket No. 3.

Entered at the direction of the Honorable James K. Singleton, United States District Judge.

DATE: December 22, 2005

*      ALL INQUIRIES REGARDING THE SCHEDULING OR CALENDARING OF THIS CASE SHOULD BE DIRECTED TO THE ABOVE INDICATED CASE MANAGER.
Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made in the form of a motion. *See* FED. R. CIV. P. 7(b)(1); D. Ak. LR 7.1(j) & 59(b). No one should telephone, fax, or write to chambers regarding pending cases. The Judge's secretary and law clerks are not permitted to discuss any aspect of this case, provide any information, or communicate with any person, including litigants, lawyers, witnesses, and the general public regarding pending cases.

cnsl  tlc notified  12/22/05

J05-0017--CV (JKS)
-------------------------------------------------------
G. CURRALL
R. NELSON