Geoffrey G. Currall, Esquire
Alaska Bar No: 7011053
KEENE & CURRALL, P.C.
540 Water Street, Suite 302
Ketchikan, Alaska 99901
Phone: (907) 225-4131
Fax: (907) 225-0540
E-mail: info@keenecurrall.com

Attorneys for Defendant, Charles Pool

**FILED**

DEC 2 3 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____Deputy

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOERGEN SCHADE and ROBERT MERRELL, <br><br> Plaintiffs, <br><br> v. <br><br> KETCHIKAN GATEWAY BOROUGH and CHARLES POOL, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. J05-0017 CV (JKS) |

### OPPOSITION TO EXPEDITED HEARING

Comes now Charles Pool ("Pool"), by and through his attorneys at Keene & Currall, and hereby files his Opposition to Plaintiffs' Motion for Expedited Hearing on their Motion for Temporary Restraining Order and Preliminary Injunction.

Plaintiffs have known the result of the Ketchikan Gateway Borough's ("KGB") auction since September 27, 2005, and, by their own affidavits, have known of the closing date of the subject property for well over one month (November 18, 2005). Plaintiffs have had substantial time to retain counsel, prepare their motion papers, affidavits and gather their evidence in support of a preliminary injunction. Their motions, however, were filed and only partially served by fax

Opposition to Expedited Hearing - Page 1 of 3
*Schade and Merrell v. KGB and Pool* - Case No. J05-0017 CV (JKS)
s/currall on serve/c-Pool, Charles/25.109.D/Opposition to Expedited Hearing



on Mr. Pool on December 20, 2005, and seek both discovery and a full evidentiary hearing before the court prior to December 31, 2005. It is simply impossible for Mr. Pool and his counsel to adequately prepare an opposition to Plaintiffs' motions, prepare and respond to discovery, gather relevant documents which are noticeably absent from Plaintiffs' filings, gather additional evidence and witnesses during this abbreviated time. The timing of Plaintiffs' Motion is also highly suspect because, as the Court is well aware, numerous witnesses are unavailable or out of town at this time of the year.

Expedited consideration would be highly prejudicial to Mr. Pool due to the unavailability of witnesses and evidence prior to the New Year or the date of the evidentiary hearing proposed by Plaintiffs. Furthermore, the burden on Mr. Pool in determining whether the KGB should or will accept his tender of his defense in the matter, is substantial. In addition, the potential burden on Mr. Pool and his family is tremendous considering the timing of such discovery over the holidays when Mr. Pool has previously scheduled to be away from work with his family.

Therefore, Mr. Pool requests that he be permitted to file his Opposition to the Motion in the ordinary course, which by LCR 7.1 (e) is 18 days from date of service. Undersigned counsel hereby certifies that he received the pleadings via e-mail from Plaintiffs' counsel's office on December 22, 2005. This request is made in order to allow time for counsel to familiarize himself with the facts and law of this matter and to draft and file appropriate pleadings.

//
//
//
//

Opposition to Expedited Hearing - Page 2 of 3
*Schade and Merrell v. KGB and Pool* - Case No. J05-0017 CV (JKS)
s/fanel on server/o:Pool, Charles/25.109.D/Opposition to Expedited Hearing

Dated this 23 day of December 2005.

KEENE & CURRALL
A Professional Corporation
Attorneys for Defendant, Charles Pool

By _____
Geoffrey G. Currall, Esquire
Alaska Bar No: 7011053

**Certificate of Service**

This certifies that I am an authorized agent of Keene & Currall, for service of papers pursuant to Civil Rule 5, and that on the 23rd day of December 2005, I caused a true and correct copy of the foregoing to be:

☒ Faxed
☐ Hand Delivered
☒ Mailed
☐ Delivered via court receptacle

to the following:

**Fax No. (907) 789-1913**
Richard L. Nelson
Baxter Bruce & Sullivan, P.C.
Post Office Box 32819
Juneau, Alaska 99803

**Fax No. (907) 225-5513**
Mitchell A. Seaver
Acting Borough Attorney
307 Bawden Street
Ketchikan, Alaska 99901

By _____
Keene & Currall

Opposition to Expedited Hearing - Page 3 of 3
*Schade and Merrell v. KGB and Pool* - Case No. J05-0017 CV (JKS)
st/farrel on server/c:Pool, Charles/25.109.D/Opposition to Expedited Hearing