**FILED**

**DEC 2 3 2005**

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

Geoffrey G. Currall, Esquire
Alaska Bar No: 7011053
KEENE & CURRALL, P.C.
540 Water Street, Suite 302
Ketchikan, Alaska 99901
Phone: (907) 225-4131
Fax: (907) 225-0540
E-mail: info@keenecurrall.com

Attorneys for Defendant, Charles Pool

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOERGEN SCHADE and ROBERT MERRELL, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) |
| KETCHIKAN GATEWAY BOROUGH and CHARLES POOL, | ) ) ) |
| Defendants. | ) ) |

Case No. J05-0017 CV (JKS)

### REQUEST TO FILE AND SERVE BY FACSIMILE TRANSMISSION

Comes now Charles Pool, by and through his attorney, Geoffrey G. Currall of Keene & Currall, and pursuant to D.Ak.LR 5.1(b) requests authorization to file and serve pleadings by facsimile transmission to the court and upon counsel of record. Undersigned counsel hereby certifies that both he and Mr. Pool reside in Ketchikan, Alaska and filing by mail to Juneau will cause unnecessary delay. If authorization is granted, the original pleading will be mailed to the Clerk of Court in Juneau, Alaska.

Request to File and Serve by Facsimile Transmission - Page 1 of 2
*Schade and Merrell v. KGB and Pool* - Case No. J05-0017 CV(JKS)
st/farrel on server/c:Pool, Charles/25.109.D/Request to File and Serve by Fax



1    Dated this 23 day of December 2005.

2

3                                          KEENE & CURRALL
                                           A Professional Corporation
4                                          Attorneys for Defendant, Charles Pool

5

6                                          By _____
                                              Geoffrey G. Currall, Esquire
7                                             Alaska Bar No: 7011053

8    **Certificate of Service**

9    This certifies that I am an authorized agent of Keene &
     Currall, for service of papers pursuant to Civil Rule 5,
10   and that on the 23 day of December 2005, I caused a
     true and correct copy of the foregoing to be:

11

12       █ **Faxed**
           Hand Delivered
13       █ **Mailed**
           Delivered via court receptacle

14   to the following:

15   **Fax No. (907) 789-1913**
     Richard L. Nelson
16   Baxter Bruce & Sullivan, P.C.
     Post Office Box 32819
17   Juneau, Alaska 99803

18   **Fax No. (907) 225-5513**
     Mitchell A. Seaver
19   Acting Borough Attorney
     307 Bawden Street
20   Ketchikan, Alaska 99901

21   By _____
                Keene & Currall
22

23

24

25

**Request to File and Serve by Facsimile Transmission** - Page 2 of 2
*Schade and Merrell v. KGB and Pool* - Case No. J05-0017 CV(JKS)
s:/Barrel on server:c:Pool, Charles/25 109.D/Request to File and Serve by Fax

KEENE & CURRALL
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
540 WATER STREET, SUITE 302
KETCHIKAN, ALASKA 99901
TELEPHONE (907) 225-4131