```
 1  Mitchell A. Seaver                     FILED
    Acting Borough Attorney
 2  Ketchikan Gateway Borough              DEC 23 2005
    344 Front Street
 3  Ketchikan, Alaska   99901              UNITED STATES DISTRICT COURT
    (907) 228-6635                         DISTRICT OF ALASKA
 4                                         By_____ Deputy

 5

 6              IN THE UNITED STATES DISTRICT COURT

 7                   FOR THE DISTRICT OF ALASKA

 8
    JOERGEN SCHADE and ROBERT
 9  MERRELL
                                           Case No. J05 - 017 CV
10  Plaintiffs,                            (JKS)

11  vs.
    KETCHIKAN GATEWAY BOROUGH and          KETCHIKAN GATEWAY BOROUGH'S
12  CHARLES POOL                           RESPONSE TO PLAINTIFF'S MOTION
                                           FOR EXPEDITED HEARING AND
13  Defendants                             REQUEST FOR ORAL ARGUMENT

14
```

15

16      As set fourth in the affidavit of Mitchel A. Seaver filed

17 here with, the undersigned is serving as acting Borough Attorney

18 for the Ketchikan Gateway Borough (Borough) because the Borough

19 Attorney, Scott Brandt-Erichsen is out of State until January 3,

20 2006. I first became aware of the complaint in this matter and

21 Plaintiff's Motion for a temporary Restraining Order late in the

22 morning of Thursday December 22nd, 2006. Due to the Christmas

23 Holiday the Borough's offices are closed Monday December 26,

24 2006.

OFFICE OF THE
BOROUGH ATTORNEY
344 FRONT STREET
KETCHIKAN, ALASKA
99901
(907) 228-6635
FAX (907) 228-6683

1

DEC-23-05 FRI 04:57 PM KETCHIKAN GATEWAY BORO FAX:907 247 6623 PAGE 5
Case 1:05-cv-00017-RRB    Document 11    Filed 12/23/2005    Page 2 of 2

It is the Borough's position that Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction should be denied. However, the Court should be advised that because of my lack of familiarity with this matter and the Borough offices being closed December 26th, 2005, it is not certain if the Borough will be in a position to fully and adequately respond to the Motion for a Temporary Restraining Order and Preliminary Injunction within the time frame sought by Plaintiffs'. That being said, the Borough will meet such deadlines as the Court may establish as circumstances evolve.

DATED at Ketchikan, Alaska, this 23rd day of December, 2005.

KETCHIKAN GATEWAY BOROUGH

By _____
Mitchell A. Seaver
Acting Borough Attorney
ABA No. 7906050

I certify that a true and correct copy of the foregoing was served via E-mail, fax, and U.S. Mail to the individuals listed below on this 23rd day of December, 2005.

BAXTER BRUCE & SULLIVAN PC
P.O. Box 32819
Juneau, AK 99803

Geoff Currall
Keene & Currall
540 Water St. Suite 302

OPPOSITION TO PLAINTIFF'S
MOTION FOR A TEMPORARY RESTRAINING ORDER-
2