**FILED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

DEC 2 9 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ PD  Deput

JEORGEN SCHADE, et al.   v.   KETCHIKAN GATEWAY BOROUGH, et al.

THE HONORABLE JAMES K. SINGLETON, JR.
DEPUTY CLERK                          CASE NO.   J05-017 CV (JKS)

Patty Demeter

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: December 29, 2005

Judge James K. Singleton, Jr. hereby recuses himself from the above-referenced case. Pursuant to the system of random case assignments, this action is reassigned to Judge Ralph R. Beistline for all further proceedings. Please use the following case number on all future filings: J05-0017 CV (RRB).

PD 12-29-05

J05-0017--CV (RRB)    Judge Beistline
--------------------
G. CURRALL
M. SEAVER
R. NELSON

