FILED

DEC 3 0 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

<u>Joergen Schade and Robert Merrell</u>
v.
<u>Ketchikan Gateway Borough and Charles Pool</u>

THE HONORABLE RALPH R. BEISTLINE

LAW CLERK

<u>Marika Athens</u>

CASE NO. <u>J05-0017 CV (RRB)</u>

DATE: December 30, 2005

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**

---

Before the Court are Plaintiffs with a Motion for an Expedited Hearing and Request for Oral Argument concerning their Motion for a Temporary Restraining Order and Preliminary Injunction (Clerk's Docket No. 3). Defendants oppose the motion for an expedited hearing. The underlying dispute concerns the sale and transfer of a parcel of real property. Defendants have not demonstrated any prejudice should the transfer of the property be delayed.

Therefore, the Court orders that the transfer of the disputed piece of property be **stayed** until at least **January 16, 2006.** Defendants have until January 6, 2006 to file any oppositions to Plaintiffs' underlying motion for a temporary restraining order. This allows all parties and the Court time to familiarize themselves with the case without prejudice to anyone involved.

M.O. RE TRO

21