Scott A. Brandt-Erichsen
ABA No. 8811175
Office of the Borough Attorney
334 Front Street
Ketchikan, Alaska 99901
TEL 907-228-6635
FAX 907-228-6683
Attorney for Ketchikan Gateway Borough

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA

| | |
|---|---|
| **Joergen Schade** and **Robert Merrell**,<br><br>        Plaintiffs,<br><br>    v.<br><br>**Ketchikan Gateway Borough** and **Charles Pool**,<br><br>        Defendants. | <br><br><br><br><br><br><br><br><br><br>Case No. J05-0017 CV(RRB) |

**MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM
UPON WHICH RELIEF CAN BE GRANTED
FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)
OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

**COMES NOW** Defendant, by and through counsel, Scott A. Brandt-Erichsen, Borough Attorney, and hereby moves this Court for an order dismissing Plaintiffs' complaint for failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6). In the alternative, to the extent that the Court considers material outside of the pleadings, Defendant requests that Plaintiffs' complaint be dismissed on Summary Judgment based upon F.R.Civ.P. 56(b). This motion is supported by the attached memorandum of law.

Dated this 5th day of January, 2006.

Certified: On January 5th, 2006, a true and correct copy of the within and foregoing was
mailed to:XXXXX
faxed to:
delivered to:
delivered to the court tray of:

Richard L. Nelson, Esq.
Baxter Bruce & Sullivan, P.C.
P. O. Box 32819
Juneau, Alaska 99803
FAX 907-789-1913
   Attorneys for Plaintiffs

Geoffrey G. Currall, Esq.
Keene & Currall, P.C.
540 Water St., Suite 302
Ketchikan, Alaska 99901
FAX 907-225-0540
   Attorneys for Defendant Pool

/s/ Cindy Covault-Montgomery
Office of the Borough Attorney

MAS:ce\21.036.0031

G\K\S-M\dismiss.mtn.wpd

OFFICE OF THE BOROUGH ATTORNEY


By /S/ Scott A. Brandt Erichsen

   Scott A. Brandt-Erichsen

   Borough Attorney