**Richard L. Nelson**
**ABA No. 0209036**
**Baxter Bruce & Sullivan, P.C.**
**P.O. Box 32819**
**Juneau, Alaska  99803**
**phone:  (907) 789-3166**
**fax: (907) 789-1913**
**rnelson@baxterbrucelaw.com**
**Attorneys for Plaintiffs**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOERGEN SCHADE and ROBERT MERRELL )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>KETCHIKAN GATEWAY BOROUGH and )<br>CHARLES POOL )<br>)<br>Defendants ) | <br><br><br><br><br><br><br><br>Case No. J05 - 017 CV (RRB) |

### MOTION FOR LEAVE TO FILE AMENDED MEMORANDUM IN SUPPORT OF MOTION FOR INJUNCTIVE RELIEF

Pursuant to Local Rule 7.1(h)(1), Plaintiffs move this court for permission to file an amended memorandum in support of its request for injunctive relief.  A true copy is attached to this motion.  The amended memorandum, copy of which is attached, contains supplemental pertinent authorities which came to the attention of Plaintiffs' counsel after the filing of the original memorandum.  The 3 additional case authorities included in the amended memorandum do not add any additional pages to the length of the original memorandum.  However, due to counsel's error in employing the relatively new practice of electronic filing, the amended motion was inadvertently filed without the requisite motion for leave of court.  Plaintiffs offer to withdraw the amended memorandum and substitute a notice limited to the

1. citations, without argument, as permitted by Local Rule 7.1(h)(1)[B].
2. DATED this 5th day of January, 2006.

BAXTER BRUCE & SULLIVAN P.C.

s/Richard L.Nelson
P.O. Box 32819
Juneau, Alaska 99803
Phone: (907) 789-3166
Fax: (907) 789-19193
E-mail: rnelson@baxterbrucelaw.com
ABA No. 0209036

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of January, 2006, a copy of the foregoing was served electronically on Scott Brandt-Erichsen, and on Mitchell A. Seaver, 344 Front Street, Ketchikan, Alaska 99901, and Geoffrey Currall, Keenan & Currall P.C., 540 Water St. Suite 302, Ketchikan 99901 by facsimile and regular mail.

s/ Richard L. Nelson

BAXTER BRUCE & SULLIVAN P.C.
P.O. Box 32819, Juneau Alaska 99803
Ph: (907) 789-3166
Fax: (907) 789-1913