# IN THE UNITED STATES DISTRICT COURT
# FOR THE STATE OF ALASKA

| | |
|---|---|
| **JOERGEN SCHADE and ROBERT MERRELL** )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>**KETCHIKAN GATEWAY BOROUGH and CHARLES POOL** )<br>)<br>Defendants ) | Case No. J05 - 017 CV (RRB) |

## PROPOSED ORDER GRANTING LEAVE TO FILE AMENDED MEMORANDUM

Having considered Plaintiffs' motion seeking leave to file an amended memorandum in support of its motion for injunctive relief, the Court finds that the request should be granted :

It is therefore ORDERED that:

Leave is hereby granted and Plaintiffs' Amended Memorandum in Support of Motion for Temporary Restraining Order and Preliminary Injunction shall be filed in this cause.

DATED this _____ day of January, 2006.

_____
RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

BAXTER BRUCE & SULLIVAN P.C.
P.O. Box 32819, Juneau Alaska 99803
Ph: (907) 789-3166
Fax: (907) 789-1913

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of January, 2006, a copy of the foregoing was served electronically on Scott Brandt-Erichsen, and on Mitchell A. Seaver, 344 Front Street, Ketchikan, Alaska 99901, and Geoffrey Currall, Keenan & Currall P.C., 540 Water St. Suite 302, Ketchikan 99901 by facsimile and regular mail.

s/ Richard L. Nelson

BAXTER BRUCE & SULLIVAN P.C.
P.O. Box 32819, Juneau Alaska 99803
Ph: (907) 789-3166
Fax: (907) 789-1913

*Schade and Merrell v. Ketchikan Gateway Borough and Pool;*   Case No. J05-017 CV (RRB)
**Proposed Order Granting Leave To File Amended Memorandum**   **Page 2**