I hereby certify the annexed instrument is a true and corrent copy of the original on file in my office.
ATTEST: *Nanette Edwards*
Clerk Ketchikan Gateway Borough

# KETCHIKAN GATEWAY BOROUGH

## RESOLUTION NO. 1881

**A RESOLUTION OF THE ASSEMBLY OF THE KETCHIKAN GATEWAY BOROUGH, ALASKA, AMENDING THE PROCEDURE FOR THE DISPOSAL BY SALE OF CERTAIN PARCELS IN THE EAST WARD COVE, MUD BAY AND CARROLL INLET AREAS; AND PROVIDING FOR AN EFFECTIVE DATE.**

## R E C I T A L S

A.    **WHEREAS**, the Ketchikan Gateway Borough recognizes that the certain portions of U. S. Survey 1659, 1208, 1655, 1653, 1656, 1508, 812, 2090, 2923, US Mineral Survey 1462, and ATS 1c2, ATS 439, ATS 1, are not currently on the tax rolls; and

B.    **WHEREAS**, the Ketchikan Gateway Borough desires to get these parcels on the tax rolls; and

C.    **WHEREAS**, having these parcels in private versus government hands encourages the economic growth of some businesses, start of new businesses into the community and an overall increase in year round jobs positively affecting economic growth and stability serves the Ketchikan Gateway Borough's economic development interests; and

D.    **WHEREAS**, the East Ward Cove, Mud Bight and Carroll Inlet parcels are not required for current Borough purposes; and

E.    **WHEREAS**, the Assembly previously adopted Resolution 1861 Amended on January 24, 2005, establishing an ad hoc committee to review these parcels and recommend configurations and procedures for disposal and those recommendations are incorporated herein; and

F.    **WHEREAS**, the Assembly now desires to modify the process for disposal of these parcels by using an outcry auction approach for specified lots, and offers a longer period to secure financing.

**NOW, THEREFORE, IN CONSIDERATION OF THE ABOVE FACTS, IT IS RESOLVED BY THE ASSEMBLY OF THE KETCHIKAN GATEWAY BOROUGH, ALASKA** as follows:

**Section 1.**    The Assembly directs the manager to use the specified parcels of property in Ward Cove, Mud Bight and Carroll Inlet which the Borough owns outright or holds a property interest in the following manner:

A.    Parcels listed on Exhibit A located in East Ward Cove, Mud Bight and Carroll Inlet and eligible for disposal by outcry auction/bulk sale may be disposed of following the procedures in section 2 of this resolution. These parcels are depicted on Exhibits B, C, D, E, F, G, H, I, and J. Parcels listed on Exhibit A as eligible for disposal which are not disposed of by outcry auction following the procedures in section 2 or 3 shall be eligible for disposal by commercially reasonable disposal through a real estate professional as provided for in section 3 of this resolution. The Borough Manager may execute all documents required to accomplish the sale in accordance with Sections 2 - 4 of this resolution without further

**EXHIBIT 1**

Resolution No. 1881                                                                 Page 2

action of the Assembly.

**Section 2.**    Parcels identified on Exhibit A as parcels in East Ward Cove, Mud Bight and Carroll Inlet eligible for disposal by outcry auction/bulk sale shall be sold to the highest bidder at a public outcry auction to be held at a date and time chosen by the Manager according to the schedule of availability of the auctioneer chosen by RFP, in Ketchikan, Alaska, 99901.

A.    The parcels to be offered in the bulk sale are described in the maps attached as Exhibits B, G, H, I, and J shown as parcels B-11 (tract 3011), B-12, B-13 (tract 3013), B-14, B-15 (tract 3015), B-16, B-17 (tract 3017), B-18, B-25 and B-27. These parcels shall be lumped together as a single unit and begin with an outcry auction on these individual parcels setting the 2005 Borough appraised value of the parcel as of January 31, 2005 be the minimum bid price. These sales would not be complete until after the bulk sale auction, and would only be effective if the bulk sale auction did not yield a buyer. If a parcel had no bid received the price for that parcel will be set at 85 % of the 2005 Borough appraised value of the parcel as of January 31, 2005. The minimum opening bid to be the sum of the bids received so far and 85% of the minimum assessed value of parcels not bid on as the minimum bid for this entire unit. If no sale as lump sum of all east-side parcels occurs, then the individual sales of each parcel would be final.

Parcels B-20, B-21, B-22 and B-24 shown on exhibits C, D, E, and F, shall be sold individually with the minimum bid of the 2005 Borough Appraised value.

B.    Terms of sale to be 20% (twenty percent) non-refundable cash at auction, with 90 days to close. The Borough will not finance any sales. Buyer to be responsible for title, closing costs, and survey. Failure to meet these terms voids the sale and the Borough may re-sell the property.

C.    Bidders must pay a $50.00 non-refundable fee and register by 9:00 a.m. on the auction date to obtain a bid packet.

D.    All sales shall be for cash. Closing shall be within 90 days of the auction. Successful bidders must provide a non-refundable earnest money deposit of at least 20% of the purchase price before adjournment of the auction. The earnest money shall be forfeit to the Borough if buyer fails to close. Failure to meet these terms voids the sale and the Borough may re- sell the property. Sales shall be by quit claim deed subject to existing leases, easements and encumbrances.

**Section 3.**    Parcels which are not disposed through Section 2 shall be sold in whole or in part by commercially reasonable disposal. Commercially reasonable disposal shall be by listing with real estate professionals for sale or lease at a price determined by the Manager, but in any case not less than the sale price limits set out in sections 2 of this resolution unless the Assembly approves the deviation.

A.    The Borough Manager shall be allowed to negotiate the commission on all sales which shall not exceed 5% of the sales price. Sales may be made on an over the counter basis upon offers

Resolution No. 1881                                                                 Page 3

received through a Broker. The initial listing shall be for not more than six months. After the initial six months of listing the Borough manager shall recommend to the assembly how to proceed from that point forward, and the authority to dispose shall terminate until and unless the Assembly approves a subsequent resolution authorizing disposal.

B.      All transactions are to be on a cash basis, sales closing within 90 days. Offers must be accompanied by a $200 deposit which will be refunded if the offer is rejected and retained as part of the earnest money if the offer is accepted. Accepted sale offers must provide a 20% non-refundable earnest money deposit within 2 working days of acceptance. The Borough will not finance any sales. Buyer to be responsible for title insurance, closing costs, and platting where required. Failure to meet these terms voids the sale and the Borough may re-sell the property. Sales shall be by quit claim deed subject to existing leases, easements and encumbrances.

**Section 4.**      Resolution 1861 amended is hereby repealed.

**Section 5.**      This resolution is effective immediately upon adoption.

ADOPTED this 21st day of March, 2005.

BOROUGH MAYOR

ATTEST:

BOROUGH CLERK

Approved as to form:

BOROUGH ATTORNEY

| EFFECTIVE DATE: March 21, 2005 | | | |
|---|---|---|---|
| ROLL CALL | YES | NO | ABSENT |
| KIFFER | √ | | |
| LANDIS | √ | | |
| LYBRAND | √ | | |
| PAINTER | √ | | |
| SHAY | √ | | |
| THOMPSON | √ | | |
| TIPTON | √ | | |
| MAYOR (Tie Votes Only) | | | |
| 4 AFFIRMATIVE VOTES REQUIRED FOR PASSAGE | | | |

# Borough East Ward Cove, Mud Bay and Carroll Inlet
## Properties For Sale

| | | USS # | Acres | 2005 assessment | Classification | Zoning | Parcel # |
|---|---|---|---|---|---|---|---|
| **Eligible for BULK SALE** | | | | **Min Bid** | | | |
| B-11 | next to 6000 block N. Tongass          +dock | 1656 | 8.21 total | $317,000 | Econ Dev | IH | 31-3220-016-000 |
| | 6000 block N. Tongass              tidelands | ATS439 | | | Econ Dev | IH | 31-3220-016-000ATS 1 |
| | and a portion of ATS 1c2 | ATS 1c2 | | | Econ Dev | IH | |
| | and a portion of 1653wf | 1653wf | | | Econ Dev | IH | |
| B-12 | next to 6000 block N. Tongass          upland | 1656up | 1.79 | $10,000 | Econ Dev | IH | 31-3220-015-000 |
| B-13 | btwn 6000-6500 block N. Tongass | 1653wf | 11.9total | $79,500 | Econ Dev | IH | 31-3220-013-000 |
| | and a portion of ATS 1c2 | ATS 1c2 | | | Econ Dev | IH | |
| B-14 | btwn 6000-6500 block N. Tongass    upland | 1653up | 3.166 | $12,200 | Econ Dev | IH | 31-3220-012-000 |
| B-15 | 6500 block N.Tongass | 1208 | 15 total | $558,000 | Econ Dev | IH | 31-3220-008-000 |
| | and a portion of ATS 1c2 | ATS 1c2 | | | Econ Dev | IH | |
| B-16 | 6500 block N.Tongass | 1655up | 1.02 | $4,600 | Econ Dev | IH | 31-3220-009-000 |
| B-17 | 7559 N. Tongass        portion of 1508 | 1508 | 14.6 total | $1,090,700 | Econ Dev | IH | 01-1214-001-110 |
| | portion of USS 1208 | 1208 | | | Econ Dev | IH | 31-3220-006-000 |
| | and a portion of ATS 1c2 | ATS 1c2 | | | Econ Dev | IH | |
| B-18 | 6500 block N.Tongass          upland | 1208up | 12.32 | $69,300 | Econ Dev | IH | 31-3220-007-000 |
| B-25 | USS 2090 Tr b, 5900 block N. Tongass | 2090 | 0.54 | $10,800 | Commercial Land | IH | 31-3230-009-000 |
| B-27 | Portion 1508 wft + portion ATS 1c2 & ptn | 1659 | 2 | $478,900 | Econ Dev | IH | |
| | | | **TOTAL** | **$   2,631,000** | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| **Eligible for sale** | | | | **Min Bid** | | | |
| B-20 | Carol Inlet, Marble Creek        USMS | 1462 | 97.646 | $27,200 | Econ Dev | FD | 30-9369-002-000 |
| B-21 | 9400 block N. Tongass        Mud Bight | 812uns2 | 1.273 | $158,700 | Econ Dev | IH | 31-3440-088-500 |
| B-22 | 9400 block N. Tongass        Mud Bight | 812wft | 8.75 | $1,099,800 | Econ Dev | IH | 31-3440-088-000 |
| | improvements | | | included above | Econ Dev | IH | 31-3440-088-000 |
| B-24 | 9400 block N. Tongass        Mud Bight | 812uns1 | 34.732 | $168,400 | Econ Dev | IH | 31-3440-089-000 |

Exhibit "A"
Resolution 1881
east side sale list



Exhibit B
Resolution 1881



VICINITY MAP

THIS SURVEY

Marble Creek

Parcel B-20
97.64 ACRES

CARROLL INLET

**Borough Carroll Inlet Property**

**Exhibit C
Resolution 1881**



VICINITY MAP
SCALE 1 INCH - 1 MILE

Parcel B-21
*1.27 ACRES*

PARCEL B-21 EXHIBIT

| PROJECT NO.<br>012310.47 | SCALE:<br>1" = 150' | DRAWN BY:<br>JMR | CHECKED BY: | DATE:<br>1/31/05 | **Exhibit D**<br>**Resolution 1881** |



VICINITY MAP
SCALE: 1 INCH = 1 MILE

THIS SURVEY

Parcel B-22
8.75 ACRES

PARCEL B-22 EXHIBIT

| PROJECT NO. 012310.47 | SCALE: 1" = 300' | DRAWN BY: JMR | CHECKED BY: | DATE: 1/31/05 |

Exhibit E
Resolution 1881



VICINITY MAP
SCALE: 1 INCH = 1 MILE

THIS
SURVEY

U.S.S. 812

Parcel B-24
*34.73 ACRES*

PARCEL B-24 EXHIBIT

| PROJECT NO. 012310.47 | SCALE: 1" = 300' | DRAWN BY: JMR | CHECKED BY: | DATE: 1/31/05 | Exhibit F Resolution 1881 |



VICINITY MAP
SCALE: 1 INCH = 1 MILE

Parcel 25

PARCEL 25 EXHIBIT

| PROJECT NO. 042739 | SCALE: 1" = 200' | DRAWN BY: T.S.S. | CHECKED BY: | DATE: 1/19/05 | SHEET NO. |
|---|---|---|---|---|---|

*13*

**Exhibit G**
**Resolution 1881**

Exhibit H
Resolution 1881
FINAL east side plat aerial photos.doc



This is an aerial photo showing the approximate boundaries of what is labeled as Parcels 11 and 13 on the plat. The upland area in the lower left corner of the parcel is currently being used by Lighthouse excursions as a parking and staging area. Note the relative lack of land area on Tract 3013.

Exhibit H
Resolution 1881

Parcel 15
(Tract 3015)

This is an aerial photo showing the approximate boundaries of what is shown as Parcel 15 on the plat.

Exhibit 1881
Resolution 1881
FINAL east side plat aerial photos.doc

Exhibit I
Resolution 1881

Parcel 17
(Tract 3017)

Parcel 27
(Tract 3019)

This is an aerial photo showing the approximate boundaries of what is shown as Parcels 17 and 27 on the plat.

Exhibit 1-1
Resolution 1881
FINAL east side plat aerial photos.doc

Exhibit J
Resolution 1881



VICINITY MAP
SCALE: 1 INCH = 1 MILE

PARCEL 27 EXHIBIT

| PROJECT NO. 042739 | SCALE: 1" = 200' | DRAWN BY: T.S.S. | CHECKED BY: | DATE: 1/15/05 | SHEET NO. |

Exhibit K
Resolution 1881