# KETCHIKAN GATEWAY BOROUGH
## AGENDA STATEMENT

NO ___**9b**___

MEETING OF March 21, 2005

I hereby certify the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: _____
Clerk Ketchikan Gateway Borough

| ITEM TITLE | REVIEWED BY |
|---|---|
| Consideration of Resolution 1881 revising the procedure for disposal by sale of certain parcels of real property in the East Ward Cove, Mud Bay and Carroll Inlet area and providing for an effective date. | [ ] ___ PLANNING COMMISSION<br>[ ] ___ COMMITTEE - *<br>[X] ___ LEGAL<br>[X] ___ FINANCE<br>[ ] ___ OTHER _____ |
| SUBMITTED BY Managers Office<br>CONTACT PERSON/TELEPHONE | REVIEWED FOR SUBMITTAL |
| Roy Eckert         228-6625<br>NAME            PHONE | BOROUGH MANAGER |

## SUMMARY STATEMENT

At the Assembly meeting of January 17th, 2005, the Assembly requested that staff prepare a resolution modifying the sales procedures proposed for disposal of certain parcels of real property in Ward Cove, Mud Bay, and Carroll Inlet. The modification would be replacing Resolution 1856 amended, which was adopted by the Assembly on January 3rd, 2005.

Resolution 1861 has been prepared consistent with the Assembly's directions. It extends the closing time period to allow 90 days after the auction for closing. It also revises the sales procedure so that individuals may not propose purchases of parcels with boundaries other than those designated in the Borough's packet for the auction. The sale will be by an outcry auction rather than through sealed bids. Additionally, for the bulk of the parcels in the East Ward Cove area, a bulk sale outcry auction will be conducted which may supercede individual sales.

Summary Statement continued on next page:

## RECOMMENDED ACTION:

Direct the Borough Manager to dispose through sale those parcels in East Ward Cove, Mud Bay and Carroll Inlet listed in Resolution 1881 in the manner described.

| FISCAL NOTES | | | |
|---|---|---|---|
| [ ] N/A | EXPENDITURE REQUIRED $* | AMOUNT BUDGETED $* | APPROPRIATION REQUIRED $* |
| EXHIBITS ATTACHED | | | |
| [X] RESOLUTION | [ ] ORDINANCE | [ ] CONTRACT | [ ] MINUTES |
| [X] MAPS | [ ] REPORT | [ ] LIST | [X] Exhibits A to K |

## RECOMMENDED MOTION:

"I move to approve Resolution 1881."

EXHIBIT **2**

**1**

The order of progression for the auction, which would be held at a date and time chosen by the Manager according to the schedule of availability of the auctioneer chosen by RFP, in Ketchikan, Alaska, 99901, would begin with an outcry auction sale of those parcels in Ward Cove which would be eligible for inclusion in a bulk sale outcry auction. These sales would not be complete until after the bulk sale auction and would only be effective if the bulk sale auction did not yield a buyer. Next would be the bulk sale auction of all of the parcels collectively, with the minimum bid being the sum of the highest bids received or for those parcels where no bids are received above the minimum bid, the 2005 Borough appraised value would be used. Next would be individual outcry auction sales of parcels not included in the bulk auction. Any parcel remaining unsold following this process could be open listed with realtors as available for sale or lease in whole or in part for 6 months.

1. Assuming the sale of individual parcels, the staff recommends the following method of sale:

East Side of Ward Cove:   These properties are depicted on Exhibits B, G, H, I, J as parcels B-11 (tract 3011), B-12, B-13 (tract 3013), B-14, B-15 (tract 3015), B-16, B-17 (tract 3017), B-18 and B-25.

- a. That the 2005 Borough appraised value of the parcel as of January 31, 2005 be the minimum bid price.
- b. Method of sale to be an outcry auction.
- c. Parcels B-11, B-12, B-13, B-14, B-15, B-16, B-17 and B-18 begin with an outcry auction on these parcels setting the 2005 Borough appraised value of the parcel as of January 31, 2005 be the minimum bid price. These sales would not be complete until after the bulk sale auction and would only be effective if the bulk sale auction did not yield a buyer.
- d. The Parcels B-11, B-12, B-13, B-14, B-15, B-16, B-17 and B-18 be lumped together as a single unit. If a parcel had no bid received the price will be set at the 2005 Borough appraised value of the parcel as of January 31, 2005. The minimum opening bid to be 85% of the bids received so far and the minimum assessed value of parcels not bid on as the minimum bid for this entire unit.
- e. If no sale as lump sum of all east-side parcels occurs, then the individual sale of each parcel would commence with the same minimum opening bid requirements.
- f. Terms of sale to be 20% (twenty percent) non-refundable cash at auction, with 90 days to close. The Borough will not finance any sales. Buyer to be responsible for title, closing costs, and survey. Failure to meet these terms voids the sale and the Borough may re-sell the property.
- g. Any properties not sold at the outcry auction will be first open listed for 6 months with real estate professionals. After this period any unsold parcels may be sold following such procedure as the Assembly may approve at that time.

Mud Bay and Carroll Inlet Properties:
These properties are depicted on Exhibits C, D, E, and F as parcels B-20, B-21, B-22 and B-24

- a. That the 2005 Borough appraised value of the parcel as of January 31, 2005 be the minimum bid price.
- b. The individual sale of each parcel would commence with the minimum opening bid requirements.
- c. Method of sale to be an outcry auction.
- d. Terms of sale to be 20% (twenty percent) non-refundable cash at auction, with 90 days to close. The Borough will not finance any sales. Buyer to be responsible for title, closing



f. Any properties not sold at the outcry auction will be first open listed for 6 months with real estate professionals. After this period any unsold parcels may be sold following such procedure as the Assembly may approve at that time.

3

# KETCHIKAN GATEWAY BOROUGH

## RESOLUTION NO. 1881

A RESOLUTION OF THE ASSEMBLY OF THE KETCHIKAN GATEWAY BOROUGH, ALASKA, AMENDING THE PROCEDURE FOR THE DISPOSAL BY SALE OF CERTAIN PARCELS IN THE EAST WARD COVE, MUD BAY AND CARROLL INLET AREAS; AND PROVIDING FOR AN EFFECTIVE DATE.

## RECITALS

A. WHEREAS, the Ketchikan Gateway Borough recognizes that the certain portions of U.S. Survey 1659, 1208, 1655, 1653, 1656, 1508, 812, 2090, 2923, US Mineral Survey 1462, and ATS 1c2, ATS 439, ATS 1, are not currently on the tax rolls; and

B. WHEREAS, the Ketchikan Gateway Borough desires to get these parcels on the tax rolls; and

C. WHEREAS, having these parcels in private versus government hands encourages the economic growth of some businesses, start of new businesses into the community and an overall increase in year round jobs positively affecting economic growth and stability serves the Ketchikan Gateway Borough's economic development interests; and

D. WHEREAS, most of the East Ward Cove parcels are not required for current Borough purposes. The parcel labeled as B-27 is needed for Borough purposes and should be exempted from the sale; and

E. WHEREAS, the Assembly previously adopted Resolution 1861 Amended on January 24, 2005, establishing an ad hoc committee to review these parcels and recommend configurations and procedures for disposal and those recommendations are incorporated herein; and

F. WHEREAS, the Assembly now desires to modify the process for disposal of these parcels by using an outcry auction approach for specified lots, and offers a longer period to secure financing.

**NOW, THEREFORE, IN CONSIDERATION OF THE ABOVE FACTS, IT IS RESOLVED BY THE ASSEMBLY OF THE KETCHIKAN GATEWAY BOROUGH, ALASKA** as follows:

**Section 1.** The Assembly directs the manager to use the specified parcels of property in Ward Cove, Mud Bight and Carroll Inlet which the Borough owns outright or holds a property interest in the following manner:

   A. Parcels listed on Exhibit A located in East Ward Cove, Mud Bight and Carroll Inlet and eligible for disposal by outcry auction/bulk sale may be disposed of following the procedures in section 2 of this resolution. These parcels are depicted on Exhibits B, C, D, E, F, G, H, I, and J. Parcels listed on Exhibit A as eligible for disposal which are not disposed of by outcry auction following the procedures in section 2 or 3 shall be eligible for disposal by commercially reasonable disposal through a real estate professional as provided for in section 3 of this resolution. Parcel B-27 listed on Exhibit A as being retained by the Borough shall not be offered for sale pursuant to this

4

resolution. The Borough Manager may execute all documents required to accomplish the sale in accordance with Sections 2 - 4 of this resolution without further action of the Assembly.

**Section 2.** Parcels identified on Exhibit A as parcels in East Ward Cove, Mud Bight and Carroll Inlet eligible for disposal by outcry auction/bulk sale shall be sold to the highest bidder at a public outcry auction to be held at a date and time chosen by the Manager according to the schedule of availability of the auctioneer chosen by RFP, in Ketchikan, Alaska, 99901.

  A. The parcels to be offered are described in the maps attached as Exhibits B, C, D, E, F, G, H, I, and J and shown as parcels B-11 (tract 3011), B-12, B-13 (tract 3013), B-14, B-15 (tract 3015), B-16, B-17 (tract 3017), B-18 and B-25.and B-18 be lumped together as a single unit and begin with an outcry auction on these parcels setting the 2005 Borough appraised value of the parcel as of January 31, 2005 be the minimum bid price. These sales would not be complete until after the bulk sale auction and would only be effective if the bulk sale auction did not yield a buyer. If a parcel had no bid received the price will be set at the 2005 Borough appraised value of the parcel as of January 31, 2005. The minimum opening bid to be 85% of the bids received so far and the minimum assessed value of parcels not bid on as the minimum bid for this entire unit. If no sale as lump sum of all east-side parcels occurs, then the individual sale of each parcel would commence with the same minimum opening bid requirements.

  B. Terms of sale to be 20% (twenty percent) non-refundable cash at auction, with 90 days to close. The Borough will not finance any sales. Buyer to be responsible for title, closing costs, and survey. Failure to meet these terms voids the sale and the Borough may re-sell the property.

  C. Bidders must pay a $50.00 non-refundable fee and register by 9:00 a.m. on the auction date to obtain a bid packet.

  D. All sales shall be for cash. Closing shall be within 90 days of the auction. Successful bidders must provide a non-refundable earnest money deposit of at least 20% of the purchase price before adjournment of the auction. The earnest money shall be forfeit to the Borough if buyer fails to close. Failure to meet these terms voids the sale and the Borough may re-sell the property. Sales shall be by warranty deed subject to existing leases, easements and encumbrances.

**Section 3.** Parcels which are not disposed through Section 2 shall be sold in whole or in part by commercially reasonable disposal. Commercially reasonable disposal shall be by listing with real estate professionals for sale or lease at a price determined by the Manager, but in any case not less than the sale price limits set out in sections 2 of this resolution unless the Assembly approves the deviation.

  A. Commission on sales shall not exceed 5% of the sales price. Sales may be made on an over the counter basis upon offers received through a Broker. The initial listing shall be for not more than six months. After the initial six months of listing the Borough manager shall recommend to the assembly how to proceed from that point forward, and the authority to dispose shall terminate until and unless the Assembly approves a subsequent resolution authorizing disposal.

B. All transactions are to be on a cash basis, sales closing within 90 days. Offers must be accompanied by a $200 deposit which will be refunded if the offer is rejected and retained as part of the earnest money if the offer is accepted. Accepted sale offers must provide a 20% non-refundable earnest money deposit within 2 working days of acceptance. The Borough will not finance any sales. Buyer to be responsible for title insurance, closing costs, and platting where required. Failure to meet these terms voids the sale and the Borough may re-sell the property. Sales shall be by warranty deed subject to existing leases, easements and encumbrances.

<u>Section 4. Retained Parcels</u>.   The parcel listed as designated to be retained on Exhibit A and depicted in Exhibit K, shall be retained for Borough Use.

<u>Section 5.</u> Resolution 1861 amended is hereby repealed.

<u>Section 6.</u> This resolution is effective immediately upon adoption.

ADOPTED this _____ day of _____, 2005.

_____
BOROUGH MAYOR

ATTEST:

_____
BOROUGH CLERK

Approved as to form:
_signature_
BOROUGH ATTORNEY

| EFFECTIVE DATE: | | | |
|---|---|---|---|
| ROLL CALL | YES | NO | ABSENT |
| KIFFER | | | |
| LANDIS | | | |
| LYBRAND | | | |
| PAINTER | | | |
| SHAY | | | |
| THOMPSON | | | |
| TIPTON | | | |
| MAYOR (Tie Votes Only) | | | |
| 4 AFFIRMATIVE VOTES REQUIRED FOR PASSAGE | | | |



## Borough East Ward Cove, Mud Bay and Carroll Inlet Properties For Sale

| | USS # | Acres | 2005 assessment | Classification | Zoning | Parcel # |
|---|---|---|---|---|---|---|
| **Eligible for BULK SALE** | | | Min Bid | | | |
| B-11   next to 6000 block N. Tongass      +dock | 1656 | 8.21 total | $317,000 | Econ Dev | IH | 31-3220-016-000 |
|            6000 block N. Tongass      tidelands | ATS439 | | | Econ Dev | IH | 31-3220-016-000ATS 1 |
|            and a portion of ATS 1c2 | ATS 1c2 | | | Econ Dev | IH | |
|            and a portion of 1653wf | 1653wf | | | Econ Dev | IH | |
| B-12   next to 6000 block N. Tongass      upland | 1656up | 1.79 | $10,000 | Econ Dev | IH | 31-3220-015-000 |
| B-13   btwn 6000-6500 block N. Tongass | 1653wf | 11.9 total | $79,500 | Econ Dev | IH | 31-3220-013-000 |
|            and a portion of ATS 1c2 | ATS 1c2 | | | Econ Dev | IH | |
| B-14   btwn 6000-6500 block N. Tongass   upland | 1653up | 3.166 | $12,200 | Econ Dev | IH | 31-3220-012-000 |
| B-15   6500 block N.Tongass | 1208 | 15 total | $558,000 | Econ Dev | IH | 31-3220-008-000 |
|            and a portion of ATS 1c2 | ATS 1c2 | | | Econ Dev | IH | |
| B-16   6500 block N.Tongass      upland | 1655up | 1.02 | $4,600 | Econ Dev | IH | 31-3220-009-000 |
| B-17   7559 N. Tongass   portion of 1508 | 1508 | 14.6 total | $1,090,700 | Econ Dev | IH | 01-1214-001-110 |
|            portion of USS 1208 | 1208 | | | Econ Dev | IH | 31-3220-006-000 |
|            and a portion of ATS 1c2 | ATS 1c2 | | | Econ Dev | IH | |
| B-18   6500 block N.Tongass      upland | 1208up | 12.32 | $69,300 | Econ Dev | IH | 31-3220-007-000 |
| | | TOTAL | $  2,141,300 | | | |
| **Eligible for sale** | | | Min Bid | | | |
| B-20   Carol Inlet, Marble Creek      USMS | 1462 | 97.646 | $27,200 | Econ Dev | FD | 30-9369-002-000 |
| B-21   9400 block N. Tongass      Mud Bight | 812uns2 | 1.273 | $158,700 | Econ Dev | IH | 31-3440-088-500 |
| B-22   9400 block N. Tongass      Mud Bight | 812wft | 8.75 | $1,099,800 | Econ Dev | IH | 31-3440-088-000 |
|            Improvements | | | Included above | Econ Dev | IH | 31-3440-088-000 |
| B-24   9400 block N. Tongass      Mud Bight | 812uns1 | 34.732 | $168,400 | Econ Dev | IH | 31-3440-089-000 |
| B-25   USS 2090 Tr b, 5900 block N. Tongass | 2090 | 0.54 | $10,800 | Commercial Land | IH | 31-3230-009-000 |
| **RETAINED by the Borough** | | | | | | |
| B-27   Portion 1508 wft + portion ATS 1c2 & ptn1659 | | 2 | $478,900 | Econ Dev | IH | |

lm                                3/16/2005

Exhibit "A"
Resolution 1881
east side sale list



Exhibit B
Resolution 1881



**Borough Carroll Inlet Property**

Exhibit C
Resolution 1881



PARCEL B-21 EXHIBIT

Exhibit D
Resolution 1881



PARCEL B-22 EXHIBIT

Exhibit E
Resolution 1881



PARCEL B-24 EXHIBIT

Exhibit F
Resolution 1881



PARCEL 25 EXHIBIT

Exhibit G
Resolution 1881

This is an aerial photo showing the approximate boundaries of what is labeled as Parcels 11 and 13 on the plat. The upland area in the lower left corner of the parcel is currently being used by Lighthouse excursions as a parking and staging area. Note the relative lack of land area on Tract 3013.

Exhibit H
Resolution 1881
FINAL east side plat aerial photos.doc

Exhibit H
Resolution 1881

Exhibit I
Resolution 1881
FINAL east side plat aerial photos.doc

Parcel 15
(Tract 3015)

This is an aerial photo showing the approximate boundaries of what is shown as Parcel 15 on the plat.

**Exhibit I**
**Resolution 1881**

Exhibit J
Resolution 1881
FINAL east side plat aerial photos.doc

This is an aerial photo showing the approximate boundaries of what is shown as Parcels 17 and 27 on the plat.

Parcel 27
(Tract 3049)

Parcel 17
(Tract 3017)

Exhibit J
Resolution 1881



PARCEL 27 EXHIBIT

Exhibit K
Resolution 1881