INVOICE NO. 09224

# James G. Murphy, Inc.

COMMERCIAL/INDUSTRIAL AUCTIONEERS

NO STATEMENT WILL BE SENT
PLEASE REMIT ON THIS INVOICE
TO ADDRESS BELOW:

POST OFFICE BOX 82160
KENMORE, WA 98028
PHONE: (425) 486-1246

Ketchikan Gateway Borough
344 Front Street
Ketchikan, AK 99901

DATE: 8/30/05

SUBJECT: Auction August 4, 2005

Advertising & Travel Costs                $35,959.63

**TOTAL DUE**                              $35,959.63

Terms: Net 10

RECEIVED
SEP 01 2005
BOROUGH MANAGERS OFFICE

ORIGINAL INVOICE
Account Charged: 721.10.020.0000
Account Charged:
Invoice Amount: 35,959.63
Discount:
Accounts Payable:
Total Paid: 35,959.63
Received/Approved:
Pay Date:

EXHIBIT 4



**J G Murphy Inc.**
Commercial and Industrial Auctioneers

# AUCTION EXPENSES
## KETCHIKAN GATEWAY BOROUGH REAL ESTATE
## KETCHIKAN, AK
## AUGUST 4, 2005

### ADVERTISING

| Media | Display | Classified | |
|---|---|---|---|
| Ketchikan Daily News | $1,232.00 | $165.00 | |
| Juneau Empire | $573.30 | $123.68 | |
| Sitka Sentinel | $520.35 | $117.66 | |
| Anchorage Daily News | $1,446.10 | | |
| USA Today | $2,833.76 | | |
| Wall Street Journal | $3,840.90 | | |
| San Francisco Chronicle | $1,606.08 | | |
| Seattle PI/Times | $3,052.48 | $589.29 | |
| Kodiak Daily Mirror | $682.30 | $223.43 | |
| Peninsula Clarion | $472.50 | $401.44 | |
| Alaska Journal of Commerce | $450.00 | | |
| Fairbanks News Miner | $812.59 | $158.70 | |
| Oregonian | $491.84 | | |
| Bellingham Herald | $217.98 | | |
| Capital Press | $179.50 | | |
| Vancouver Sun | | $515.04 | |
| Alaska Star | $219.00 | | |
| Asian Papers | $312.00 | | |
| **Total Media** | | | $21,236.92 |
| Advertising Coordination Labor | | | $750.00 |
| Brochure, Compilation, Printing and Mailing Labor | | | $4,928.50 |
| Brochure Postage | | | $1,666.11 |
| Website/Proxy Bid | | | $975.00 |
| Signs | | | $1,339.16 |
| **TOTAL ADVERTISING** | | | $30,895.69 |

### TRAVEL/OTHER

| | |
|---|---|
| Event Costs | $538.00 |
| Airfare, Lodging, Meals, Rental Car | $4,525.94 |
| **TOTAL ADVERTISING & TRAVEL** | $35,959.63 |

Main Office: 18226 - 68th Ave. N.E., Kenmore, WA, 98028, Phone: (425) 486-1246  Fax: (425) 483-8247  info@murphyauction.com, www.murphyauction.com
Oregon Office: 105 McNary Estates Drive North, Keizer, Oregon, 97303, Phone: (503) 463-4444, Fax: (503) 463-1554