1

2

3

4

5

6

7

8

9

10

11

12              EXCERPT OF BOROUGH ASSEMBLY MEETING

13                   AUGUST 15th, 2005

14

15

16

17

18

19

20

21

22

23

24

25

**SEAK Professional Services, LLC**

**SEAK Professional Services, LLC**

P R O C E E D I N G S

1

2    Mr. Westland:  Good evening Mayor, Council Members.  My

3    name is Donald Westland.  I live at 15065 Lizzy Lane, North

4    Tongass, 15 miles.  I'm speaking on a couple things here

5    tonight.  One is the disposal of sale -- by sale at fair

6    market value.  There, I guess you're going to determine

7    whether you're going to accept the bids that were below the

8    Boroughs assessed value.  Gee, can I take and pay less taxes

9    on my property, because I don't think it's a fair price?

10   Think about it.  If I don't think that the price that you

11   assessed my property at is unfair, and above what I think it's

12   worth, then I shouldn't have to pay taxes on it -- that

13   excessive fee.

14   So, I'd like you to really consider not accepting under

15   appraised value bids.  And I don't understand the hurry at

16   disposing of this property.  At one point in time you were

17   going to trade it off for $1.8 million dollars, or at least

18   that's what they're expecting the property to be worth.

19   You've had a sale now that has gone over $3 million dollars,

20   and you still haven't disposed of all the property.  I think

21   you should have another sale before you dispose of any

22   property at below assessed value.  That was my major one.

23   My other one is upon the unfair assessment that the North

24   Tongass Fire Department has -- and EMS service is being -- the

25   people are being charged.  You have, on the north end of town,

-2-

1    you have a sewage fee.  Everybody pays the same, $15 dollars a

2    month.  I'm going to receive the service, the fire and EMS.

3    But, my property's worth a lot more than other people.  So,

4    I'm paying an exorbitantly more amount then somebody living

5    off the water, in a mobile home.  It's a very unfair way of

6    financing this.  If the banks and the insurance companies

7    would have kept their eyes on the -- keeping the people

8    enrolled in the Pond Reef Fire Department, we wouldn't have

9    this dilemma of unfair taxation.  And that's what I really

10   feel it is, is unfair taxation.  I'm building a new home.  I'm

11   going to -- it's going to just sky rocket my share in this

12   financing of North Tongass.

13       I believe we need North Tongass, we need EMS.  But I

14   think there should another way, a fair way of financing it.

15   Pretty soon your going to take and -- people on fixed incomes

16   are not going to be able to take and continue to live in their

17   homes, because of taxes.  Every time you add a service it

18   requires a new tax.  We need the services, I understand that.

19   But, everybody should pay a fair share on every property.

20       I guess that's about it.  And I'm not going to be able to

21   stay for the meeting to here what you're say on some of the

22   points.  But, I have to be up at 5:00 in the morning fishing.

23   Any questions?

24       Mayor Salazar:  Mr. Painter, and then Mr. Lybrand.

25       Mr. Painter:  Don, have you addressed these concerns to

-3-

1  the North Tongass Fire Service Area Board?

2       Mr. Westland:  When we were first debating it, yeah.

3       Mr. Painter:  Their meetings are open to the public.

4       Mr. Westland:  Yeah.  At some of the first meetings I --

5  they said, well this is the only way we can do it.  I don't

6  believe that.  But, they've got there -- certain people on the

7  board believe that it should be a fee, other people think it

8  should be an assessment.

9       Mr. Painter:  There is a fee, in addition.....

10      Mr. Westland:  Well yeah -- there's a, yeah -- that's the

11 other question.  Is why are you assessed.....

12      Mr. Painter:  Right.

13      Mr. Westland:  ......and then you also have another fee.

14      Mr. Painter:  This body did not come up with.....

15      Mr. Westland:  I understand that, but you accepted it.

16 You accepted the funding.  You accepted the way it was going

17 to be funded.  Is that not correct?  You had to take and vote

18 it.

19      Mr. Painter:  Yes.  They received a considerable amount

20 of grant funding to get as far as they've gone.

21      Mr. Westland:  I understand that.

22      Mr. Painter:  And of course with the help the Borough

23 financing to get them started.

24      Mr. Westland:  But, that's not I'm saying.  If the grant

25 funded it all, that's great.  But, it's the percentage on my

-4-

1  value of my property.  You didn't charge me a percentage of

2  the value of my property to do the sludge fee.  That's a

3  service that is being provided by the Borough.  You've

4  contracted somebody to do this.  It's a fee.  I don't

5  particularly care that I can take my taxes -- you know this

6  assessment off my taxes.  It doesn't do me that much good.

7      Mr. Painter:  All service areas charge -- or by millage

8  rate, assessed value for fire protection.  South Tongass,

9  Shoreline did.

10     Mr. Westland:  Only because they chose to do that.  And I

11  believe that if more people would get involved, and probably

12  go to some of those meeting.  And I don't know whether to

13  change the board or not.  I don't know what to do.  But, it is

14  an unfair way of financing this.

15     Mayor Salazar:  Mr. Lybrand.

16     Mr. Lybrand:  I think I heard you, at the start of your

17  comment say that a public sale has been made.  And the

18  property is sold below the assessed valuation, the new

19  assessment is the sale price.  Is that you think?

20     Mr. Westland:  No.  That's not what I said.  I said that

21  the pieces of property that are not sold yet, and have bids on

22  them.

23     Mr. Lybrand:  Yeah.  But, what do you think the

24  assessment -- let's say a property is worth -- is assessed at

25  $100,000 and sells for $1000.  What do you think that property

1  is going to be assessed for in the future?

2      Mr. Westland:  That's not the point.  The point is the

3  sale, Mr. Lybrand.

4      Mr. Lybrand:  All right.  But, you understand.....

5      Mr. Westland: It's the sale.  I understand that it will

6  be taxed at the above.  But, the Borough -- I as a

7  citizen.....

8      Mr. Lybrand:  No, no, no.  I understand.  But, I --

9  you're clear that no matter what the sales price.....

10      Mr. Westland:  You bet, I understand that.

11      Mr. Lybrand:  .....the assessment is what they're going

12  to assess it.

13      Mr. Westland:  Yes, I understand that.

14      Mr. Lybrand:  All right.  Thank you.

15      Mr. Westland:  But, that's not the point that I made.

16      Mayor Salazar:  Mr. Kiffer.

17      Mr. Kiffer:  Getting back to your concerns about the

18  North Tongass Fire Department.  So, I just want to make sure I

19  understand.  What you're saying is that you would be in favor

20  of higher set fee than a percentage of -- I'll just say $100

21  bucks a pop not going to cover the fire department.

22      Mr. Westland:  Well, it used to be $300 dollars.

23      Mr. Kiffer:  Right.  They went behind.....

24      Mr. Westland:  I believe in the mutual -- and the states

25  Constitution says fair and equal protection.  And I'm not

-6-

SEAK Professional Services, LLC

1   being protected.  Because I'm being discriminated against,

2   because I own a piece of property that has a higher value than

3   somebody else.  I received the same service, but at a much

4   greater cost to me.  And that's unfair.

5        Mayor Salazar:  Any other questions?  Thanks.

6        Mr. Westland:  And again, one last thing is I agree with

7   the article in the paper that, you know you shouldn't sell it

8   at below assessed value.

9        Mayor Salazar:  Thank you for your comments.

10       Mr. Stone:  Good evening.  My name is Roger Stone.  I

11   reside at 410 Tower Road in the city of Ketchikan.  And I'm

12   here this evening on behalf of Alliance Realty my -- the

13   company that I'm employed with -- associated with.  First of

14   all I'd like to comment -- thank publicly the Borough staff

15   for (indiscernible) work last week prior to the sale.  There

16   was an awful lot of last minute stuff that had to happen.  And

17   I compliment Roy and Steve, and their staffs.  They did a

18   great job in getting everything together in time for the sale.

19   And I think made it run smoothly, and to actually to have

20   something of that magnitude come to a conclusion and have a

21   successful sale, I think that shows the effort that the staff

22   made.

23       Secondly, the -- just a comment to clarify.  There were

24   14 parcels that went into the auction.  Ten of those sold at

25   or above the assessed valuation.  And those contracts are

-7-

1    already at Ketchikan Title.  And already entered into the

2    closing process.  And I believe the first on will close this

3    next week.  So, the process is rolling along.

4        On the others that were bid at less than the assessed

5    valuations, I would urge the Assembly to keep in mind that the

6    assessed valuation is the best guess from the Assessment

7    Department.  These parcels were ones that were put together.

8    They had never been in that particular format for the most

9    part before, in terms of being platted the way they are.  The

10   Assessment Department had to go back to their standard base.

11   And then go from there.  That value is a measure that is not -

12   - I don't want to use the word arbitrary, but it is the best

13   guess, when they put an assessed value on there.

14       In terms of a market value, I don't know what better

15   measure of market value you have than a public auction.

16   Market value, by definition is what a willing buyer is willing

17   to pay a willing seller at any given time for any particular

18   piece of property.  I would urge that you give serious

19   consideration to the (indiscernible) report here.  And look --

20   if you look at this sale as a whole.  The entire assessed

21   valuation of all those properties included in the sale,

22   including the four parcels that were bid for less than the

23   assessed valuation was a little bit over $4 million dollars.

24   I believe it was $4,085,000 dollars.  The total sale price was

25   $3,406,000 if I remember the number reasonably correctly.

-8-

**SEAK Professional Services, LLC**

1    Those assessed valuations that were on there were brand new.

2    And if you look at the sale in total, I think that if you

3    could go back and compare to prior assessed values, which is

4    very difficult to do.  Because, again the properties weren't

5    configured in that same arrangement prior to the sale.  The

6    differences are negligible.  I would urge the Assembly to give

7    serious consideration to accepting those bids.  Because the

8    long term benefit of getting those properties back on the tax

9    roles right now is very good.  Also, you no longer have to

10   manage those properties.  You no longer have to deal with

11   them, they're gone.  The money's in the Boroughs coffers, and

12   you can move on.  And they're back generating tax revenues for

13   the Borough.

14       Another item on your agenda this evening is the -- and by

15   the way if there are any questions that any of the Assembly

16   members have with regard to any of the details on any of the

17   sales, I'd be happy to entertain those.

18       The other comment that I would have is you also have on

19   your agenda this evening the reconsideration or consideration

20   of the postponed agenda items with regards to Mr. Falconer's

21   offer for the Ward Cove proposal.  I look at a proposal like

22   that and think great.  Somebody's really interested in going

23   after that piece of property, and $9 million dollars is a lot

24   of money.  But don't let a lot of money get in the way of

25   seriously considering what the actual realizable value of that

-9-

**SEAK Professional Services, LLC**

1  property is.  If you're going to used assessed valuation as a

2  yardstick, and to some extent that's the yardstick you have to

3  use.  Because it's the only reasonable one we really have.

4  That property that Mr. Falconer has made an offer on is

5  assessed at somewhere in the vicinity $25 million dollars.  If

6  you use the recent sale as a gauge, and to some extent you

7  also have to do that, because that's a test of the market in

8  some fashion.  If you put that whole thing together in it's

9  entirety, the parcels sold for something between 75 and 78

10 percent of assessed valuation.

11     I would suggest to you if that's the target value that

12 you go for, that the value of Mr. Falconer's offer in looking

13 at the property that he's considering is somewhere in the

14 neighborhood of $16 to $19 million dollars, depending on how

15 you would look at it.  So, I'm all for getting that property

16 back in private hands.  I'm all for moving forward with the

17 thing out there.  But, we only get one bite at this apple, and

18 I've said that in this forum before.  And I think -- I commend

19 the Assembly members for the process that's happened over the

20 last six or eight months.  In the process of getting to the

21 point where we're beginning to dispose of this property.

22 Because there's an awful lot of effort, and an awful lot of

23 thought that's gone into it.  I would say don't blow it now,

24 because you need to be able to maximize that.  And sure, maybe

25 somebodies going to get a deal on it.  There's nothing the

1    matter with that.  That's the way the market works.  But,

2    don't give it away either.  You need to look at it very

3    seriously.

4        One of the bigger concerns out there is the environmental

5    liability that goes along with that.  That environmental

6    liability was addressed in the agreements that were made at

7    the time of the pulp operation was shut down.  So, my comment

8    would be, give it some serious thought, but realize again,

9    that we've only got one pass here.  And if we miss the boat

10   we're not going -- there's not going to be a second chance at

11   it.  So, we need to make sure we do the best job we can the

12   first time around.  Any questions?

13       Mayor Salazar:  Mr. Kiffer was first, and then Mr.

14   Tipton.

15       Mr. Kiffer:  Yeah, regarding the four properties that

16   sold -- or are on the table for under assessed value.  The

17   point has been made that people -- because people weren't

18   aware they could bid below the assessed value, because that

19   wasn't the original ground rule.  That those numbers are

20   probably artificially low.  What do think about that?

21       Mr. Stone:  I can't completely defray that argument.

22   Because there -- but on the other hand you have people there

23   at the auction what were looking at all those properties.  And

24   I don't -- honestly can't tell you, or even hazard a guess as

25   to whether or not you would get any better offers out there if

1  you have an open market period.  You might be able to test the

2  waters, if you decide to do that.  I wouldn't let it go for to

3  awful long, simply because the longer it goes the more money

4  it costs you in terms of not having those properties back on

5  the tax roles.

6      In terms of the assessment values, the one property which

7  has the lowest bid being compared to assessment value, has

8  some significant problems that may not have been clear to

9  everyone present in the auction.  And that may have been the

10  reason that there wasn't a bid there.  You've got a tidelands

11  lease there that's tied up right now.  And some other

12  considerations.  And there's a number of difficulties going

13  along with that.  From what I can see, that particular piece

14  of property was assessed based on the fact that it's

15  beachfront.  It's not beachfront, it's a mud flat.  There's no

16  water there most of the time.  So, given that, given the fact

17  that you've got a tidelands lease that's contentious, that's

18  tied up in some problems at this point.  And also given the

19  fact that other than the area where the hanger sits on that

20  piece of property, the entire parcel is a wetlands.  The

21  entire parcel.

22      So, development on that particular piece of property is

23  going to be difficult.  And the bid that's out there, given

24  the things that are there, I don't think it's unreasonable.

25  Maybe it's not the highest value you can get for that property

-12-

SEAK Professional Services, LLC

**SEAK Professional Services, LLC**

1  if you put it on the open market.  But, it may be the only

2  offer you get.  So, you know how long -- what is the

3  opportunity cost of waiting?

4      The other three parcels, again if you look at what they

5  were out there.  And let me backup one step on these.  In the

6  process of working and sitting at the table that day with the

7  Murphy Company and their employees and my partner Zig Ziegler,

8  we felt rather than walk out -- when all the parcels were

9  done.  When we had been through the whole list, rather than

10  walk away from the table and walk out of the auction that day,

11  and not have some value attached to those four parcels.  We

12  thought, okay let's at least get a bid on these four parcels

13  that generate a bid the first time around.  And put it in

14  front of you folks to at least consider.  You can say yea or

15  nay.  But, we didn't want to come back and say, there's no

16  value there.  Because there is value there.  So, what we were

17  trying to do, in that -- and if you remember that was right at

18  the very end of the auction, we wanted to not walk out of

19  there with a value unattached to any of those properties.  So,

20  we did the best we could to get some kind of response.  A

21  couple of them came out pretty good, I think.  The other three

22  parcels, I think are probably in reality, again because of

23  replatting, probably really reasonably close to what the

24  market value really ought to be.  That particular parcel, that

25  Mud Bight, maybe that's a good number too.  I don't know.

-13-

1  But, I know there are a lot of problems with that particular

2  parcel right now.  And I think the bid reflects the amount of

3  effort and, I don't want to say legal work or title work, or

4  whatever is going to have to go into clearing title to that

5  property, solving the problems with the tidelands lease.  And

6  you have to get there before you can even begin to develop

7  anything on the property with regard to wetlands.  Hopefully,

8  that's kind of a long answer to a short question.  But.....

9      Mayor Salazar:  Mr. Tipton.

10     Mr. Tipton:  Two questions.  The first one's along the

11  same lines as a (indiscernible) you were just talking about.

12  Would you agree that it was not advertized that you would sell

13  those lots or parcels in the matter that they occurred?

14     Mr. Stone:  Absolutely.  It wasn't advertized that way.

15  Again, that was a last minute decision.  And we wanted to be

16  able to give you some options.

17     Mr. Tipton:  And you understand that we have some Borough

18  code and ordinances then that kick into play with that.

19     Mr. Stone:  I understand totally.  And again, I think you

20  as Assembly members and the staff have done an excellent job

21  in laying out, here's what the process needs to be with regard

22  to these properties.  And I would urge you to stay on course.

23  What we were trying to do is throw some numbers in the pot,

24  that would basically bring forth offers on those properties.

25  And give you something to consider.  And, you know you can

SEAK Professional Services, LLC

consider those without necessarily deviating from the

methodology established.  You can consider those separately.

I think the methodology established in this auction sets a

precedent for a couple of things.

One, being the disposal of the rest of the property out

there, whether it's done in one auction or several.  And other

additional large parcels of Borough land.  The other thing it

does, is it sets, whether we want it to or not, it sets the

market for any other similar beach property.  Whether it's

privately owned or Borough owned, or whatever.  It sets the

value.  Because those are comparable sales that appraisers are

going to go back to -- that developers are going to go back to

and look at.  And say, well that piece of property sold for

this.  And that's going to be a reference point.  Regardless

of how it works, that's what it's going to wind up.  So, I --

I don't -- I'm not trying to change your process at all

George.  I just trying to say, that, you know there's some

value out there.  We didn't think in the process of conducting

the sale and assisting Murphy that it was in the best interest

of anyone to leave that room without some dollar number

attached to those properties.

Mayor Salazar:  Mr. Painter.

Mr. Tipton:  The other question I have is, in your

analysis you talked about an assessed dollar value.  And I

don't know where you arrived at that number.  We have a

1   different one.  But, that can still be a base for that.  And

2   you were comparing east verses west.  But, then you went in

3   and talked about environmental concessions.  And you talked

4   about using the same percentages to a dollar value.  But,

5   would you agree that you have a diminished dollar value in

6   some parcels because of consent decrees and different things

7   that are held on the westside properties?

8       Mr. Stone:  I would also agree -- I do.  I do not

9   disagree with that.  I think that's a true statement.

10  However, the risk that a buyer takes there is not necessarily

11  the financial risk of cleaning up the properties.  Because,

12  that's been otherwise addressed.  And agreements that have

13  already been made on the property.  The risk that a buyer is

14  taking is the length of time -- the delay that he would incur

15  in developing the property if there's environmental

16  remediation that has to occur.

17      Mr. Tipton:  With that same mind, did you factor in a

18  deduction because of demolition costs that are incurred, as

19  well as parcels that the Borough itself is keeping.  You

20  deduct it from that total to arrive at that percentage, did

21  you factor those in?

22      Mr. Stone:  Yes, I did.  And I came down -- what I came

23  down to was this.  All of those things boil down to one thing,

24  time.  Okay.  The issue of where the environmental liability -

25  - and that's the big question mark out there.  Asbestos or

-16-

**SEAK Professional Services, LLC**

1 PCB's or whatever there may be.  That's the big question mark.

2 And the issue you run into is anytime, and you've dealt with

3 this projects before.  Anytime you run into a scenerio where

4 you have environmental remediation of any kind, it's a delay.

5 The risk is not necessarily the demolition cost.  That's

6 pretty much a known factor, until you get into these

7 environmental considerations.  When you get into the

8 environmental considerations, that's where the risk lays.

9 Because, that's where not so much a buyers going to take a

10 financial risk, but the risk -- the financial risk that the

11 buyer winds up taking is because his project may be delayed

12 three months, six months, a year.  And all of a sudden his

13 financing package is in trouble because he can't get his

14 project online on time.

15     Mr. Tipton:  Okay.  I wasn't dealing more with that.  I

16 was asking a question relative to the deductions for all of

17 those above -- unknowns are unknown.

18     Mr. Stone:  Exactly.

19     Mr. Tipton:  And you mentioned a new range of $16 to $19

20 million.  And I just wondered if you had factored all those

21 different things in, in deducting from those numbers.  Because

22 those seemed awfully high.

23     Mr. Stone:  If you're going to use the assessed valuation

24 for a basis, yes.  Based on what we saw happen at the auction.

25 Now, again.....

**SEAK Professional Services, LLC**

1    Mr. Tipton:  But, you're comparing once again straight

2  across to it, totally unimproved eastside.  Against stuff

3  that's on the westside.  That's not apples and apples.

4    Mr. Stone:  Not straight across -- not straight across.

5  Because you do have to make deductions for the fact that that

6  properties got to be reclaimed, in essence before it can be

7  redeveloped.  Or at least in part.  Okay?  So, if you go back

8  to that sale -- okay.  Environmental cost and time factor risk

9  aside, the reclamation cost is not an unknown commodity.  You

10  can pretty much estimate what it would take labor wise and

11  everything else to tear those buildings and get that property

12  back into a developable scenario, environmental considerations

13  aside.  So, I did factor that in.  You can argue it either

14  way.  I mean, I'm not here to make a hard and fast case.  I'm

15  just saying that those considerations -- I'm coming up with a

16  different number than what Mr. Falconer's coming up with.  If

17  I were in his position I'd probably be doing exactly the same

18  thing.

19    What I'm saying is somewhere between the $25 million

20  dollar assessed valuation, and Mr. Falconer's $9 million

21  dollar lays reality.

22    Mr. Tipton:  Well, that's the reason I'm asking the

23  questions.  Because I -- when I hear numbers put out there

24  that are a lot different than what we have in the packet I

25  have to bring those forward.  Because that skews things a

-18-

1   little bit.

2       Mr. Stone:  Well, and I don't intend to confuse the

3   issue.  But, what I'm getting at based on what's in the packet

4   -- and I didn't read it word for word, I went through it very

5   quickly.  The -- you can take a different tack and come up

6   with a completely different number.  And that's the point I'm

7   trying to make.  There are different ways to analyze this

8   thing.  And it can be analyzed a dozen different ways from a

9   dozen different professionals, and you're going to come up

10  with a different answer every time.  So.....

11      Mayor Salazar:  Mr. Painter -- let me get Mr. Painter's

12  got a question here before we get this debate.....

13      Mr. Painter:  Two quick ones.  Are you aware that there

14  are people that did not attend the auction, because they

15  didn't realize that the Borough would accept offers of bids

16  less than the assessed opening value.

17      Mr. Stone:  We were aware of that at the time it came up.

18  And again.....

19      Mr. Painter:  And those people are calling us.

20      Mr. Stone:  And again, that's why you already have in

21  your disposal plan an option to put those things out there for

22  an additional period time or take them back to sale.  I mean,

23  I think -- the process you set up, I think is a very good

24  process.  Because you didn't tie yourself into one thing.  So,

25  you know, you put yourself in a position where you can move

SEAK Professional Services, LLC

SEAK Professional Services, LLC

1  forward and get the best value for your properties.  Whether

2  you decide to have an open offer period or go back to another

3  auction, to readvertize it, or whatever the case my be.

4      Mr. Painter:  I just wanted to know if you were aware of

5  that.

6      Mr. Stone:  Yeah.  We were very much aware of that.  And

7  we knew we were kind of opening a can of worms.  But, again we

8  wanted to make sure that there was a value that came back to

9  the Assembly.

10     Mr. Painter:  The other question that I had is, are you

11  aware that now to eternity if there are environmental issues

12  discovered on the old KPC property, the responsibility there

13  lays in with KPC.....

14     Mr. Stone:  Absolutely.  I am very much aware of that.

15  Believe me, I read that environmental.....

16     Mr. Painter:  When you're speaking here, you're speaking

17  to the public, the entire community.  And I don't want people

18  to get the wrong idea, that if somebody buys the westside

19  properties out there and discovers -- or the value of that

20  could be skewed because of potential environmental issues.

21     Mr. Stone:  And that's exactly the point that I was

22  trying to make a minute ago.  The financial liability for

23  cleanup out there is KPC's no matter what.

24     Mr. Painter:  Right.

25     Mr. Stone:  Okay.  The risk that you and I would take, if

1  we were to buy one of those properties and run into a

2  significant environmental problem that had to be remediated is

3  that we could not move forward with our development on time.

4  That's a financial risk in terms of the purchaser of the

5  property.  He's not responsible for the cleanup cost, but he

6  still has to suffer the delay.

7      Mr. Painter:  Thank you.

8      Mayor Salazar:  Any other question?  You got anymore

9  comments?

10      Mr. Stone:  No.  I -- that's all the comments I have.

11  I'd be happy to stick around at the discretion of the Assembly

12  if there's other question that come up, and I know you've got

13  lots of stuff on your plate tonight.

14      Mayor Salazar:  There may be when we get to that item.

15  But, there isn't right now, thank you.  Anybody else in the

16  audience now that.....

17      CAPTAIN FALVEY:  Yes, good evening.  My name is Captain

18  John F. Falvey.  I am the General Manager of the Alaska Marine

19  Highway System.  I live at 715 Buren, apartment number 1.  I

20  have two items that I'd like to bring forward to this board

21  this evening.  The first item is to make known the fact that

22  the Alaska Marine Highway System, State of Alaska is very

23  interested in purchasing the Ward Cove administrative building

24  where we presently house a portion of our shore side

25  employees.  And the Alaska Marine Highway System, State of

-21-

SEAK Professional Services, LLC

1  Alaska is also very interested in having the opportunity to be

2  allowed to negotiate towards that purchase.

3      The second item that I have, which is in essence separate

4  from the administrative building is the fact that the Alaska

5  Marine Highway System, State of Alaska is very interested in

6  constructing a barge lay up facility on Borough upland and

7  tidelands, known as B-36, 37, and 38.  And we are also very

8  interested in being allowed to negotiate a lease with an

9  option to buy that property.  And that's it.

10     Mayor Salazar:  Is there any question from the Assembly?

11 Mr. Kiffer.

12     Mr. Kiffer:  I guess, just a quick one.

13     CAPTAIN FALVEY:  Sure.

14     Mr. Kiffer:  There's no question that the agreement that

15 we reached with the AMH -- the admin building were on terms

16 that were very favorable to the Marine Highway System.  I'm

17 assuming in this particular case we'd be looking a something a

18 little closer to market value for these negotiations or.....

19     CAPTAIN FALVEY:  Well, I would assume that the building

20 would have to be appraised.

21     Mr. Kiffer:  Right.

22     CAPTAIN FALVEY:  The (indiscernible) market value, yes

23 sir.

24     Mayor Salazar:  Just as a point of interest, those lots

25 you just read off part of that the Borough has a sewage

1    treatment facility and a couple other -- Mr. Painter.

2         Mr. Painter:  Yes.  Would it matter to you or to the

3    state whether you were negotiating in terms of lease purchase

4    with the Borough or with a developer?

5         CAPTAIN FALVEY:  I think the state would prefer to

6    negotiate with the Borough, sir.

7         Mayor Salazar:  Any other questions?  Thank you.

8    Appreciate you coming.

9         CAPTAIN FALVEY:  I will stay around if you need me later.

10        Mayor Salazar:  Please do.

11        MR. STOUT:  Hi, I'm Ron Stout at 796 Kian Street.  And my

12   deal was on the sale of the property out there at Ward Cove.

13   I believe that if a person wants to sell it, and give the guy

14   a fair -- a good deal on it, he's going to go ahead and get

15   things going, and get it developed up.  And it's be what, two

16   years since anything's happened out there?  And they need to

17   get something done, get something going out there.  And it's

18   not doing this community any good just sitting there.  If you

19   get some people to work, that would be way more advantage than

20   just selling property.  I mean jobs are one thing that really

21   needs to be dealt with in this community.  There's several

22   people that could use the jobs.  And if it can create some

23   jobs, I think that's going to help compensate for the money

24   you're not going to be -- think you're going to be losing on

25   it.  I don't know, you know what the whole deal is on all the

-23-

SEAK Professional Services, LLC

1  property.  But, I really believe if you can get it sold, it

2  needs to get it done and over with.  Thank you.

3       Mayor Salazar:  Thank you.  Anyone else now on.....

4       (No further public comment on Ward Cove property)

5       Mayor Salazar:  Okay, 9.C., consideration of Resolution

6  1906, authorizing the Borough Manager to dispose of sale at

7  fair market value as determined by outcry auction August 4th,

8  2'05 certain Borough parcels located in Ward cove and Mud Bay

9  Alaska.

10      Mr. Landis:  Your Honor, I move to approve Resolution

11  1906.

12      Mr. Tipton:  Second, for discussion.

13      Mayor Salazar:  Moved and seconded.  Discussion?  Mr.

14  Painter.

15      Mr. Thompson:  Your Honor?

16      Mayor Salazar:  Just a minute.  Mr. Painter has the

17  floor, and then you will Mr. Thompson.

18      Mr. Thompson:  Thank you.

19      Mr. Painter:  Thank you.  I'd like to offer an amendment

20  for discussion, if I get a second.  To advertise and offer the

21  four parcels that did not -- somewhat get up to minimum

22  assessed bid by -- for a public auction on the 31st of August.

23  And of course a little bit of this goes along with my cohort

24  beside me, who's somewhat of a quasi auctioneer.  That I don't

25  think -- unless Scott Brandt-Erichsen says otherwise, that we

1  need to involve the professional auction company and their

2  fees and charges.

3      Unidentified Speaker:  Is the sale for all four of them?

4      Mr. Painter:  All four of those that did not meet the

5  assessed value minimum bid.

6      Mayor Salazar:  Let's get them identified specifically

7  for the record.  And that is.....

8      Mr. Lybrand:  B-17, 21, 22, 27.

9      Mr. Painter:  Okay.  With minimum opening bid at what was

10 the last bid at the auction -- the Murphy auction.

11     Mr. Lybrand:  Second.

12     Mayor Salazar:  Moved and seconded.  Discussion?

13     Mr. Tipton:  I guess I need an explanation of what you're

14 doing here again.

15     Mr. Painter:  To advertize for the next two weeks, to

16 hold another local auction on the 31st of August.  For those

17 four parcels to be auctioned again, or a continuation of the

18 other auction at -- with the opening bid at what was bid at

19 the auction.

20     Mr. Tipton:  Does that mean that if there is no bid, the

21 people that have that bid that you're starting at is the

22 accepted bid?

23     Mr. Painter:  Correct.

24     Mr. Lybrand:  I can't hear you.

25     Mr. Tipton:  What I asked was, since the starting bid is

-25-

SEAK Professional Services, LLC

1  the bid that was at that auction, is that the bid that will be

2  accepted if there is no other bids above that.

3       Mr. Painter:  Correct.

4       Mayor Salazar:  Mr. Landis.

5       Mr. Landis:  Your Honor, under discussion it -- I

6  appreciate the intent of Mr. Painter's motion -- amendment to

7  the motion.  And, although I'm tempted to vote in favor of it.

8  I think that I can't support it because it strays

9  significantly from the method that we already contemplated

10  within the resolution, as well as what was -- what came before

11  that resolution which was a series of focused meetings by an

12  ADHOC group of community members, and a couple of Assembly and

13  staff members.  Myself, being one of those.  And I would

14  prefer to stick very close to that -- what the resolution

15  contemplated, because of those reasons.

16       Mr. Thompson:  Your Honor?

17       Mayor Salazar:  Go head, Mr. Thompson.

18       Mr. Thompson:  Yes.  I somewhat concur with Mr. Landis.

19  I would prefer to see all of those properties handled in the

20  manner that item B is being handled.  In which they're set up

21  by open listing for a period of time.  I don't think it should

22  be six months.  But I think all of them should be opened up

23  for 30 days to see if there's a higher bid.  And the reason I

24  think that that's what we should do, is there's certainly some

25  people who may have been steered away from coming to the

SEAK Professional Services, LLC

-26-

1   auction -- but simply by looking at the assessed value of

2   those properties and saying, we don't believe -- you know,

3   there's no way I'm going to bid a million dollars for that

4   property.  Didn't bother to show up, and thus were not

5   afforded the opportunity to bid, and had no inclination or no

6   indication that we were going to accept anything lower than

7   the assessed value.  Leaving them in this open listing for a

8   period of time allows anyone in that category the opportunity

9   to participate.  And I don't think that we need to go to

10  another auction situation.  We have the bids on the table.

11  But, I think those should be opened up, and A, B, and C should

12  be rewritten to conform with item D.

13      Mr. Lybrand:  For a 30 day period?

14      Mr. Thompson:  For a 30 period.

15      Mayor Salazar:  Mr. Painter.

16      Mr. Painter:  In rebuttal, the Borough had the right and

17  did so change the terms of the auction, right during the

18  auction.  As far as accepting -- the one thing they did that

19  was not advertized, was they accepted an opening bid less than

20  the assessed value.

21      Mr. Thompson:  Well, I understand that.  But, I guess

22  what I'm saying is that -- you know, that wasn't advertized so

23  that the public couldn't have any fore knowledge that that

24  would happen.  And if we intend to have auctions in the future

25  with minimum bids, you can just about forget about it if

-27-

SEAK Professional Services, LLC

SEAK Professional Services, LLC

1   you're going to accept minimum bids at an auction, and then

2   rubber stamp them, you know in an Assembly meeting later on.

3   We might as well just throw it out for a free for all.

4        Mayor Salazar:  Mr. Landis and then Mr. Lybrand.

5        Mr. Landis:  Thank you, Your Honor.  The -- I believe Mr.

6   Stone stood here before us and said that that was a -- what do

7   you call it (indiscernible) -- it was done at the last second.

8   Really by the -- probably the managers staff in conjunction

9   with the auction company, and the local consultant.  So, I

10  don't necessarily agree that that was what was contemplated in

11  the resolution, the ADHOC committee, or by anyone up until

12  that point.  I believe the intent of it -- of an auction is

13  come whatever may to establish a price.  That's really what

14  they do.  And it was so ingrained in the proceedings, that

15  that's what in fact happened.  Regardless of setting a minimum

16  bid, which often isn't done if I understand it.

17       Mayor Salazar: Mr. Kiffer.

18       Mr. Kiffer:  Well, carrying the football analogy further.

19  Isn't the ultimate rule to follow, is to never take points off

20  the scoreboard?  Yeah, I guess -- this -- we do have some

21  offers here.  I don't know if they're good enough or not.  I

22  guess it's up to us to decide.  I guess I would be opposed to

23  the amendment.  But, I do like the idea of putting this off.

24  Based again -- and you know only about a month to go after

25  this (indiscernible).

1      Mayor Salazar:  Lybrand.

2      Mr. Lybrand:  What I think is the fairest way to do this.

3  Is put these things up -- all four of them for 30 days.

4  Minimum bid is what we have submitted.  And to give the people

5  that submitted those four bids the right of first refusal on

6  any bids that come in.  What I'm talking about -- we just had

7  that situation in the City of Ketchikan recently.  Up there in

8  Bear Valley.  There was some land that Alaska Housing was

9  putting out for bid -- it was in the cities best interest to

10 have (indiscernible).  And Alaska Housing had no qualms at all

11 about giving the city the first right of refusal on the bid.

12 What I'm saying, these people went and they did -- but it

13 shouldn't have been, but they did.  Their price is on the

14 table.  So, all I got to do now in 30 days is go a buck up

15 more, and they're -- but people when they put their bids up,

16 if we're going to use that as a minimum bid, should have the

17 right of first refusal on the final bid.  That would be the

18 reasonable way to handle it.

19     Mayor Salazar: The other requirement would have to be met

20 before -- you know, the cashiers check or bond, or whatever it

21 is.....

22     Mr. Lybrand:  Oh, no, no, no.  All those requirements are

23 going to be no matter what we do I would assume.

24     Mayor Salazar:  Mr. Tipton.

25     Mr. Tipton:  I agree with what you're talking about, with

                                                              -29-

SEAK Professional Services, LLC

SEAK Professional Services, LLC

1    the exception of one parcel.  And that's the parcel at Mud

2    Bay.  And the reason that I say that, we have heard testimony

3    from a licensed realtor, and we also know that because we

4    heard it from the manager the last meeting of the tidelands

5    issue kind of being in muddied water, so to use a play on

6    words.  So, therefore you might not be looking at the best

7    value possible with that parcel because of a clouded

8    situation.  And to keep that out of the mix until something is

9    cleared up in the future.

10       Mayor Salazar:  Well what difference does it make.  The

11   Borough doesn't need to clear it up.  We put it up for

12   auction, if somebody buys it they clear it up.  Mr. Kiffer.

13       Mr. Kiffer:  Yeah.  I'd like to hear from the attorney.

14   They've been sort of wandering around the fields here on a

15   bunch of ideas that also -- we're kind of heading for our own

16   (indiscernible) play here.  So, maybe if the -- I guess, does

17   the motion that's as on the floor now sound -- is that going

18   to -- does that work?

19       MR. BRANDT-ERICHSEN:  I can help you with the wording to

20   accomplish it.  I didn't bring a copy of the entire resolution

21   with me.  Resolution 1881 set out a procedure.  And

22   essentially what you amendment is amending the procedure set

23   out in 1881.  And as long as you do it by resolution, and find

24   that it's in the best interest of the Borough to proceed this

25   way, we can carry that out.

-30-

1      Mr. Thompson:  Your Honor?

2      Mayor Salazar:  Mr. Thompson.

3      Mr. Thompson:  I would like to offer a dispository

4  amendment to put all the properties up for sale, open bid for

5  30 days using the minimum bid that the -- that was received at

6  the auction.  And if no bids are received in excess of that,

7  that the people who bid on it have right of first refusal.

8  And let's sell these things.

9      Mayor Salazar:  Is there a second?

10     Mr. Lybrand:  I am (indiscernible), but I don't want the

11 guy that put the initial bid up -- and we're using that for

12 the minimum.  Not to have the right of first refusal, period.

13     Mr. Thompson:  That is my motion, George.  That they have

14 the right of first refusal.

15     Mr. Lybrand:  Period.

16     Mr. Thompson:  Period.

17     Mr. Lybrand:  In other words if somebody comes in -- I

18 bid X amount and they bid X plus two dollars, I can come in

19 and buy it for X plus two dollars?

20     Mr. Thompson:  Correct.

21     Mr. Lybrand:  Okay.  Well, if that's what we're all

22 understanding, that's what I can agree to.

23     Mr. Painter:  Second -- I second.

24     Mayor Salazar:  Mr. Painter seconds that.  I'll withdraw

25 my previous attempt at a motion.

-31-

1    Mayor Salazar:  Dispose the motion.  Doing all right with
2  the second?

3    Unidentified Speaker:  Mr. Lybrand seconded it -- Mr.
4  Painter's motion.

5    Mr. Tipton:  Is that the main motion we have on the table
6  then, is my question.

7    Mayor Salazar:  It's the amendment to the main motion.

8    Unidentified Speaker:  But if that passes does it
9  suppress that motion?

10    Mr. Tipton:  Well, that's what I'm asking.

11    MULTIPLE ASSEMBLY MEMBERS:  Yes.

12    Mr. Tipton:  Okay.  Then that's the main motion.

13    Mr. Corporon:  It would be helpful to staff if we
14  understand exactly what your intentions are, as we carry this
15  out.  As I'm listening now, what I hear is open it up for 30
16  days, from whenever we start this, sealed bids are due.  Not a
17  series of bids -- sealed offers or whatever.

18    Mr. Lybrand:  Right, right.

19    Mr. Painter:  We didn't say anything about sealed bids --
20  offers.

21    Mayor Salazar:  It's more like a silent auction, the way
22  I understand it.  I mean, you're going to go in there and
23  write on a sheet of paper.  Somebody else can come in and look
24  at it.....

25    Mr. Corporon:  Otherwise, first come, first served.  The

-32-

first offer we get, we bring to you.

    Unidentified Speaker:  No, 30 days.

    Mr. Corporon:  So, at 30 days the offers are due. Preferably sealed, so no one can accuse someone of seeing someone else's offer.  We open them......

    Unidentified Speaker:  Wait a second now.  There was nothing about sealed bids.  It was -- I thought you were running a silent auction.  When you could go in there and write it on a sheet.  Somebody else wants to come in and look it and bid more.  I mean....

    Unidentified Speaker:  Glen's motion didn't say anything about sealed bids.

    Mr. Thompson:  Well, it didn't.  It was to proceed to offer what's (indiscernible) on an open listing.

    Mr. Corporon:  Okay.  Then the very first offer we get, we bring?

    Mr. Lybrand:  Not at all.

    Mayor Salazar:  You go to 30 days.

    Mr. Lybrand:  At the end of 30 days you bring the best offer in.  And then.....

    Mr. Painter:  And then the first -- or the successful bidder at the previous auction has first right of refusal.

    Mr. Eckert:  I just want to work the mechanics out then. And so, if we get one in after a week.....

    Mayor Salazar:  Come to us in 30 days.

1    Mr. Corporon:  With all the offers, and take the highest

2 one?

3    Mayor Salazar:  Yes.  Yes.  And then the highest bid

4 at.....

5    Unidentified Speaker:  After you have contacted the

6 successful bidder at the previous auction.

7    Unidentified Speaker:  (Indiscernible) successful bidder.

8    Mayor Salazar:  We need Mr. Erichsen to look this thing

9 over.

10    MR. BRANDT-ERICHSEN:  Yeah.  This is getting more

11 confusing then.....

12    Unidentified Speaker:  We're the ones that are going to

13 carry it out.  We'll make sure we understand it.

14    Mr. Tipton:  I don't even understand the direction we're

15 trying to give you, so.....

16    Mayor Salazar:  Will you read back that.....

17    Mr. Eckert:  I have one final question first, if I might

18 for Mr. Thompson.  You said open listing Glen.  Is that

19 through realty companies or over the counter at the Borough?

20    Mr. Thompson:  Over the counter at the Borough.

21    Mr. Eckert:  Thank you.

22    Mr. Thompson:  My intent is you -- you can take bids on

23 these properties for 30 days.  You bring the highest bid on

24 each of these properties back.  And at that time the original

25 high bidder, at the original auction the right of first

1   refusal to purchase at that price if they so choose.  If they

2   don't, then that offer becomes the new offer, and we sell to

3   that person on the same terms and conditions.

4       Mr. Lybrand:  That's correct.

5       Mayor Salazar:  Mr. Kiffer, did you have something?

6       Mr. Kiffer:  I was just curious why -- what difference it

7   makes to either have sealed bids or have them -- where you're

8   given the ability come in and sort of trump each other.

9       Mr. Lybrand:  Out cry.  The reason it makes a difference

10  is -- he comes in and says X plus $10 dollars.

11      Mr. Kiffer:  Right.

12      Mr. Lybrand:  And then I go in, and I say what have you

13  got offered?  And then I go X plus $15 dollars.

14      Mr. Kiffer:  So, essentially it's a silent auction.

15      Mr. Lybrand:  And it's out in the open.  Where the sealed

16  bid, you don't have a second bite at the apple.

17      Mayor Salazar:  There was two or three hands up over

18  there.  Mr. Landis, I guess that is.

19      Mr. Landis:  I won that auction.  Perhaps the Manager,

20  Assistant Manager, Property Manager could answer this

21  question.  I'm not sure who.  What, in your opinion was

22  contemplated in the original resolution outlining the over the

23  counter sale.  Perhaps you can answer that for us.

24      Mr. Eckert:  In the original resolution that we passed,

25  the contemplation was that anything that did not sell -- okay,

-35-

SEAK Professional Services, LLC

1  meeting the minimum requirement, would then go to open

2  listing.  Period.

3      Mr. Landis:  Explain to us what that means.

4      Mr. Eckert:  That means you put it out on the market

5  (indiscernible) real estate or whatever.  And I'm not -- I

6  don't have it in front of me.  I don't remember if it was six

7  months -- Steve?

8      Mr. Corporon:  I think the intent was back then -- we

9  wouldn't have a dollar figure because it didn't sell.  Or

10  didn't pretend selling.....

11      Unidentified Speaker: So, the assessed valuation wouldn't

12  (indiscernible).

13      Mr. Corporon:  .....so, we would put it over the counter

14  if someone brought an offer in, we would bring you an offer at

15  the next meeting.  That's the way I understood it.

16      Mr. Eckert:  But the open listing -- at least said it was

17  for six months.

18      Mayor Salazar:  Mr. Painter.

19      Mr. Eckert:  You know, fine.  But, first come, first

20  served.

21      Mr. Painter:  The only thing, I guess -- whether I need

22  to add to Glen's amendment is to make sure that this is

23  advertized in the media.

24      Mayor Salazar:  We'll make sure -- we do that anyway.

25  Mr. Tipton.

SEAK Professional Services, LLC

1    Mr. Tipton:  Do you have a need for parcel B-22, since it

2 was the one at such a low percentage of the assessed value.

3 To possibility use in the future as trading stock or whatever?

4    Mr. Eckert:  We probably could.  Again, I think that

5 would be determined on an offer that we might have.  And then

6 we just -- at that time -- we need the right to refuse any and

7 all offers.  If we can do that, I think we need to look at our

8 trading arrangement.  Because they could prove to be very

9 valuable.

10    Mr. Tipton:  So, was it your understanding of what you

11 just heard -- we're going to put these out for 30 days.  Look

12 at the bids, and we still have the right to refuse any and all

13 bids.

14    Mr. Eckert:  Yes.  We have the right -- you know, we

15 would reserve the right to.....

16    Mr. Tipton:  Okay.  That's.....

17    Mr. Eckert:  We need that.

18    Mr. Corporon:  And if I understand from a practical

19 standpoint, what I see now is we'll have a tote board

20 downstairs in the clerks office.  Tomorrow morning we will

21 post the current offers.  And people can come in and up it.

22 Is that what I'm hearing?

23    Unidentified Speaker:  Sure.

24    Mr. Corporon:  I just want to make sure you guys are all

25 voting.....

SEAK Professional Services, LLC

1      Mayor Salazar:  Mr. Landis.

2      Mr. Landis:  Thank you, Your Honor.  What happens at

3  12:59 or 11:59.

4      Mr. Corporon:  That's why personally I prefer a sealed

5  offer.

6      Mr. Landis:  You know, I think this is so far off

7  track.....

8      Unidentified Speaker:  Close of business, it says here.

9      Mr. Landis:  .....from what we originally decided and

10  voted on that I'm not in favor of the amendment or the motion

11  at this point.

12      Mayor Salazar:  Is there any other discussion?  Mr. Shay.

13      Mr. Shay:  Yeah.  I think Mr. Painter's original motion

14  kind of a possible outcry auction.  But I think the sealed bid

15  is a better methodology of getting the best possible price.

16  So, I think people are going to sharpen their pencils.  Are

17  going to take a look at these properties again, and say maybe

18  I can afford a little bit more, because of the proposed

19  activity in the cove.  That the values are going to go up.

20  And I think that's feasible.

21      I do have one last question though about the bid that was

22  only about 28 percent.  That was that auction on lot 11 on B-

23  22.  Is it -- would it be feasible to split that eight and a

24  half acre parcel up in order to sell it piece meal?  Or is it

25  pretty well integral?

-38-

**SEAK Professional Services, LLC**

1      Mr. Eckert:  No.  It's pretty much -- the value of that

2 property is in the portion where the hanger is.

3      Mr. Shay:  That includes some upland property too, does

4 it not?

5      Mr. Eckert:  No.  It's.....

6      Mr. Shay:  Oh, there's no upland property with that?

7      Mr. Eckert:  .....it's very little upland property.  It

8 just goes to the road right a way.  It does not cross the

9 highway.  And then so, the majority of that is wetlands.

10 There are probably seven or eight little creeks that cross

11 there.  I walked the entire length -- (indiscernible) about a

12 year ago.  And we came out of there soaking wet.....

13      Mr. Shay:  Okay.

14      Mr. Eckert:  .....up to our knees.   I mean it was bad.

15      Mayor Salazar:  Is there any other discussion on this?

16 Please call the role.

17      Mr. Tipton:  How are we voting?

18      Unidentified Speaker: The dispository amendment.

19      The Clerk:  If this passes then, is this going to be the

20 whole resolution?

21      Mayor Salazar:  Yes.  That's the new motion.

22      Unidentified Speaker:  You better read it back, so we'll

23 know what.....

24      The Clerk:  You're going to have.....

25      Mayor Salazar:  Glen, you meant for this to be

1  dispository, right?

2      Mr. Thompson:  Yes, I do.

3      The Clerk:  Basically, what I understand is put all

4  parcels out for 30 days by open listing, over the counter at

5  the Borough.  At end of 30 days.....

6      Unidentified Speaker:  End of business.

7      The Clerk:  .....the original offers have the right of

8  first refusal to purchase at.....

9      Mr. Thompson:  At the highest bid received.

10      Mr. Lybrand:  I'd like to amend the amendment.

11      Mayor Salazar:  Mr. Eckert, go head, then we'll get to

12  this.

13      Mr. Eckert:  I would like to make sure we put in we have

14  the right to refuse any and all offers.

15      Mayor Salazar:  Mr. Lybrand.

16      Mr. Lybrand:  One thing that keeps coming back up, is I'd

17  like wording now -- this is an open bid process.  I remember

18  there's the change from that open bid process -- bring it in

19  to a sealed bid.

20      Mr. Shay:  Second the motion.

21      Mr. Thompson:  I didn't quite hear what George was

22  saying.

23      Mayor Salazar:  He made a motion to change it to a sealed

24  bid process.  And it was seconded by Mr. Painter.

25      Mr. Painter:  I did not.

-40-

1       Mayor Salazar:  Did you second it, Mr. Painter?

2       Unidentified Speaker:  Mr. Shay did.

3       Mayor Salazar:  Any other discussion on that?  I would

4  just like to comment that I think we got the best prices by

5  auction, not by sealed bid.  That's why we had the auction to

6  start with.  Could you call the question on the amendment

7  please.

8       The Clerk:  All right.  This is the amendment to the

9  sealed bid.  Lybrand?

10      Mr. Lybrand:  No.

11      The Clerk:  Kiffer?

12      Mr. Kiffer:  No.

13      The Clerk:  Shay?

14      Mr. Shay:  Yes.

15      The Clerk:  Tipton?

16      Mr. Tipton:  No.

17      The Clerk:  Landis?

18      Mr. Landis:  No.

19      The Clerk:  Painter?

20      Mr. Painter:  No.

21      The Clerk:  Thompson?

22      Mr. Thompson:  No.

23      The Clerk:  One yes, six no.

24      Mayor Salazar:  Motion failed.  Would you call the main

25  motion please.

-41-

1    The Clerk:  Landis?

2    Mr. Landis:  No.

3    The Clerk:  Lybrand?

4    Mr. Lybrand:  Yes.

5    The Clerk:  Kiffer?

6    Mr. Kiffer:  Yes.

7    The Clerk:  Painter?

8    Mr. Painter:  Yes.

9    The Clerk:  Shay?

10   Mr. Shay:  Yes.

11   The Clerk:  Thompson?

12   Mr. Thompson:  Yes.

13   The Clerk:  Tipton?

14   Mr. Tipton:  No.

15   The Clerk:  Five yes, two no.

16   Mayor Salazar:  Motion carries.

17                (END OF REQUESTED PORTION)

18

19

20

21

22

23

24

25

SEAK Professional Services, LLC

1               TRANSCRIBER'S CERTIFICATE

2       I, Clyde E. Pasterski, hereby certify that the foregoing

3  document is a true, accurate, and complete transcript of the

4  requested excerpts of the Ketchikan Borough Assembly meeting

5  of August 15, 2005, transcribed by me from a copy of the

6  electronic sound recording to the best of my knowledge and

7  ability.

8  ___12/31/2005___        _____

9  Date                     Clyde E. Pasterski, Transcriber

-43-