I hereby certify the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: /s/ Lauriett J. Edwards
Clerk Ketchikan Gateway Borough

# KETCHIKAN GATEWAY BOROUGH

### RESOLUTION NO. 1906 AMENDED

A RESOLUTION OF THE ASSEMBLY OF THE KETCHIKAN GATEWAY BOROUGH, ALASKA, AUTHORIZING THE DISPOSAL BY SALE AT FAIR MARKET VALUE AS DETERMINED BY OUTCRY AUCTION AUGUST 4, 2005 CERTAIN BOROUGH PARCELS LOCATED IN WARD COVE AND MUD BAY; AND PROVIDING FOR AN EFFECTIVE DATE.

## RECITALS

A. WHEREAS, the Ketchikan Gateway Borough recognizes that the certain portions of U. S. Survey 1508, 1208, 1659, 812uns 2, 812wft and ATS 1c2, are not currently on the tax rolls; and

B. WHEREAS, the Ketchikan Gateway Borough desires to get these parcels on the tax rolls; and

C. WHEREAS, having these parcels in private versus government hands encourages the economic growth of some businesses, start of new businesses into the community and an overall increase in year round jobs positively affecting economic growth and stability serves the Ketchikan Gateway Borough's economic development interests; and

D. WHEREAS, the Assembly previously adopted Resolution 1881 on March 21, 2005, authorizing these parcels to be disposed by sale at outcry auction August 4, 2005; and

E. WHEREAS, Resolution 1881 indicated that these parcels could not be sold under assessed values that were set January 31, 2005 and the bids received for 4 of these parcels of which 2 are now platted as Tracts 3017, 3019 according to plat 2005-30 and listed in the auction as B-17, B-21, B-22 and B-27 at the outcry auction were less than that assessed value; and

F. WHEREAS, the Assembly finds that the bids received at the August 4, 2005 auction for parcels listed in the August 4, 2005 auction as B-17, B-21, B-22 are not fair market value offers to purchase those 4 parcels.

G. WHEREAS, at the Assembly meeting of August 15, 2005 staff was directed to gain fair market value by listing all 4 parcels for sale in open bid for a period of 30 days.

NOW, THEREFORE, IN CONSIDERATION OF THE ABOVE FACTS, IT IS RESOLVED BY THE ASSEMBLY OF THE KETCHIKAN GATEWAY BOROUGH, ALASKA as follows:

**Section I.** The Assembly directs the manager to dispose by sale the specified parcels of Borough property in Ward Cove and Mud Bay identified on Attachment A as B-17, B-21, B-22 and B-27 in the following manner:

    A.    Proceed to offer for sale by open bid the parcels identified on Attachment A as B-17, B-21, B-22 and B-27, for a minimum bid of $600,000 net proceeds to the Borough for B-17, $82,500 net proceeds to the Borough for B-21, $310,000 net proceeds to the Borough for B-22, and $195,000 net proceeds to the Borough for B-27 for a period of 30 days.

EXHIBIT 8

B. If a bid is received in excess of that expressed in Section 1 (A), the people who submitted those proposals will have right of first refusal to purchase the property. The selling price in this case will be the highest bid amount received during the 30 posted period ending September 20, 2005. The right of first refusal is not transferable.

C. If no offers are received for the parcels higher than the original proposal price listed in Section 1(A), then the people who submitted those proposals will have right of first refusal to purchase the property at that proposal price as indicated.

D. If an original proposer chooses to not to exercise their right of first refusal and purchase the property, it will be offered for sale to the highest bidder.

E. The Borough Manager may execute all documents required to accomplish the sale in accordance with Sections 2 and 3 of this resolution without further action of the Assembly.

**Section 2.** Sale of parcels identified on Attachment A as parcels in East Ward Cove and Mud Bight shall proceed with the following terms:

A. All bids will be received by open listing over the counter at the Borough.
B. The highest bid received for each parcel will be posted in the Managers Office and Clerk's Office.
C. All bids must be submitted on the Bidders Form available in the Managers Office.
D. Bid Security in the form of a cashier's check or certified check in the amount of one thousand dollars ($1,000) per parcel will be required for all bids.
E. The Borough reserves the right to reject any or all bids.
F. All sales shall be for cash.
G. The successful bidders must provide a non-refundable earnest money deposit of at least 20% of the purchase price by September 26, 2005. Failure to meet this deadline voids the sale.
H. The successful bidders must sign the Purchase and Sales Agreement by September 26, 2005.
I. Closing shall be within 90 days of the signing of the Purchase and Sales Agreement or within 90 days of delivering the 20% earnest money deposit, whichever date is later.
J. The earnest money deposit shall be forfeit to the Borough if buyer fails to close within the 90 day period.
K. Failure to meet these terms voids the sale and the Borough may re-sell the property.
L. Sales shall be by warranty deed subject to existing leases and encumbrances.
M. Buyer to be responsible for title insurance and closing costs.

**Section 3.** If any of the sale of the parcels listed do not closed within the 90 day period they shall be offered for sale by open listing with local real estate professionals at a price determined by the Manager.

A. Commission on sales shall not exceed 5% of the sales price. Sales may be made on an over the counter basis upon offers received through a Broker. The initial listing shall be for not more than six months. After the initial six months of listing the Borough Manager shall recommend to the Assembly how to proceed from that point forward, and the authority to dispose shall terminate until and unless the Assembly approves a subsequent resolution authorizing disposal.

B. All transactions are to be on a cash basis, sales closing within 90 days. Offers must be

accompanied by a $1,000 deposit which will be refunded if the offer is rejected and retained as part of the earnest money if the offer is accepted. Accepted sale offers must provide a 20% non-refundable earnest money deposit within 5 working days of acceptance. The Borough will not finance any sales. Buyer to be responsible for title insurance and closing costs. Failure to meet these terms voids the sale and the Borough may re-sell the property. Sales shall be by warranty deed subject to existing leases and encumbrances.

**Section 4.** To the extent that this resolution conflicts with Resolution 1881, this resolution supercedes Resolution 1881.

**Section 5.** This resolution is effective immediately upon adoption.

ADOPTED this 6th day of September, 2005.

_____
BOROUGH MAYOR

ATTEST:
_____
BOROUGH CLERK

Approved as to form:
_____
BOROUGH ATTORNEY

| EFFECTIVE DATE: September 6, 2005 | | | |
|---|---|---|---|
| ROLL CALL | YES | NO | ABSENT |
| KIFFER | ✓ | | |
| LANDIS | ✓ | | |
| LYBRAND | ✓ | | |
| PAINTER | ✓ | | |
| SHAY | ✓ | | |
| THOMPSON | ✓ | | |
| TIPTON | ✓ | | |
| MAYOR (Tie Votes Only) | | | |
| 4 AFFIRMATIVE VOTES REQUIRED FOR PASSAGE | | | |