# KETCHIKAN GATEWAY BOROUGH
## AGENDA STATEMENT

NO **8b**

MEETING OF September 6, 2005

I hereby certify the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: X /s/ Lauriett Edwards
Clerk Ketchikan Gateway Borough

| ITEM TITLE<br>Consideration of Resolution 1906 authorizing the Borough Manager to dispose by sale at fair market value as determined by open bid, certain Borough parcels located in Ward Cove and Mud Bay known as B-17, B-21, B-22 and B-27; and providing for an effective date.<br><br>SUBMITTED BY  Borough Manager<br><br>CONTACT PERSON/TELEPHONE<br><br>Roy Eckert                     228-6625<br>NAME                              PHONE | REVIEWED BY<br><br>[ ] ____ PLANNING COMMISSION<br>[ ] ____ COMMITTEE - *<br>[X] _SWE_ LEGAL<br>[X] _tt_ FINANCE<br>[ ] ____ OTHER _____<br><br>REVIEWED FOR SUBMITTAL<br><br>/s/ Roy Eckert<br>BOROUGH MANAGER |
|---|---|

## SUMMARY STATEMENT

The Assembly previously adopted Resolution 1881 on March 21, 2005 for the purpose of authorizing these and other parcels in Ward Cove, Mud Bay and Carroll Inlet to be disposed of by outcry auction. The auction was held on August 4, 2005 with the other parcels being sold for above their 2005 assessed value. These 4 parcels were included in the auction as B-17, B-21, B-22 and B-27, also known as newly platted Tract 3017 and 3019 in Ward Cove and USS 812uns 2 and USS 812wft in Mud Bay listed in attachment A, received bids that were under their 2005 assessed valuation.

At the Assembly meeting of August 15, 2005 staff presented Resolution 1906 for consideration. In that Resolution staff recommended accepting three of the 4 proposals offered. Parcel B-17 assessed at $1,090,000 has a proposal for $600,000. Parcel B-27 assessed at $478,900 has a proposal for 195,000. Parcel B-21 assessed for $158,700 has a proposal for $82,500. The one remaining parcel B-22 was recommended to go to open listing to see if the real estate market would yield a higher price than the proposal received. Parcel B-22 assessed at $1,099,800 has a proposal for $310,000.

Continued on page 2...............

RECOMMEDNDED ACTION:

Authorize the Borough Manager to dispose by sale through open bids those parcels known as Tract 3017 and Tract 3019 in Ward Cove and the Mud Bay parcel known as B-21 listed in Resolution 1906 in the manner described in Resolution 1906.

| FISCAL NOTES | | | |
|---|---|---|---|
| [ ] N/A | EXPENDITURE REQUIRED $* | AMOUNT BUDGETED $* | APPROPRIATION REQUIRED $* |
| EXHIBITS ATTACHED | | | |
| [X] RESOLUTION | [ ] ORDINANCE | [ ] CONTRACT | [ ] MINUTES |
| [ ] PLAN/MAP | [ ] REPORT | [ ] LIST | [X] OTHER |

RECOMMENDED MOTION:

"I move to approve Resolution 1906."

EXHIBIT 9

1

At the Assembly meeting of August 15, 2005 staff was given direction that was significantly different from the recommended motion presented in the agenda statement. This required amending Resolution 1906 and submitting this agenda statement to lay out the procedures under the framework of direction that was given to staff.

The new Resolution 1906 incorporates the direction given, which was:
- Put all the properties up for sale
- Open bid process over the counter at the Borough
- Advertise for 30 days using the minimum bid that was received at the auction
- If bids are received in excess of that minimum the people who bid at the auction have first right of refusal to purchase the parcel at that higher amount
- The Borough reserves the right to refuse any and all bids

The sale is being advertised 4 Saturdays in a row, current bids are posted in the Managers office and Clerks Office, and closing for the bids is 2pm Tuesday September 20th. Bidders must sign a bidder's form which lists all the terms outlined in the resolution. In August 26, 2005 a bidder form was sent to each of the 4 original proposers to sign and return if they intend to keep their bid in and to let them know of the process and their right of first refusal. They were also informed that the first right of refusal is not transferable.

# KETCHIKAN GATEWAY BOROUGH

## RESOLUTION NO. 1906 AMENDED

A RESOLUTION OF THE ASSEMBLY OF THE KETCHIKAN GATEWAY BOROUGH, ALASKA, AUTHORIZING THE DISPOSAL BY SALE AT FAIR MARKET VALUE AS DETERMINED BY OUTCRY AUCTION AUGUST 4, 2005 CERTAIN BOROUGH PARCELS LOCATED IN WARD COVE AND MUD BAY; AND PROVIDING FOR AN EFFECTIVE DATE.

## RECITALS

A. WHEREAS, the Ketchikan Gateway Borough recognizes that the certain portions of U. S. Survey 1508, 1208, 1659, 812uns 2, 812wft and ATS 1c2, are not currently on the tax rolls; and

B. WHEREAS, the Ketchikan Gateway Borough desires to get these parcels on the tax rolls; and

C. WHEREAS, having these parcels in private versus government hands encourages the economic growth of some businesses, start of new businesses into the community and an overall increase in year round jobs positively affecting economic growth and stability serves the Ketchikan Gateway Borough's economic development interests; and

D. WHEREAS, the Assembly previously adopted Resolution 1881 on March 21, 2005, authorizing these parcels to be disposed by sale at outcry auction August 4, 2005; and

E. WHEREAS, Resolution 1881 indicated that these parcels could not be sold under assessed values that were set January 31, 2005 and the bids received for 4 of these parcels of which 2 are now platted as Tracts 3017, 3019 according to plat 2005-30 and listed in the auction as B-17, B-21, B-22 and B-27 at the outcry auction were less than that assessed value; and

F. WHEREAS, the Assembly finds that the bids received at the August 4, 2005 auction for parcels listed in the August 4, 2005 auction as B-17, B-21, B-22 are not fair market value offers to purchase those 4 parcels.

G. WHEREAS, at the Assembly meeting of August 15, 2005 staff was directed to gain fair market value by listing all 4 parcels for sale in open bid for a period of 30 days.

**NOW, THEREFORE, IN CONSIDERATION OF THE ABOVE FACTS, IT IS RESOLVED BY THE ASSEMBLY OF THE KETCHIKAN GATEWAY BOROUGH, ALASKA** as follows:

<u>Section 1.</u> The Assembly directs the manager to dispose by sale the specified parcels of Borough property in Ward Cove and Mud Bay identified on Attachment A as B-17, B-21, B-22 and B-27 in the following manner:

    A.    Proceed to offer for sale by open bid the parcels identified on Attachment A as B-17, B-21, B-22 and B-27, for a minimum bid of $600,000 net proceeds to the Borough for B-17, $82,500 net proceeds to the Borough for B-21, $310,000 net proceeds to the Borough for B-

3

22, and $195,000 net proceeds to the Borough for B-27 for a period of 30 days.

    B.    If a bid is received in excess of that expressed in Section 1 (A), the people who submitted those proposals will have right of first refusal to purchase the property. The selling price in this case will be the highest bid amount received during the 30 posted period ending September 20, 2005. The right of first refusal is not transferable.

    C.    If no offers are received for the parcels higher than the original proposal price listed in Section 1(A), then the people who submitted those proposals will have right of first refusal to purchase the property at that proposal price as indicated.

    D.    If an original proposer chooses to not to exercise their right of first refusal and purchase the property, it will be offered for sale to the highest bidder.

    E.    The Borough Manager may execute all documents required to accomplish the sale in accordance with Sections 2 and 3 of this resolution without further action of the Assembly.

**Section 2.** Sale of parcels identified on Attachment A as parcels in East Ward Cove and Mud Bight shall proceed with the following terms:

    A. All bids will be received by open listing over the counter at the Borough.
    B. The highest bid received for each parcel will be posted in the Managers Office and Clerk's Office.
    C. All bids must be submitted on the Bidders Form available in the Managers Office.
    D. Bid Security in the form of a cashier's check or certified check in the amount of one thousand dollars ($1,000) per parcel will be required for all bids.
    E. The Borough reserves the right to reject any or all bids.
    F. All sales shall be for cash.
    G. The successful bidders must provide a non-refundable earnest money deposit of at least 20% of the purchase price by September 26, 2005. Failure to meet this deadline voids the sale.
    H. The successful bidders must sign the Purchase and Sales Agreement by September 26, 2005.
    I. Closing shall be within 90 days of the signing of the Purchase and Sales Agreement or within 90 days of delivering the 20% earnest money deposit, whichever date is later.
    J. The earnest money deposit shall be forfeit to the Borough if buyer fails to close within the 90 day period.
    K. Failure to meet these terms voids the sale and the Borough may re-sell the property.
    L. Sales shall be by warranty deed subject to existing leases and encumbrances.
    M. Buyer to be responsible for title insurance and closing costs.

**Section 3.** If any of the sale of the parcels listed do not closed within the 90 day period they shall be offered for sale by open listing with local real estate professionals at a price determined by the Manager.

    A. Commission on sales shall not exceed 5% of the sales price. Sales may be made on an over the counter basis upon offers received through a Broker. The initial listing shall be for not more than six months. After the initial six months of listing the Borough Manager shall recommend to the Assembly how to proceed from that point forward, and the authority to dispose shall terminate until and unless the Assembly approves a subsequent resolution authorizing disposal.

4

B. All transactions are to be on a cash basis, sales closing within 90 days. Offers must be accompanied by a $1,000 deposit which will be refunded if the offer is rejected and retained as part of the earnest money if the offer is accepted. Accepted sale offers must provide a 20% non-refundable earnest money deposit within 5 working days of acceptance. The Borough will not finance any sales. Buyer to be responsible for title insurance and closing costs. Failure to meet these terms voids the sale and the Borough may re-sell the property. Sales shall be by warranty deed subject to existing leases and encumbrances.

**Section 4.** To the extent that this resolution conflicts with Resolution 1881, this resolution supercedes Resolution 1881.

**Section 5.** This resolution is effective immediately upon adoption.

ADOPTED this _____ day of _____, 2005.

_____
BOROUGH MAYOR

ATTEST:

_____
BOROUGH CLERK

Approved as to form:

_____
BOROUGH ATTORNEY

| EFFECTIVE DATE: | | | |
|---|---|---|---|
| ROLL CALL | YES | NO | ABSENT |
| KIFFER | | | |
| LANDIS | | | |
| LYBRAND | | | |
| PAINTER | | | |
| SHAY | | | |
| THOMPSON | | | |
| TIPTON | | | |
| MAYOR (Tie Votes Only) | | | |
| 4 AFFIRMATIVE VOTES REQUIRED FOR PASSAGE | | | |

5

## Proposals received under assessed value at Borough auction August 4, 2005

|      | Borough Property | acres | 2005 assessed | zoning | Proposed Bid |
|------|------------------|-------|---------------|--------|--------------|
| B-17 | Portions of USS 1508, 1208 and ATS 1c2 | 14.6 | $ 1,090,700 | IH | $ 600,000 |
| B-21 | 9400 block N. Tongass, Mud Bight, USS 812 uns2 | 1.273 | $ 158,700 | IH | $ 82,500 |
| B-22 | 9400 block N. Tongass, Mud Bight, USS 812wft | 8.75 | $ 1,099,800 | IH | $ 310,000 |
| B-27 | Portion USS 1508 wft and USS 1659 + portion ATS 1c2 | 2 | $ 478,900 | IH | $ 195,000 |

Attachment A
Resolution 1906

