EXCERPT OF BOROUGH ASSEMBLY MEETING

September 6th, 2005

SEAK Professional Services, LLC

P R O C E E D I N G S

Unidentified Male Speaker:  .....we've had very few people who haven't filed -- they have filed late right -- traditionally we have approved a way of filing (indiscernible), it was called to our attention according to the code the Assembly is the one that has to accept the late filing not the department.  So we've been bringing these to the Assembly.

Unidentified Male Speaker:  So, it's actually (indiscernible).

Unidentified Male Speaker:  Your Honor, I'm not going to oppose this.  I just wanted to have more information on than a straight consent calendar.  I'm not going to oppose it, I think that -- I think you're right.  We need to simplify the process and procedures for these exemptions.  Thank you.

Unidentified Male Speaker:  A motion is on the floor so unless there is some more discussion, we'll go ahead and call the vote.

The Clerk:  Thompson?

Mr. Thompson:  Yes.

The Clerk:  Shay?

Mr. Shay:  Yes.

The Clerk:  Tipton?

Mr. Tipton:  Yes.

The Clerk:  Landis?

SEAK Professional Services, LLC

| | |
|---|---|
| 1 | Mr. Landis: Yes. |
| 2 | The Clerk: Lybrand? |
| 3 | Mr. Lybrand: Yes. |
| 4 | The Clerk: Kiffer? |
| 5 | Mr. Kiffer: Yes. |
| 6 | The Clerk: Painter? |
| 7 | Mr. Painter: Yes. |
| 8 | The Clerk: Seven yes, Your Honor. |

9  Mayor Salazar: Okay. So we're on item eight, unfinished
10 business.
11     Unidentified Male Speaker: What?
12     Unidentified Male Speaker: Eight. Oh, I'm sorry
13 (indiscernible).
14     Unidentified Male Speaker: That 8-A is the transfer of
15 consent calendar. 8-B, consideration of resolution number
16 1906, authorizing the rural manager to dispose by sale certain
17 borough parcels located in Wards Cove and Mud Bay. Redrafted
18 to conform to assembly direction given at the August 15, 2005
19 meeting.
20     Unidentified Male Speaker: Here. I move to approve
21 resolution 1906.
22     Unidentified Male Speaker: Second.
23     Mayor Salazar: Moved and seconded. Any discussion? Mr.
24 Landis?
25     Mr. Landis: Your Honor, in the interest of perhaps

SEAK Professional Services, LLC

1  getting some additional interest, I know we've talked about
2  this a number of times. Perhaps all the people that were
3  capable or interested in purchasing these parcels have already
4  come forward. But it seems to me that having a Borough
5  Manager recap what this says for the public, ought to be
6  something that we do here. I would request that we go through
7  the summary of this. I know that this is a long meeting and
8  that perhaps would be a burden to somebody. I think that
9  would be in the public's best interest and perhaps in our best
10 interest, as far as maximizing this -- the value of these
11 parcels.
12     Mayor Salazar: Mr. Eckert, could you do that for us
13 please?
14     Mr. Eckert: In interest of brevity I can make it fairly
15 brief. We had four parcels that did not sell at the base good
16 price. As of this day, we've had 13 people. Thirteen people
17 expressed interest, including the four original, that said
18 they were still interested.
19     What we're doing is offering these parcels for sale. You
20 know again, with the minimum bid this time being the opening
21 bid, or the final bid that was there, and we have until --
22 let's see, September 30th?
23     Unidentified Male Speaker: Twentieth.
24     Unidentified Male Speaker: Twentieth. Twentieth --to
25 have these bids in. So they are open to everyone that wants

SEAK Professional Services, LLC

1  to come in and submit a bid.  They can, you know come down to
2  the Clerks office and you know, make that application. In a
3  nutshell, that's very brief.  I don't know how much more
4  detail you want, but that's.....
5     Unidentified Male Speaker:  That's just perfect, thank
6  you.
7     Unidentified Male Speaker:  Okay.
8     Mayor Salazar:  Mr. Painter?
9     Mr. Painter:  I know we talked about this and I want to
10 be quite clear in reference doing silent bid -- silent
11 auction.  Is the -- is the clerk keeping a posted tally sheet
12 deal that's open to the public?
13    Unidentified Male Speaker:  Yes.
14    Mr. Painter:  Okay.
15    Unidentified Male Speaker:  And it's up in our office
16 too.  They could, you know.....
17    Unidentified Female Speaker:  That's the original one
18 that was put up, I think.  I don't think we've received any
19 other offer.
20    Unidentified Male Speaker:  Well I mean, if the original
21 offer was $400,000 dollars, somebody came in and said, I will
22 give you $500, that's available for the public to see.
23    Unidentified Male Speaker:  But I've got to fill out a
24 form and submit a check.
25    [Multiple Speakers]

-5-

SEAK Professional Services, LLC

1    Unidentified Male Speaker: They have to fill out a form
2 and submit a check. We've had 13 people request the forms so,
3 you know that's that's.....
4    Unidentified Male Speaker: But no one submitted a check.
5    Unidentified Male Speaker: Not yet to my knowledge, no.
6 So, but we understand they are coming in.
7    Unidentified Male Speaker: We've got plenty of time.
8    Unidentified Male Speaker: Plenty of time.
9    Mayor Salazar: Any other discussion? Let's call the
10 vote.
11   The Clerk: Kiffer?
12   Mr. Kiffer: Yes.
13   The Clerk: Thompson?
14   Mr. Thompson: Yes.
15   The Clerk: Painter?
16   Mr. Painter: Yes.
17   The Clerk: Shay?
18   Mr. Shay: Yes.
19   The Clerk: Tipton?
20   Mr. Tipton: Yes.
21   The Clerk: Lybrand?
22   Mr. Lybrand: Yes.
23   The Clerk: Landis?
24   Mr. Landis: Yes.
25   The Clerk: Seven yes, Your Honor.

1        Mayor Salazar: Motion carried.

2        Unidentified Male Speaker: 9-B, request for full review
3   of the April 29, 2003 agreement for fill of Wards Cove
4   Property.

5        Mayor Salazar: Okay. Consideration of a three year
6   extension to an agreement with the City of Saxman for the
7   disposal of junk and abandoned vehicles.

8        Unidentified Male Speaker: Your Honor, I move to
9   authorize the Borough Manager to execute the attached three
10  year extension agreement between the City of Saxman and
11  Ketchikan Gateway Borough for disposal of junk and abandoned
12  vehicles.

13       Unidentified Male Speaker: Second.

14       Mayor Salazar: Moved and seconded. Any discussion?

15       Unidentified Male Speaker: Is there a cost involved on
16  this to us or to them?

17       Unidentified Male Speaker: It's just a provision I
18  think.

19       Unidentified Male Speaker: Actually, we've tweaked it
20  from the original three years ago. It will allow us to
21  collect -- to better be able to collect the fees from anyone
22  that we enforce this on in Saxman, so it's actually a revenue
23  attached to this extension.

24       Mayor Salazar: Mr. Painter?

25       Mr. Painter: Steve, a quick question. If everything is

1  all interconnected here for the sale of the Ward Cove
2  properties, if -- you know, we abandon the junk vehicle
3  disassemble.....
4      [Tape ends at 9:34:44 a.m.]

TRANSCRIBER'S CERTIFICATE

I, Shelly Robach, hereby certify that the foregoing document is a true, accurate, and complete transcript of the requested excerpts of the Ketchikan Borough Assembly meeting of September 6th, 2005, transcribed by me from a copy of the electronic sound recording to the best of my knowledge and ability.

01/05/06

Date                                                    Shelly Robach, Transcriber