## BIDDER's FORM
### For Borough Property in Mud Bay and Ward Cove known as B-17, B-21, B-22 and B-27

B-17

9-19-05



# Ketchikan Gateway Borough Property SALE
# Mud Bay and Ward Cove, Alaska
# 2005
# Information and Bidder's Form

Office of the Borough Manager, 344 Front Street, Ketchikan, Alaska 99901
Phone (907) 228-6625, fx (907) 247-6625    mgr@borough.ketchikan.ak.us

Tally board with latest bid posted in Managers and Clerks Office

EXHIBIT 12

1

**BIDDER's FORM**
**For Borough Property in Mud Bay and Ward Cove known as B-17, B-21, B-22 and B-27**

## TERMS AND CONDITIONS OF SALE

1. The Ketchikan Gateway Borough (Borough) reserves the right to reject any or all bids. The Borough also reserves the right to reject any bid which is non-responsive, incomplete, under the minimum bid set for that parcel, obscure or irregular.

2. The Borough reserves the right to require such surety as may be deemed necessary for the protection of the Borough or to ensure the continued interest of a bidder.

   a. Bid security in the form of a cashier's check or certified check in the amount of one thousand dollars ($1,000.00) per parcel will be required for all bids.
   b. Bid security to be returned upon conclusion of the listing if bidder is not the successful bidder.

3. The Ketchikan Gateway Borough reserves the right to withhold award for a period of sixty (60) calendar days from the date of bid closing.

4. The Ketchikan Gateway Borough reserves the right to amend the IFB prior to the date for bid opening. Each bid shall include specific acknowledgment of receipt of all addenda, except for addenda extending the time for opening, issued during the bidding period. Failure to so acknowledge may result in the bid being rejected as not responsive.

5. Any irregularities or lack of clarity in any of the bid documents should be brought to the attention of the Borough Manager as soon as possible, so that corrective addenda may be furnished to all bidders. Alterations or erasures must be crossed out and corrections thereof printed in ink or typewritten adjacent thereto. Any correction must be initialed in ink by each person signing the bid.

6. It is the responsibility of the Bidder to investigate and acquaint themselves with the conditions relating to the property being offered, including (if necessary) site visits.

   a. Access to the property for the purposes of inspection should be coordinated through the Borough Manager's Office, 228-6625.

7. In the case of a difference between written words and figures, the amount stated in written words shall govern.

8. All attachments, including corporate certificate and acknowledgments, must be signed by the bidder.

9. All bids and addenda thereto shall be intact, the bidders form completed and **marked "Open Bid: Mud Bay and Ward Cove Property SALE"**, addressed to: Borough Clerk's Office, Ketchikan Gateway Borough, 344 Front Street, Ketchikan, AK 99901.

2

**BIDDER's FORM**
**For Borough Property in Mud Bay and Ward Cove known as B-17, B-21, B-22 and B-27**

10. The Ketchikan Gateway Borough will not be responsible for a bid not properly addressed or identified.

11. The Borough reserves the right to postpone the date and time for ceasing acceptance of bids at any time prior to the time announced for opening of bids in the advertisement.

12. All bids received after the date and time set for receipt will be **REJECTED.**

13. Bids may be modified only by written or facsimile notice, provided such notice is received two (2) hours prior to the date and time set for receipt of bids, and, provided further, a written confirmation of the modification is mailed or shipped via overnight mail/delivery service prior to the bid closing time. The modification should reveal the bid price, and should provide the addition, subtraction or other modification. More than one bid may be submitted for each parcel, in that case, the higher bid for each parcel will be considered the final bid on that parcel.

14. Bids may be withdrawn only by written or facsimile notice, provided such notice is received at least two (2) hours prior to the date and time set for receipt of bids, and, provided further, a written confirmation of the modification is mailed or shipped via overnight mail/delivery service prior to the bid closing time. Notice of withdrawals received after the bid opening will not be considered.

15. The Borough reserves the right to cancel the IFB without liability to the Bidder, except return of the bid security, at any time before the Agreement has been fully signed by all parties, including the Borough.

16. A legal description, zoning information, utilities list and a building description of the offered property are attached hereto designated as Exhibit A and hereby incorporated herein by this reference.

17. All sales are cash only.

18. All real and personal property is sold in "AS IS" condition with no warranties by seller expressed or implied. The buy is entitled to rely solely on his or her own inspections and evaluations, and not on any representations for seller.

19. Open bids in the stipulated format completely filled out on the Bidders Form must be submitted by **2:00 p.m. ADT, on Tuesday September 20, 2005,** time as indicated by the clock designated in that location, to the Borough Clerk's Office, 344 Front Street, Ketchikan, Alaska. Postmarks will not be controlling.

20. Successful bidder will be notified by the Borough Managers Office.

21. Successful Bidder must sign the Purchase and Sales Agreement and deliver it to the Borough Manager's Office accompanied by a 20% earnest money deposit in the form of a cashier's check or certified check for each parcel by 5pm Monday September 26, 2005.

## BIDDER's FORM
## For Borough Property in Mud Bay and Ward Cove known as B-17, B-21, B-22 and B-27

22. Closing must occur within 90 days of signing of the Purchase and Sales Agreement.

23. If the successful bidder chooses not to purchase, the next highest bid received will be offered the property at that price.

24. A separate Bidder's Form must be used for each property.

The bid award will be scheduled for consideration by the Borough Assembly and timing of the transfer of the property will be addressed during the bid award discussion. The successful bidder will be promptly notified of the Assembly's decisions.

## BID PROPOSAL

TO:     The Ketchikan Gateway Borough, Alaska, herein called the Borough:

Pursuant to Bid Documents relating thereto, the undersigned Bidder, being fully familiar with all the terms of all the Bid Document and with the sale site and local conditions hereby proposes and agrees to purchase, within the time and in the manner stipulated by the Borough Assembly, the Borough-owned property located at

PURCHASE OF (Check ONE, use a separate form for each parcel if submitting a bid for more than one):

B-17____✓____                          B-21_____
(Minimum $600,000)                     (Minimum $82,500)


B-22_____                          B-27_____
(Minimum $310,000)                     (Minimum $195,000)


for the amount:

TOTAL BID
AMOUNT: _Six Hundred Thousand and No/100 Dollars_  ($ _600,000.00_  )
              (words)                                        (figure)

1. **Award of Bid.** The Borough shall have the right to reject this bid proposal and such bid proposal shall remain open and may not be withdrawn for a period of sixty (60) days after the date prescribed for its closing. The Borough shall have the right to place a parcel on open listing for a period not to exceed six (6) months.

2. **Notice of Acceptance and Award of the Purchase** or requests for additional information may be addressed to the undersigned Bidder at the business address set forth at the end of this proposal.

4

# BIDDER's FORM
## For Borough Property in Mud Bay and Ward Cove known as B-17, B-21, B-22 and B-27

4. **Bid Security.** Accompanying this bid is the required bid security in the form of a cashier's check in the amount of one thousand dollars ($1,000.00) for each parcel.

5. Receipt of the following Addenda to the Bid Documents is hereby acknowledged.

| ADDENDUM NO. | DATE OF RECEIPT OF ADDENDUM | SIGNED ACKNOWLEDGMENT |
|---|---|---|
| 1 | No Addendums | Charles Pool by Laurie Pool P.O.A. |
| 2 | | |
| 3 | | |
| 4 | | |

(Note: Failure to acknowledge receipt of any addenda, other than an extension of time, may be considered an irregularity in the bid and grounds for the bid's rejection.)

**BIDDER:**

By: _Charles Pool_
Signature by Laurie Pool, P.O.A.

_Charles Pool_
Printed Name

_____
Title

**BIDDER INFORMATION**

Company/Firm Name: _Charles Pool_
Telephone: _(907) 225-6684_
Fax: _(907) 225-1893_
Business Address: _123 Ward Lake Rd, Ketchikan, AK 99901_
Place of Residence: _____

Date: _9-19-05_

NOTE: If Bidder is a corporation, the legal name of the corporation shall be set forth following, together with the signatures of the officer or officers authorized to sign contracts on behalf of the corporation; if Bidder is a partnership, the true name of the firm shall be set forth following, together with a signature of the partner or partners authorized to sign contracts in behalf of the partnership, and if Bidder is an individual, the appropriate signature shall be placed above.

5

**BIDDER's FORM**
**For Borough Property in Mud Bay and Ward Cove known as B-17, B-21, B-22 and B-27**

## KETCHIKAN GATEWAY BOROUGH

### Non-Collusion Affidavit

_Charles Pool_, first being duly sworn, on her/his oath says that the bid above submitted is a genuine and not a sham or collusive bid, or made in the interest or behalf of any person not herein named, and he/she further says that the said bidder had not directly or indirectly induced or solicited any bidder on the above property to put in a sham bid, or any other person or corporation to refrain from bidding; and that said bidder has not in any manner sought by collusion to secure to self an advantage over any other bidder or bidders.

_Charles Pool_
BIDDER by Laurie Pool P.O.A.

Subscribed and sworn to before me this _19_ day of _September_, 2005.

_Lora Bechuck_
Notary Public in and for the
State of Alaska, residing at
_126 Pond Reef Rd._
_2-7-09_
My Commission Expires



"OFFICIAL S E A L"
LORA BECHUCK
NOTARY PUBLIC, STATE OF ALASKA
MY COMMISSION EXPIRES 2/7/2009

6

**BIDDER's FORM**
**For Borough Property in Mud Bay and Ward Cove known as B-17, B-21, B-22 and B-27**

### Exhibit "A"

### B-17 Legal Description:  Borough Assessors parcel # 31-3220-006-000
Zoned IH

**PARCEL NO. 1:**
A portion of that certain portion of ALASKA TIDELANDS SURVEY NO. 1, according to the plat thereof recorded June 5, 1961 in Volume 1 of Plats at Packet No. 32, Ketchikan Recording District, First Judicial District, State of Alaska; being more particularly described as follows: Beginning at U.S.L.M. No. 2, thence S 71°56'00" E, a distance of 896.28 feet to Corner M.C. 2 of U.S. Survey 1508, identical with Corner M.C. 1 of U.S. Survey 1659, thence N 01°14'08" E, a distance of 87.06 feet to intersect with the R.O.W. line on the North Tongass Highway; thence S 50°00'00" W, a distance of 214.15 feet to the TRUE POINT OF BEGINNING; Thence S 40°00'00" E, a distance of 303.77 feet; Thence N 50°00'00" E, a distance of 134.16 feet, to a point on the meander lines establish by and fronting U.S. Survey 1508; Thence along the meander line, S 45°02'35" E, a distance of 44.99 feet; Thence along the meander line, S 21°45'20" W, a distance of 223.55 feet; Thence along the meander line, S 23°46'52" E, a distance of 29.68 feet; Thence along the meander line, N 75°12'26" E, a distance of 28.39 feet; Thence along the meander line, N 41°28'41" E, a distance of 203.44 feet; Thence along the meander line, S 73°47'58" E, a distance of 82.50 feet; Thence along the meander line, S 84°32'56" E, a distance of 29.82 feet, to a point on the right-of-way; Thence along the right-of-way, S 10°10'17" W, a distance of 215.42 feet, to a point on the meander line of U.S. Survey 1508; Thence along the meander line, S 10°09'44" W, a distance of 45.02 feet; Thence along the meander line, S 53°16'52" W, a distance of 32.19 feet; Thence along the meander line, S 41°31'21" W, a distance of 121.35 feet; Thence along the meander line, S 64°02'20" W, a distance of 84.42 feet; Thence along the meander line, S 49°16'40" W, a distance of 106.84 feet; Thence along the meander line, S 11°29'48" W, a distance of 138.46 feet, to COR 1 MC U.S. Survey 1508, common with COR 1 MC, U.S. Survey 1208; Thence along the meander line, S 13°44'28" W, a distance of 63.48 feet, to a point on the right-of-way; Thence along the right-of-way, S 19°47'18" W, a distance of 74.46 feet; Thence N 68°00'00" W, a distance of 701.31feet; Thence N 22°00'00" E, a distance of 554.54 feet; Thence N 50°00'00" E, a distance of 377.82 feet, to the TRUE POINT OF BEGINNING, containing 13.22 acres, more or less.

**PARCEL NO. 2:**
That portion of U.S. Survey 1508 and U.S. Survey 1208 lying northwesterly of the northwesterly edge of the North Tongass Highway Right-of-Way, according to Right-of-Way Map, Alaska Project, North Tongass Highway, S-0920(17) filed as Plat No. 92-43, Ketchikan Recording District, First Judicial District, State of Alaska, more particularly described as follows: Commencing at a point on the westerly Right-of-Way edge of the North Tongass Highway, at a point labeled "O" 212+81.15, 54.27 LT. on Page 18 of said Plat No. 92-43; thence along the Right-of-Way edge, S 10°10'17" W, a distance of 45.00 feet to the true point of beginning; thence along the Right-of-Way edge, along a curve represented by the following chords: thence S 38°25'01" W, a distance of 3.63 feet; thence S 39°54'58" W, a distance of

7

**BIDDER's FORM**
**For Borough Property in Mud Bay and Ward Cove known as B-17, B-21, B-22 and B-27**

23.29 feet; thence S 41°01'02" W, a distance of 24.69 feet; thence S 41°44'10" W, a distance of 36.48 feet, to the end of said curve; thence S 41°53'42" W, a distance of 113.66 feet, to the beginning of a curve on the Right-of-Way edge; thence along said curve, represented by the following chords: thence S 41°51'01" W, a distance of 20.10 feet; thence S 41°31'31" W, a distance of 25.45 feet; thence S 40°46'25" W, a distance of 25.83 feet; thence S 39°36'26" W, a distance of 26.19 feet; thence S 38°01'19" W, a distance of 26.57 feet; thence S 35°48'03" W, a distance of 32.41 feet, to the beginning of a circular curve on the Right-of-Way edge; thence along said curve, concave to the southeast, having a chord direction of S 30°22'50" W, a chord distance of 87.22 feet, a radius of 622.96 feet, a delta angle of 8°01'44", an arc length of 87.30 feet, and a tangent of 43.70 feet to the beginning of a curve on the Right-of-Way edge; thence along said curve represented by the following chords: thence S 25°09'05" W, a distance of 11.71 feet to the boundary between U.S. Survey No. 1508 and U.S. Survey No. 1208; thence S 25°09'05" W, a distance of 15.44 feet; thence S 23°06'00" W, a distance of 26.64 feet; thence S 21°26'13" W, a distance of 18.96 feet, to the intersection of the curved Right-of-Way edge and the meander line of U.S. Survey No. 1208, according to Plat No. 92-43; thence along said meander line, N 13°44'28" E, a distance of 63.48 feet, to U.S. Survey No. 1508, MC-1, common with U.S. Survey No. 1208, MC-1; thence along the meander lines of U.S. Survey No. 1508, according to Plat No. 92-43, as follows: thence N 11°29'48" E, a distance of 138.46 feet; thence N 49°16'40" E, a distance of 106.84 feet; thence N 64°02'20" E, a distance of 84.42 feet; thence N 41°31'21" E, a distance of 121.35 feet; thence N 53°16'52" E a distance of 32.19 feet, to the true point of beginning.

**PARCEL NO. 3:**
That portion of U.S. Survey 1508 lying southwesterly of the southwesterly edge of the North Tongass Highway Right-of-Way according to Right of Way Map, Alaska Project, North Tongass Highway, S-0920(17) filed as Plat No. 92-43, Ketchikan Recording District, First Judicial District, State of Alaska, more particularly described as follows: Beginning at a point on the westerly edge of the North Tongass Highway Right-of-Way and the meander line of U.S. Survey 1508, at a point labeled "O" 215+24.82, 52.67' LT. On Page 18 of said Plat No. 92-43, and the true point of beginning; thence as follows along the meanders of U.S. Survey 1508, according to Plat No. 92-43; thence N 84°32'56" W, a distance of 36.01 feet; thence N 73°47'58" W, a distance of 82.50 feet; thence S 41°28'41" W, a distance of 203.44 feet; thence S 75°12'26" W, a distance of 28.39 feet; thence N 23°46'52" W, 29.68 feet; thence N 21°45'20" E, a distance of 223.55 feet; thence N 45°02'35" W, a distance of 44.99; thence N 50°00' E 191.49 feet to the Right-of-Way edge; thence along said Right-of-Way edge, along a curve concave to the southwest, having a radius of 456.63 feet and an arc length of 276.46 feet to the true point of beginning.
(Said parcel is identified as B-17 by the Ketchikan Gateway Borough for their pending auction.)

**SUBJECT TO:**

1. Reservations and exceptions as contained in the U.S. Patent and acts relating thereto.

### BIDDER's FORM
### For Borough Property in Mud Bay and Ward Cove known as B-17, B-21, B-22 and B-27

2. Reservations and exceptions as contained in the State of Alaska Patent and acts relating thereto.  (Affects Parcel No. 1.)

3. Easements in favor of the State of Alaska and/or the United States of America, for highway and related purposes, all as provided in Public Land Orders numbered 601, 757 and 1613, and any subsequent Public Land Orders, if any, and Department of Transportation Order Number 2665, and amendments thereto, and any assignments of rights therein for recreation, utilities or other purposes.

4. Reservations and provisions contained in the Submerged Lands Act (43 USCA 1301, 67 Stat. 29) and the Enabling Act (Public Law 85-508, 72 Stat. 339), including but not limited to, rights of the public and/or governmental bodies for navigation and fishing.

   (Affects Parcels No. 1.)

5. Any prohibition of or limitation of use, occupancy or improvements of the land resulting from the rights of the public or riparian owners to use any portion thereof which is now or formerly may have been covered by water, and the rights of the public as set forth in Alaska Statutes 38.05.128.

6. Any adverse claim based upon the assertion that some portion of said land is tide or submerged lands, or has been created by artificial means or has accreted to such portion so created.

7. Paramount rights and easements in favor of the United States to regulate commerce, navigation, fishing and the production of power.

8. Easements in favor of the State of Alaska, Department of Transportation and Public Facilities as established by that certain Declaration of Taking (Ketchikan Superior Court Case No. 1KE-87-444 CI) recorded May 28, 1987 in Book 149 at Page 625 and as further clarified by that certain Stipulation to Settlement and Order Confirming Settlement recorded August 7, 1987 in Book 151 at Page 252.

9. Easements as delineated on the face of Plat No. 92-43.

10. Environmental Protection Easement and Declaration of Restrictive Covenants, entered into by and between Ketchikan Pulp Company, Grantor, and the State of Alaska Department of Natural Resources, Grantee, according to the terms and provisions thereof, dated October 28, 1999 and recorded October 28, 1999 in Book 305 at Page 772.

    (Affects Parcel No. 1.)

**BIDDER's FORM**
**For Borough Property in Mud Bay and Ward Cove known as B-17, B-21, B-22 and B-27**

11. Acknowledgment That Interest Conveyed Are Subject to Environmental Protection Easement and Declaration of Restrictive Covenants, entered into by and between the Ketchikan Gateway Borough, an Alaska municipal corporation, and Ketchikan Pulp Company, according to the terms and provisions thereof, dated August 2, 2003 and recorded August 4, 2003 under Ketchikan Recording District Serial No. 2003-004419-0.

    (Affects Parcel No. 1.)

12. Environmental Easement and Declaration of Covenants, entered into by and between Ketchikan Gateway Borough, a municipal corporation, Ketchikan Pulp Company, a Washington corporation, and Gateway Forest Products, Inc., an Alaska corporation, according to the terms and provisions thereof, dated July 14, 2003 and recorded July 18, 2003 under Ketchikan Recording District Serial No. 2003-004128-0.

    (Only the Easement Affects Parcel No. 1. The covenants in said document have no effect on parcel NO. 1.)

**Note: Plat 2005-30 shows the recent subdivision of the subject property and shows an additional exception for Plat Notes and any platted easements that may apply.**

## B-21 Legal Description:        Borough Assessors parcel # 31-3440-088-500
Zoned IH

That portion of U.S. Survey 812, lying southwesterly of D-1 Loop Road and Northerly of the North Tongass Highway Right-of-Way, Ketchikan Recording District, First Judicial District, State of Alaska;
EXCEPTING THEREFROM: That portion thereof conveyed to the State of Alaska, Department of Transportation & Public Facilities by Warranty Deed (Corporate/Partial Property) recorded January 5, 2004 at Document No. 2004-000040-0.
(Said parcel is identified as B-21 by the Ketchikan Gateway Borough for their pending auction.

**SUBJECT TO:**

13. Reservations and exceptions as contained in the U.S. Patent and acts relating thereto.

14. Easements in favor of the State of Alaska and/or the United States of America, for highway and related purposes, all as provided in Public Land Orders numbered 601, 757 and 1613, and any subsequent Public Land Orders, if any, and Department of Transportation Order Number 2665, and amendments thereto, and any assignments of rights therein for recreation, utilities or other purposes.

**BIDDER's FORM**
**For Borough Property in Mud Bay and Ward Cove known as B-17, B-21, B-22 and B-27**

**B-22 :**   This parcel consists of approximately 8.4 acres of waterfront property with a 2,576 square foot metal framed helicopter hanger on it built in 1983. There is an 82'x30' concrete landing pad in front of the hanger and a fuel tank next to the building. In the hanger there is a mezzanine office with restroom. There is a current lease holder in the building until 12/31/05. The lease does transfer with the property.

**Legal Description:**        Borough Assessors parcel # 31-3440-088-000
Zoned IH

Lot 1 of the Mud Bay Road Survey, Subdivision of a portion of U.S. Survey 812, according to the plat thereof filed July 18, 2005 as Plat No. 2005-26, Ketchikan Recording District, First Judicial District, State of Alaska.

**SUBJECT TO:**

15. Reservations and exceptions as contained in the U.S. Patent and acts relating thereto.

16. Any prohibition of or limitation of use, occupancy or improvements of the land resulting from the rights of the public or riparian owners to use any portion thereof which is now or formerly may have been covered by water, and the rights of the public as set forth in Alaska Statutes 38.05.128.

17. Any adverse claim based upon the assertion that some portion of said land is tide or submerged lands, or has been created by artificial means or has accreted to such portion so created. Any adverse claim based upon the assertion that some portion of said land is tide or submerged lands, or has been created by artificial means or has accreted to such portion so created.

18. Paramount rights and easements in favor of the United States to regulate commerce, navigation, fishing and the production of power.

19. Easements in favor of the State of Alaska and/or the United States of America, for highway and related purposes, all as provided in Public Land Orders numbered 601, 757 and 1613, and any subsequent Public Land Orders, if any, and Department of Transportation Order Number 2665, and amendments thereto, and any assignments of rights therein for recreation, utilities or other purposes.

20. Easement (Corporate/Partial Property), granted by the Ketchikan Gateway Borough, Grantor, in favor of the State of Alaska, Department of Transportation & Public Facilities, its successors and assignees, Grantee, for drainage and erosion control purposes, according to the terms and provisions thereof, dated September 3, 2003 and recorded January 5, 2004 at Document No. 2004-000042-0.

    (Affects portions of subject property.)

**BIDDER's FORM**
**For Borough Property in Mud Bay and Ward Cove known as B-17, B-21, B-22 and B-27**

21. Drainage and Erosion Control Easements, Public Access and Utility Easement, and Notes as delineated on the face of Plat No. 2005-26.

## B-27 Legal Description:       Borough Assessors parcel # 31-3220-006-000

**PARCEL NO. 1:**
A portion of that certain portion of ALASKA TIDELANDS SURVEY NO. 1, according to the plat thereof recorded June 5, 1961 in Volume 1 of Plats at Packet No. 32, Ketchikan Recording District, First Judicial District, State of Alaska; being more particularly described as follows: Beginning at U.S.L.M. No. 2, thence S 71°56'00" E, a distance of 896.28 feet to Corner M.C. 2 of U.S. Survey 1508, identical with Corner M.C. 1 of U.S. Survey 1659 and the TRUE POINT OF BEGINNING; Thence N 01°14'08" E, a distance of 87.06 feet to intersect with the R.O.W. line on the North Tongass Highway; Thence S 50°00'00" W, a distance of 214.15 feet; Thence S 40°00'00" E, a distance of 303.77 feet; Thence N 50°00'00" E, a distance of 134.16 feet, to a point on the meander lines establish by and fronting U.S. Survey 1508; Thence along the meander lines, N 45°02'35" W, a distance of 0.53 feet; Thence S 60°42'53" W, a distance of 58.11 feet; Thence N 70°02'57" W, a distance of 139.25 feet; Thence N 24°16'53" W, a distance of 65.30 feet; Thence N 06°59'34" E, a distance of 66.60 feet; Thence N 51°16'45" E, a distance of 83.10 feet to the TRUE POINT OF BEGINNING, containing 21,476 square feet, more or less.

**PARCEL NO. 2:**
That portion of U.S. Survey 1508 lying southwesterly of the southwesterly edge of the North Tongass Highway Right-of-Way according to Right of Way Map, Alaska Project, North Tongass Highway, S-0920(17) filed as Plat No. 92-43, Ketchikan Recording District, First Judicial District, State of Alaska, more particularly described as follows: Beginning at a point on the westerly edge of the North Tongass Highway Right-of-Way and the meander line of U.S. Survey 1508, at a point labeled "O" 215+24.82, 52.67' LT. On Page 18 of said Plat No. 92-43, and the true point of beginning; thence as follows along the meanders of U.S. Survey 1508, according to Plat No. 92-43; thence N 84°32'56" W, a distance of 36.01 feet; thence N 73°47'58" W, a distance of 82.50 feet; thence S 41°28'41" W, a distance of 203.44 feet; thence S 75°12'26" W, a distance of 28.39 feet; thence N 23°46'52" W, 29.68 feet; thence N 21°45'20" E, a distance of 223.55 feet; thence N 45°02'35" W, a distance of 44.99 TO THE TRUE POINT OF BEGINNING OF THE PORTION HEREIN DESCRIBED; thence N 50°00' E 191.49 feet to the Right-of-Way edge; thence along said Right-of-Way edge, along a curve concave to the northeast, having a radius of 456.63 feet and an arc length of 102.47 feet; thence S 89°56'00" W a distance of 103.33 feet to WCMC 2; thence 89°56'00" W 108.89 feet to MC-2; thence S 51°16'45" W a distance of 83.10 feet; thence S 45°02'35" W a distance of 66.60 feet; thence S 24°16'53" E a distance of 65.30 feet; thence S 70°02'57" E a distance of 139.25 feet; thence N 60°42'53" E a distance of 58.11 feet; thence S 45°02'35" E a distance of 0.53 feet to the true point of beginning.

**BIDDER's FORM**
**For Borough Property in Mud Bay and Ward Cove known as B-17, B-21, B-22 and B-27**

**PARCEL NO. 3:**
That portion of U.S. Survey 1659 lying southwesterly of the southwesterly edge of the North Tongass Highway Right-of-Way, according to the Right-of-Way Map, Alaska Project, North Tongass Highway, S-0920(17) filed as Plat No. 92-43, Ketchikan Recording District, First Judicial District, State of Alaska, more particularly described as follows: Beginning at U.S. Survey No. 1659, MC-1, common with U.S. Survey 1508, MC-2, as shown on Pages 18 and 19 of said Plat No. 92-43, and the true point of beginning; thence along a meander line of U.S. Survey No. 1659, according to Plat No. 92-43, N 37°46'00" E, a distance of 81.04 feet, to an angle point in the southerly edge of North Tongass Highway Right-of-Way and the meander line; thence along the meander line and Right-of-Way edge, N 70°46'08" E, a distance of 48.41 feet; thence, departing the meander line, continuing along the Right-of-Way Edge, S 55°44'16" E, a distance of 105.43 feet, to the beginning of a curve; thence continuing along the Right-of-Way edge, on a curve described by the following chords: thence S 55°36'42" E, a distance of 32.48 feet; thence S 54°59'52" E, a distance of 3.60 feet, to the intersection of the Right-of-Way edge and Line 2-1 of U.S. Survey 1659, common with Line 3-2 of U.S. Survey No. 1508; thence along Line 2-1 of U.S. Survey No. 1659, S 89°56'00" W, a distance of 212.22 feet to the true point of beginning. (Said parcel is identified as B-27 by the Ketchikan Gateway Borough for their pending auction.)

**SUBJECT TO:**

22. Reservations and exceptions as contained in the U.S. Patent and acts relating thereto.

23. Reservations and exceptions as contained in the State of Alaska Patent and acts relating thereto.

    (Affects Parcel No. 1.)

24. Easements in favor of the State of Alaska and/or the United States of America, for highway and related purposes, all as provided in Public Land Orders numbered 601, 757 and 1613, and any subsequent Public Land Orders, if any, and Department of Transportation Order Number 2665, and amendments thereto, and any assignments of rights therein for recreation, utilities or other purposes.

25. Reservations and provisions contained in the Submerged Lands Act (43 USCA 1301, 67 Stat. 29) and the Enabling Act (Public Law 85-508, 72 Stat. 339), including but not limited to, rights of the public and/or governmental bodies for navigation and fishing.

    (Affects Parcels No. 1.)

26. Any prohibition of or limitation of use, occupancy or improvements of the land resulting from the rights of the public or riparian owners to use any portion thereof which is now or formerly may have been covered by water, and the rights of the public as set forth in Alaska Statutes 38.05.128.

**BIDDER's FORM**
**For Borough Property in Mud Bay and Ward Cove known as B-17, B-21, B-22 and B-27**

27. Any adverse claim based upon the assertion that some portion of said land is tide or submerged lands, or has been created by artificial means or has accreted to such portion so created.

28. Paramount rights and easements in favor of the United States to regulate commerce, navigation, fishing and the production of power.

29. Easement in favor of the State of Alaska, Department of Transportation and Public Facilities as established by that certain Declaration of Taking (Ketchikan Superior Court Case No. 1KE-87-444 CI) recorded May 28, 1987 in Book 149 at Page 625 and as further clarified by that certain Stipulation to Settlement and Order Confirming Settlement recorded August 7, 1987 in Book 151 at Page 252.

30. Easement as delineated on the face of Plat No. 92-43.

31. Environmental Protection Easement and Declaration of Restrictive Covenants, entered into by and between Ketchikan Pulp Company, Grantor, and the State of Alaska Department of Natural Resources, Grantee, according to the terms and provisions thereof, dated October 28, 1999 and recorded October 28, 1999 in Book 305 at Page 772.

    (Affects Parcel No. 1.)

32. Acknowledgment That Interest Conveyed Are Subject to Environmental Protection Easement and Declaration of Restrictive Covenants, entered into by and between the Ketchikan Gateway Borough, an Alaska municipal corporation, and Ketchikan Pulp Company, according to the terms and provisions thereof, dated August 2, 2003 and recorded August 4, 2003 under Ketchikan Recording District Serial No. 2003-004419-0.

    (Affects Parcel No. 1.)

33. Environmental Easement and Declaration of Covenants, entered into by and between Ketchikan Gateway Borough, a municipal corporation, Ketchikan Pulp Company, a Washington corporation, and Gateway Forest Products, Inc., an Alaska corporation, according to the terms and provisions thereof, dated July 14, 2003 and recorded July 18, 2003 under Ketchikan Recording District Serial No. 2003-004128-0.

    (Only the Easement Affects Parcel No. 1. The covenants in said document have no effect on parcel No. 1).

**Note: Plat 2005-30 shows the recent subdivision of the subject property and shows an additional exception for Plat Notes and any platted easements that may apply.**

**BIDDER's FORM**
**For Borough Property in Mud Bay and Ward Cove known as B-17, B-21, B-22 and B-27**



Borough Mud Bay Property

## Properties B-21 and B-22 FOR SALE

**B-21**  9400 Block North Tongass Highway, approximately 1.1 acres zoned IH, US Survey 812 uns2. Assessed value $158,700.

**B-22**  9465 North Tongass Highway, approximately 8.4 acres of waterfront property zoned IH, US Survey 812wft. Assessed value $1,099,800. Property includes a helicopter hanger with pad and fuel tank. Currently occupied by tenant until 12/31/05, lease transfers with property.

15

**BIDDER's FORM**
**For Borough Property in Mud Bay and Ward Cove known as B-17, B-21, B-22 and B-27**

### B-17

6500 North Tongass Highway, approximately 14.2 acres of waterfront property and tidelands zoned IH to include portions of US Survey 1508, 1208 and ATS 1c2. Assessed value $1,090,700



VICINITY MAP



**B-27** - Tract 3019, approximately 2 acres of waterfront property zoned IH includes portions of US Survey 1508wft, USS 1659 and ATS 1c2. Assessed value $478,900.