September 26, 2005

Mr. Roy Eckert
Borough Manager
Ketchikan Gateway Borough
344 Front St.
Ketchikan, Alaska 99901
Fax: (907)247-6625

Re: **Purchase of Property B-17 at Ward Cove, Alaska**

Mr. Eckert;

This is to notify you that we intend to exercise our First Right of Refusal to purchase property B-17 at Ward Cove, Alaska, as referenced in your letters dated August 26, 2005 and September 22, 2005.

Per your letter of September 22, 2005, we understand that we have until October 4, 2005 at 5:00 pm to pay 20% of the purchase price and sign the Purchase and Sales Agreement for this property.

Sincerely,

*Charles Pool*
Charles Pool
P.O. Box 6000
Ketchikan, Alaska 99901

EXHIBIT 13



# KETCHIKAN GATEWAY BOROUGH

344 FRONT STREET • KETCHIKAN, ALASKA 99901

Office of the Borough Manager, Manager Roy Eckert • roy.eckert@borough.ketchikan.ak.us
• 907/228-6625 • Fax 907/247-6625

## LETTER OF COMMITMENT

The Ketchikan Gateway Borough and Mr. Charles Pool acknowledge that Mr. Pool has exercised his right of first refusal under Resolution 1906 and the invitation for bids and will purchase the property referenced for eight hundred fifteen thousand dollars ($815,000). Both parties shall sign the formal sales agreement for Mr. Pool to purchase the real Borough property described as B-17 or Tract 3017 located at 6500 North Tongass Highway, Ketchikan, Alaska, to include portions of U. S. Survey 1508, 1208 and ATS 1c2 for a purchase price of eight hundred fifteen thousand dollars ($815,000), prior to close of business October 4, 2005.

This further acknowledges the receipt from Mr. Pool of one thousand dollars ($1,000) paid on this date to Ketchikan Gateway Borough as partial earnest money. The earnest money balance of one hundred sixty two thousand dollars ($162,000) will be paid before 5pm on October 4, 2005 at the same time as signing of the Sales Agreement on October 4, 2005.

The final closing to take place at Ketchikan Title within 90 days of signing of the Purchase and Sales Agreement and at this date the balance of six hundred fifty two thousand dollars ($652,000) will be due.

Borough staff will provide Ketchikan Title with the signed Purchase and Sales Agreement and signed Warranty deed for this property within 5 business days of the signing of the Purchase and Sales Agreement.

_____  
Mr. Charles Pool  
Date: 9-26-05

_____  
Roy Eckert, Borough Manager  
Date: 9-26-05