# Cindy Montgomery

**From:** Lisa Machado [lisa.machado@borough.ketchikan.ak.us]
**Sent:** Wednesday, December 28, 2005 2:00 PM
**To:** Roy Eckert
**Cc:** 'Cindy Montgomery'; seaver@kpunet.net
**Subject:** FW: KGB/Pool

---

**From:** Bob Norton [mailto:ktai@kpunet.net]
**Sent:** Wednesday, December 28, 2005 12:38 PM
**To:** Geoffrey G. Currall
**Cc:** Lisa Machado
**Subject:** KGB/Pool

Dear Geoffrey,

Please be advised that I have received your letter dated December 28, 2005 that requests that the Ketchikan Gateway Borough's sale to Mr. Pool be closed by Ketchikan Title Agency without the issuance of an Owner's policy of title insurance. The closing as requested for on or before January 3, 2006 is dependent on receipt of a fully signed Warranty Deed from the Borough to Mr. Pool.

I am sorry to inform you that Ketchikan Title Agency, Inc. will not be able to perform the closing function for the above referenced transaction due to several issues. Number one, we have been advised by our underwriter's legal counsel to not close this transaction, nor issue a title policy due to pending litigation involving this property filed against Mr. Pool and the Borough. Ketchikan Title Agency, for your addtional information does not close transactions without a title policy being issued. Due to these circumstances, we respectfully ask that you have another party close the transaction.

We have been asked by you to return Mr. Pool's 2 cashier's checks in the amounts of $652,000.00 (made out to KTA) and $1,000.00 (made out to KGB) to him along with his personal check to the Ketchikan Gateway Borough in the amount of $162,00.00. Mr. Pool has just now picked up those checks and they are in his possession.

Should you have any further questions, please call me.\

Sincerely,

Robert Norton

