**Alaska Housing**
FINANCE CORPORATION

Headquarters
4300 Boniface Parkway
Anchorage, Alaska
907-338-6100

Mailing Address
PO Box 101020
Anchorage, AK 99510-1020

Internet Web Site
http://www.ahfc.state.ak.us

November 5, 2004

Mr. Karl Amylon, General Manager
City of Ketchikan
334 Front Street
Ketchikan, Alaska 99901

RE:   Right of First Refusal on Lots C & D in Bear Valley

Dear Mr. Amylon:

Enclosed is the Right of First Refusal as you discussed by telephone today. Please have it signed by the appropriate person with a notary and return the original to our attention as soon as possible. Please fax a copy of the signed document to my attention. Our fax number is 907-338-9517.

If you have questions, please call Nola Cedergreen at 907-330-8448.

Sincerely,

Konni L. Snyder
Risk Management Specialist

Enclosure: Right of First Refusal

"HOUSING FOR ALL ALASKANS"



# RIGHT OF FIRST REFUSAL

Grantor:  Alaska Housing Finance Corporation, whose address is 4300 Boniface Parkway, Anchorage, Alaska 99504, and fax number is 907-338-9517.

Grantee:  City of Ketchikan, whose address is 334 Front Street, Ketchikan, Alaska 99901, and fax number is 907-225-5075.

For good and valuable consideration, Grantor, grants to Grantee, the Right of First Refusal to purchase the property legally described as follows:

*Tracts C and D of US Mineral Survey 769, according to the plat of Bear Valley Addition recorded as Plat 73-8, Ketchikan Recording District, First Judicial District, State of Alaska*

If, prior to the expiration of this Right of First Refusal, Grantor receives an acceptable, written offer to purchase the above-described property, Grantor shall give Grantee written notice of Grantor's intent to accept the offer, including a copy of the offer, and Grantee shall have the Right of First Refusal to purchase the property upon the same terms and conditions as are set forth in the offer.

The Right of First Refusal shall be exercised by delivering written notice to Grantor within five calendar days after Grantor has given notice of intent to accept the offer. Notice, if mailed, shall be sent by regular first class mail and by fax to the other party at the address stated in this document or such other address as may be given in writing, and shall be deemed to have been given on the day following the date shown on the fax.

This Right of First Refusal is _not_ assignable by Grantee.

This Right of First Refusal expires upon the earliest of the following: a) Grantee's failure to provide the Grantor notice of it's intent to exercise the Right of First Refusal within five calendar days after having been served notice of Grantor's intent to accept an offer; b) Grantee's failure to purchase the property, and close on the purchase as required; c) At the end of the calendar date of December 31, 2004.

Date: _____

_____
Grantor: Alaska Housing Finance Corporation

## ACKNOWLEDGEMENT

STATE OF ALASKA     ) ss
THIRD JUDICIAL DISTRICT  )

THIS IS TO CERTIFY that on this _____ day of November, 2004 personally appeared before me Nola Cedergreen, known to me to be the Director of Administrative Services of Alaska Housing Finance Corporation, and she acknowledged before me that she signed the foregoing Right of First Refusal as such officer thereof, as the voluntarily act of said corporation for the uses and purposes therein mentioned. IN WITNESS WHEREOF, I have set my hand and affixed my official seal the day and year above written.

_____
Notary Public in and for Alaska.
My Commission Expires: 11/10/04   Date: 11/10/04

_____
Grantee: City of Ketchikan

## ACKNOWLEDGEMENT

STATE OF ALASKA     ) ss
THIRD JUDICIAL DISTRICT  )

THIS IS TO CERTIFY that on this 10th day of November, 2004 personally appeared before me James E. Veerans, known to me to be the Assistant/Acting City Manager of the City of Ketchikan acknowledged before me that he signed the foregoing Right of First Refusal as such officer thereof, as the voluntarily act of said corporation for the uses and purposes therein mentioned. IN WITNESS WHEREOF, I have set my hand and affixed my official seal the day and year above written.

_____
Notary Public in and for Alaska
My Commission Expires: 2/16/07



OFFICIAL SEAL
REBECCA BROWN
NOTARY PUBLIC - ALASKA
COMMISSION NO. 95033
MY COMMISSION EXPIRES AUG 16, 2007