1

2

3

4

5

6

7

8

9

10

11

12        EXCERPT OF BOROUGH ASSEMBLY MEETING

13            SEPTEMBER 19th, 2005

14

15

16

17

18

19

20

21

22

23

24

25

**SEAK Professional Services, LLC**

SEAK Professional Services, LLC

1                P R O C E E D I N G S

2        Unidentified Male Speaker 1:  .....is it then, your

3    intent to remove that footprint that they have laid out from

4    the offer to Jenkins?

5        Mr. Eckert:  The lease itself, I'm trying to think how

6    much of this I can get into without going into the details of

7    the offer.  The direction given by the Assembly was to -- you

8    know, sell the entire Westside properties minus B-3, which is

9    the Admin building and AMHS and Renaissance Group would then,

10   you know work out the details.

11       We're moderating that.  We are making sure that that's

12   going to happen.  Mr. Jenkins has stated that he would -- he

13   would work with them.  We were in some meetings,

14   (indiscernible) was here, we were in meetings with AMHS, had

15   Mr. Jenkins on the phone, reiterated again, it's in writing.

16   You know and we are also working through the details of the

17   lease to make sure that this happens.

18       So, we are doing exactly as we were instructed to and the

19   terms of the proposal, it will happen.  It will be a fair and

20   equitable price.  It's not going to be -- our position is to

21   make sure that it is not outrageous.  Obviously, not a

22   giveaway.  But all parties will be satisfied and we're working

23   that in and we're there.  I think we're right there.

24       Mayor Salazar:  Mr. Thompson?

25       Mr. Thompson:  Yes, sir.  Roy, why do we need to wait to

1  enter into a lease with Marine Highway System for this

2  property, that's a fair market value lease?

3      Mr. Eckert:  I'm not saying we have to wait.  I'm saying

4  we have to work out the details of the cost.  Okay.  What's

5  fair -- if we retain it, whether Mr. Jenkins retains it,

6  whether somebody else retains it, it's a lease.  Somebody is

7  going to get those lease payments.

8      Mr. Thompson:  But ultimately, the Marine Highway System

9  wishes to purchase this property.  They want a lease with an

10  option.

11      Mr. Eckert:  Not a problem.

12      Mr. Thompson:  And from what I understand, I'm about to

13  give my chair to Mr. Falvey -- Captain Falvey to explain it.

14  But they have money available basically, right now to purchase

15  that property and if we carve that out and lease it to them

16  with a purchase option at fair market value, right now, we're

17  done.  We can walk away from the table.

18      Mr. Eckert:  I understand that.  But we also have an

19  offer on the table to a party who we have -- you know entered

20  into an agreement with.  Okay.  Who is -- you know, continuing

21  their negotiations in full faith.  Okay.  On what they were,

22  you know given by the Borough to do and if we start changing

23  the parameters of that offer, I see some serious legal

24  challenges.  We can work through it, we can get there and all

25  parties will be satisfied.  That's not, you know that's not a

-3-

1  problem.  If we start changing the rules after an offer has

2  been made, then we have problems.

3       Mr. Thompson:  Question for you.

4       Mr. Eckert:  Sure.

5       Mr. Thompson:  What agreement do we have with Jenkins and

6  Falconer at this point in time?

7       Mr. Eckert:  We had an offer, okay?  That we took to Mr.

8  Jenkins after the last Assembly with the -- no not the last

9  one, but the with the executive session, we took to them for

10  the sale of the entire westside at Ward Cove, minus B-3, with

11  the stipulation that they work with AMHS to make sure that

12  they were accommodated and provided for, with their needs in

13  Ward Cove and they agreed to that.  They put it in writing

14  that they would do that.  We agreed to that.  Okay.  And that

15  was directed by the Assembly.

16       And so, and we have an offer out there.  And that was

17  agreed to.  That was the direction by this body and it was

18  submitted to them in good faith, and in good faith they

19  reciprocated, and in good faith they are negotiating, you know

20  to that end.  They have moved you know, some of their plans.

21  They have worked with AMHS.  They have talked to us with AMHS,

22  you know we were all on the same phone call, in the same room.

23  AMHS accommodated Jenkins by shifting a little to the -- that

24  would be to the east.

25       So you know, things are working.  And so, as far as

SEAK Professional Services, LLC

SEAK Professional Services, LLC

1  slowing down, nobody is slowing down anything.  Okay.  In

2  fact, we are trying to move this ahead and get it all done.

3  You know, but you know you work through terms of lease and we

4  want to make sure that we did a value on here, because you

5  know, we've never leased tidelands out here by the foot, to my

6  knowledge.  Maybe we have some.

7      But we want to make sure, you know that everybody is

8  accommodated.  Whether the Borough gets the money, whether Mr.

9  Jenkins gets the money, you know.  We don't want to hold up

10  AMHS either.  And by hold up, I mean you know, just sticking a

11  gun to their head, and say you know, you're going to have to

12  do this.

13      Unidentified Male Speaker 1:  Well you know, this deal

14  with Mr. Jenkins could take six months, eight months to come

15  to fruition, with all the going back and forth negotiations

16  and.....

17      Mr. Eckert:  No, no.  Because in his terms, it says he

18  will have 90 days to close once he submits his, you know his

19  deal.  So we're talking three months max.

20      Unidentified Male Speaker 1:  Back to basics though sir,

21  when we own a piece of property, we already passed a long time

22  ago, a resolution we were going to sell the westside of Ward

23  Cove, subject to any existing leases and there's nothing that

24  I can see in anything we have done, that would prevent us from

25  entering into a lease with Marine Highway Systems to preserve

-5-

**SEAK Professional Services, LLC**

1  to this lay-up facility right now, and make a sale to Jenkins

2  subject to that lease, just like all the rest of the leases

3  that are out there.

4      Mr. Eckert:  We can do that -- we can do that, however I

5  think if we do that and we start interfering with what we said

6  we're going to do in the first place, then we're going to have

7  to make sure that he's on board with what we agreed to as the

8  rental terms or the lease terms, because he is going to

9  inherit that and that will directly impact what he is going to

10  be receiving, that he would -- you know, if the lease passes

11  on to him.....

12      Unidentified Male Speaker 1:  But you've already said

13  that he is on board with that.

14      Mr. Eckert:  He is on board and I said, we're also now

15  negotiating the price and that's where we're at and it will be

16  a fair price.  As far as saying, you know time and getting it

17  out there, your reference of six months.  I'd like to remind

18  this body that dealing with the state, they do have their

19  requirements on how they have to purchase and leased property.

20  The lease -- the leasing division with the state, I believe is

21  in Anchorage, as we found out when did the lease on the Admin

22  Building.  That lease took almost what?  A year?  A little

23  over a year to get worked out because of all the -- you know,

24  legal issues that have to go with that and all the terms of

25  the lease.  The Trooper building sale that went through took

-6-

well over a year.  Okay so you know, saying the state can do

it any faster than that, you know, I don't know that they can.

Mayor Salazar:  Mr. Lybrand?

Mr. Lybrand:  I guess one thing that is bothering me,

you're satisfied that the people we're dealing with have got a

lot of depth and integrity and so forth -

Unidentified Male Speaker 1:  George, I can't hear you.

Mr. Lybrand:  What I - what bothers me, when I hear all

these good deals coming up for us, I wonder what we know about

these people we're dealing with.  You say it doesn't make any

difference.  But I'm assuming you've done -- looked into some

of their statements about how they made millions for everybody

and stuff.  So you're assured that this is a real proof with a

lot of depth behind them.

Mr. Eckert:  George, I have no problem with the people

we're dealing with and I would like to address a statement

that was made earlier.  There's a huge difference in the

comparison of the sale of land, like we're doing now with what

Gateway or somebody else did.  When the people come to the

Borough and ask for a loan, whether it be through you know,

the fund that was -- that use to be there or through economic

development fund or land trust or whatever, they ask for a

loan, business plan, you know, terms -- whatever you want to

call it, you know, should certainly be looked at.  Has it been

done in the past?  Probably not.  You know, I don't know of

1  any business plans we've required from people for loans we've

2  put in the past.

3      Unidentified Male Speaker 1: (Indiscernible) factory.

4      Mr. Eckert: Yeah, (indiscernible) factory maybe. But as

5  far as an outright sale if we say, okay, we're going to have

6  to take this -- this one sale and subject it to a business

7  plan, do a background check. I understand there is somebody

8  in town trying to do a criminal background on these folks and

9  I'm appalled of something like this. Then that means that the

10 four parcels that we have out currently, right now in Ward

11 Cove, everyone of those individuals should submit a business

12 plan, have a background check, have a criminal history check,

13 have a credit check, probably be fingerprinted and who know

14 God what else, you know to bring forward to sell a piece of

15 land. I don't care if it's a 200 square foot parcel or 2,000

16 acres, then when are we going to say, a sale is a sale and we

17 don't put people through the criminal ringer versus coming to

18 us and asking for a loan, which would go through normal

19 banking channels and say okay, let's do a background check and

20 let's do, you know, let's do some -- you know, something to

21 make sure we don't lose money. There's a huge difference in

22 that and if we start breaking it down, then the Borough is not

23 open for business.

24     Mayor Salazar: Mr. Painter and then Mr. Landis.

25     Mr. Painter: Point taken. I would like to offer my

-8-

1  chair to Captain Falvey to get a little bit of Alaska Marine

2  Highway's (indiscernible).

3      Captain Falvey:  Your Honor, I have some letters I'd like

4  to pass out to the Assembly.

5      Unidentified Male Speaker 1: Your Honor?

6      Mayor Salazar:  Yes, go ahead.

7      Unidentified Male Speaker 1: Could someone give a brief

8  synopsis of what this letter (indiscernible).

9      Mayor Salazar:  Yeah, perhaps we could take a break and

10  someone could read it to us.  We'll take a five minute break

11  and I'll have -- the clerk's going to read it.

12      Unidentified Male Speaker 1:  Okay.  Well I will have

13  Captain Falvey read it to you.

14      Unidentified Male Speaker 1:  Thank you.

15      Captain Falvey:  Well Your Honor, for the record Captain

16  John F. Falvey, General Manager Alaska Marine Highway System.

17  I live at 715 Buren.

18      For several months, we have been pursuing the purchase of

19  the Administration building at Ward Cove as well as, securing

20  a lease to purchase agreement for land and tidelands at Ward

21  Cove for the construction of a vessel lay-up facility.  The

22  lease purchase agreement is imperative to the Alaska Marine

23  Highway System to ensure a timely construction of a facility

24  as well as ownership requirements for the usage of federal

25  funding in the eventual purchase of the land and tidelands.

-9-

SEAK Professional Services, LLC

1      Our desire was to negotiate these two transactions with
2  the Borough.  It now appears that the administration building
3  will be handled in our desired format.
4      However, it also now appears that the land, tidelands
5  envisioned for the lay-up facility will be sold to the RDG and
6  the Alaska Marine Highway System will be left to negotiate
7  with the new owner for its intended lay-up facility.
8      Borough staff has ensured us that the new owner will
9  offer Alaska Marine Highway System this land, as we have
10  asked.  By not carving out this property, we now have timing
11  problems, the best case scenario and actual purchase
12  complications.  In the worst case scenario, at best we will be
13  forced to wait until the transfer of assets has been completed
14  for the Alaska Marine Highway System can enter into a bidding
15  agreement with the new owner concerning the land and
16  tidelands.
17      When will ownership transfer to the new buyer?  In the
18  worst case scenario, we may find out that we are unable to
19  secure a lease purchase deal with the new owner.  Once again,
20  we are asking the Borough to carve out the lands.  All parties
21  have apparently agreed to, and negotiate the lease purchase
22  agreement immediately with the Alaska Marine Highway System
23  for the construction of the vessel lay-up facility.
24      We feel we have a timing problem here, Mr. Mayor. We're
25  ready to lease the land immediately.

-10-

1      Mayor Salazar:  Mr. Landis, you had something.  Were you

2  going to address that Roy or -

3      Mr. Eckert:  I'd like to.

4      Mayor Salazar:  Okay, well let me get to Mr. Landis's

5  question here.

6      Mr. Landis:  Actually, it was related to what the Manager

7  was talking about.  I'll reserve that if I could.

8      Mayor Salazar:  Okay, that's fine.

9      Mr. Eckert:  Okay.  I don't think that the timing issue

10 is not the problem here.  I think that we are right on step

11 with, you know negotiating a price and again, we've been put

12 in the middle with -- to do this with Renaissance and AMHS.

13 We had clear direction from the Assembly on the offer and how

14 it was to be negotiated.  You know, some at the state didn't

15 like that negotiation.  I'm not talking about the present

16 staff here.  But some did not like that, and asked for the

17 Borough to intercede.

18     While I'm uncomfortable with interceding in something

19 that was clearly given by board direction, we can certainly do

20 that and in a very timely manner.  We have never been given an

21 offer, you know by the state as to cost.  You know, either on

22 the Admin building or on the lease lay-up, you know a cost

23 figure.  Some say, well it's the Borough's responsibility to

24 put a figure to it and others say, well no it's the

25 responsibility of someone coming to the Borough, asking for,

SEAK Professional Services, LLC

1  you know property for purchase or for lease, you know to make

2  an offer.  And it's always been in the past, you know, when we

3  sell or lease Borough properties, that the person wanting to

4  lease or buy the property makes an initial offer and the

5  Borough looks at it and responds.

6      Okay, neither one has happened in this case.  So you

7  know, we're going through it and making sure that, you know

8  whether the Borough -- you know, gets the money or whether it

9  then again in the future transfers to the Renaissance Group

10  who has stated repeatedly and Mr. Falvey has been in those --

11  or Captain Falvey has been in those meetings and we sat in

12  fact, right next to each other in the last meeting.  Where Mr.

13  Jenkins stated again, he not only wants but he needs AMHS to

14  be in that location.  He desires them to be there and he is

15  willing to certainly work with them.  It's not a problem.

16      We've been talking with Mr. Jenkins, you know almost

17  every other day, you know weekly and we will have this

18  resolved and certainly, long before any purchase goes through

19  for the -- you know before anything closes -- you know with

20  him out there.

21      So, I don't see this as being a problem.  I think, you

22  know we can certainly work through it.  And we can do as we

23  were instructed to do by the Assembly and with the offer

24  that's out on the table, you know that has been presented and

25  agreed to be accepted by Mr. Jenkins.

-12-

SEAK Professional Services, LLC

1     Mayor Salazar:  Mr. Landis?

2     Mr. Landis:  Thank you, Your Honor.  I understand what's

3  been said and tying into something a speaker at citizen's

4  comments -- during the citizens comments said, that he had

5  felt and heard from other folks that there hadn't been -- I

6  think transparency was his word, where an open public process

7  and I think that this perhaps is symptomatic of that.  Mr.

8  Thompson asked the question, I'll paraphrase and perhaps it

9  was a rhetorical question, what do we care if there is $9

10 million dollars sitting on the table and someone comes up and

11 wants to buy it?  The Manager essentially, reinforced that

12 view by his statements and response to Mr. Lybrand.

13    I think that there are aspects of this that have a

14 community interest and I think this is what we are seeing

15 right here.  We have a community interest in having the Alaska

16 Marine Highway System lay-up facility here.  The community is

17 concerned about that.  We are concerned about that as a public

18 body.  The employment of well paying jobs is on the state

19 level and the potential for those jobs to leave if the new

20 administration comes into Juneau and all of a sudden, there's

21 new thoughts about how to position staff for the Marine

22 Highway System.

23    So I think that we do have questions as to the public's

24 interest here in this, and I don't think that it's been fully

25 discussed at this table either in regular session or in a

-13-

workshop and perhaps not even in Executive Session.  And I as well as Mr. Thompson, tried to keep the discussion in Public Session during that August 15th meeting, because of those issues.

I don't have an answer to the dilemma that faces us with regard to the Alaska Marine Highway Systems desire for the lease purchase of the property and the conflicting Renaissance Group issue.  But I think that we need to have more discussion in the open, so there aren't questions that pop up.  Whether they be from the state on any level, the community on any level or around this table on any level.  And I would certainly suggest that -- I'm pausing for a second here because I don't like delaying things, but within the parameters that we have now, and obviously the Assembly as a group that has given the Manager direction as he has stated. I think we need to vet this a little bit more, to talk about it, to discuss it with all the Groups and I appreciate Captain Falvey and his staff who isn't here anymore, and the rest of the Marine Highway System and Mr. Thompson for bringing this up because I think it really -- there's a bunch of great things that can, and I believe will happen there, but they have to be discussed because no good project is too good to get torpedoed by -- pardon the metaphor there -- by the corrosive effect of not having enough information out there. So, let's keep this issue in the forefront here as we go

SEAK Professional Services, LLC

1  through it.

2      Mayor Salazar:   Mr. Painter?

3      Mr. Tipton:  Your Honor?

4      Mayor Salazar:  Just a minute, go ahead George.  Mr.

5  Thompson -- or Tipton.

6      Mr. Tipton:  These are some -- starting with questions

7  for the Manager.  One of the things we heard said was a timing

8  problem.  Let me ask you this question then, it is possible to

9  have a lease lease purchase in place, prior to finalizing the

10  purchase of the property for them to assume and within that

11  lease lease purchase, you could have a fair market value

12  written in, is that correct?

13      Mr. Eckert:  We can.  It's my understanding, that the

14  direction given by the Assembly in Executive Session that one

15  of the terms of the sale with Mr. Jenkins would be that he

16  would have to accommodate AMHS, which he's not only willing to

17  do, but has he stated repeatedly that he would do, has put in

18  writing and signed that he would do and so, I'm having a

19  little difficulty with (indiscernible).

20      Mr. Tipton:  Okay.  Yeah and I understand that and that's

21  what I'm getting to.  We want to get it out on the table.

22  I'll ask a bunch of questions that way.

23      Mr. Eckert:  Okay, but let me answer your question.

24      Mr. Tipton:  Next -- next.

25      Mr. Eckert:  Okay, let me answer your fair market

-15-

1    question.  The fair market value on any sale,  I would oppose

2    to having that established prior to the date of sale.  There

3    are numerous reasons for doing that.  You want fair market

4    value at the time of sale is consummated, should it be

5    consummated.  You know, we've heard.....

6         Mr. Tipton:  Let me put it this way then Roy, just

7    something that protects Alaska Marine Highway relative to the

8    place, is did you not get a document that stated, yes in the

9    future they want to look at the purchase, but in one of those

10   documents it's undecided as to the time frame.  But they

11   actually asked for 36 months in one document.

12        Mr. Eckert:  That's correct.  That's correct and I

13   think.....

14        Mr. Tipton:  So what is the importance then, if this is

15   for both you and Mr. Falvey?  What is the importance of

16   dealing with the Borough if we have protection that's written

17   into a lease document ahead of time for them?  Whether they

18   are buying from us or from this Falvey Group, because my

19   concern then becomes how just that one little thing of blowing

20   a deal worth $9 plus million dollars to the Borough.  You

21   know, we have to try -- you're trying to play the edge on both

22   sides and I think you've done a very good job of it.  But I'd

23   like to have that question asked by both parties of why this

24   is so important, than just dealing with the Borough?

25        Mr. Eckert:  And I would agree with that Mr. Tipton and I

-16-

SEAK Professional Services, LLC

SEAK Professional Services, LLC

1  think that's therein lies the question and it's not really a

2  question because again, it's already in writing, you know that

3  this will happen.  As far as timing, you know, I don't think

4  even if it were the Borough, I would not personally agree to

5  36 months, you know three years, you know holding off on the

6  sale.  I certainly think AMHS can -- you know can expedite

7  that.  You know in 18 to 24 months, I can't speak for them

8  but, I don't know of anybody who wants to tie their land up

9  for that long, not knowing that this sale would happen.

10 Again, if you wait 36 months to do a sale, I think you're

11 going to be into another good notarial election.  I think

12 there could be some ramifications.

13     We all want this thing to happen and happen quickly.  And

14 we're all onboard with that.  Mr. Jenkins would like to have

15 it happen quickly, it's certainly to his advantage.  And

16 again, the direction you've given, I can't say this enough,

17 the direction given by this body was to sell the entire

18 property on the westside of Ward Cove, with the exception of

19 the Admin building.  The Borough keeps that and deals directly

20 with AMHS on that.  But that AMHS and Mr. Jenkins would work

21 together to make it happen.  Now we're in the -- you know,

22 mediatorial seat if you will, and we're making that happen,

23 we're facilitating it and we're working through it.  The

24 process is going good.  You know, if we stop and try -- you

25 know, negotiate by committee I think we are going to wind up

-17-

1  with a mess.

2      Mr. Tipton:  One last question Roy and this relates to

3  what I'm kind of hearing from everybody that has been at

4  podium or at the table is talking about it.  And this also was

5  under persons being heard from Greg when he spoke.  It's a

6  matter of information given out and Mr. Landis and Mr.

7  Thompson just alluded to as well.

8      Would it be to our advantage to have you at this time, as

9  stating what is viable in the viability of the Group?  Answer

10 the lack of transparency?  It's not intent, you're in

11 negotiations.  What role does Alaska Marine Highway System

12 play and have a statement out there?  Talk about and bring up

13 forward the successes that they've had in the different market

14 places with the investment Groups and what they put together

15 and what's transcribed out of that.

16     I think if you help put a lot of that stuff out, you help

17 enhance the Groups viability and in answering all of those

18 questions, as well as for the public process that Mr. Landis

19 has alluded to, have seen how we're trying to do it for the

20 benefit of everybody, including the community.  Do you think

21 that's a doable situation in the short term time, does it also

22 answers any concerns that have registered?

23     Mr. Eckert:  I think it is.  I still would however like

24 to reiterate my concern on if we start asking people to come

25 in to buy a piece of property to have to provide business

1  plans, bank statements, you know background success stories.

2      Mr. Tipton:  I'm not talking to business plan, Roy or

3  market projections.  Once he buys it, that's his own thing to

4  do relative to the zoning.

5      Mr. Eckert:  Right, I understand that.  I understand

6  that. But I'm just saying, what I'm hearing is that you know,

7  all of the questions were asked -- you know earlier -- you

8  know, on the sale versus a loan from a Borough.  You open up

9  the door, I mean, we'd have to ask the same thing of AMHS, you

10 know -

11     Mr. Tipton:  I'm not relating to any of that.  No, let me

12 iterate it again.  The questions that were asked at the table

13 and by the person speaking is, what's the viability of the

14 Group?  Where have -- where have their successes been and

15 where?  And explain on the amount of what they have done.

16 Answer the question, why is there a lack of transparency?

17 There's no intent to a lack of transparency.  We have been in

18 negotiations.  You want to throw this stuff out.  A lot of it

19 helps answer all these questions of where we're sitting at.

20 Nothing more, nothing less.  It doesn't affect any

21 negotiations of a lease or sale or anything.  It just opens up

22 and provides more information, which is what people are

23 requesting.

24     Mr. Eckert:  No, I agree with that Mr. Tipton.  The only

25 point I was trying to make is, if we start doing that, we're

-19-

SEAK Professional Services, LLC

1  going to have to do it with people that buy even the small

2  piece of property from the Borough -

3      Mayor Salazar:  No, no.  I think what he's -- I think

4  what Mr. Tipton is saying, just put out what these guys have

5  done and what they haven't done.

6      Mr. Thompson?

7      Unidentified Male Speaker 1: Like the portfolio.

8      Mayor Salazar:  Just a minute, Mr. Thompson has Thompson

9  has the floor.

10     Mr. Thompson:  Thank you, Your Honor.  You know, what

11  this whole situation points out the fact that, unless there is

12  an overriding reason to go into Executive Session, you don't

13  do it, you put the stuff on the table up-front.  If people

14  read the record, they're going to see there was an offer made

15  and there was a counter offer made and you know, that's our

16  problem.

17     What we did say was we're going to accommodate the Marine

18  Highway System.  That doesn't mean turning it over to somebody

19  else.  That means they accommodated them up front and that's

20  what I'm not seeing in this whole process.  The Marine Highway

21  System wants us to negotiate a lease with them immediately to

22  lease that footprint of property with an option to purchase

23  and any sale that we do to a third party, be it Jenkins or

24  anybody else, that is subject to that lease.  That's the same

25  way it's been for the last six months.  I don't know why we

SEAK Professional Services, LLC

1  can't accommodate that.  And the reason you probably can't

2  answer that is because your negotiations are secret.

3      Mr. Eckert:  Negotiations and -- I don't like the term

4  secret, okay.  And I reject that.  Negotiations in any time

5  you do a financial deal, are usually done in Executive

6  Session.  They are done -- they are not done in the newspaper,

7  they're not done -- you know, out in the open.  They're just

8  not, okay?

9      Mr. Thompson:  We've been real successful with our --

10 with out dealings in that regard.

11     Mr. Eckert:  Well.

12     Mr. Thompson: (Indiscernible) Factory, Gateway Forest

13 Products, you know.

14     Mr. Eckert:  Those are loans, we're talking sale here.

15 We have specific direction from the Assembly.  We're following

16 that to the letter and as long as we follow it to the letter,

17 we're going to be fine.  If we start deviating from the letter

18 that was in the direction that was given to the staff to get

19 it done, we're in trouble.  Plain and simple.

20 Because the directions were very clear.

21     Accommodate AMHS, but yet, they were according to this

22 body, with a direction to do that through Mr.Jenkins and

23 Renaissance Group.  Okay, that was very clear.  There was no

24 question as to how it was to be done.  Now we're in a position

25 of negotiating.  We will do that.  We will do it in good

1   faith.  We're going to make this thing happen.  And we can

2   make it happen and there's nothing secretive about it.

3   There's nothing, you know behind closed doors.

4       Captain Falvey, AMHS staff were great to work with.  You

5   know, we've been talking with them, they did the footprint.

6   We are accommodating them.  They are accommodating Mr.

7   Jenkins.  They are working together.  Things are working

8   really good.  Now I think the whole point is, for some reason

9   the upper echelon of AMHS wants to deal with the Borough and

10  not with a third party.  Either way, it's our point to make

11  sure that they are accommodated.  It's in writing.  Mr.

12  Jenkins already said he will accommodate it, put it in writing

13  and that's part of the terms of the sale, that he will

14  accommodate them.  Or, there will be no sale.

15      So, I'm not seeing where all the concern is coming from.

16  Because again, we're down to now finding out exactly what is

17  AMHS willing to pay?  What is Mr. Jenkins willing to accept?

18  You know, what would the Borough be willing to accept?

19      Mr. Thompson:  If all that is true, if everything you

20  said is true, then what's holding -- what is keeping the

21  Borough from entering into that lease with Mr. Falvey and

22  having the sale subject to that lease?  What's the problem?

23      Mr. Eckert:  We are now into the point and I've said this

24  I don't know how many times tonight, we're into the point of

25  trying to discern the price.  That's it.

SEAK Professional Services, LLC

1      [Multiple Speakers]

2      Unidentified Male Speaker 1:  Who's going to

3 determine......

4      Mr. Thompson:  And if this whole deal falls apart, with

5 these guys from down south or wherever they are from, because

6 I like to refer to them as the carpet baggers, if the whole

7 thing falls apart and the Marine Highway System has been going

8 along, along, along and suddenly, they're three months down

9 the road and the whole thing falls apart, then they have to

10 start out from scratch.  Whereas if we started with them and

11 accommodated their needs and this sale is subject to that,

12 there's no issue.

13      Mr. Eckert:  I understand what you are saying.  But

14 again, the direction given to the staff was that AMHS and the

15 Renaissance Group would be the ones negotiating the terms of

16 the lease.  Not the Borough.

17      Unidentified Male Speaker 1:  I don't recall that sir.

18      [Multiple Speakers]

19      Mr. Eckert:  That was the direction given to the staff.

20      Unidentified Male Speaker 1:  I don't have record

21 (indiscernible) in Executive Session.

22      Mr. Eckert:  That was direction given to the staff, pure

23 and simple and we're following that.  But we are going above

24 and beyond that.  We're going the extra mile and trying to

25 help facilitate that, okay?  And get this price done and get

SEAK Professional Services, LLC

SEAK Professional Services, LLC

1  it done fairly.  I mean, I don't know how much -- you know,

2  clearer it can be.  We're doing what we were told to do, we

3  were doing what we were asked to do, given direction to do,

4  put in writing to do, and accepted by both the Borough and Mr.

5  Jenkins to do and we've been accommodating AMHS and they've

6  been working with us and I think fairly -- you know, fairly

7  well.  And it's not going to take three months, it's not going

8  to take probably another 30 days.  It's probably -- we can

9  probably have it done in the next two weeks.  To have it --

10 you know, to have the prices set.  I don't have any problem

11 with that.  You know but again.....

12     Unidentified Male Speaker 1:  What's - let me ask a

13 question.  I don't know what the problem is getting these

14 prices sent.  I mean, if everything is hinging on it.

15     Mr. Eckert:  It's just sitting down and talking with

16 staff, I mean, Captain Falvey has got to go up the chain with

17 who -- you know, with his people.  You know, we can sit down

18 and Mr. Jenkins, make sure that they're accommodated because

19 they are going to inherent a lease you know, and -

20     Unidentified Male Speaker 1:  Well I mean, everything is

21 about price.  That's what I don't understand.

22     Mr. Eckert:  Yeah, everything is about price.  It's just

23 a matter of sitting down and negotiating and we're doing that.

24     Unidentified Male Speaker 1:  I have a question for

25 Captain Falvey.  Captain, when was the last time you spoke

-24-

SEAK Professional Services, LLC

1  with Mr. Jenkins?

2      Captain Falvey:  Oh, quite a few weeks ago at a

3  teleconference.  Six weeks.

4      Unidentified Male Speaker 1:  So it doesn't sound as six

5  or eight weeks, Mr. Jenkins hasn't talked to Marine Highway

6  Systems general Manager in six or eight weeks.  How can you

7  state that these negotiations are progressing just hunky-dory?

8      Mr. Eckert:  We have been discussing - I've personally

9  have been discussing this with Mr. Jenkins.  Okay, on behalf

10  of the Borough and also at that meeting that Captain Falvey

11  was in and I was there, okay?  Mr. Jenkins asked Mr. Taylor,

12  to have his staff contact him and they would you know, start

13  negotiations.  He has heard nothing from AMHS.  The only

14  person he's heard from is me.  Okay, so I'm the go between.

15  I'm trying to get this thing done and you know, if they are

16  not talking, I'm talking and it's going to get done.  That is

17  all I'm going to say.

18      Mr. Painter:  Your Honor?

19      Mayor Salazar:  Let me get Mr. Landis's - he's been

20  wanting to get his.....

21      Mr. Landis:  I'll pass.  Thanks.

22      Mayor Salazar:  Mr. Painter?

23      Mr. Painter:  I voted back there in the meeting for the

24  Executive Session.  The only reason why -- or the only reason

25  that I did is because Mr. Jenkins and Mr. Falconer requested

-25-

**SEAK Professional Services, LLC**

1  it.  I had no idea what they were going to tell us and was in

2  their opinion, that they didn't feel that it should be brought

3  out in the public.

4      After the meeting, even though I can't disclose of

5  anything that was in the meeting, in my opinion, there was

6  nothing stated in the meeting that should have warranted an

7  Executive Session, is the first thing.

8      The second thing, you know I think we need to accommodate

9  Alaska Marine Highway System with the proposal that they've

10 got.  It goes hand in hand with the shipyards activities.  I

11 hope that we can get beyond this issue of who Alaska Marine

12 Highway System wants to deal with and I would like the chance

13 to review what minutes there were in that meeting.  Because I

14 know there was reference at that meeting, as to accommodating

15 Alaska Marine Highway System.

16     Mayor Salazar:  I don't see that's a problem.  Mr.

17 Thompson?

18     Mr. Thompson:  Your Honor, I move to direct the Manager

19 to immediately negotiate a lease, with option to purchase a

20 fair market value within the first three years, the lay-up

21 facility with the Marine Highway System.

22     Unidentified Male Speaker 1:  Second.

23     Mayor Salazar:  Move and seconded of discussion.  Mr.

24 Landis?

25     Mr. Landis:  I think that -- that may get us into some

-26-

SEAK Professional Services, LLC

1  legal trouble if it's conflicting with what this body already

2  decided.  And I'm not saying that I agreed with everything

3  that this body decided on that and again, we're bound by the

4  confidentiality of that Executive Session but perhaps, our

5  Manager/attorney could weigh in on that.  But it doesn't seem

6  to be a good risk management issue to expose ourselves.

7      Unidentified Male Speaker:  I would agree 100 percent of

8  that.  When we started going back and changing the terms of

9  what was put forth, you know to a buyer.  Okay after we're

10  almost 30 days of negotiations and you know, getting the

11  things fine tuned, when he's already on board with doing

12  exactly what Mr. Thompson just -- you know said to do.  Not

13  three years -- I would strongly oppose, you know waiting.  You

14  know, having the three year deal sitting out there with

15  anybody.  I don't care if it's the state, I don't care if it's

16  a private individual.  You know, you don't buy in to -- not

17  that we -- you know, wouldn't lease for three years, but

18  certainly not a -- not an option to purchase.  You know, wait

19  for three years because you know, it may or may not happen on

20  any case.

21      I think you need to shorten that down.  If the state is

22  correct and they have the money, they are going to move

23  quickly on a purchase anyway and I would agree with that.  I

24  would agree 100 percent.  But I think we're going to get

25  ourselves into some serious legal trouble if we start changing

the terms.  Once it's been -- being negotiated in good faith

at the direction of this body.

    Mr. Tipton:  Your Honor?

    Mayor Salazar:  Just a second, I want Mr. Scott Erichsen

here to.....

    Mr. Brandt-Erichsen:  Thank you.  I was just going to

say, before I respond I'd like to go and just double check and

I don't want to -

    Mayor Salazar:  That's fine.

    Mr. Brandt-Erichsen:  All right.  There's a copy of the

agreement that the Manager and Mr. Jenkins signed.  It's about

two pages and I'd like to look at it before I respond to it.

    Mayor Salazar:  That's fine.  Well will you take a look

at that and somebody -- was it Shay or Tipton on the radio?

    Mr. Tipton:  That was me, Your Honor.

    Mayor Salazar:  Go ahead then, I'll get you -

    Mr. Tipton:  Thank you.  Oh, the first question I have

is, what was the motion that was made, I didn't hear it.

    Unidentified Male Speaker 1:  I moved to direct the

Manager to immediately negotiate a lease with option to

purchase for 25 years, with an option to purchase at fair

market value within the first three years, the lay-up facility

as described on the footprint in front you, on the agenda

item.

    Mr. Tipton:  Okay, my response to that is that, that is

-28-

1  the same request basically, that was made when we had the

2  meeting with them.  They stated that they didn't want to

3  negotiate with us.  We're trying to accommodate both parties.

4  That mention of that lease came in after the fact, it had been

5  offered to purchase by the Group.  Knowing full well Alaska

6  Marine Highway has wanted a lay-up facility, we were never

7  approached until after that fact to get into a specific area.

8      What the Manager has been trying to state all night is

9  that he is in between trying to accommodate both parties.  One

10  suggestion that I would have to possibly eliminate a situation

11  is to have the Manager ask the Jenkins Group if they will

12  remove the cut out of the parcel as designated in the survey,

13  that I think the preconstruction engineer, Pat Kipp put

14  together that's reflected as part as 9-E.  And if that -- if

15  it can happen, then it solves all the discussion that is going

16  on right now.

17      If not, I still think it's workable to have the lease put

18  in place, signed with the Borough prior to the sale occurring,

19  to site was is being asked at the table.  That is what he's

20  working towards fruition on and my understanding from

21  everything he said, and they are just trying to finalize the

22  numbers right now and run it up the flag pole, the respective

23  Groups and Alaska Marine Highway are agreeing and signing off

24  on it.

25      The purchase side of it is going to be written in the

language, just like it is on the Admin building and that's
going to happen in the future. They are requesting the same
thing as what was requested before and I agree wholeheartedly.
We gave direction once, we're changing in the middle of a
stream.

It sounds like that the parties have been talking with
him, outside the realm of letting the Manager do his job here.
I understand that there is a request from Alaska Marine
Highway and I, like Mr. Shay, want to do my best to
accommodate that situation, because the intent came along with
the movement of them down here all along for this to be there.

I don't see where this is any insurmountable deal and it
seems like to me, that one person at the hierarchy, at the top
of Alaska Marine Highway is the one who requested this. In
that, you know maybe he should come to the meeting and explain
to the community the conflict that he's creating for us at the
table and trying to accommodate both parties in lieu of a $9
million dollar plus deal and how maybe that puts that at risk.

Thank you.

Mayor Salazar: Mr. Shay?

Mr. Shay: Yes sir, thank you. I want to call to mind the
fact that the early events of the great hurricane in the gulf
and perhaps another hurricane in fact that's going to --
that's going to do nothing but push the price of veneer up
because of the need for plywood on this project. It's going to

-30-

go up, up, up, up and I don't see that there's going to be a

big -- I don't see the passage of this current motion, is

going to be a big handicap for the respective purchasers of

the Ward Cove and the veneer new plant.  And so intend to

support the motion, thank you.

     Mayor Salazar:  Mr. Lybrand?

     Mr. Lybrand:  I'm losing something.  I thought he said

that they had a three month period to come back to weigh.  And

one month has gone already.

     Mr. Eckert:  No, they have -- they have 30 days from the

time, you know we met and they accepted tthe proposal, you

know the one -- we gave them two proposals, okay, that was

directed by this body.  They selected one, okay?  Which was

the $9 million dollar amount, you know with the entire parcel

with the exception of B-3 and then from the date of accepting

that, then they have 30 days, you know to execute and bring

forward their non refundable deposit and their promissary

note...

     Unidentified Male Speaker:  That's what they're in now.

     Mr. Eckert:  That's what they're in now, that's up for

the 27th.  So they have until the 20th of this month.

     Unidentified Male Speaker:  Okay.

     Mr. Eckert:  So and then they have 90 days from that time

to close.

     Unidentified Male Speaker:  But then once they come back

1  to the 27th, it's a done deal?  Is that what you are telling

2  us?

3     Mr. Eckert:  Well the Assembly still has to approve the

4  contract.

5     Unidentified Male Speaker:  That's what I'm trying to

6  tell you, yeah.

7     Mr. Eckert:  Right.

8     Unidentified Male Speaker 1:  Well all this talking it's

9  just crazy.  I mean if we want to make it painful, make it

10  painful.

11     Mayor Salazar:  Any other discussions, Mr. Landis?

12     Mr. Landis:  Thank you, Your Honor.  The -- I'm not

13  entirely sure where the.....

14     [End of tape 7:50:42]

SEAK Professional Services, LLC

1   TRANSCRIBER'S CERTIFICATE

2       I, Shelly Robach, hereby certify that the foregoing

3   document is a true, accurate, and complete transcript of the

4   requested excerpts of the Ketchikan Borough Assembly meeting

5   of September 19, 2005, transcribed by me from a copy of the

6   electronic sound recording to the best of my knowledge and

7   ability.

8   __12|30|2005__          _____

9   Date                    Shelly Robach, Transcriber

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

-33-