# KETCHIKAN GATEWAY BOROUGH

344 FRONT STREET • KETCHIKAN, ALASKA 99901

Office of the Borough Manager, Manager Roy Eckert • roy.eckert@borough.ketchikan.ak.us
• 907/228-6625 • Fax 907/247-6625

August 26, 2005

Charles Pool
P. O. Box 6000
Ketchikan, Alaska

Dear Mr. Pool,

The four parcels that we received proposals for at the auction, yours included, were brought to the Assembly for a decision about whether or not to sell them to the proposers. At their meeting of August 15, 2005 staff was directed to put the 4 parcels out for open bid with the minimum bid being the amount that was generated at the auction. Their motion did not include all the mechanics of the procedure that we could use.

Staff used this general direction to create a framework of advertising and accepting open bids until September 20, 2005. Under the contemplated procedure, when all the bids are in at the end of September, if you elect to continue to offer on this parcel, you as the original proposer will be given a first right of refusal to purchase the parcel you bid on at the auction at the highest bid received. If you do not exercise that right the parcel will be sold at that point to the highest bidder. The first right of refusal is not transferable.

We will be bringing this procedure back to the Assembly at their meeting of September 6, 2005 for final approval.

In the meantime if you intend to participate, we need you to fill out the enclosed bidder form with your original bid on it and submit it to the Borough before the September 20, 2005 deadline. If you want to make a higher bid, please submit that on another form

Sincerely,

**COPY**

Roy Eckert
Borough Manager


c Steve Corporon
 Scott Brandt-Erichsen
 Mike Houts
 Lisa Machado

http://www.borough.ketchikan.ak.us

EXHIBIT 3

Page 1 of 1 Page(s)