# James G. Murphy Inc.

Real Estate Auctioneers
In Conjunction With
ALLIANCE REALTY

OFFICE Copy

# PUBLIC AUCTION

KETCHIKAN GATEWAY BOROUGH OFFER
APPROXIMATELY 215 ACRES
LOCATED AT WARD COVE,
MUD BAY & CARROLL INLET

## 12 Noon - Thursday - Aug 4

To Be Sold At The Ted Ferry Civic Center
888 Venetia Ave, Ketchikan, AK

Phone: (800) 426-3008 • (907) 247-4663 • www.murphyauction.com

# BIDDER PACKET

DO NOT REMOVE

Alliance Realty 247-HOME (4663)

EXHIBIT C
Page 1 of 4 Page(s)

# James G. Murphy Inc.

Commercial/Industrial Auctioneers
In Conjunction With
*ALLIANCE REALTY*
Offer On Behalf Of
**THE KETCHIKAN GATEWAY BOROUGH**
Approximately 215 Acres Of
Commercial Waterfront Properties
At
**PUBLIC AUCTION**

12 Noon, Thursday, August 4
To Be Sold At
**The Ted Ferry Civic Center**
888 Venetia Ave, Ketchikan, AK

BIDDER INFORMATION PACKET
**(Please Read Carefully)**

CONTENTS

SECTION 1:  TERMS & CONDITIONS OF SALE
SECTION 2:  PROPERTY DESCRIPTIONS/TAXES
SECTION 3:  COPY OF PRELIMINARY TITLE REPORTS/LAND INFO
SECTION 4:  SAMPLE PURCHASE & SALES AGREEMENT
SECTION 5:  ALASKA AGENCY DISCLOSURE

DISCLAIMER

The materials and information concerning the property contained in the brochure and any other information provided by the James G. Murphy Co., Inc. is based upon information obtained by the James G. Murphy Co., Inc., from sources deemed to be reliable. However, no warranty or representation, expressed or implied, is made by the owner of the property (except as may be expressly stated in the "Sales Contract"), the James G. Murphy Co., Inc. or Alliance Realty, as to the accuracy or completeness of any such information. Buyers should base any decisions to purchase upon their own inspection of the subject property. Bidders agree to hold harmless the James G. Murphy Co., Inc. and Alliance Realty from any error or omission. It is further understood that any announcements made the day of the sale supersede any and all advertising or printed material previously distributed.

EXHIBIT _C_

Page _2_ of _4_ Page(s)

## TERMS & CONDITIONS

5% Buyer's Premium will be added to the final purchase price.

The property will be sold subject to confirmation by a representative from the Ketchikan Gateway Borough. The property will be sold free and clear of all liens.

Bidders must display a cashier's check or certified check payable to the Ketchikan Title Agency, at the time of registration, for a minimum of 20% of the assessed value of each of the properties in which a bidder intends to bid on.

The winning bidder will be required to deliver to the auctioneer the cashier's check or certified check as earnest money deposit and execute the Purchase and Sales Agreement immediately upon acceptance of bid. Acceptance of the bids will be within one hour of the auction time.

Closing must occur within <u>90 days of the auction date</u> (Thursday, November 3, 2005). Final payment must be made by assured funds.

Property is sold on an "AS IS" cash basis.

The James G. Murphy Company and Alliance Reatly makes no warranties expressed or implied or representations of any kind concerning the property, including but not limited to the title or physical condition of the property.

It is the responsibility of the buyer to inspect the property prior to the sale and satisfy himself or herself as to its condition, value and fitness for intended purpose.

All real and personal property is sold in "AS IS" condition with no warranties by seller or auctioneer expressed or implied. The buyer is entitled to rely solely on his or her own inspections and evaluations, and not on any representations from seller or auctioneer.

### LIVE INTERNET BIDDING

If a buyer cannot attend the auction, the auction will be conducted live on the internet as well. For terms & conditions regarding live internet bidding, please refer to www.proxibid.com and refer to the James G. Murphy Company auction listing on August 4, 2005.

### BROKER PARTICIPATION

A 1.5% commission will be paid to the licensed broker whose prospect pays for and settles the property in this auction. To qualify for the commission, the licensed broker or salesperson must register his/her client on a broker participation form and must register with the prospect.

Brokers will not be entitled to a commission if the Broker or any member of the Broker's family participates as a principal at the auction.

A broker participation form can be obtained from the James G. Murphy Company. For more information call (425) 486-1246. Registration forms must be received by 4 PM, Monday, August 1, 2005

### AUCTION INFORMATION

The property is to be sold at 12 Noon, Thursday, August 4, 2005, at the Ted Ferry Civic Center, 888 Venetia Ave, Ketchikan, AK.

For questions regarding the real estate, please contact Zig Ziegler at Alliance Realty (907) 247-4663.
   Alaska Broker License # 11865
 For auction information call (425) 486-1246, 8am to 5pm, PST.
Washington Auctioneers License #48

EXHIBIT C
Page 3 of 4 Page(s)

## PROPERTY DESCRIPTIONS

## LOCATED ON EAST SIDE WARD COVE

**LOT B-17** 6500 N Tongass Hwy, approximately 14.6 acres of water front property & tidelands zoned IH Industrial to include portions of USS #'s 1508, 1208 & ATS-1C2 (Assessed Value $1,090,700)

**LOT B-15** 6500 Block N Tongass Hwy, approximately 15 acres of water front property & tidelands zoned IH Industrial to include portions of USS #'s 1208 & ATS-1C2 (Assessed Value $558,000)

**LOT B-27** Approximately 2 acres of water front property zoned IH Industrial to include portions of USS#'s 1508WF, ATS-1C2 & 1659 (Assessed Value $478,900)

**LOT B-18** 6500 Block N Tongass Hwy, approximately 12.32 acres zoned IH Industrial, to include portion of USS# 1208-UP (Assessed Value $69,300)

**LOT B-16** 6500 Block N Tongass Hwy, approximately 1.02 acres zoned IH Industrial, to include portion of USS# 1655-UP (Assessed Value $4,600)

**LOT B-13** In between 6000 & 6500 Blocks N Tongass Hwy, approximately 11.9 acres of waterfront property & tidelands zoned IH Industrial, to include portions of USS#'s 1653-WF & ATS-1C2 (Assessed Value $79,500)

**LOT B-11** 6000 Block N Tongass Hwy, approximately 8.21 acres of waterfront property & tidelands zoned IH Industrial to include portions of USS#'s 1656, ATS-439, ATS-1C2 & 1653-WF, includes dock & has current lease on the property (Assessed Value $317,000)

**LOT B-14** In between 6000 & 6500 Blocks N Tongass Hwy, approximately 3.16 acres zoned IH Industrial to include portion of USS# 1653-UP (Assessed Value $12,200)

**LOT-B-12** 6000 Block N Tongass Hwy, approximately 1.79 acres zoned IH Industrial to include portion of USS# 1656-UP (Assessed Value $10,000)

**LOT B-25** 5900 Block N Tongass Hwy, approximately .54 acre zoned IH Industrial to include USS# 2090 TRB (Assessed Value $10,800)

## PROPERTIES LOCATED AT MUD BAY

**LOT B-22** 9465 & 9487 Blocks of N Tongass Hwy, approximately 8.75 acres of waterfront property zoned IH Industrial to include portions of USS# 812-WF (Assessed Value $1,099,800)

**LOT B-24** 9400 Block N Tongass Hwy, approximately 34.73 acres zoned IH Industrial to include USS# 812-UNS1, 9465/9487 (Assessed Value $168,400)

**LOT B-21** 9400 Block N Tongass Hwy, approximately 1.27 acres zoned IH Industrial to include USS# 812-UNS2 (Assessed Value $158,700)

## PROPERTY LOCATED AT CARROLL INLET

**LOT B-20** Located near Marble creek, approximately 97.64 acres zoned FD, to include USMS# 1462 (Assessed Value $27,200)

EXHIBIT C

Page 4 of 4 Page(s)