Scott A. Brandt-Erichsen
Borough Attorney
Ketchikan Gateway Borough
344 Front Street
Ketchikan, Alaska   99901
(907) 228-6635

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOERGEN SCHADE and ROBERT MERRELL<br><br>Plaintiffs,<br><br>vs.<br><br>KETCHIKAN GATEWAY BOROUGH and CHARLES POOL<br><br>Defendants | Case No. J05 - 017 CV (RRB)<br><br>REQUEST FOR ORAL ARGUMENT |

  Comes now Defendant, Ketchikan Gateway Borough, by and through its attorney and requests Oral Argument in the above captioned matter. Pursuant to Local Rule 7.2, a request for Oral Argument on Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction (docket 2) due to be filed by January 12th, 2006.[1] Defendant Ketchikan Gateway Borough filed a Motion to Dismiss on January 5th, 2006 ( Docket 23). Any opposition to that

---

[1] Plaintiffs' January 5th, 2006 filing of a motion to accept amended brief in support of motion for preliminary injunction has created confusion regarding the briefing schedule on this motion. Defendants filed responses to the initial Motion for Temporary Restraining Order and Preliminary Injunction (Docket 2) by the close of business on January 6th, 2006, as directed by the Court. Plaintiffs' motion for file amended brief (Docket 24) has not been ruled upon, and no modified briefing schedule has been ordered.

1

motion is due to be filed by January 17th, 2006, with replies due by January 20th, 2006.

Defendant Ketchikan Gateway Borough desires a combined Oral Argument on both Plaintiffs Motion for Temporary Restraining Order and Preliminary Injunction (Docket 2), and Defendant Boroughs Motion to Dismiss (Docket 23). It is the understanding of, Defendant Ketchikan Gateway Borough, that Judge Beistline will be in Ketchikan the week of February 6 $^{th}$ thru 10th, 2006. Accordingly, Defendant Borough requests that a combined Oral Argument on Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction, and Defendant Borough's Motion to Dismiss be scheduled in Ketchikan during that time, and that the present Stay, issued by Minute Order December 30th, 2005 (Docket 21), be continued until Oral Argument may be held.

**DATED** at Ketchikan, Alaska, this 12th day of January, 2006.

**KETCHIKAN GATEWAY BOROUGH**

By: /s/ Scott A. Brandt-Erichsen
     Scott A. Brandt-Erichsen
     Borough Attorney
     344 Front Street
     Ketchikan, Alaska 99901
     Phone:(907)228-6635
     Fax: (907)228-6683
     E-mail: boro_law@borough.ketchikan.ak.us
     ABA No.8811175

**REQUEST FOR ORAL ARGUMENT**-
J05-0017 CV (RRB)

2

I certify that a true and correct copy of the foregoing was served via E-mail and fax to the individuals listed below on this 12th day of January, 2006.

**Fax: 907-789-1913**
BAXTER BRUCE & SULLIVAN PC
P.O. Box 32819
Juneau, AK 99803

**Fax: 907-225-0540**
Geoff Currall
Keene & Currall
540 Water St. Suite 302
Ketchikan, Alaksa


By: /s/ Scott A. Brandt-Erichsen

**REQUEST FOR ORAL ARGUMENT**-
J05-0017 CV (RRB)

3