AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Alaska _____

JOERGEN SCHADE and ROBERT MERRELL

**SUMMONS IN A CIVIL ACTION**

V.

KETCHIKAN GATEWAY BOROUGH and
CHARLES POOL

CASE NUMBER:  J05-  J 05 - 0 0 1 7 CV (JKS)

TO: (Name and address of Defendant)

Joe Williams, Mayor
Ketchikan Gateway Borough
344 Front Street
Ketchikan, Alaska 99901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard L. Nelson
Baxter Bruce & Sullivan
P.O. Box 32819
Juneau, Alaska 99803

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

IDA ROMACK

CLERK

(By) DEPUTY CLERK

DEC 2 2 2005

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE JANUARY 3, 2006 |
| NAME OF SERVER *(PRINT)* ROBERT C. MCLAUGHLIN III | TITLE CIVILIAN PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: KETCHIKAN CITY HALL 334 FRONT STREET KETCHIKAN, AK

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL $15.00 | SERVICES $35.00 TAX 3.00 | TOTAL $0.00 53.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1-3-06
            Date          Signature of Server

P.O. BOX 5603 KETCHIKAN, AK, 99901
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.