# RETURN OF SERVICE

Case Number: JO5-0017 CV

JOERGEN SCHADE AND ROBERT MERRELL
    Plaintiff(s),

vs.

KETCHIKAN GATEWAY BOROUGH AND CHARLES POOL
    Defendant(s).
_____ )

I certify that on 1/3/2006, at 5:30 PM, I served the following documents:

SUMMONS, COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION, MOTION FOR EXPEDITED HEARING AND REQUEST FOR ORAL ARGUMENTS, NOTICE RE: AFFIDAVITS, DEMAND FOR JURY TRIAL

upon the therein named JOE WILLIAMS, MAYOR, KETCHIKAN GATEWAY BOROUGH at 334 FRONT STREET, KETCHIKAN, ALASKA, by handing and leaving a true and correct copy with JOE WILLIAMS.

_____
ROBERT C. MCLAUGHLIN, III
Civilian Process Server

SUBSCRIBED AND SWORN to before me this January 09, 2006

_____
Notary Public in and for the State of Alaska
My Commission Expires:

MY COMMISSION EXPIRES UPON TERMINATION FROM THE ALASKA COURT SYSTEM

Client:           BAXTER BRUCE & SULLIVAN, PC
Client Contact:   RICHARD NELSON
File Number:      7755-000

| | |
|---|---|
| Service Fee: | $35.00 |
| Mileage Fee: | $15.00 |
| Tax: | $3.00 |
| **TOTAL:** | **$53.00** |

**North Country Process, Inc.**
**P.O. Box 101126**
**Anchorage, Alaska 99510**
**Office: (907) 274-2023**
**Fax Line: (907) 274-2823**

NCPI@alaska.net

Return No.: 50215