**Richard L. Nelson**
**ABA No. 0209036**
**Baxter Bruce & Sullivan, P.C.**
**P.O. Box 32819**
**Juneau, Alaska 99803**
**phone: (907) 789-3166**
**fax: (907) 789-1913**
**rnelson@baxterbrucelaw.com**
**Attorneys for Plaintiffs**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOERGEN SCHADE and ROBERT MERRELL ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | |
| KETCHIKAN GATEWAY BOROUGH and CHARLES POOL ) ) ) | |
| Defendants ) ) | Case No. J05 - 0017 CV (RRB) |

## PLAINTIFFS' PARTIAL OPPOSITION TO DEFENDANT KETCHIKAN GATEWAY BOROUGH'S REQUEST FOR ORAL ARGUMENT

Plaintiffs do not oppose either an oral argument or an extended stay.[1] However, Plaintiffs submit that, due to the nature of the allegations against and the defenses by Ketchikan Gateway Borough, any hearing should be held in a location other than Ketchikan. Plaintiffs therefore request that any hearing be held in a more neutral venue, such as

---

[1] KGB references alleged confusion in the briefing schedule. Neither Defendant has filed a response to Plaintiffs' Motion for Leave to File Amended Memorandum in Support of Motion for Injunctive Relief, and the Court has not ruled on the motion. In any event, the proposed Amended Memorandum is now unnecessary, as only three (3) additional cases were cited and Defendants' Oppositions to the Motion for Injunctive Relief have afforded Plaintiffs the opportunity to reference these cases in their Reply. Plaintiffs hereby withdraw the Motion for Leave and the accompanying Amended Memorandum. Therefore, no response is necessary.

*Joergen Schade and Robert Merrell v. Ketchikan Gateway Borough and Charles Pool*
**Plaintiffs' Partial Opposition to Defendant Ketchikan Gateway Borough's Request for Oral Argument;**
**Page 1 of 2; Case No. J05-0017 CV (RRB)**

1  Anchorage or Juneau,[2] with counsel appearing either in person or by teleconference, as the
2  Court may deem appropriate.

4  DATED this 13th day of January, 2006.

BAXTER BRUCE & SULLIVAN P.C.

s/Richard L. Nelson
P.O. Box 32819
Juneau, Alaska 99803
Phone: (907) 789-3166
Fax: (907) 789-1913
E-mail: rnelson@baxterbrucelaw.com
ABA No. 0209036

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of January, 2006, a copy of the foregoing was served electronically on Scott Brandt-Erichsen and Geoffrey Currall, and by facsimile and regular mail on Mitchell A. Seaver, 344 Front Street, Ketchikan, Alaska 99901, and, Keenan & Currall P.C., 540 Water St. Suite 302, Ketchikan 99901.

s/ Richard L. Nelson

---

[2] Plaintiffs' counsel has been advised that Judge Beistline will be in Anchorage the week of January 16, 2005, and will be in Juneau on February 3, 2005, either of which would provide an opportunity for more immediate relief in addition to a more neutral venue.

*Joergen Schade and Robert Merrell v. Ketchikan Gateway Borough and Charles Pool*
**Plaintiffs' Partial Opposition to Defendant Ketchikan Gateway Borough's Request for Oral Argument;
Page 2 of 2; Case No. J05-0017 CV (RRB)**

BAXTER BRUCE & SULLIVAN P.C.
P.O. Box 32819, Juneau Alaska 99803
Ph: (907) 789-3166
Fax: (907) 789-1913