Geoffrey G. Currall, Esquire
Alaska Bar No: 7011053
KEENE & CURRALL, P.C.
540 Water Street, Suite 302
Ketchikan, Alaska  99901
Phone:  (907) 225-4131
Fax:  (907) 225-0540
E-mail:  jeff.currall@keenecurrall.com

Attorneys for Defendant, Charles Pool

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOERGEN SCHADE and ROBERT MERRELL, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>KETCHIKAN GATEWAY BOROUGH and )<br>CHARLES POOL, )<br>)<br>Defendants. )<br>_____) | Case No.  J05-0017 CV (RRB) |

## JOINDER IN REQUEST FOR ORAL ARGUMENT

COMES NOW Charles Pool, by and through his attorneys of record, and hereby joins in the Ketchikan Gateway Borough's Request for Oral Argument on plaintiffs' Motion for Temporary Retraining Order.  Pool further joins in the Borough's request for scheduling a combined oral argument in Ketchikan during the week of February 6, 2006, on both plaintiffs' Motion for Temporary Restraining Order and Ketchikan Gateway Borough's Motion To Dismiss.  Pool joins in this request as only a full and final resolution of this matter will avoid Pool's loss of the potential public tenant for the subject property[1].

---

[1] Upon information and belief, Ketchikan Title Agency, Inc. (the designated closing agent) has declined to issue

**JOINDER IN REQUEST FOR ORAL ARGUMENT -** Page 1 of 4
*Schade and Merrell v. KGB and Pool -* Case No.  J05-0017 (RRB)
Rd/farrel on server/clients/Pool, Charles, 25.109.D/Joinder in Request for Oral Argument

Plaintiffs' request for a "more neutral" location should be denied. Traditional concepts of venue would dictate that, to the maximum extent practicable, all proceedings related to this real property dispute should take place in Ketchikan, the location nearest to the property, the parties, and the witnesses.  Where, as is the case here, the issues are to be heard by the court, the suggestion that the court would be biased sitting in Ketchikan, which is the site of the property dispute, is without merit.  The court is presumed neutral whether it sits in Ketchikan or Anchorage.  Ketchikan is the appropriate venue for oral argument on the pending motions.

Briefing on the Motion to Dismiss is not scheduled to be completed before January 23, 2006 at the earliest.  If Pool were able to close upon a ruling on the plaintiffs' Motion for Temporary Restraining Order, he would join plaintiffs in seeking an earlier hearing.  However, as closing cannot occur prior to resolution of the Motion to Dismiss (see Footnote 1 below), any hearing should occur soon after that briefing is complete.  Upon information and belief the court is scheduled to be in Ketchikan on February 6, 2006, soon after scheduled completion of the briefing.   Therefore, Pool joins the Borough's request that oral argument on both pending motions be scheduled in Ketchikan during the week of February 6, 2006.

///

///

///

///

---

title insurance and Ketchikan Gateway Borough has declined to close the sale and provide a warranty deed for the subject property in light of the pending litigation.  Final and complete resolution of this matter by an affirmative ruling on the Ketchikan Gateway Borough's pending Motion to Dismiss will allow closing to take place and allow Pool to make binding commitments to potential tenants.

**JOINDER IN REQUEST FOR ORAL ARGUMENT -** Page 2 of 4
*Schade and Merrell v. KGB and Pool* - Case No.  J05-0017 (RRB)
Rd/farrel on server/clients/Pool, Charles, 25.109.D/Joinder in Request for Oral Argument

Dated this 13th day of January 2006.

                                                  KEENE & CURRALL
A Professional Corporation
Attorneys for Defendant, Charles Pool

By \_\_\_\_\_/s/ Geoffrey G. Currall_____
Geoffrey G. Currall, Esquire
Alaska Bar No: 7011053
540 Water Street, Suite 302
Ketchikan, Alaska 99901
Phone: (907) 225-4131
Fax:    (907) 225-0540
e-mail: jeff.currall@keenecurrall.com

**JOINDER IN REQUEST FOR ORAL ARGUMENT -** Page 3 of 4
*Schade and Merrell v. KGB and Pool* - Case No. J05-0017 (RRB)
Rd/farrel on server/clients/Pool, Charles, 25.109.D/Joinder in Request for Oral Argument

**Certificate of Service**

This certifies that I am an authorized agent of Keene & Currall, for service of papers pursuant to Civil Rule 5, and that on the 13th day of **January 2005**, I caused a true and correct copy of the foregoing to be:

■ **Faxed**
☐ Hand Delivered
■ **E-mailed**
■ **Electronic Service thru CM/ECF**

to the following:

**Fax No.  (907) 789-1913**
Richard L. Nelson
Baxter Bruce & Sullivan, P.C.
Post Office Box 32819
Juneau, Alaska  99803
rnelson@baxterbrucelaw.com

**Fax No. (907) 225-5513**
Mitchell A. Seaver
Acting Borough Attorney
307 Bawden Street
Ketchikan, Alaska  99901

**Fax No.  (907) 228-6683**
Scott Brandt-Erichsen
Ketchikan Gateway Borough
344 Front Street
Ketchikan, Alaska 99901
boro_law@borough.ketchika.ak.us

By     /s/ Geoffrey G. Currall     .
         Keene & Currall

**JOINDER IN REQUEST FOR ORAL ARGUMENT -** Page 4 of 4
*Schade and Merrell v. KGB and Pool -* Case No.  J05-0017 (RRB)
Rd/farrel on server/clients/Pool, Charles, 25.109.D/Joinder in Request for Oral Argument