Scott A. Brandt-Erichsen
ABA No. 8811175
Office of the Borough Attorney
334 Front Street
Ketchikan, Alaska 99901
TEL 907-228-6635
FAX 907-228-6683
Attorney for Ketchikan Gateway Borough

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA

| | |
|---|---|
| **Joergen Schade** and **Robert Merrell**, <br><br>            Plaintiffs, <br><br>    v. <br><br> **Ketchikan Gateway Borough** and **Charles Pool**, <br><br>            Defendants. | <br><br><br><br><br><br><br><br><br><br> Case No. J05-0017 CV(RRB) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

**COMES NOW** Defendant Ketchikan Gateway Borough, by and through counsel, Scott A. Brandt-Erichsen, Borough Attorney, and hereby gives notice of substitution of counsel from Mitchell A. Seaver, acting Borough Attorney, to Scott A. Brandt-Erichsen, Borough Attorney.

///

///

///

///

///

///

1

                              Dated this 16th day of January, 2006.

| | |
|---|---|
| Certified: On January 16th, 2006, a true and correct copy of the within and foregoing was<br>mailed to:<br>faxed to: XXXXX<br>delivered to:<br>delivered to the court tray of:<br><br>Richard L. Nelson, Esq.<br>Baxter Bruce & Sullivan, P.C.<br>P. O. Box 32819<br>Juneau, Alaska 99803<br>FAX 907-789-1913<br>   Attorneys for Plaintiffs<br><br>Geoffrey G. Currall, Esq.<br>Keene & Currall, P.C.<br>540 Water St., Suite 302<br>Ketchikan, Alaska 99901<br>FAX 907-225-0540<br>   Attorneys for Defendant Pool<br><br>/s/ Scott A. Brandt-Erichsen<br>Office of the Borough Attorney<br><br>MAS:ce\21.036.0031<br><br>G\K\S-M\Notice of counsel.wpd | OFFICE OF THE BOROUGH ATTORNEY<br><br>By:/s/ Scott A. Brandt-Erichsen<br>Scott A. Brandt-Erichsen<br>Borough Attorney<br>344 Front Street<br>Ketchikan, Alaska 99901<br>Phone:(907)228-6635<br>Fax: (907)228-6683<br>E-mail:<br>boro_law@borough.ketchikan.ak.us<br>ABA No.8811175 |

Notice of Substitution of Counsel
Schade et.al. v. KGB et.al.
1Jo5-0017 CV (RRB)                    2