Geoffrey G. Currall, Esquire
Alaska Bar No: 7011053
KEENE & CURRALL, P.C.
540 Water Street, Suite 302
Ketchikan, Alaska 99901
Phone: (907) 225-4131
Fax: (907) 225-0540
E-mail: jeff.currall@keenecurrall.com

Attorneys for Defendant, Charles Pool

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| JOERGEN SCHADE and ROBERT MERRELL,<br><br>Plaintiffs,<br><br>v.<br><br>KETCHIKAN GATEWAY BOROUGH and CHARLES POOL,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. J05-0017 CV (RRB) |

**JOINDER IN MOTION TO DISMISS OR FOR SUMMARY JUDGMENT**

COMES NOW Charles Pool, by and through his attorneys of record, and hereby joins in the Ketchikan Gateway Borough's Motion to Dismiss for Failure to State a Claim upon Which Relief Can be Granted or, in the alternative, for Summary Judgment. The Borough seeks dismissal of, or summary judgment on, the complaint. Pool concurs in the Borough's request and seeks the same relief as to all claims against Pool. The basis for the Borough's motion, and the basis for Pool's joinder, is set forth in the Borough's memorandum of law (Docket 25) and Pool's Opposition in Response to Motion for Temporary Restraining Order. (Docket 27).

Dated this 16th day of January 2006.

        KEENE & CURRALL
        A Professional Corporation
        Attorneys for Defendant, Charles Pool

By    /s/ Geoffrey G. Currall
        Geoffrey G. Currall, Esquire
        Alaska Bar No: 7011053
        540 Water Street, Suite 302
        Ketchikan, Alaska 99901
        Phone: (907) 225-4131
        Fax:   (907) 225-0540
        e-mail: jeff.currall@keenecurrall.com

**Certificate of Service**

This certifies that I am an authorized agent of Keene & Currall, for service of papers pursuant to Civil Rule 5, and that on the **16th** day of **January 2006**, I caused a true and correct copy of the foregoing to be:

    ■ **Mailed**
    ☐ Hand Delivered
    ■ **E-mailed**
    ■ **Electronic Service thru CM/ECF**

to the following:

**Fax No. (907) 789-1913**
Richard L. Nelson
Baxter Bruce & Sullivan, P.C.
Post Office Box 32819
Juneau, Alaska 99803
rnelson@baxterbrucelaw.com

**Fax No. (907) 228-6683**
Scott Brandt-Erichsen
Ketchikan Gateway Borough
344 Front Street
Ketchikan, Alaska 99901
boro_law@borough.ketchika.ak.us

By    /s/ Geoffrey G. Currall   .
      Keene & Currall

**JOINDER IN MOTION TO DISMISS OR FOR SUMMARY JUDGMENT -** Page 2 of 2
*Schade and Merrell v. KGB and Pool -* Case No. J05-0017 (RRB)
nsc/farrel on server/clients/Pool, Charles, 25.109.D/Joinder in Motion to Dismiss