IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA

| | |
|---|---|
| JOERGEN SCHADE and ROBERT MERRELL ) ) ) Plaintiffs, ) ) vs. ) ) KETCHIKAN GATEWAY BOROUGH and ) CHARLES POOL ) ) Defendants ) | Case No. J05 - 0017 CV (RRB) |

### AFFIDAVIT OF RICHARD L. NELSON IN SUPPORT OF RULE 56(f) MOTION

Richard L. Nelson, after being first duly sworn upon oath, deposes and states:

1. I am counsel of record for Plaintiffs.
2. The facts stated herein are true and correct.
3. This action was commenced on December 20, 2005 by the filing of the Complaint for Declaratory and Injunctive Relief.
4. Although both Defendants have entered appearances, neither has filed an answer on the merits.
5. On January 5, 2006, Defendant Ketchikan Gateway Borough, however, filed its Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted, Federal Rule of Civil Procedure 12(b)(6) or, in the Alternative, for Summary Judgment.
6. Answers on the merits not having been filed, the parties have not yet conferred pursuant to Rule 26(f) of the Federal Rules of Civil Procedure. No scheduling conference has been set and no scheduling order has been issued under Rule 16(b). Initial disclosures by the parties under Rule 26(a) have not been made. As dictated by Rule 26(d), no discovery has been sought or can be sought at this stage without Court approval.

BAXTER BRUCE & SULLIVAN P.C.
P.O. Box 32819, Juneau Alaska 99803
Ph: (907) 789-3166
Fax: (907) 789-1913

*Joergen Schade and Robert Merrell v. Ketchikan Gateway Borough and Charles Pool*
Affidavit of Richard L. Nelson in Support of Rule 56(f) Motion; Page 1 of 2; Case No. J05-0017 CV (RRB)

7. Plaintiffs have sought permission from the Court to take expedited discovery from Defendants in the event a temporary restraining order is issued, in order to prepare for an evidentiary hearing for preliminary injunction. *See* Motion for Temporary Restraining Order and Preliminary Injunction, filed December 20, 2005.

8. As to Defendant KGB's Motion to Dismiss, the discovery referenced at paragraph 20 in Plaintiffs' Opposition to Motion to Dismiss is essential to prepare an adequate response to the motion, to the extent it is treated as a motion for summary judgment. I am not aware of another way of timely obtaining the needed information, documents, and testimony.

DATED this 17th day of January, 2006.

_____
Richard L. Nelson

SUBSCRIBED and SWORN TO before me this 17th day of January, 2006.

_____
Notary Public, State of Alaska
My commission expires: July 4, 2007



BAXTER BRUCE & SULLIVAN P.C.
P.O. Box 32819, Juneau Alaska 99803
Ph: (907) 789-3166
Fax: (907) 789-1913

*Joergen Schade and Robert Merrell v. Ketchikan Gateway Borough and Charles Pool*
**Affidavit of Richard L. Nelson in Support of Rule 56(f) Motion; Page 2 of 2; Case No. J05-0017 CV (RRB)**