**Richard L. Nelson**
**ABA No. 0209036**
**Baxter Bruce & Sullivan, P.C.**
**P.O. Box 32819**
**Juneau, Alaska  99803**
**phone:  (907) 789-3166**
**fax: (907) 789-1913**
**rnelson@baxterbrucelaw.com**
**Attorneys for Plaintiffs**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **JOERGEN SCHADE and ROBERT MERRELL**, ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | |
| **KETCHIKAN GATEWAY BOROUGH and CHARLES POOL**, ) ) ) | |
| Defendants ) ) | Case No. J05 - 0017 CV (RRB) |

## PLAINTIFFS' PARTIAL OPPOSITION TO DEFENDANT POOL'S MOTION FOR JOINDER IN KGB'S REQUEST FOR ORAL ARGUMENT

Pool now seeks to join in KGB's request for oral argument, which, if granted, would have the effect of extending the stay until at least February 6, 2006, if not later.[1]  As noted before in response to KGB's motion, Plaintiffs do not oppose either an oral argument or an extended stay.[2]

Pool, however, misses the point of Plaintiffs' request for a neutral venue for the hearing.  Plaintiffs have no concern about the Court's neutrality.  That is precisely why

---

[1] *See* KGB's Request for Oral Argument, p.2.  Pool's Motion for Joinder seems inconsistent, however, given the claim made in his affidavit of serious harm "if the sale does not close by the end of January at the latest." *See* Pool Affidavit, ¶ 19.

[2] *See* Plaintiffs' Partial Opposition to Defendant Ketchikan Gateway Borough's Request for Oral Argument, p. 1.

*Joergen Schade and Robert Merrell v. Ketchikan Gateway Borough and Charles Pool*
**Plaintiffs' Partial Opposition to Defendant Pool's Motion for Joinder in KGB's Request for Oral Argument; Page 1 of 3; Case No. J05-0017 CV (RRB)**


Plaintiffs, as out-of-state citizens, have availed themselves of their right to proceed with litigation in federal court.[3] There, the dangers of "home field advantage" have traditionally been recognized to be less for citizens from another state than if they had filed in the local state court system.[4]

Plaintiffs' only concern is the neutrality of Defendants' requested locale for the hearing--Ketchikan. Particularly in a case where allegations center around home-town favoritism and the major defendant happens to be the Ketchikan borough entity itself, Plaintiffs believe it would be more appropriate to hear the matter either in the place where the case has actually been filed, Juneau, or in another community, such as Anchorage.[5] There, the tensions and partisanship arising from these allegations logically would not be as high.

More importantly, neither Defendant has challenged the propriety of venue in Juneau under Rule 12(b)(3) of the Federal Rules of Civil Procedure,[6] even though KGB chose to challenge the sufficiency of the pleadings under Rule 12(b)(6).[7]

Therefore, Plaintiffs renew their request that the Court, in its discretion, hold any hearing in a neutral location, such as Juneau or Anchorage, with counsel appearing in person or by teleconference, as the Court may deem appropriate.

///
///
///
///
///

---

[3] *See* 28 U.S.C. §§ 1331 and 1332.

[4] "As seems to be true of the original diversity of citizenship jurisdiction of the federal courts, the right of removal probably was designed to protect nonresidents from the local prejudices of state courts." Charles A. Wright, Arthur R. Miller & Edward H. Cooper, 14B Fed. Prac. & Proc. Juris. 3d § 3721 (Supp. 2005).

[5] The Court's expected presence in Anchorage and Juneau in the next two weeks would also provide a more prompt resolution for the parties than waiting until after the first week in February to have it heard in Ketchikan.

[6] Indeed , venue is proper under 28 U.S.C. §1391(b), D. Ak. LR 3.3, and 28 U.S.C. §81A.

[7] *See* KGB's Motion to Dismiss Federal Rule 12(b)(6) or, Alternatively, for Summary Judgment.

*Joergen Schade and Robert Merrell v. Ketchikan Gateway Borough and Charles Pool*
**Plaintiffs' Partial Opposition to Defendant Pool's Motion for Joinder in KGB's Request for Oral Argument; Page 2 of 3; Case No. J05-0017 CV (RRB)**

BAXTER BRUCE & SULLIVAN P.C.
P.O. Box 32819, Juneau Alaska 99803
Ph: (907) 789-3166
Fax: (907) 789-1913

1  DATED this 17th day of January, 2006.

                                        BAXTER BRUCE & SULLIVAN P.C.

                                        s/ Richard L. Nelson
                                        P.O. Box 32819
                                        Juneau, Alaska 99803
                                        Phone: (907) 789-3166
                                        Fax: (907) 789-1913
                                        E-mail: rnelson@baxterbrucelaw.com
                                        ABA No. 0209036

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of January, 2006, a copy of the foregoing was served electronically on Scott Brandt-Erichsen and Geoffrey Currall.

s/ Richard L. Nelson

*Joergen Schade and Robert Merrell v. Ketchikan Gateway Borough and Charles Pool*
**Plaintiffs' Partial Opposition to Defendant Pool's Motion for Joinder in KGB's Request for Oral Argument; Page 3 of 3; Case No. J05-0017 CV (RRB)**