UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

  SCHADE and MERRELL   v.   KETCHIKAN GATEWAY BOROUGH and POOL  

DATE:   January 20, 2006     CASE NO.   1:05-cv-0017 RRB  

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS**
              **SCHEDULING ORAL ARGUMENT**

---

Oral argument (60 minutes) will be held on the Motion for Temporary Restraining Order and Preliminary Junction (Docket 2), the Motion to Dismiss or, in the Alternative, for Summary Judgment (Docket 23), and the Joinder in Motion to Dismiss (Docket 34) on **Wednesday, February 8, 2006, at 1:30 p.m.**, at the U.S. Courthouse in Ketchikan, Alaska.

M.O. SCHEDULING ORAL ARGUMENT