**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

<u>Joergen Schade and Robert Merrell</u>
v.
<u>Ketchikan Gateway Borough and Charles Pool</u>

THE HONORABLE RALPH R. BEISTLINE

LAW CLERK                               CASE NO.  <u>J05-0017 CV (RRB)</u>

<u>Marika Athens</u>                         DATE: January 20, 2006

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**

---

The Court orders the parties to submit copies of all of the Ketchikan Gateway Borough Ordinances referenced in the currently pending motions.  This includes, but is not limited to, § 40.18.010(a) and § 48.18.005(a).