**Richard L. Nelson**
**ABA No. 0209036**
**Baxter Bruce & Sullivan, P.C.**
**P.O. Box 32819**
**Juneau, Alaska  99803**
**phone:  (907) 789-3166**
**fax: (907) 789-1913**
**rnelson@baxterbrucelaw.com**
**Attorneys for Plaintiffs**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOERGEN SCHADE and ROBERT MERRELL,<br><br>  Plaintiffs,<br><br>vs.<br><br>KETCHIKAN GATEWAY BOROUGH and CHARLES POOL,<br><br>  Defendants | Case No. J05 - 017 CV (RRB) |

## NOTICE OF FILING ORDINANCE

Pursuant to the Court's Minute Order of January 20, 2006, Plaintiffs give notice of filing a copy of Ordinance § 40.18.010(a), Ketchikan Gateway Borough Code of Ordinances, attached as Exhibit A.  The reference at p. 6 in Plaintiffs' memorandum in support of injunctive relief to § 48.18.005(a) was in error and should have been to § 40.18.010(a), a copy of which is attached.

   DATED this 20th day of January, 2006.

*Joergen Schade and Robert Merrell v. Ketchikan Gateway Borough and Charles Pool*
**Notice of Filing Ordinance; Page 1 of 2; Case No. J05-017 CV (RRB)**

BAXTER BRUCE & SULLIVAN P.C.

s/ Richard L. Nelson
P.O. Box 32819
Juneau, Alaska 99803
Phone: (907) 789-3166
Fax: (907) 789-1913
E-mail: rnelson@baxterbrucelaw.com
ABA No. 0209036

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of January, 2006, a copy of the foregoing was served electronically on Scott Brandt-Erichsen and Geoffrey Currall.

s/ Richard L. Nelson