# RETURN OF SERVICE

Case Number:   J05-0017 CV

JOERGEN SCHADE & ROBERT MERRELL
    Plaintiff(s),

vs.

KETCHIKAN GATEWAY BOROUGH AND CHARLES POOL
    Defendant(s).

I certify that on 12/27/2005, at 5:20 PM, I served the following documents:

SUMMONS, COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION, MOTION FOR EXPEDITED HEARING AND REQUEST FOR ORAL ARGUMENTS, NOTICE RE: AFFIDAVITS, DEMAND FOR JURY TRIAL

upon the therein named CHARLES POOL at POOL ENGINEERING, INC. WARD LAKE ROAD, KETCHIKAN, ALASKA, by handing and leaving a true and correct copy with CHARLES POOL.

_____
ROBERT MCLAUGHLIN, III
Civilian Process Server

SUBSCRIBED AND SWORN to before me this December 30, 2005

_____
Notary Public in and for the State of Alaska
My Commission Expires: UPON TERMINATION FROM THE ALASKA COURT SYSTEM

Client:            BAXTER BRUCE & SULLIVAN, PC
Client Contact:    RICHARD NELSON, ESQ
File Number:       7755-000

**North Country Process, Inc.**
**P.O. Box 101126**
**Anchorage, Alaska 99510**
**Office: (907) 274-2023**
**Fax Line: (907) 274-2823**

NCPI@alaska.net

Service Fee:    $35.00
Mileage Fee:    $15.00

Other Costs:    $13.25
Tax:            $1.58
TOTAL:          $64.83

Return No.:   50127