Scott A. Brandt-Erichsen
ABA No. 8811175
Office of the Borough Attorney
334 Front Street
Ketchikan, Alaska 99901
TEL 907-228-6635
FAX 907-228-6683
Attorney for Ketchikan Gateway Borough

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA

|  |  |
|---|---|
| **Joergen Schade** and<br>**Robert Merrell,**<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>**Ketchikan Gateway Borough** and<br>**Charles Pool,**<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. J05-0017 CV(RRB)

### NOTICE OF FILING KETCHIKAN GATEWAY BOROUGH ORDINANCES

**Comes now** the Defendant, **KETCHIKAN GATEWAY BOROUGH**, a municipal corporation, by and through its attorney, **SCOTT A. BRANDT-ERICHSEN,** Borough Attorney, hereby gives **NOTICE OF FILING of certain KETCHIKAN GATEWAY BOROUGH ORDINANCES.** Pursuant to the Court's Minute Order of January 20, 2006. Please find attached the following referenced Ketchikan Gateway Borough Code of Ordinances:

40.10.010        Docket 28 at 2, footnote 3

40.15.        Docket 25 at 1

40.18.        Docket 25 at 1

Additionally, Defendant Ketchikan Gateway Borough notes that the entire Ketchikan Gateway Borough Code is available on-line at www.borough.ketchikan.ak.us.


Dated this 20th day of January, 2006.


Certified: On January 20th, 2006, a true and correct copy of the within and foregoing was
mailed to:
faxed to: XXXXX
delivered to:
delivered to the court tray of:

Richard L. Nelson, Esq.
Baxter Bruce & Sullivan, P.C.
P. O. Box 32819
Juneau, Alaska 99803
FAX 907-789-1913
  Attorneys for Plaintiffs

Geoffrey G. Currall, Esq.
Keene & Currall, P.C.
540 Water St., Suite 302
Ketchikan, Alaska 99901
FAX 907-225-0540
  Attorneys for Defendant Pool

/s/ Scott A. Brandt-Erichsen
Office of the Borough Attorney

MAS:ce\21.036.0031

G:\K\S-M\Notice of filing.wpd

OFFICE OF THE BOROUGH ATTORNEY

By:/s/ Scott A. Brandt-Erichsen
Scott A. Brandt-Erichsen
Borough Attorney
344 Front Street
Ketchikan, Alaska 99901
Phone:(907)228-6635
Fax: (907)228-6683
E-mail:
boro_law@borough.ketchikan.ak.us
ABA No.8811175

Notice of Substitution of Counsel
Schade et.al. v. KGB et.al.
1Jo5-0017 CV (RRB)          2