# TITLE 40
# PUBLIC FINANCE

## Chapter 40.10—In General

**Sections**:
    40.10.005    Fiscal.
    40.10.010    Budget and capital program.
    40.10.015    Centralized treasury.
    40.10.020    Bad checks; administrative collection fee.
    40.10.025    Disbursement of funds.
    40.10.030    Centralized accounting.
    40.10.035    Grants to be named recipients.

**40.10.005. Fiscal.** The fiscal year of the borough government begins on the first day of July and ends on the last day of June. (Code 1969, §57.05.010)

**40.10.010. Budget and capital program.**
(a) The borough manager shall prepare and submit to the assembly, no later than the first regular assembly meeting in May of each year, a proposed annual budget and capital program for the next fiscal year, which shall contain detailed estimates of anticipated revenues and proposed expenditures for the year. The total of such proposed expenditures shall not exceed the total of such anticipated revenues. The manager shall include within the budget and capital program, a deposit to the school building major maintenance fund in an amount equal to the amount designated for deposit into this fund in the proposed budget for the Ketchikan Gateway Borough School District up to a maximum of one (1) per cent of the proposed local contribution to the school district budget. The budget and capital program and any budget message accompanying it shall be filed and held as a public record in the office of municipal clerk and shall be open to public inspection.

(b) The assembly shall hold at least one (1) public hearing on the proposed budget and capital program. After the public hearing and prior to the beginning of the next fiscal year, the assembly shall approve, with or without amendment, the annual budget and capital program as submitted by the borough manager, and shall, by ordinance, appropriate the funds required for the approved budget and capital program. Should the assembly fail to adopt such an ordinance prior to the beginning of the next fiscal year, the budget, as submitted or amended, as the case may be, shall be deemed to have been finally adopted by the assembly and the proposed expenditures therein shall become the appropriations for the next fiscal year.

(c) A bond, contract, lease or other obligation requiring the payment of funds from the appropriations of a later fiscal year or more than one (1) fiscal year shall be made or approved by ordinance adopted by a majority of the votes authorized on the question.

(d) Nothing in this section shall prevent the authorization of payments or making of contracts for capital expenditures to be financed wholly or in part by the issuance of bonds.

(e) The assembly may make supplemental, transfer, and emergency appropriations by ordinance. Payment may not be authorized or made and no obligation incurred except in accordance with appropriations.
(Code 1969, §57.05.020; Ord. No. 412, §1, 5-17-82; Ord. No. 756, §2, 7-16-90; Ord. No. 998, §2, 8-19-96)

**40.10.015. Centralized treasury.**
(a) Pursuant to AS 14.14.060(a), the borough assembly does hereby establish a centralized treasury for the borough.

(b) All public money of the borough school district shall be deposited in the centralized treasury with all other borough money.

(c) The borough manager shall have the custody of, and shall invest and manage all money in the centralized treasury.

(d) Money deposited in the centralized treasury that has been collected, pledged or dedicated for specific purposes shall only be expended for those purposes for which it has been collected, pledged or dedicated. Provided, however, that the borough and the borough school district shall maintain separate unreserved, undedicated fund balances subject to the limitation of the school district unreserved, undedicated fund balance set out in section 40.10.030(b) of this Code.
(Code 1969, §57.05.030; Ord. No. 412, §2, 5-17-82; Ord. No. 1087, §1, 2-1-99)

**40.10.020. Bad checks; administrative collection fee.** If a check is tendered to the borough in payment of any amount due, and is not paid when presented to the drawee for payment, there shall be paid by the person owing the amount due the sum of twenty-five dollars ($25.00) as an administrative collection fee. This fee shall be in addition to any penalties provided by law and is applicable each time the borough is requested by the person owing the amount due to present it to the drawee for payment and the check is not paid. (Ord. No. 706, §1, 6-17-89)

**40.10.025. Disbursement of funds.**
(a) All funds shall be disbursed according to the budgets approved by the borough assembly.

(b) All claims for payment for functions under the control of the borough assembly shall be approved by the assembly and submitted to the central treasury for payment.

(c) The school district and any other special district or service area of the borough supervised by elected or appointed boards shall submit the claims for payment that have been approved by their boards to the central treasury for payment.

(d) All checks shall be signed by the persons and in the same manner as the borough assembly has in the past, and may in the future, from time to time, establish by resolution.

(e) Before authorizing payment of any invoice, fee, refund, or charge, the finance director shall deduct from the amount thereof such sum, if any, as may be due the borough or any of its funds from the person or company in whose name the payment from the borough is due.
(Ord. No. 9; Code 1969, §57.05.040; Ord. No. 173, §2, 10-7-74; Ord No. 1171, §1, 02-20-01; Ord. No. 1228, §1, 9-3-02)

**40.10.030. Centralized accounting.**
(a) The borough assembly does hereby establish a centralized accounting system for school and all other borough operations.

(b) The central accounting system shall be operated in accordance with accepted principles of governmental accounting, and the borough chief accountant shall provide the borough school district and any other special district, service area or department with such information and reports as may be required. Provided, however, that the borough and the borough school district shall maintain separate unreserved, undedicated fund balances subject to the limitation that the fiscal year end balance in any

separate unreserved, undedicated fund for the school district may not exceed two (2) percent of that year's total school district budget as approved by the Assembly. Any funds in excess of this limit shall lapse into the borough unreserved, undedicated fund balance.

(c)   Any existing ordinances, resolutions, regulations or rules of the borough or borough school district that are held to be in conflict with this section are hereby repealed.

(d)   This section shall become effective contingent upon the receipt of a resolution of consent from the borough school district board.
(Ord. No. 10; Code 1969, §57.05.060; Ord. No. 1087, §2, 2-1-99; Ord. No. 1297, §1, 3-1-04)

### 40.10.035. Grants to be named recipients.

(a)   When an amount is appropriated or allocated as a grant to a named recipient through the adoption or amendment of the borough budget, the borough manager shall promptly notify the named recipient of the availability of the borough grant.

(b)   The borough shall forward an agreement to the named recipient, and, upon the receipt of an executed copy of the agreement indicating the recipient's acceptance of all of the following provisions, the borough may transfer the grant monies directly to the recipient;

   (1)   The grant monies will be spent solely for the purposes specified in the appropriation or allocation;

   (2)   The borough will be allowed to audit or an independent audit by a public accountant will be provided to the borough, upon the borough's request, indicating the uses made of the grant monies; and

   (3)   The borough is assured, consistent with AS 29.35.010(9), that the grant monies will be expended by the named recipient for a community purpose, facility, or service for the good of the borough to the extent that the borough is otherwise authorized to accomplish the community purpose or to provide the facility or service.

(Ord. No. 816, §1, 6-3-91)