# TITLE 40
# PUBLIC FINANCE

## Chapter 40.15—Borough Lands[*]

**Sections**:
| | |
|---|---|
| 40.15.005 | Purpose. |
| 40.15.010 | Definitions. |
| 40.15.015 | Trust corpus. |
| 40.15.020 | Responsibility. |
| 40.15.025 | Classification of borough land. |
| 40.15.030 | Conformity. |
| 40.15.040 | Borough land program. |
| 40.15.045 | Annual program budget. |
| 40.15.050 | Borough land trust revenues. |
| 40.15.060 | Expenditures. |
| 40.15.070 | General procedures for disposal of borough land. |
| 40.15.080 | Effect of borough actions. |

**40.15.005. Purpose.**
(a)     This chapter establishes guidelines for management of borough land and creation and operation of the borough land trust.

(b)     The land trust of the Ketchikan Gateway Borough is established to support the management and utilization of borough-owned lands and revenues generated by those lands, is intended to provide in whole the necessary resources for operation of the borough land program, and is intended to provide for the acquisition of land for needed public facilities and for construction and maintenance of public facilities. Borough land trust management objectives include: 1) maintenance of the integrity of the funds in the trust which are invested according to the borough's investment policies; 2) provision of property and funding as required for construction of needed public facilities; 3) provision for the development, management and maintenance of borough real property and improvements; 4) provision of financing for improvements to be paid for by a service area or assessment district; and 5) property tax relief.

**40.15.010. Definitions.** For the purposes of this chapter the following words and phrases have the meaning respectively ascribed to them:

(a)     *Borough entitlement land*: All land or interest in land acquired by the borough under the provisions of Alaska Statutes, Title 29, Chapter 65, or any amendments thereto, and any other land or interest in land acquired as a result of an exchange of such land or any interest therein, or purchased by the use of the proceeds of the sale, lease or other disposal of such land or any interest therein, and in all borough entitlement land or any interest therein to which title or an interest therein has been reacquired by the borough as a result of the default or nonperformance of the terms or conditions of the sale, lease or other disposal thereof, or because of the expiration or termination of a lease thereon, or to which title or interest has been otherwise reacquired by the borough.

(b)     *Borough land*: All land or interest in land, owned or held by the borough.

(c)     *Borough land program*: All activities undertaken by the borough to acquire, own, manage, improve, sell, trade, or lease or otherwise dispose of or use borough land.

(d)     *Borough land trust land*: All land or interest in land owned or held by the borough, including borough entitlement land and all other land acquired by the borough through purchase, tax foreclosure or other means, which is placed in the borough land trust by the assembly.

(e)     *Commercial land* means land which because of location, physical features or adjacent developments may best be utilized for nonindustrial business purposes.

(f)     *Direct cost expenditure*: All wage and salary payments, expenditures for equipment and supplies, charges for communication, transportation and reproduction services, fees for professional services or other cost items directly attributable to the formulation and implementation of the borough land program or fiscal management of the assets of the borough land trust.

(g)     *Disposal* means the sale, lease, grant or exchange of land or any interest in land to another person, entity or government.

(h)     *Enterprise land:* Borough land held or used for an enterprise activity. This includes airport reserve land and any other enterprise activity land.

(i)     *Indirect cost expenditures:* The proportional share of costs incurred by the land trust fund for payments of general, administrative and overhead costs of the borough in implementing the borough land program.

(j)     *Industrial land* means land which because of location, physical features or adjacent developments may best be utilized for industrial purposes.

(k)     *Payments to general fund:*  Appropriations duly authorized and made by the borough assembly to the borough general fund to offset the local tax burden.

(l)     *Property maintenance and improvement program*: All activities associated with identification and implementation of a program for maintenance and repair to real property and improvements owned and managed by the borough. This may include funding of assembly approved maintenance, loans to service areas to fund emergency repairs and funding of such other costs associated with upkeep of borough facilities as the assembly may approve.

(m)     *Public use land* means land which is required, or because of location, physical features or adjacent development may be utilized for one (1) or more public uses, including, but not limited to, recreation, education, public transportation, public facilities, open space, habitat protection, or other similar or related use by or for the public or the environment.

(n)     *Remote residential land* means residential land to which access is provided primarily by air or by water.

(o)     *Reserved use land* means all lands classified as such and all borough land which has not been classified and placed by the borough assembly within any other category provided for in section 40.15.025.

(p)     *Residential land* means land which because of location, physical features or adjacent development may be best utilized for single or multiple unit dwellings.

(q)     *Residential land program*: All activities associated with development and management of those parcels of real property in the borough land trust which are suitable for residential use, including: identification of parcels; development of parcels; financing of capital improvements to parcels; leasing of property; preparation and implementation of work plans and other activities related to use of borough-owned property for residential use.

(r)     *Resource management land* means land on which any combination of surface and/or subsurface resources are located which are especially suited for multi-use management, including, but not limited to, mineral or nonmineral deposits, timber or support for site development activities.

### 40.15.015. Trust corpus.
(a)     The borough land trust shall include all borough real property and public facilities designated by the assembly for placement in the borough land trust, all funds deposited in the borough land trust, and all revenues from investment income, or the rental or sales of land trust assets.

(b)     The land in the land trust shall be classified in accordance with section 40.15.025 of the KGB Code.

### 40.15.020. Responsibility.
Management of the borough land trust and of activities comprising the borough land program shall be the responsibility of the borough manager or other person designated by the borough manager.

### 40.15.025. Classification of borough land.
(a)     Borough land may be classified or reclassified at any time by resolution into one (1) or more of the following categories: residential land, remote residential land, commercial land, enterprise land, industrial land, public use land, resource management land, and reserved use land. Further, any land classified under this section may also, by resolution, be designated as economic development land and transferred to the economic development fund. After land has been classified, the borough shall, subject to resources allocated in the annual work program, pursue rezoning of the land consistent with the classification assigned by the assembly.

(b)     All borough land shall, upon acquisition by the borough, be deemed to be classified and placed within the reserved use land classification unless such land has been previously classified and placed within another classification by the borough assembly, unless otherwise provided by resolution or ordinance of the assembly.

(c)     The borough assembly shall hold a public hearing on any proposed classification, or change in the classification, of borough land, and notice thereof shall be published not less than five (5) days prior to the date of such public hearing.

### 40.15.030. Conformity.
(a)     All expenditures for services, supplies and equipment related to the management of the borough land trust and activities of the borough land program shall be in compliance with all applicable ordinances of the borough.

(b) All activities related to the disposal, development, retention, or management of borough land trust lands shall be in conformance with local, state, and federal laws, rules and regulations, including but not limited to:

    (1) All applicable ordinances of the borough, including the subdivision and zoning ordinances.

    (2) The comprehensive plan policies and coastal management policies.

    (3) All applicable rules and regulations of the State of Alaska's Department of Natural Resources, Department of Health and Social Services, and the Department of Environmental Conservation.

**40.15.040. Borough land program.** A systematic land management program, administered by the manager or designee, shall be established for the management of borough lands and the management and disposal of borough land trust lands, including but not limited to, the following elements:

(a) *Resource inventory.* The manager or designee shall inventory and review all borough lands periodically to determine their highest and best use consistent with the public interest.

(b) *Five (5) year management plan.* The manger or designee shall develop and submit for assembly approval a five (5) year management plan which shall include land management, classification, disposal, acquisition objectives, and maintenance and repair objectives, and proposed activities consistent with those objectives. The plan shall also include revenue and expenditure projections for the following five (5) years. The plan shall be updated as necessary, but at least every five (5) years.

(c) *Annual work program.* Based on the five (5) year management plan, the manager shall develop and submit annually for assembly approval a work program addressing both borough land trust lands and other borough lands which includes a detailed description of proposed land management, classification, disposal, acquisition and maintenance and repair actions planned for the coming year, revenue and expenditure projections, and a proposed budget for borough land trust operations. The annual work program shall include a review of the previous year's land trust activities, including but not limited to:

    (1) A financial report of all land bank accounts, including all income, expenditures and investments;

    (2) A summary of each land transaction involving borough land trust lands or funds; and

    (3) An inventory of borough lands acquired or improved with borough land trust revenue during the preceding year.

(d) The borough assembly shall hold public hearings on the five (5) year management plan and the annual work program submitted by the borough manager, or any change therein, and the notice thereof shall be published not less than five (5) days prior to the date of the public hearing. The assembly may adopt the plan or any proposed change therein with or without amendment.

**40.15.045. Annual program budget.** A program budget for the borough land trust shall be established annually through the borough budget process.

**40.15.050. Borough land trust revenues.** The following revenues shall be credited to the borough land trust, unless otherwise provided by resolution of the borough assembly:

(a)   Receipts, including timber sale revenues, from the sale, lease, or other use or disposition of borough lands and other borough real property, except for enterprise land and land in the economic development fund.

(b)   Receipts from the sale of land acquired by the borough as a result of tax foreclosure proceedings, less taxes, penalties, interest, collection costs, or other amounts due the borough general fund, and/or applicable service area fund in accordance with Article 45.13, Enforcement of Tax Liens, of the KGB Code.

(c)   Revenues from bonds secured by borough land trust lands for improvements to be constructed on such lands.

(d)   Interest payments made to the borough resulting from the fiscal management of the borough land trust.

(e)   Funds from other sources also may be deposited, at the assembly's discretion, to borough land trust accounts.

(f)   Interest and principal payments from loans made from the land trust account shall be paid into the land trust account.

**40.15.060. Expenditures.** The following expenditures shall be debited to the borough land trust:

(a)   Direct and indirect costs incurred by the borough to acquire, own, manage, sell, trade, or lease borough land trust land.

(b)   Direct and indirect costs incurred by the borough to manage and carry out the borough land trust and the borough land program.

(c)   Repayment of bonded indebtedness for lands secured by borough land for improvements to be constructed on such lands, pursuant to the borough land program.

(d)   Any funds expended on a non-areawide or service area basis may only be expended as a loan except in the case of authorized expenditures for the balloting of a special assessment district or service area where borough owned property is included within the proposed assessment district or service area. In such a case the assembly may advance the costs of special assessment district formation or service area formation and balloting from the land trust. In the event the assessment district is formed the funds must be repaid from the assessment. If the district is not formed, the funds need not be repaid. If the expenditure is a loan, then the loan must be at a fixed interest rate equal to or greater than the most recent average annual rate of return on borough funds invested and must be repaid over a period of not more than twenty (20) years.

(e)   Those expenditures approved by the assembly which are within the purposes set out in KGB Code section 40.15.005(b).

**40.15.070. General procedures for disposal of borough land.**

(a) The borough assembly may, by resolution, provide for and authorize the sale, lease or other disposal of borough land, or any interest therein, including surface or subsurface resources, rights or interests. The resolution shall identify the lands or interest in lands to be made available for disposal, the procedures to be followed regarding such disposal.

(b) No borough land shall be available for sale, lease or other disposal until the assembly has classified such land as provided by section 40.15.025. Borough land classified as reserve use land shall not be subject to disposal until reclassified.

(c) The borough may exchange borough land or an interest in such land with the United States, the State of Alaska, or a political subdivision when, in the judgment of the assembly, it is advantageous to the borough.

(d) The borough may exchange borough land or an interest in such land with private owners of land when, in the judgment of the assembly, it is advantageous to the borough.

(e) Unless otherwise provided for by resolution of the assembly, notice of the sale or lease of borough land shall be published in a newspaper of general circulation in the borough at least once a week for three (3) consecutive weeks. Such notice shall set forth a description of the property to be made available for disposal and the procedures to be followed regarding such disposal.

(f) The borough manager or designee shall conduct all borough land disposals and shall manage all leases of borough land. Any lease for a term of longer than five (5) years, and any agreement containing provisions as to sale, an option for sale or a right of refusal shall be subject to approval by the assembly.
(Ord. No. 1321, §1, 10-4-04)

**40.15.080. Effect of borough actions.**

(a) No action or inaction by the assembly, the borough or any officer, agent or employee of the borough relating to or in furtherance of the acquisition, classification, development, preparation for disposal, or disposal of borough land, or any interest therein, shall be deemed to constitute an express or implied representation, warranty or guarantee that such land or any portion or interest therein, is either suited, usable or available for such use or purpose and any such action, or inaction, shall be deemed to be and constitute performance of a discretionary policy and planning function and action only and shall be otherwise immune and give rise to no cause of action as provided in AS 9.65.070 or any amendments thereto.

(b) The providing of any easements, rights-of-way or public areas, or the design, construction or installation of public or private improvements on, or in relation to, borough entitlement land, or the disposal thereof, shall not obligate the borough to thereafter inspect, operate, maintain or repair, and shall not constitute an express or implied agreement or assumption by the borough of any duty or responsibility to thereafter inspect, operate, maintain or repair any such land, areas or improvements unless such duty or responsibility is otherwise expressly assumed and provided for by the borough.

---

\* **Editor's note**—Ord. No. 1223, §2, adopted June 17, 2002, amended the Code by repealing Ch. 40.15 and enacting new provisions as set out herein. Former Ch. 40.15 pertained to similar subject matter and derived from the following ordinances:

| Ord. No. | Section | Date | Ord. No. | Section | Date |
|---|---|---|---|---|---|
| 338 | 1 | 8-29-79 | 773 | 1 | 10-15-90 |
| 400 | 2 | 10-5-81 | 869 | 1—3 | 6-29-92 |

| 730 | 1 | 2-20-90 | 880 | 1 | 9-8-92 |
| 758 | 1 | 7-16-90 | 1139-91 | | 6-27-91 |
| 1018 | 4 | 3-3-97 | 1044 | 1 | 8-18-97 |