# TITLE 40
# PUBLIC FINANCE

## Chapter 40.18—Acquisition and Disposal of Real Property or Interest in Real Property

**Sections:**
- 40.18.005   Acquisition of real property or interest in real property.
- 40.18.010   Sale, lease or other disposal of real property or interest in real property.
- 40.18.020   Set rate leases.
- 40.18.030   Leases on Ketchikan International Airport Reserve.

**40.18.005. Acquisition of real property or interest in real property.** Except as otherwise required in Chapter 40.15 of the KGB Code, the borough may purchase, lease or otherwise acquire real property or an interest in real property when, and upon such terms and conditions as the assembly, in its sole discretion, determines by resolution to be in the best interest of the borough. (Ord. No. 601, §1, 3-2-87; Ord. No. 880, §2, 9-8-92; Ord. No. 1018, §5, 3-3-97; Ord. No. 1321, §2, 10-4-04)

**40.18.010. Sale, lease or other disposal of real property or interest in real property.**
(a) Except as otherwise required or provided in Chapter 40.15, or in section 40.18.020, of the KGB Code, the borough may sell, lease, exchange or otherwise dispose of real property, or an interest in real property, including by exchange with or donation to another municipality, the state, or the United States, or agency thereof, when and upon such terms and conditions as the assembly, in its sole discretion, determines by resolution to be in the best interest of the borough. (Ord. No. 601, §1, 3-2-87; Ord. No. 880, §3, 9-8-92; Ord. No. 1018, §5, 3-3-97; Ord. No. 1257, §1, 3-17-03; Ord. No. 1321, §3, 10-4-04)

(b) Unless otherwise provided by resolution or ordinance, the borough manager may lease or rent real property. Where the borough proposes to lease real property, the following order of priority shall apply:

   (1)   For borough or other governmental uses;

   (2)   To other organizations where such rental or lease is advantageous to the borough as a result of borough funding and provided that such organization pays an amount of rent sufficient to maintain the facility and cover utility expense;

   (3)   To any private party, organization or business at a market value rate; and

   (4)   To nonprofit organizations at an agreed upon lease or rental charge, which charge may be at a below-market rate.

If no party in a higher priority proposes to lease the property prior to the deadline set by the manager or designee, the lease may be awarded to proposers in the priority order indicated. As between proposers of the same priority, the proposed rental rate shall be determinative.
(Ord. No. 601, §1, 3-2-87; Ord. No. 880, §3, 9-8-92; Ord. No. 1018, §5, 3-3-97)

**40.18.020. Set rate leases.**
(a) The assembly may classify certain borough-owned properties as eligible for set rate lease. Property which has been classified as eligible for set rate lease may be leased to third parties on a first-

come, first-serve basis for terms of up to five (5) years without separate assembly approval. Such leases shall be at rates which are not less than the rates approved for lease of the designated space.

(b)     Property eligible for lease under a set rate lease shall be designated by resolution.

(c)     Lease rates applicable to set rate lease properties shall be established by resolution. If property is currently under a written lease when the resolution setting out the lease rates as it pertains to the subject property is amended, such lease shall continue to be governed by the rate in the written lease until the lease comes up for renewal or adjustment by its terms.
(Ord. No. 1257, §2, 3-17-03)

**40.18.030. Leases on Ketchikan International Airport Reserve**. Notwithstanding KGB Code 40.15.070 and 40.18.010-020, real property including space in the airport terminal and dock space, mooring buoys and other spaces or property within the boundaries of the airport reserve may be leased on terms in accordance with Title 15 of the KGB Code without a separate assembly-approved resolution. Provided, however, that any such lease shall be awarded consistent with applicable state law and regulations, and shall be consistent with any assembly resolution regarding rates and charges as may be in effect at the time the lease is executed by the borough. (Ord. No. 1321, §4, 10-4-04)