**Richard L. Nelson**
**ABA No. 0209036**
**Baxter Bruce & Sullivan, P.C.**
**P.O. Box 32819**
**Juneau, Alaska  99803**
**phone:  (907) 789-3166**
**fax: (907) 789-1913**
**rnelson@baxterbrucelaw.com**
**Attorneys for Plaintiffs**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOERGEN SCHADE and ROBERT MERRELL ) ) ) Plaintiffs, ) ) vs. ) ) KETCHIKAN GATEWAY BOROUGH and ) CHARLES POOL ) ) Defendants ) ) | Case No. J05 - 0017 CV (RRB) |

## PLAINTIFFS' SUPPLEMENTAL NOTICE OF FILING ORDINANCE

Pursuant to the Court's Minute Order of January 20, 2006, Plaintiffs give this supplemental notice.  Further review has been made of Plaintiffs' filings. The only specific ordinance to which Plaintiffs intended to refer in any of Plaintiffs' filings to date was Section 40.18.010(a)[1] of the Ketchikan Gateway Borough Code of Ordinances, a copy of which was previously provided with Plaintiffs' Original Notice of Filing Ordinance.  Thus, any references in Plaintiffs' filings to a different section number of the code for this ordinance were incorrect and should instead have cited to Section 40.18.010(a).[2]

---

[1] *See, e.g.,* document 2 at p. 6, and document 39, Exhibit A.

[2] *See, e.g.,* document 2 at p. 8, document 18 at pp. 8-9, ¶¶ 30 and 40, and document 35 at p.  2, fn. 3.

BAXTER BRUCE & SULLIVAN P.C.
P.O. Box 32819, Juneau Alaska 99803
Ph: (907) 789-3166
Fax: (907) 789-1913

1   DATED this 23rd day of January, 2006.

BAXTER BRUCE & SULLIVAN P.C.

s/ Richard L. Nelson
P.O. Box 32819
Juneau, Alaska 99803
Phone: (907) 789-3166
Fax: (907) 789-19193
E-mail: rnelson@baxterbrucelaw.com
ABA No. 0209036

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of January, 2006, a copy of the foregoing was served electronically on Scott Brandt-Erichsen and Geoffrey Currall, Keenan & Currall P.C.

s/ Richard L. Nelson

BAXTER BRUCE & SULLIVAN P.C.
P.O. Box 32819, Juneau Alaska 99803
Ph: (907) 789-3166
Fax: (907) 789-1913

*Joergen Schade and Robert Merrell v. Ketchikan Gateway Borough and Charles Pool*
**Plaintiffs' Supplemental Notice of Filing Ordinance; Page 2 of 2; Case No. J05-0017 CV (RRB)**