**Richard L. Nelson**
**ABA No. 0209036**
**Baxter Bruce & Sullivan, P.C.**
**P.O. Box 32819**
**Juneau, Alaska  99803**
**phone:  (907) 789-3166**
**fax: (907) 789-1913**
**rnelson@baxterbrucelaw.com**
**Attorneys for Plaintiffs**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **JOERGEN SCHADE and ROBERT MERRELL** ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | |
| **KETCHIKAN GATEWAY BOROUGH and CHARLES POOL** ) ) ) | |
| Defendants ) ) | **Case No. J05 - 0017 CV (RRB)** |

## PLAINTIFFS' NON-OPPOSITION TO DEFENDANT POOL'S MOTION FOR JOINDER IN KGB'S MOTION TO DISMISS OR FOR SUMMARY JUDGMENT

While Plaintiffs oppose Defendant KGB's Motion to Dismiss or for Summary Judgment, they do not oppose Defendant Pool's Motion for Joinder in KGB's Motion. Instead, Plaintiffs merely assert the same substantive opposition to Defendant Pool as they did to KGB.  To the extent, however, Defendant Pool now seeks to use its Motion for Joinder as a platform to employ further motion practice, Plaintiffs reserve the right to respond, as may be appropriate.

BAXTER BRUCE & SULLIVAN P.C.
P.O. Box 32819, Juneau Alaska 99803
Ph: (907) 789-3166
Fax: (907) 789-1913

1    DATED this 30th day of January, 2006.

BAXTER BRUCE & SULLIVAN P.C.

s/ Richard L. Nelson
P.O. Box 32819
Juneau, Alaska 99803
Phone: (907) 789-3166
Fax: (907) 789-1913
E-mail: rnelson@baxterbrucelaw.com
ABA No. 0209036

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of January, 2006, a copy of the foregoing was served electronically on Scott Brandt-Erichsen and Geoffrey Currall.

s/ Richard L. Nelson

*Joergen Schade and Robert Merrell v. Ketchikan Gateway Borough and Charles Pool*
**Plaintiffs' Non-Opposition to Defendant Pool's Motion for Joinder in KGB's Motion to Dismiss or for Summary Judgment; Page 2 of 2; Case No. J05-0017 CV (RRB)**