UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

JOERGEN SCHADE and ROBERT
MERRELL,
    Plaintiffs,

v.

Case Number 1:05-CV-0017 RRB

KETCHIKAN GATEWAY BOROUGH and
CHARLES POOL,
    Defendants.

**JUDGMENT IN A CIVIL CASE**

__ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_XX_ **DECISION BY COURT.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT the plaintiff take nothing, that the action be dismissed on the merits, and that the defendants, Ketchikan Gateway Borough and Charles Pool recover of the plaintiffs Joergen Schade and Robert Merrell their costs of action.

APPROVED:

REDACTED SIGNATURE

RALPH R. BEISTLINE
United States District Judge

Date: February 14, 2006

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

Ida Romack, Clerk of Court

[105-CV-17-rrb-Judgment.wpd]{JMT2.WPT*Rev.3/03}