Scott A. Brandt-Erichsen
ABA No. 8811175
Office of the Borough Attorney
334 Front Street
Ketchikan, Alaska 99901
TEL 907-228-6635
FAX 907-228-6683
Attorney for Ketchikan Gateway Borough


IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA

| | |
|---|---|
| **Joergen Schade** and **Robert Merrell**,  Plaintiffs,  v.  **Ketchikan Gateway Borough** and **Charles Pool**,  Defendants. | Case No. J05-0017 CV(RRB) |

**DEFENDANTS MOTION FOR ATTORNEY'S FEES AND COST**

Comes now Defendant **KETCHIKAN GATEWAY BOROUGH** moves this court for entry of an order awarding its attorney's fees and costs in the above captioned action. Plaintiffs complaint alleged, *inter alia*, that attorneys fees in this case should be governed by Rule 82 of the Alaska Rules of Civil Procedure "which has been determined to be a substantive rule not in conflict with Federal Law, and therefore is applicable here." Docket 1 at 12.

OFFICE OF THE BOROUGH ATTORNEY
334 Front Street
Ketchikan, Alaska 99901
TEL 907-228-6635
FAX 907-228-6683

*Schade-Merrell v. KGB-Pool*
Case No. J05-0017 CV
DEFENDANTS MOTION FOR ATTORNEY'S FEES AND COST
Page 1 of 2

Accordingly, Ketchikan Gateway Borough seeks award of Attorneys fees and costs as determined under Alaska Rule of Civil Procedure 82. An affidavit of Scott A. Brandt-Erichsen setting out the amount of attorneys fees and costs incurred is appended to this motion. Because this case was resolved as a contested case without trial, the appropriate percentage applicable under Rule 82 is 18%. Based upon the Borough's actual attorney's fees incurred of $15,545.90, 18% equals $2,798.26. Additionally, the Borough incurred costs totaling $107.08.

Defendant Ketchikan Gateway Borough was the prevailing party in this action. Therefore, Defendant Ketchikan Gateway Borough requests and award of costs and attorneys fees in the amount of $2,905.34.

Dated this 22nd day of February, 2006.

Certified: On February 22nd, 2006, a true and correct copy of the within and foregoing was
mailed to:
faxed to: XXXXX
delivered to:
delivered to the court tray of:

Richard L. Nelson, Esq.
Baxter Bruce & Sullivan, P.C.
P. O. Box 32819
Juneau, Alaska 99803
FAX 907-789-1913
   Attorneys for Plaintiffs

Geoffrey G. Currall, Esq.
Keene & Currall, P.C.
540 Water St., Suite 302
Ketchikan, Alaska 99901
FAX 907-225-0540
   Attorneys for Defendant Pool

/s/ Scott A. Brandt-Erichsen
Office of the Borough Attorney
MAS:ce\21.036.0031

G\K\S-M\Motion.attorney fees.wpd

OFFICE OF THE BOROUGH ATTORNEY

By:/s/ Scott A. Brandt-Erichsen
Scott A. Brandt-Erichsen
Borough Attorney
344 Front Street
Ketchikan, Alaska 99901
Phone:(907)228-6635
Fax: (907)228-6683
E-mail: boro_law@borough.ketchikan.ak.us
ABA No.8811175

DEFENDANTS MOTION FOR ATTORNEY'S FEES AND COST
Schade et.al. v. KGB et.al.
1JO5-0017 CV (RRB)                     2