```
Scott A. Brandt-Erichsen
ABA No. 8811175
Office of the Borough Attorney
334 Front Street
Ketchikan, Alaska 99901
TEL 907-228-6635
FAX 907-228-6683
Attorney for Ketchikan Gateway Borough
```

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA

| | |
|---|---|
| **Joergen Schade** and **Robert Merrell**, <br><br> Plaintiffs, <br><br> v. <br><br> **Ketchikan Gateway Borough** and **Charles Pool**, <br><br> Defendants. | <br><br><br><br><br><br><br><br><br><br><br> Case No. J05-0017 CV(RRB) |

### AFFIDAVIT OF SCOTT A. BRANDT-ERICHSEN

**STATE OF ALASKA        )**
                         **) ss:**
**FIRST JUDICIAL DISTRICT )**

   **SCOTT A. BRANDT-ERICHSEN,** being first duly sworn, deposes and states:

   (1)   I am the **KETCHIKAN GATEWAY BOROUGH** attorney and attorney of record for Petitioner **KETCHIKAN GATEWAY BOROUGH** (the Borough) in the above-entitled action.

   (2)   I was on vacation at the beginning of this case and Defendant Ketchikan Gateway Borough contracted the services of

OFFICE OF THE BOROUGH ATTORNEY
334 Front Street
Ketchikan, Alaska 99901
TEL 907-228-6635
FAX 907-228-6683

*Schade-Merrell v. KGB-Pool*
Case No. J05-0017 CV
Affidavit of Scott A. Brandt-Erichsen
Page 1 of 3

Ziegler Law firm to handle the above captioned matter until my return. Their formal bill for these services in the amount of $10,773.30, including attorneys fees of $10,764.90 and costs of $8.40, is attached as Attachment A modified to remove references to other matters.

(3) Both while away from the office and on my return from vacation, I worked on the above captioned action starting on December 21, 2005, and continuing on through to February 13th, 2006, for a total of 44.15 hours. A breakdown of these hours is attached as Attachment B.

(4)  My current rate per hour is 108.29. Thus the total cost of my time on the case for 44.15 hours, is $4,781.00.

(5)  The costs incurred by the Borough, including cellular phone charges, totaled $98.68.

(6)  The total attorneys fees incurred by Defendant Ketchikan Gateway Borough in defending this action equals $15,545.90.

(7)  The total costs incurred by the Borough in connection with the above captioned action were $107.08.

OFFICE OF THE BOROUGH ATTORNEY
334 Front Street
Ketchikan, Alaska 99901
TEL 907-228-6635
FAX 907-228-6683

*Schade-Merrell v. KGB-Pool*
Case No. J05-0017 CV
Affidavit of Scott A. Brandt-Erichsen
Page 2 of 3

FURTHER YOUR AFFIANT SAYETH NOT.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 22nd day of February, 2006.

| | |
|---|---|
| Certified: On February 22nd, 2006, a true and correct copy of the within and foregoing was mailed to: <br> faxed to: XXXXX <br> delivered to: <br> delivered to the court tray of: <br><br> Richard L. Nelson, Esq. <br> Baxter Bruce & Sullivan, P.C. <br> P. O. Box 32819 <br> Juneau, Alaska 99803 <br> FAX 907-789-1913 <br>   Attorneys for Plaintiffs <br><br> Geoffrey G. Currall, Esq. <br> Keene & Currall, P.C. <br> 540 Water St., Suite 302 <br> Ketchikan, Alaska 99901 <br> FAX 907-225-0540 <br>   Attorneys for Defendant Pool <br><br> /s/ Scott A. Brandt-Erichsen <br> Office of the Borough Attorney <br><br> MAS:ce\21.036.0031 <br><br> G\K\S-M\Aff.attorney fees.wpd | OFFICE OF THE BOROUGH ATTORNEY <br><br> By: /s/ Scott A. Brandt-Erichsen <br> Scott A. Brandt-Erichsen <br> Borough Attorney <br> 344 Front Street <br> Ketchikan, Alaska 99901 <br> Phone:(907)228-6635 <br> Fax: (907)228-6683 <br> E-mail: boro_law@borough.ketchikan.ak.us <br> ABA No.8811175 |

Notice of Substitution of Counsel
Schade et.al. v. KGB et.al.
1Jo5-0017 CV (RRB)                3