Invoice No.

**KETCHIKAN GATEWAY BOROUGH**
**Office of the Borough Attorney**
**344 Front Street**
**Ketchikan, Alaska   99901**

February 22, 2006

Re:   **Legal Services Rendered For Schade and Merrell v. KGB and Pool**

---

| Date | Time/Hours | Reference |
|---|---|---|
| 12/23/05 | .75 | T/C regarding Complaint |
| 12/27/05 | 1.5 | T/C with Roy and Mitch |
| 12/28/05 | 2.0 | T/C with Roy and Mitch |
| 12/30/05 | 1.2 | T/C with Mitch and Roy |
| 01/02/06 | 2.5 | Mtg with Currall and Mtg with Mitch |
| 01/03/06 | 4.5 | Review file and work on brief |
| 01/04/06 | 7.5 | Work on brief |
| 01/05/06 | 6.3 | Work on brief |
| 01/09/06 | .4 | T/C with Currall |
| 01/11/06 | 1.5 | Review brief; T/C with Currall |
| 01/12/06 | .8 | T/C re: Oral argument with Currall |
| 01/13/06 | .5 | T/C Oral argument issue with Currall |
| 01/16/06 | .3 | T/C/R Talk to Currall; review joinder in Mtn to Dismiss |
| 01/17/06 | 2.5 | L, draft reply |
| 01/19/06 | 3.0 | L/R Reply |

| Date | Hours | Description |
|---|---|---|
| 01/20/06 | .8 | TC/ Review Pleadings |
| 01/23/06 | .4 | R/TC Schade, discuss with Currall; Review Reply |
| 01/26/06 | 1.0 | TC/ L Schade |
| 01/30/06 | 2.5 | L Schade Brief |
| 02/02/06 | .7 | L. Schade, Oral argument Work |
| 02/03/06 | .5 | Mtg with Currall |
| 02/08/06 | 1.0 | Prepare for Argument Court Appearance |
| 02/13/06 | 2.0 | Prepare for Oral Argument |

TOTAL HOURS:     44.15

   44.15 hours @ $108.29 = $  4,781.00

   Costs Incurred inc. Phone = $       98.68

   Previous balance:       = $       0

   Payments received:    = $       0

   **TOTAL AMOUNT DUE:    $  4,879.68**

Schade.Invoice.wpd