ZIEGLER LAW FIRM
307 Bawden Street
Ketchikan, AK 99901
TEL 907-225-9401
TIN 92-0018872



Ketchikan Gateway Borough
344 Front Street
Ketchikan AK 99901

January 17, 2006

| | Fees<br>Disbursements | Fee tax<br>Copy tax<br>Interest | Previous Balance<br>Payments/Credits<br>Current Charges | NEW BALANCE |
|---|---|---|---|---|

Re: File 21.036.0031
    Schade-Merrell v. KGB-Pool
    Invoice # 1205006

New P.O?

| | | | |
|---|---|---|---|
| $10,764.90 | $0.00 | $0.00 | |
| $8.40 | $0.00 | $0.00 | |
| | $0.00 | $10,773.30 | $10,773.30 |

**ATTACHMENT A**