Geoffrey G. Currall, Esquire  
Alaska Bar No: 7011053  
KEENE & CURRALL, P.C.  
540 Water Street, Suite 302  
Ketchikan, Alaska 99901  
Phone: (907) 225-4131  
Fax: (907) 225-0540  
E-mail: jeff.currall@keenecurrall.com  

Attorneys for Defendant, Charles Pool

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOERGEN SCHADE and ROBERT MERRELL,  )<br>  )<br>Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>KETCHIKAN GATEWAY BOROUGH and  )<br>CHARLES POOL,  )<br>  )<br>Defendants.  )<br>_____) | Case No. J05-0017 CV (RRB) |

### NOTICE OF HEARING ON BILL OF COSTS

PLEASE TAKE NOTICE that a hearing on defendant Charles Pool's Bill of Costs filed February 24, 2006, will be held in the office of the Clerk of Court, United States District Court, Room 979 of the U.S. Federal Building at 709 West 9th Street in Juneau, Alaska, telephone (907) 586-7458 or toll free (866) 243-3812 on Wednesday, March 1, 2006 at 10:00 a.m.

///

///

///

**NOTICE OF HEARING ON BILL OF COSTS -** Page 1 of 2  
*Schade and Merrell v. KGB and Pool -* Case No. J05-0017 (RRB)  
Rd/farrel on server/clients/Pool, Charles, 25.109.D/Notice of Hearing on Bill of Costs

Dated this 24th day of February 2006.

    KEENE & CURRALL
    A Professional Corporation
    Attorneys for Defendant, Charles Pool

By     /s/ Geoffrey G. Currall
    Geoffrey G. Currall, Esquire
    Alaska Bar No: 7011053
    540 Water Street, Suite 302
    Ketchikan, Alaska 99901
    Phone: (907) 225-4131
    Fax: (907) 225-0540
    e-mail: jeff.currall@keenecurrall.com

**Certificate of Service**

This certifies that I am an authorized agent of Keene & Currall, for service of papers pursuant to Civil Rule 5, and that on the **24th** day of **February 2006**, I caused a true and correct copy of the foregoing to be:

- ■ **Mailed**
- ☐ Hand Delivered
- ☐ E-mailed
- ■ **Electronic Service thru CM/ECF**

to the following:

**Fax No. (907) 789-1913**
Richard L. Nelson
Baxter Bruce & Sullivan, P.C.
Post Office Box 32819
Juneau, Alaska 99803
rnelson@baxterbrucelaw.com

**Fax No. (907) 228-6683**
Scott Brandt-Erichsen
Ketchikan Gateway Borough
344 Front Street
Ketchikan, Alaska 99901
boro_law@borough.ketchika.ak.us

By     /s/ Geoffrey G. Currall .
    Keene & Currall

**NOTICE OF HEARING ON BILL OF COSTS -** Page 2 of 2
*Schade and Merrell v. KGB and Pool* - Case No. J05-0017 (RRB)
Rd/farrel on server/clients/Pool, Charles, 25.109.D/Notice of Hearing on Bill of Costs