Geoffrey G. Currall, Esquire
Alaska Bar No: 7011053
KEENE & CURRALL, P.C.
540 Water Street, Suite 302
Ketchikan, Alaska 99901
Phone: (907) 225-4131
Fax: (907) 225-0540
E-mail: jeff.currall@keenecurrall.com

Attorneys for Defendant, Charles Pool

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOERGEN SCHADE and ROBERT MERRELL, <br><br> Plaintiffs, <br><br> v. <br><br> KETCHIKAN GATEWAY BOROUGH and CHARLES POOL, <br><br> Defendants. <br> _____ | ) ) ) ) ) ) ) ) ) ) ) ) ) )  Case No. J05-0017 CV (RRB) |

### DEFENDANT CHARLES POOL'S COST BILL

Defendant Charles Pool claims costs and disbursements incurred in the above-captioned cause against Plaintiffs, Joergen Schade and Robert Merrell, as follows:

| | |
|---|---|
| Transcripts Preparation Fee <br> (SEAK Professional Services transcribe <br> 8/15 and 9/19 Assembly meetings) | $180.20 |
| In-House Copying Charges <br> (217 pages @ $.15 per page) | $32.55 |
| Postage | $5.25 |

**DEFENDANT, CHARLES POOL'S, COST BILL -** Page 1 of 3
*Schade and Merrell v. KGB and Pool -* Case No. J05-0017 (RRB)
Rd/farrel on server/clients/Pool, Charles, 25.109.D/Cost Bill

| | |
|---|---|
| Facsimile Charges<br>(106 pages @ $1.00 per page) | $106.00 |
| Long Distance Charges | $4.03 |
| Ketchikan Daily News Fee<br>(Research newspaper articles and copies) | $50.50 |
| Computerized Legal Research | $133.75 |
| Interest Costs incurred 1/3/2006-2/24/2006<br>(52 days @$132.32 per day) | <u>$6,880.64</u> |
| **TOTAL COSTS** | **$7,392.92** |

Dated this 24th day of February 2006.

                                                      KEENE & CURRALL
                                                      A Professional Corporation
                                                      Attorneys for Defendant, Charles Pool

                                                      By      /s/ Geoffrey G. Currall         
                                                             Geoffrey G. Currall, Esquire
                                                             Alaska Bar No: 7011053
                                                             540 Water Street, Suite 302
                                                             Ketchikan, Alaska 99901
                                                             Phone: (907) 225-4131
                                                             Fax:    (907) 225-0540
                                                             e-mail: jeff.currall@keenecurrall.com

**DEFENDANT, CHARLES POOL'S, COST BILL -** Page 2 of 3
*Schade and Merrell v. KGB and Pool -* Case No. J05-0017 (RRB)
Rd/farrel on server/clients/Pool, Charles, 25.109.D/Cost Bill

**Certificate of Service**

This certifies that I am an authorized agent of Keene & Currall, for service of papers pursuant to Civil Rule 5, and that on the **24th** day of **February 2006**, I caused a true and correct copy of the foregoing to be:

■ **Mailed**
☐ Hand Delivered
☐ E-mailed
■ **Electronic Service thru CM/ECF**

to the following:

**Fax No.  (907) 789-1913**
Richard L. Nelson
Baxter Bruce & Sullivan, P.C.
Post Office Box 32819
Juneau, Alaska  99803
rnelson@baxterbrucelaw.com


**Fax No.  (907) 228-6683**
Scott Brandt-Erichsen
Ketchikan Gateway Borough
344 Front Street
Ketchikan, Alaska 99901
boro_law@borough.ketchika.ak.us

By ____/s/ Geoffrey G. Currall_____.
          Keene & Currall

**DEFENDANT, CHARLES POOL'S, COST BILL -** Page 3 of 3
*Schade and Merrell v. KGB and Pool* - Case No.  J05-0017 (RRB)
Rd/farrel on server/clients/Pool, Charles, 25.109.D/Cost Bill

# Ketchikan Daily News

ACCOUNT NO. 2553

225-3157 - BOX 7900
501 Dock Street
KETCHIKAN, ALASKA 99901

Keene & Currall
540 Water St. Suite 302
Ketchikan, AK 99901



Invoice No.

| Date | Description | Amount |
|---|---|---|
| 2/8/06 | 2 hours research | 40.00 |
|  | 8 daily and 3 weekend editions | 10.50 |
|  | Total due: | 50.50 |

GGC

~~Pool 25.109 D~~

(POSTED TS)



**SEAK Professional Services, LLC**
2415 Hemlock Avenue, Suite 104
Ketchikan, AK 99901
907.225.1145 (V) 907.225.1148 (F)
TIN: 56-2400342

# Invoice

| Date | Invoice # |
|---|---|
| 1/3/2006 | 2604 |

| Terms |
|---|
| Due on receipt |

| Bill To |
|---|
| Keene & Currall
540 Water Street
Suite 301
Ketchikan, AK  99901 |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Copy of transcript of Assembly 8/15 Re: Ward Cove | 43 | 2.00 | 86.00T |
| Copy of transcript of Assembly 9/19 Re: Ward Cove | 33 | 2.00 | 66.00T |
| Copy of transcript of Assembly 9/9 Re: Ward Cove | 9 | 2.00 | 18.00T |
| Inside City of Ketchikan Sales Tax | | 6.00% | 10.20 |

*Chuck Pool GGC*
*25.109.D*

Thank you for your business!

**Total**   $180.20

| Account Number | Bill Date | Payment Due Date | Page |
|---|---|---|---|
| 019 188 6046 001 | JAN 3, 2006 | JAN 29, 2006 | |


AT&T Alascom

Subaccount:   735 051 0653 001

**AT&T Business Service**
**Alascom, Inc. dba AT&T Alascom**
**Summary of Coded Calls**

ACCOUNT CODES

| PRIMARY CODE/ DESCRIPTION | SECONDARY CODE/ DESCRIPTION | CALLS | DURATION (hh:mm:ss) | POST DISCOUNT AMOUNT* |
|---|---|---|---|---|
| 240570 | | 24.057.A  1 | 1:00 | $0.09 |
| CODE SUBTOTAL | | 1 | 1:00 | $0.09 |
| 250430 | | 25.043.A  1 | 1:50 | $0.28 |
| CODE SUBTOTAL | | 1 | 1:50 | $0.28 |
| 251093 | Pool, Charles | 25.109.D  8 | 26:45 | $4.03 |
| CODE SUBTOTAL | | 8 | 26:45 | $4.03 |
| 251751 | | 25.175.B  3 | 2:44 | $0.42 |
| CODE SUBTOTAL | | 3 | 2:44 | $0.42 |
| 251790 | | 1 | 1:00 | $0.15 |
| CODE SUBTOTAL | | 1 | 1:00 | $0.15 |
| 251800 | | 25.180.A  1 | 1:00 | $0.09 |
| CODE SUBTOTAL | | 1 | 1:00 | $0.09 |
| 272050 | | 27.205.A  3 | 7:45 | $1.17 |
| CODE SUBTOTAL | | 3 | 7:45 | $1.17 |
| 284050 | | 28.405.A  1 | 6:00 | $0.54 |
| CODE SUBTOTAL | | 1 | 6:00 | $0.54 |
| 284270 | | 28.427.A  3 | 3:16 | $0.50 |
| CODE SUBTOTAL | | 3 | 3:16 | $0.50 |
| 291630 | | 29.163.A  2 | 2:37 | $0.39 |
| CODE SUBTOTAL | | 2 | 2:37 | $0.39 |
| 310310 | | 31.031.A  2 | 3:48 | $0.58 |
| CODE SUBTOTAL | | 2 | 3:48 | $0.58 |
| 311111 | | 1 | 1:00 | $0.09 |
| CODE SUBTOTAL | | 1 | 1:00 | $0.09 |
| 320036 | | 32.003.G  1 | 1:37 | $0.24 |
| CODE SUBTOTAL | | 1 | 1:37 | $0.24 |

# LexisNexis

| INVOICE NO. | INVOICE DATE |
|---|---|
| 0512269028 | 31-DEC-05 |

BILLING PERIOD 01-DEC-05 - 31-DEC-05

*INVOICE TO*
KEENE & CURRALL
KETCHIKAN AK 99901-6378

ACCOUNT NUMBER: 127GX9

## ITEMIZATION OF LEXISNEXIS ONLINE CHARGES
### ACCOUNT SUMMARY BY CLIENT

****NO CLIENT ID SPECIFIED****  *chuck Pool*   25.109 D

| GROSS AMOUNT | CONTRACT USE ADJUSTMENT | NET AMOUNT | TRANSACTIONSE OVER THE CAP | OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|
| $448.50 | ($448.50) | $0.00 | - | - | $0.00 | - | $0.00 |
| $2,520.00 | ($2,520.00) | $0.00 | - | - | $0.00 | - | $0.00 |
| $6.00 | ($6.00) | $0.00 | - | $6.00 | $6.00 | $0.36 | $6.36 |
| $660.00 | ($660.00) | $0.00 | - | - | $0.00 | - | $0.00 |
| $613.50 | ($613.50) | $0.00 | - | - | $0.00 | - | $0.00 |
| $24.00 | ($24.00) | $0.00 | - | - | $0.00 | - | $0.00 |
| $183.00 | ($183.00) | $0.00 | - | - | $0.00 | - | $0.00 |
| $555.00 | ($555.00) | $0.00 | - | - | $0.00 | - | $0.00 |
| $2,911.50 | ($2,911.50) | $0.00 | - | - | $0.00 | - | $0.00 |
| $423.00 | ($423.00) | $0.00 | - | - | $0.00 | - | $0.00 |
| $8,344.50 | ($8,344.50) | $0.00 | $0.00 | $6.00 | $6.00 | $0.36 | $6.36 |

4

# LexisNexis

| INVOICE NO: | INVOICE DATE | | ACCOUNT NUMBER |
|---|---|---|---|
| 0601713430 | 31-JAN-06 | | 127GX9 |

BILLING PERIOD 01-JAN-06 - 31-JAN-06

*INVOICE TO:*
KEENE & CURRALL
KETCHIKAN AK 99901-6378

## ITEMIZATION OF LEXISNEXIS ONLINE CHARGES
### ACCOUNT SUMMARY BY CLIENT

| CLIENT | GROSS AMOUNT | CONTRACT USE ADJUSTMENT | NET AMOUNT | TRANSACTIONS OVER THE CAP | TRANSACTIONS OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|
| ****NO CLIENT ID SPECIFIED**** | $172.00 | - | $0.00 | - | - | $0.00 | | $0.00 |
| | $54.00 | ($165.46) | $6.54 | - | - | $6.54 | $0.39 | $6.93 |
| | $566.00 | ($51.94) | $2.06 | - | - | $2.06 | $0.13 | $2.19 |
| | $288.00 | ($544.48) | $21.52 | - | - | $21.52 | $1.29 | $22.81 |
| | $1,485.00 | ($277.05) | $10.95 | - | - | $10.95 | $0.64 | $11.59 |
| | $558.00 | ($1,428.55) | $56.45 | - | $6.00 | $62.45 | $3.74 | $66.19 |
| | $2,455.00 | ($536.79) | $21.21 | - | - | $21.21 | $1.27 | $22.48 |
| POOL | $705.50 | ($2,361.65) | $93.35 | - | - | $93.35 | $5.60 | $98.95 |
| | $490.00 | ($678.67) | $26.83 | - | - | $26.83 | $1.60 | $28.43 |
| | $823.00 | ($471.36) | $18.64 | - | - | $18.64 | $1.13 | $19.77 |
| | $1,096.60 | ($791.70) | $31.30 | - | $71.00 | $102.30 | $6.16 | $108.46 |
| | $42.00 | ($1,054.91) | $41.69 | - | - | $41.69 | $2.51 | $44.20 |
| | $6.00 | ($40.41) | $1.59 | - | - | $1.59 | $0.10 | $1.69 |
| | $6.00 | ($5.77) | $0.23 | - | - | $0.23 | $0.02 | $0.25 |
| | $192.00 | ($5.77) | $0.23 | - | - | $0.23 | $0.01 | $0.24 |
| | $72.00 | ($184.70) | $7.30 | - | - | $7.30 | $0.45 | $7.75 |
| | $762.00 | ($69.27) | $2.73 | - | - | $2.73 | $0.17 | $2.90 |
| | $2,456.00 | ($733.01) | $28.99 | - | - | $28.99 | $1.75 | $30.74 |
| | | ($2,362.61) | $93.39 | - | - | $93.39 | $5.57 | $98.96 |

TOTAL: $542.00   $32.53   $574.53