Geoffrey G. Currall, Esquire
Alaska Bar No: 7011053
KEENE & CURRALL, P.C.
540 Water Street, Suite 302
Ketchikan, Alaska 99901
Phone: (907) 225-4131
Fax: (907) 225-0540
E-mail: info@keenecurrall.com

Attorneys for Defendant, Charles Pool

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOERGEN SCHADE and ROBERT MERRELL,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>KETCHIKAN GATEWAY BOROUGH and CHARLES POOL,<br><br>　　　　　　Defendants. | Case No. J05-0017 CV (RRB) |

### AFFIDAVIT OF COUNSEL RE MOTION FOR ATTORNEY'S FEES

STATE OF ALASKA　　　)
　　　　　　　　　　　　) ss:
First Judicial District　　)

Geoffrey G. Currall, being first duly sworn upon his oath, deposes and states as follows:

1. I make this affidavit based upon my own personal knowledge and belief.

2. Keene & Currall, through the undersigned, were the attorneys of record for Defendant Charles Pool in Case No. J05-0017 CV (RRB) from December 16, 2005, through the present after Plaintiffs' counsel gave notice of intention to file the present suit.

3. From December 16, 2005 through the present, total fees in the amount of

**AFFIDAVIT OF COUNSEL RE MOTION FOR ATTORNEY'S FEES -** Page 1 of 4
*Schade and Merrell v. KGB and Pool* - Case No. J05-0017 (RRB)
nsc/farrel on server/clients/Pool, Charles, 25.109.D/Affidavit of Counsel re Attorney's Fees 2'23'06

$44,085.50 were charged to Defendant Charles Pool. Those fees were incurred for two purposes:

(a)  Resolving outstanding issues on the Sale Agreement between the Ketchikan Gateway Borough and Charles Pool;

(b)  Defending Charles Pool in this lawsuit and seeking an award of costs and attorney fees.

No time or money charged for the matter described in subparagraph (a) is included in the Motion for Attorney's Fees and those items have been redacted from the billing statements attached to this Affidavit as Exhibit A. The fees charged on matters described in subparagraph (b) are $37,985.50. Those fees were incurred as follows:

12/21/05 – 02/23/06:

| | | | |
|---|---|---|---|
| Geoffrey G. Currall | 125.9 hours | @ $200/hr | = $25,180.00 |
| Nathaniel S. Currall | 82.3 hours | @ $150/hr | = $12,345.00 |
| H. Clay Keene | 1.1 hours | @ $200/hr | = $220.00 |
| Sharon Thompson Paralegal | 3.7 hours | @ $65/hr | = $240.50 |
| | | **Total Fees** | **$37,985.50** |

The above hourly rates are the current standard hourly rates charged by each of the above providers. The time and amounts charged, as shown on the redacted Exhibit A, are correct and were actually and necessarily performed.

4.  The costs incurred and billed to Mr. Pool incidental to the services provided, including copying charges and his interest costs incurred are $7,203.87. Such incidental charges are not included within the attorney's fees to which this motion pertains.

**AFFIDAVIT OF COUNSEL RE MOTION FOR ATTORNEY'S FEES -** Page 2 of 4
*Schade and Merrell v. KGB and Pool* - Case No. J05-0017 (RRB)
nsc/farrel on server/clients/Pool, Charles, 25.109.D/Affidavit of Counsel re Attorney's Fees 2'23'06

5. In addition to those costs, Mr. Pool has incurred interest costs of $132.32 per day for loan fees for sums borrowed to consummate the closing of the purchase of the subject property, which had been scheduled for Closing on January 3, 2006. That Closing was stayed by this Court at Plaintiffs' request. Those interest costs have continued since January 3, 2006 through the present because the Closing Agent has declined to provide Title Insurance or Close the transaction until the time has run for Plaintiffs to file an appeal. That amounts to 52 days of interest from the scheduled date of the Closing on January 3, 2006 through the date of this Affidavit in the amount of $6,880.64. Mr. Pool's interest costs will continue, and the sale cannot be consummated, until Plaintiffs either waive the appeal or the appeal time expires on March 16, 2006, at a potential additional interest expense $2,646.40.

6. The attorney's fees for services incurred by Defendant Charles Pool were necessarily incurred in defending Pool's interests in the real property which was the subject of the lawsuit.

Dated this 24 day of February 2006.

_____
Geoffrey G. Currall

SUBSCRIBED AND SWORN TO before me this 24 day of February 2006.

STATE OF ALASKA
NOTARY PUBLIC
RANAE DUPAS
My Commission Expires 11/6/08

_____
Notary Public for Alaska
Commission expires: 11/6/08

**AFFIDAVIT OF COUNSEL RE MOTION FOR ATTORNEY'S FEES** - Page 3 of 4
*Schade and Merrell v. KGB and Pool* - Case No. J05-0017 (RRB)
nsc/farrel on server/clients/Pool, Charles, 25.109.D/Affidavit of Counsel re Attorney's Fees 2'23'06

### Certificate of Service

This certifies that I am an authorized agent of Keene & Currall, for service of papers pursuant to Civil Rule 5, and that on the **24th** day of **February 2006**, I caused a true and correct copy of the foregoing to be:

■ **Mailed**
☐ Hand Delivered
☐ E-mailed
■ **Electronic Service thru CM/ECF**

to the following:

**Fax No. (907) 789-1913**
Richard L. Nelson
Baxter Bruce & Sullivan, P.C.
Post Office Box 32819
Juneau, Alaska 99803
rnelson@baxterbrucelaw.com

**Fax No. (907) 228-6683**
Scott Brandt-Erichsen
Ketchikan Gateway Borough
344 Front Street
Ketchikan, Alaska 99901
boro_law@borough.ketchika.ak.us

By _____/s/ Geoffrey G. Currall_____.
           Keene & Currall

**AFFIDAVIT OF COUNSEL RE MOTION FOR ATTORNEY'S FEES** - Page 4 of 4
*Schade and Merrell v. KGB and Pool* - Case No. J05-0017 (RRB)
nsc/farrel on server/clients/Pool, Charles, 25.109.D/Affidavit of Counsel re Attorney's Fees 2'23'06