KEENE & CURRALL
540 Water Street, Suite 302
Ketchikan, AK  99901
Fed. Tax No. 92-0143751


Invoice submitted to:
POOL, CHARLES
POST OFFICE BOX 5236
KETCHIKAN ALASKA 99901
USA


February 17, 2006

In Reference To:   25.109.D TRACT 3017


Professional Services



|  |  |  | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 12/16/2005 - | GGC | Review Lawrence letter of 12/7 received from Chuck - conf with Chuck - ███████████████████████████ | ████████ |  | ████████ |
| 12/19/2005 - |  | ███████████████████████████ | ████████ |  | ████████ |
|  |  | ███████████████████████████ | ████████ |  | ████████ |
|  |  | ███████████████████████████ | ████████ |  | ████████ |

POOL, CHARLES

Page    2

| | | | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|---|

~~[redacted]~~

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/21/2005 - | GGC | Conf with Chuck -faxed copies of pleadings - partial - quick review and segregate all documents - Open file and and arrange for set up subfiles<br>Arrange for Index - Conf with Lisa - unaware of pleadings - Cindy gone - doesn't know if Cindy received or if Mitch was notified- LM for Cindy-<br>Consider calling Nelson and/or Seaver - check on electronic filing with Anchorage Court - Sharon will check with Bev in morning - Consider filing an Appearance<br><br>Closer reivew of Complaint- pull State Statue and KGB Code -copies -notes of initial issues - Memo to file of Issues - Conf with Clay - provide copy of Complaint for review and consideration<br>E-mail of Issues to Chuck and Clay | 3.20<br>200.00/hr | 640.00 |
| 12/22/2005 - | GGC | Review and amend Notice of Appearance - arrange for contact with Fed Court - must be mailed - cannot be faxed - arrange for Ranae to do electronic filing training - Return call from Cindy - just received e-mail of pleadings - talking to Mitch - will call back<br>Conf with Chris Newbilll - doing Closing papers ahead of time - Tiffany at Wells not ready - will have papers ready for recording on January 3 assuming closing proceeds | 0.50<br>200.00/hr | 100.00 |
| - | GGC | REview and mark up Memo in Support - Conf with Mitch Seaver- j~~[redacted]~~ ~~[redacted]~~ Download Boro Minutes of 8/15 and print - review and highlight | 2.00<br>200.00/hr | 400.00 |
| - | HCK | Research re opposition to preliminary injunction | 0.40<br>200.00/hr | 80.00 |

POOL, CHARLES

Page    3

| | | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 12/22/2005 - | NSC | Review motion for expedited consideration and affidavit of Nelson is support; locate and analysis of Federal District Local Rule 7.2 regarding motions for shortened consideration; discuss rule and burden of plaintiff with G. Currall | 0.60 150.00/hr | | 90.00 |
| - | NSC | Legal research and analysis of caselaw interpreting District Court Local Rule 7.2 | 0.50 150.00/hr | | 75.00 |
| - | NSC | Meeting with Mr. Pool and G. Currall to discuss/analysis of issues regarding opposing expedited consideration, opposing motion for preliminary injunction, and discuss schedule of closing and related Borough issues | 0.40 150.00/hr | | 60.00 |
| - | NSC | Review and analysis of complaint for declaratory relief, review memorandum regarding TRO and preliminary injunction and initial search of authorities/common law regarding preliminary injunctions | 0.60 150.00/hr | | 90.00 |
| - | GGC | Down load and print Minutes of 9/6 - Review e-mail of pleadings from Plaintiffs- forward to Ranae for printing and replacing in filing -Conf with Cindy - problems with e-mail- | 4.00 200.00/hr | | 800.00 |

Start looking for authority on TRO and PI
Highlight issues in Memo in Support of TRO - notes for follow up

Work with Nathaniel on TRO authority

Work with Nathaniel - need Memo in Opp -

POOL, CHARLES

| | | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|

~~Boro's decision to give First Right~~ ████████

████████ going to do ████████

**12/22/2005 - GGC** ████████ - info on damages to Boro on loss of purchase price plus interest - ████████ Conf with Sharon on other TRO and PI pleadings - pleadings with RAnae

0.70
200.00/hr

140.00

**12/23/2005 - ST** Conf w/GGC; draft pleading caption; nonopposition; request to fax file; and, order

0.50
65.00/hr

32.50

**- GGC** Pull other TRO pleadings - rough draft of Motion to file by fax and Order - review Local Fed .Rules- ████████ - arrange for clean up by Sharon - Conf with Cindy - has disc of Boro hearing for 9/6 - will bring over -info for Nathaniel for Opposition to TRO
Review drafts from Sharon - send to Chuck via e-mail - call around for Chuck - ████████
████████
████████
████████
████████
████████
████████
████████
████████
E-mail plreadings to Seaver - ████████ Reorganize files and draft pleadings

2.40
200.00/hr

480.00

**- GGC** ████████ redraft/final appearance, request for fax filing, order and nonopposition

0.50
200.00/hr

100.00

**- GGC** ████████

*0.0*
~~0.50~~
200.00/hr

*0.00*
~~100.00~~

**- GGC** ████████

*0.0*
~~0.30~~
200.00/hr

*0.00*
~~60.00~~

POOL, CHARLES

Page    5

| | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|

12/23/2005 - GGC ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮     0.90          180.00
                                                      200.00/hr
Nathaniel working on Opposition to TRO and PI
Conf with Mitch - on ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
t▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
f▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
t▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
a▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ - NOrton and underwriter uncertain
about issuing title insurance - unclear how long they may
delay even if TRO not granted ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
E-mail to Chuck relating all above

        - GGC Redrafting opposition and all faxes, transmittal note; copies     0.40          80.00
                 of documents                                                   200.00/hr

        - GGC ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮     3.60          720.00
                                                              200.00/hr
▮▮▮▮▮▮▮▮▮▮▮▮ Norton was saving last night
Chuck ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
e▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Nathaniell working onf Opp to TRO
and PI which will be needed in any event
Conf with Nataniel - ne▮▮▮▮▮▮ited Hearing results in
e▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ PI on 12/30 - positive non-app
▮▮▮▮▮▮▮▮▮▮▮▮▮▮ with ▮▮▮ TRO - Chuck needs to oppose
E▮▮▮▮▮ Hearing - ▮▮▮▮▮▮ close and get extended
time ▮▮▮▮▮▮▮▮▮▮▮ PI
C▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ City ▮▮▮ buy ▮▮▮
p▮▮▮▮▮▮ get ▮▮▮▮▮▮▮▮▮▮▮▮▮ structure a city buy out
to will - claim damages if City doesn't ▮▮▮▮▮▮ pr▮▮▮▮▮
t▮▮▮ Chuck - will ▮▮▮▮▮▮▮▮▮▮▮▮ly
Dictate letter to Seaver -
Conf with ▮▮▮▮▮▮▮▮▮▮▮▮ more agg▮▮▮▮▮▮ew
direction with ▮▮▮▮▮ through ▮▮▮▮▮
Review and amend ▮▮▮▮ to Seaver -
arrange for fax and hand delivery - ▮▮▮▮▮▮▮▮▮
Start fall back position if Boro does not accept the tender -
start Opposition to Expedited Hearing - o▮▮▮▮▮ Chuck▮
delivered to Cindy - file stamped
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ we'll continue with
Opposition
Conf with Cindy - packet given to Mitch - ask Mitch to call -
they're tied up trying to meet the deadline LM
Finish draft and dictate - provide to Nathaniel -
Review his draft and amend - arrange for final of all
documents - hold for response from Mitch/Boro
Conf with Sharon
Chris Elliott called for page one of letter and page 3 of
Agreement- provide
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ not likely to▮▮▮▮▮▮▮▮▮ will
▮▮▮ cooperation - ▮▮▮▮▮▮ it the▮▮▮▮▮▮▮▮▮▮▮

**EXHIBIT** _A_

Page _5_ of _34_ Page(s)

POOL, CHARLES

Page    6

| | | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|

~~[redacted]~~

| 12/23/2005 - | GGC | ~~[redacted]~~ will e-mail Opp to Chuck - arrange for copies of all pleadings to Chuck - Sharon calling court and all parties to confirm reciept of pleadings | 0.40 200.00/hr | | 80.00 |
| - | ST | Copies, distribution, faxes of appearance, opposition, request for fax filing, order | 1.00 65.00/hr | | 65.00 |
| - | NSC | Legal analysis of complaint and motion for TRO and preliminary injunction regarding sale of property by KGB; review federal and local rules regarding injunctions and distinction from TRO; discussion regarding how court will treat TRO and preliminary injunction issues and timing of court orders | 2.10 150.00/hr | | 315.00 |
| - | NSC | Meeting with GGC and Mr. Pool ~~[redacted]~~ | 1.40 150.00/hr | | 210.00 |
| - | NSC | Drafting and revising of letter to KGB and drafting of opposition to plaintiffs' motion for expedited consideration | 1.40 150.00/hr | | 210.00 |
| - | NSC | Legal research and outlining of opposition to motion for injunction | 0.50 150.00/hr | | 75.00 |
| - | HCK | Conf with JC and NC, re: TRO, strategy, conference with client. | 0.70 200.00/hr | | 140.00 |
| 12/24/2005 - | GGC | Review pleadings from Borough - TN to Chuck - Review Minute Order from Court -arrange for filing | 0.20 200.00/hr | | 40.00 |
| - | GGC | Extended discusstion with Seaver- ~~[redacted]~~ | 0.90 200.00/hr | | 180.00 |
| 12/26/2005 - | GGC | ~~[redacted]~~ Consent Decree ~~[redacted]~~ from Norton | | | |

EXHIBIT _A_

Page _6_ of _34_ Page(s)

POOL, CHARLES

Page    7

| | | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 12/26/2005 - | NSC | Legal research and analysis of Alaska caselaw regarding TRO and preliminary injunctions; identify and review pertinent cases and statutes identified in plaintiffs' pleadings | 1.20 150.00/hr | | 180.00 |
| 12/27/2005 - | GGC | Conf with Norton - doesn't have Consent ██████████ ████ | ██████ | | ██████ |

Conf with Norton - doesn't have Consent D████████ ████ understand █████████████████████████ doesn't have deci█ ████████████ Norton suggesting ████████████████ of the Report - ████████████████████████████████████ meeting ███████████ his offi██ received Reply from R█████ - t█████████████████████████████████████ review ████████ that it doesn't m███████████████████ th████████████████████████████████████████████████ This ██████████ believes that Chuck's █████ remedy if t█ t██████████████████████████ it ██████████████████ Counsel ██████ and Plat notes Co██████████████████ recorded rec███████████████████████████████████ Consent D█████ Defe ████████████████████████████████ A████████ ████████████ on e mail who█████████████████ concentrate on agreeing to █████████ Plaintiffs Re█████ and ███████████████████████████████████████████ thereof - Darrying costs, etc.? R████████████████████████████████████████████ Review Title D███████ - Debbie - Co█ with BOB - he doesn█ understand ██████████████████████ to the Bo█████ ███████████████████████████████████████████████ █████████████ of Agreement █████████████████ f████ agree that KPC is in default ███████████████████ 1999 agreement and ██████ the KP█████████████ paragraphs is an██████████ see he may make - also ad█████ the 1999 R█████████████████████ from 1999 ████████████ and the Consent Decree ███████████████████████████████████████ ████ with City ████████████████████ when and █████ - Orange Lybrand City Hold - h██████ believes ███ese only requires written notice - not si█████████████████████████████ know adv█████ alleging th█████████████████ th them - Conf █████ D█████████████████████████████████ even early afternoon - Dictate letter to J███████████████ Orange Lybrand - same inf as provided by J██████ - █████████ Vi██████████████████████████████ back to him this afternoon - ag██████ from Ray ██████████

| | | | | | |
|---|---|---|---|---|---|
| - | GGC | Received ██████████ from Ben on its way | ██████ ████ | | ██████ |
| - | NSC | Review and analysis of cases cited by plaintiffs, including Brown v. Phoenix and discuss with GGC; meeting with Mr. Seaver to discuss Consent D███████████████████████████ of pleading date to allow Borough ██████████████████████ This ███████ Version of Pleading ██████████████ | 1.80 150.00/hr | | 270.00 |

EXHIBIT    *A*

Page  7  of  34  Page(s)

POOL, CHARLES

Page    8

| | | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|

12/27/2005 - NSC  Meeting with C. Pool to ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
        0.40    60.00
        150.00/hr

- NSC  Legal research and analysis of Alaska caselaw regarding
issuance of TRO against municipality/governmental agency;
search for any law that court is hesitant to issue TRO against
government entity
        0.70    105.00
        150.00/hr

- NSC  Review of Seaver letter rejecting tender of case to KGB; legal
research and analysis of purchase agreement for authority
supporting KGB's duties under a tender of the case; review
correspondence in email from GGC to Mr. Pool for status
regarding TRO and tender
        1.10    165.00
        150.00/hr

- GGC  ▓▓▓▓▓ Revised Agreement ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓ - Reply from plaintiffs- ▓▓▓▓▓▓ ▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Conf with Clay and Nathaniel- alternate approaches
Conf with Chuck - later with Chuck, Clay and Nathaniel -
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Agreement
        2.0    400.00
        ~~5.50~~    ~~1,100.00~~
        200.00/hr

12/28/2005 - NSC  Discussion and analysis of issues with GGC re ▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
K▓▓▓▓▓▓▓▓▓ Review correspondence ▓▓▓▓▓▓▓▓▓▓▓▓▓
and priority in regard to ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ issues and
TRO standard ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
        0.90    135.00
        150.00/hr

EXHIBIT    A

Page 8 of 34 Page(s)

POOL, CHARLES

Page    9

| | | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 12/28/2005 - | NSC | Review revised order on TRO and First Amended Complaint emailed by plaintiffs' counsel; compare to initial complaint for changes | 0.60 150.00/hr | | 90.00 |
| - | GGC | | 1.0 ~~7.50~~ 200.00/hr | | 200.00 ~~1,500.00~~ |

Print Amended Complaint and form or Order - conf with
Nathaniel -

Conf with Nathaniel - trying to refine research issues

| - | NSC | Legal research and analysis of Alaska caselaw and law annotations rega | 2.30 150.00/hr | | 345.00 |
| - | GGC | | .10 ~~0.30~~ 200.00/hr | | 20.00 ~~60.00~~ |

POOL, CHARLES

Page    10

| | | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|

███████- update on damages - will share expected e-mail tomorrow

| 12/28/2005 - | NSC | Review and discuss damages issues with GGC and burden on plaintiffs in seeking TRO or preliminary injunction,███████ ███████████████████████████████████████ ███████████████████████████████████████ ███████████████████████████████████████ ███████████████████ | 1.50 150.00/hr | | 225.00 |
| 12/29/2005 - | GGC | Voice Mail from Chuck -Conf with Chuck - status- served with Complaint by Process Server - ████████████████████ ███████████████████████████████████████ ███████████████████████████████████████ ███████████████████████████████████████ ███████████████████████████████████████ ███████████████████████████████████████ Brigg██████████████████ Partial review and markup of Amended Complaint - notes for follow up - conf with Nathaniel on getting argument together for TRO hearing - Jurisdiction issue - complete diversity question - ███████████████████████████████████████ ███████████████████████ | 1.0 ~~1.40~~ 200.00/hr | | 200.00 ~~280.00~~ |
| -   | GGC | Finish review and markup of Amended Complaint - R██████ ███████████████████████████████████████ ███████████████████████████████████████ ███████████████████████████████████████ ███████████████████████████████████████ ███████████████████████████████████████ ███████████████████████████████████████ ███████████████████████████████ | 1.70 200.00/hr | | 340.00 |
| -   | GGC | Draft Affidavit fo██████████████████████████ cleanup - ███████████████████████████████████████ ███████████████████████ Conf with Chuck - ███████████████████████████ W███████████████████████████████████████ described ███████████████████████████████████ pro████████████████████████████████████████ the███████████████████████████████████████ d███████████████████████████████████████ Insurance insured████████████████████████ R███████████████████████████████████████ Claim████████████████████████████████████ defend the tit████████████████████████████ A███████████████████████████████████ Conf███████████████████████████████████████ correct and Borough ████████████████████████ | 2.0 ~~4.30~~ 200.00/hr | | 400.00 ~~800.00~~ |

POOL, CHARLES

| | | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|

Conf with Judy Zenge - she has been commissioned to do
selected transcripts of Boro assembly meetings on land sale -
AOK to sell to me - order - she will e-mail
Update Nathaniel - review his Memo on arguments at TRO
hearing and seek expansion of memo

| Date | | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 12/29/2005 | - | NSC | Drafting memo regarding points for argument at TRO hearing; discussion with GGC | 1.40<br>150.00/hr | 210.00 |
| | - | NSC | Analysis of caselaw and previous motions and discussions and briefing regarding preliminary injunctions; review court order and caselaw cited in Arctic Circle case for use and discussion in present action; research how court will evaluate harm to defendants and the public | 1.80<br>150.00/hr | 270.00 |
| 12/30/2005 | - | NSC | Discussion with GGC regarding caselaw searches on tenders of defense in construction context; locate and review Laidlaw Northern Bus case and attempts to locate "King" case pursuant to C. Keene thoughts | 0.60<br>150.00/hr | 90.00 |
| | - | NSC | Additional discussion and analysis of issues with GGC including review of Judge Biestline's order staying action on the property until 1/16; continue legal research to flesh out interpretation of TRO standards for argument and briefing pursuant to GGC directions; add | 2.20<br>150.00/hr | 330.00 |
| | - | GGC | Draft e-mail to Seaver and forward to Chuck for review - review and select documents for further review | 1.20<br>200.00/hr | 240.00 |
| | - | GGC | | 0.0<br>200.00/hr | 0.00<br><s>380.00</s> |

Delete entir
Tim & Chapman

POOL, CHARLES

Page    12

|  |  | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|

12/30/2005 - GGC ~~████~~ arrange for notation on
documents establishing ~~████~~
Review e-mail of Chuck's affidavit- ~~████~~
Conf with Chuck - s~~████~~
~~████~~

2.0
~~2.40~~
200.00/hr

400.00
~~480.00~~

Call from and conf with Federal Court - Stay entered -
arrange for fax of Minute Order- Conf with Chuck - Stayed --
~~████~~ he'll be by
Conf with Chuck - provide fax copy of Order and copy of
packet to KGB/KTA/Seaver
Review and execute Affidavit - w~~████~~
~~████~~ Seaver - determine ~~████~~ ORE
Refocus- time line - ~~████~~

~~████~~ What steps needed to establish readiness ~~████~~
~~████~~ Seaver that Chuck would be ~~████~~
~~████~~
~~████~~

~~████~~ Packet map and locations of Halverso~~████~~
~~████~~ Halvers~~████~~
~~████~~
Seaver letter with $600,000+ check - fax to Chuck
Conf with Chuck- ~~████~~
~~████~~
I will draft letter to Scott to go prior to or with our appearance
for Closing-
Conf with Nathaniel - status - provide Affidavit of damages
~~████~~
~~████~~
~~████~~ Time line and need to have brief filed on 1/6

12/31/2005 - NSC  Discussion with GGC and HCK regarding ~~████~~
~~████~~
~~████~~ of legal prefere~~████~~ possible
~~████~~
~~████~~ Review ~~████~~ legal
research regarding proper standards for review of preliminary
injunction in public auction circumstances

1.60
150.00/hr

240.00

- GGC  Review Resolution No. 1906 Amended
Review Pool's 8/4/05 Contract for Purchase and Pool's 9/19
bid and bid packet
Open folders for each and copies for Nathaniel
Review ~~████~~ case and the ~~████~~ cases - ~~████~~
Conf with Clay and Nathaniel - searching for a handle

2.0
~~4.50~~
200.00/hr

400.00
~~900.00~~

POOL, CHARLES

Page    13

| | | | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|---|

Download and print transcripts from Judy - work with Clyde
Review and tab transcripts - don't line up with Resolution
1906 Amended
Call to Clyde - LM seeking propert excerpt
Put together packet of dcouments for Scott - consider
approach

| Date | | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 1/1/2006 | - | GGC | Gather copies of pleadings and cases - review and mark up at home - notes for follow up- Second trip to office and pick up Schade Affidavit - review and mark up - notes | 2.50<br>200.00/hr | 500.00 |
| 1/2/2006 | - | GGC | Meeting with Scott at his office- overall approach - | 0.70<br>200.00/hr | 140.00 |
| | - | NSC | Discussion with GGC regarding meeting with Borough Attorney, Assembly minutes and transcripts and possible ideas/arguments for the opposition to plaintiffs' motion; discuss Borough's right to reject all bids and factual background; analysis of transcripts and GGC notes in affidavits and exhibits; note areas for further review and inclusion in opposition brief to defeat preliminary injunction | 1.50<br>150.00/hr | 225.00 |
| | - | GGC | LIsten to CD of 9/6 meeting - ████████ - detail review and mark up of 8/15 Boro Assembly Meeting - found all discussion - highlight and tab-<br>Conf with Nathaniel - | 4.0<br>~~4.90~~<br>200.00/hr | 808.00<br>980.00 |

POOL, CHARLES

Page    14

| | | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|

Renaissance ~~which infer ~~...

1/3/2006 - GGC  Review and mark up ~~...~~ City of Blaze in last night - ~~draft new provisions for Blaze...~~ - organize materials for 9am closing - conf with Chuck - ~~...~~ for ~~...~~ signed access...
Meeting with Scott BE - took and returned $652,000 check - drafted e-mail confirming - note various points for his review for Boro's opposition to TRO - will ~~...~~ ~~Boro's draft Affidavit...~~ ~~opposition~~
Meeting with Norton at KTA-tender deed - does not have a signed deed from Boro - won't issue Title Insurance - won't close - won't accept check - will send e-mail confirming Conf with Chuck -he'll hold ~~...~~

Review and print e-mail from Scott - forward to Chuck -FYI

Hrs/Rate: 2.0 ~~2.70~~ 200.00/hr   Amount: 400.00 ~~540.00~~

- GGC  Conf with Steve Schweppe - City got FRR from State - he'll pull documents and hold - pick up at Schweppe's office- Review e-mail from Norton - Forward to Chuck and print - Review e-mail from SBE - Forward to Chuck and print - Download and pint transcript of 9/9 Assembly meeting

0.50 200.00/hr   100.00

- GGC  Review transcript of 9/7 Assembly meeting - ~~...~~
Review FRR from Schweppe - ~~...~~

2.50 200.00/hr   500.00

POOL, CHARLES

Page    15

| | | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| | | Conf with Nathaniel ████████████████████████ ██████████████████████████ Right on first ████████████████████████████ get higher █████ ██ Review | | | |
| 1/3/2006 - | NSC | Discuss factual and legal issues with GGC █████████ ████ ROB's discretion to allow right of first refusal; ████ research to attack ████████████ and rights of ████████████████████ proceeding; opposition to motion for preliminary injunction | 1.40 150.00/hr | | 210.00 |
| - | NSC | Drafting and revising of opposition to TRO and preliminary injunction | 0.60 150.00/hr | | 90.00 |
| 1/4/2006 - | ST | Transmittal note to Scott Brandt-Erichsen with documents | 0.20 65.00/hr | | 13.00 |
| - | NSC | Review updated version of Pool affidavit and discuss issues to address at meeting with Borough attorney | 0.50 150.00/hr | | 75.00 |
| - | NSC | Legal research and analysis of issues regarding plaintiffs' motion for temporary restraining order; review court standard in determining whether order/injunction should issue; legal research and analysis of possible defenses regarding justiciability and standings | 2.80 150.00/hr | | 420.00 |
| - | GGC | Draft additions to Pool affidavit █████████████████ Borough █████████ reviewing affidavit ██████████████ Conf ██████████████████████████ | 0.80 200.00/hr | | 160.00 |
| - | GGC | Conf with Chuck - ███████████████████ came to mind during ████ Conf with Chuck - We ██████ revisions to █████████ address issue of ████████████████████ draft █████████████████████████ involvement with W███████████████ and his █████████ with R█████████████ C██████████████████ complete redraft of additional p███████████████████████ heading - forward to Chuck - Conf with Chuck ███████████████ get back ████████ | 2.00 200.00/hr | | 400.00 |
| - | GGC | Review faxed pages from Chuck - Conf with Chuck - ████ amendments ██████████████ will fax his notes ████████ ██████████████████████ months ████████ Affidavit - ██████████████████████ fax to me - ███████ and further a█████████████ provide to Nathaniel and take copy to Scott Conf with Scott - R████████████████ George to █████ Scott and trying to get S████████████████ adverse ██████████ d███ where he is coming from ███████████ do I have anything to back up George's █████████████████████ aka H██████████████ Proof ████ of Def████████████ yesterday from Schweppe - will provide copy ████████████████ in ██████████████████████████████ of Def████████ point in Chuck's affidavit ████████████████████████ | 3.80 200.00/hr | | 760.00 |

**EXHIBIT**  _A_

Page _15_ of _34_ Page(s)

POOL, CHARLES

Page   16

| | | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|

~~[redacted]~~

| 1/4/2006 | - | NSC | ~~[redacted]~~ for further development | 0.70<br>150.00/hr | | 105.00 |
| | - | NSC | Legal research regarding defenses to plaintiffs' motion for temporary restraining order and/or preliminary injunction; review KGB minutes of meetings regarding auctions | 1.30<br>150.00/hr | | 195.00 |
| 1/5/2006 | - | ST | Scan two documents re offers in pdf format | 0.20<br>65.00/hr | | 13.00 |
| | - | GGC | Review ~~[redacted]~~ forward to Chuck for his review - review and markup Nathaniel's draft of Opposition- complete registration for electronic filing - review 1/3/06 Local Rules for new filing - review e-mailed registration form - arrange for scanning various documents for attachment as exhibits to final Affidavit and Opposition - Conf with Nathaniel<br>Call to Chuck - ~~[redacted]~~<br>Conf with ~~[redacted]~~<br>~~[redacted]~~<br>E-mail to Scott | 2.40<br>200.00/hr | | 480.00 |
| | - | NSC | Legal research and drafting of response to plaintiffs' motion for TRO/preliminary injunction | 3.20<br>150.00/hr | | 480.00 |
| | - | GGC | Conf with Chuck - ~~[redacted]~~<br>~~[redacted]~~<br>Conf with Sharon - requirements for electronic filing of exhibits - may have to redo items already scanned - Download and print transcripts of 8/15 and 9/19 Review Amended Memo filed by plaintiffs and found on line by Nathaniel<br>not received by fax or electornic filing - conf with Scott - ~~[redacted]~~<br>~~[redacted]~~<br>Conf with Nelson secterary - not electronically sent to me -will be faxed | 2.20<br>200.00/hr | | 440.00 |

**EXHIBIT** _A_

Page _16_ of _34_ Page(s)

POOL, CHARLES

Page    17

| | | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|

received-
Review September 9 (?) transcript - review Agenda
statement for 9/6- Call to Judy - ~~redacted~~

| | | | | | |
|---|---|---|---|---|---|
| 1/5/2006 - | ST | Conf w/Attorney Currall and several calls re US District Court electronic filing | 0.60 65.00/hr | | 39.00 |
| - | NSC | Review revisions to draft suggested by GGC and revising draft response to motion for TRO; additional drafting and research regarding plaintiffs' citation to Brown case in Arizona; shepardize case and review citing authorities | 2.00 150.00/hr | | 300.00 |
| - | NSC | Review online filings and faxes from plaintiffs regarding amended memorandum; review and compare to original memorandum for changes; locate and review new citations | 1.00 150.00/hr | | 150.00 |
| - | NSC | Drafting and revising response to plaintiffs' motion | 2.20 150.00/hr | | 330.00 |
| 1/6/2006 - | ST | Two confs w/Nathaniel Currall re exhibits and electronic filing requirements | 0.30 65.00/hr | | 19.50 |
| - | ST | Conf w/NC; call US District Court electronic filing division; ~~redacted~~ | 0.70 65.00/hr | | 45.50 |
| - | ST | Scan documents: Affidavit, Ex. A & Ex. B | 0.20 65.00/hr | | 13.00 |
| - | GGC | Nothing from Fed Court - nothing from Scott - conf with Cindy - will e-mail immediately - did file last night - 4 e-mails - Work on Nathaniel's draft Memo- Conf with Clyde - ~~redacted~~ - will e-mail Nothing from Cindy - she'll fax - Review faxed KGB memo and provide copy to Nathaniel- review and mark up and tab - ~~redacted~~ Receive partial KGB Memo by e-mail Call to and conf with Chuck- ~~redacted~~ need him for signing by Noon- will forward Memo when fully recieved Work with Nathaniel on affidavit references - do most exhibits to Memo- gather exhibits for scanning Arrange for final of Pool Affidavit Conf with Chuck - sign and notarized Aff. - arrange for scanning - conf with Chuck a ~~redacted~~ | 4.00 200.00/hr | | 800.00 |

POOL, CHARLES

Page     18

| Date | | | Description | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|---|
| 1/6/2006 | - | GGC | Review and markup Nathaniel's draft and suggested changes- provide to and conf with Nathaniel-Scan KGB Motion to Dismiss and markup -Forward to Chuck Review and mark up next draft of Nathaniel's Opp Forward to Chuck for his review continue review and amendments - confs with Chuck work with Nathaniel and place in final working new system - review Docket and print- Arrange for mail to all counsel - E-mail to Scott- Forward to Chuck | 3.00 200.00/hr | | 600.00 |
| | - | NSC | Reviewing and revising successive drafts of response to plaintiffs' motion for TRO; review and revise according to GGC revisions | 3.50 150.00/hr | | 525.00 |
| | - | NSC | Finalize revisions to memoradum in opposition, affidavit of C. Pool; locate add exhibits to motion and review opposition brief with correct citations; scanning and filing documents with District Court | 2.40 150.00/hr | | 360.00 |
| | - | NSC | Review and analysis of KGB's memorandum in opposition to plaintiffs' motion; analysis of content for possible additional points for Pool's Opposition; review exhibits for citation in Pool's brief rather than refiling of exhibits | 1.30 150.00/hr | | 195.00 |
| 1/7/2006 | - | GGC | Review and compare original Complaint and Amended Complaint - note changes Start draft of Answer, ████████████████ | 1.30 200.00/hr | | 260.00 |
| 1/9/2006 | - | GGC | ██████████████████████████████ ██████████████████████████████████ ███████ interference - economic justification - pain Lexis search on specific ████████ce | 1.40 200.00/hr | | 280.00 |
| | - | GGC | Conf with Scott - he'll forward Notices from Court - I didn't receive - review e-mails - conf with Nathaniel and Ranae - they will get straight with the system manager - Nathaniel will talk to Scott | 0.30 200.00/hr | | 60.00 |
| | - | NSC | Telephone conference with Borough Attorney regarding case docket, deadlines and possible hearing/oral argument; review court online docket | 0.30 150.00/hr | | 45.00 |
| | - | GGC | Search and print various cases ██████████████ Review Fed Civil Rules for timing - venue and telephonic participation - | 0.80 200.00/hr | | 160.00 |
| | - | GGC | ████████████ Intentional Interference - ██████ - ██████ justification" | 0.40 200.00/hr | | 80.00 |

**EXHIBIT** _____A_____

Page _18_ of _34_ Page(s)

POOL, CHARLES

Page   19

| Date | | | Description | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|---|
| 1/9/2006 | - | NSC | Receipt and review of notice from District Court clerk regarding administrative rules regarding electronic filing of documents in Schade/Merrell matter | 0.20 150.00/hr | | 30.00 |
| 1/10/2006 | - | GGC | E-mail to Chuck ████████████████████ ██████████████████ | 0.40 200.00/hr | | 80.00 |
| | - | GGC | Conf with Chuck - He ████████████████ ████████████████████████████████ ████████████████████████████████ ████████████████████████████████ counterclaim ██████████████████████████ counterclaim ████████████████████████████ with Scott - ███████████████████████████ Mer████████████████████████████████ necessary cases | 0.30 200.00/hr | | 60.00 |
| | - | NSC | Receipt and review of Plaintiffs reply in support of motion for temporary restraining order; review extensive footnotes and notes regarding follow up areas | 0.70 150.00/hr | | 105.00 |
| | - | GGC | Scan and fax Plaintiff's Reply to Chuck - copy to Nathaniel - Review and markup Reply | 0.70 200.00/hr | | 140.00 |
| | - | NSC | Telephone conference with US District Court filing clerk regarding changes to filings; email to staff regarding changes | 0.20 150.00/hr | | 30.00 |
| 1/11/2006 | - | GGC | Review and print electronic notification from Court and copy of Reply - review docket - Oral Agrmuent requested on Motion for Expedited Hearing - Call to Scott - LM -██ Nathaniel █████████████████████████████████████ for Oral Argu█████████████████████████████████████ ███████████ Conf█████████████████████████████ R████ Stone is what Lisa ██████████ of Lisa if there was any money ██████ from Chuck - ███████████ If so, w████ he█████████████ Consider████████████████████████ computer search of all ███████████████ will███████████████████████████ TRO granted | 0.60 200.00/hr | | 120.00 |
| | - | GGC | Extended discussion with Scott - █████████████████████ arg██████████████████ Mock███████ to money received ███████████ first Auction - $1,000 with ████████ will fax copy of Sale Agreemet - sign██████████ Stock of First Auction - re██████████████████████████████████████ Conf with Scott a████ Plaintiff's ongoing contention ████████ the b████ I will get ███████████████ from ADN and o██ with hi████████████ public documents from Boro - agenda st██████████████████████████████████████████ █████████████████████████████████████████ Conf w████████ computer re████████ of Stone████ 9/4 Auction | 0.70 200.00/hr | | 140.00 |

POOL, CHARLES

Page    20

| | | | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|---|
| | | ~~approval post sends and other adjournments whatsoever~~ ~~Notify Ketchikan - Yearly rate for research~~ | | | | |
| 1/11/2006 | - | NSC | Analysis of issues regarding plaintiffs' reply brief and consider possibility/need to request oral argument | 0.30 150.00/hr | | 45.00 |
| 1/12/2006 | - | GGC | ~~Review~~ ~~Conf with Scott - L~~ ~~notes~~ ~~w~~ ~~ion of re and not sow~~ ~~ERB~~ ~~w~~ ~~also tax th~~ ~~ement signed by Ch~~ | 0.30 200.00/hr | | 60.00 |
| | - | NSC | Review exhibits to opposition and review documents and legal research/attorney notes from preparation of opposition; discuss differences in exhibits; receipt and review of filing notices and review electronic filings regarding request for oral argument | 0.80 150.00/hr | | 120.00 |
| | - | GGC | Conf with Nathaniel - poi ~~from reply that are wrong~~ ~~and con~~ ~~for Oral Argument~~ ~~Judge~~ ~~pl~~ ~~week on~~ ~~M~~ ~~such~~ ~~Reply which will be~~ ~~nec~~ ~~to my hearing~~ ~~er~~ ~~with~~ ~~cations and Request for all the~~ ~~rec~~ ~~ddi~~ ~~lide that will~~ ~~sh~~ ~~plainti~~ ~~plid~~ ~~fion for all the~~ ~~public info that was available~~ | 0.30 200.00/hr | | 60.00 |
| | - | NSC | Discuss new developments with GGC re ~~request for~~ ~~oral argument~~ ~~th~~ ~~Reply~~ ~~aff~~ ~~discuss exhibit identification~~ | 0.30 150.00/hr | | 45.00 |
| | - | GGC | Start re review of Reply and mark up - Conf with Chuck - status Oral Argument- S ~~et~~ ~~rg~~ ~~b~~ ~~ay tone~~ ~~wi~~ Continue re review of Reply and notes - call from and conf with Scott - h ~~is rethinking~~ ~~t~~ ~~ill~~ ~~Request must~~ be filed today - ~~he is~~ Continue review of Reply- Conf with Chuck - ~~h~~ ~~con~~ ~~change~~ ~~hi~~ ~~RB~~ ~~or Oral Arg~~ ~~his~~ Motion to D ~~R~~ ~~b~~ Ketchikan first week in February ~~gg~~ ~~the request~~ Oral Argument ~~equest that it be~~ ~~h~~ ~~late will process~~ ~~to~~ ~~Stay until Oral Argument on both ERB~~ ~~motion~~ ~~to~~ ~~argue jointly plaintiffs op~~ ~~M~~ ~~s~~ ~~is~~ ~~due next Tuesday- so is our joined in motion to dismiss~~ ~~lines idea - will start drafting~~ Conf with C lay - co ~~m~~ ~~due in Ketchikan Feb 7.0~~ | 2.60 200.00/hr | | 520.00 |

EXHIBIT    _A_

Page _20_ of _34_ Page(s)

POOL, CHARLES

Page    21

|  | Hrs/Rate | Tax# | Amount |
|---|---|---|---|

Conf with Chuck - status - ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Dictate Joinder-▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Conf with Nathaniel - ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Amend Joinder

| 1/12/2006 - | GGC | Open and download and print Boro's request for Oral Argument and Return of Service and note date for Answer - make note to ook for return of service on Pool and any establishemnt of date for Answer- arrange for fax of Oral Argument to Chuck in morning | 0.30 200.00/hr | | 60.00 |
|---|---|---|---|---|---|
| 1/13/2006 - | GGC | Re-review Scott's request for Oral Argument - and scan plaintiffs' Motion for TRO and PI - amend draft joinder- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 0.50 200.00/hr | | 100.00 |
| - | GGC | Conf with Nancy Kaste - scope of computer searech - copies of all - ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Open -download and print Opp to argument in Ketchikan from plaintiffs and review Forward to Chuck Call from and conf with Scott- K▮▮▮▮▮▮▮▮▮▮▮▮▮ | 0.70 200.00/hr | | 140.00 |
| - | NSC | Review request for oral argument; draft joinder re oral argument and plaintiffs' response/opposition regarding oral argument; discuss how to present issue to court | 0.50 150.00/hr | | 75.00 |
| - | GGC | Conf with Nathaniel - ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Review landugage from Scott Significantly amend Joinder and dictate Review and amend and send to Chuck ▮▮▮▮▮▮▮▮▮▮▮ Conf with Chuck - ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Brief conf with Nathaniel | 1.30 200.00/hr | | 260.00 |

POOL, CHARLES

Page    22

| Date | | | Description | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|---|
| 1/13/2006 | - | NSC | Reviewing KGB's request for oral argument and Plaintiffs' partial opposition to request; extensive revising of Pool's joinder in request for oral argument | 0.70 150.00/hr | | 105.00 |
| | - | NSC | Locate and review Alaska caselaw regarding intra-district transfers for case management and hearings in support of joinder in request for oral argument to be in Ketchikan | 0.30 150.00/hr | | 45.00 |
| | - | GGC | Review suggested amendments from Clay - review Nathaniel's suggested amendments - redraft and rerun - Review and again Amend - E-mail to Chuck E-mail to Scott  Conf with Scott - ~~█████~~ Conf with Chuck - ~~█████████████~~ Arrange for final with minor cleanup  File | 1.40 200.00/hr | | 280.00 |
| 1/14/2006 | - | GGC | Review Docket - opp to Motion to Dismiss due 1/17 - consider - want of record prior to plaintiffs filing thier opp.- draft joinder - e-mail to Nathaniel - e-mail to Chuck | 1.30 200.00/hr | | 260.00 |
| 1/16/2006 | - | GGC | Conf with Chuck - Joinder in Motion to Dismiss- AOK Print and fax Joinder to Scott- Conf with Scott- ~~███████~~ ~~████████████████████████████~~ | 0.30 200.00/hr | | 60.00 |
| | - | GGC | Conf with Scott - Joinder on Motrion to Dismiss - AOK Arrange for final Review and print Substitution Amend Joinder to delete Seaver and change service by mail and delete fax | 0.50 200.00/hr | | 100.00 |
| | - | GGC | Review final and arrange for electornic filing and service - conf with Scott - ~~████████████████████████~~ ~~████████████████████████████~~ ~~████████████████████████████~~ ~~████████████████████████████~~ | 0.30 200.00/hr | | 60.00 |
| | - | NSC | Reviewing and revising motion for joinder with Borough's motion and assist in filing thereof | 0.40 150.00/hr | | 60.00 |
| 1/17/2006 | - | GGC | Scan, download and print Plaintiffs' Opp to Motion to Dismiss, Partial Opp to Joinder and Nelson Affidavit - file pdf in computer file and arrange for filing and indexing in hard file - forward to Chuck as attachments- copy to Nathaniel for his review and thoughts. | 0.40 200.00/hr | | 80.00 |
| | - | NSC | Receipt and review of multiple filings with federal court regarding plaintiffs' oppositions and responses to hearing request and joinder in motion to dismiss, analysis of plaintiffs' positions and discuss with GGC; receipt and review of court orders setting deadlines | 0.80 150.00/hr | | 120.00 |

EXHIBIT ___A___

Page 22 of 34 Page(s)

POOL, CHARLES

| | | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 1/19/2006 - | GGC | Review Plaintiffs' Opposition to Motion to Dismiss - affidavit - and partial opp to Joinder in Oral argument- arrange for filing and indexing | 0.40 200.00/hr | | 80.00 |
| 1/20/2006 - | GGC | Conf with Scott - ▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ for Answer, ▓▓▓▓▓▓ Rules and advise ▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ - | 0.30 200.00/hr | | 60.00 |
| - | GGC | Download and print Minute Order - review and save to file - forward to Chuck with note - seek date of service | 0.30 200.00/hr | | 60.00 |
| - | GGC | Review Federal Rule 12 (b)(6) - ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ a responsive ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ question - does the ▓▓▓▓▓▓▓▓ Motion to Dismiss ▓▓▓▓▓▓▓▓ Review ▓▓▓▓▓▓▓▓▓ to Federal Rule ▓▓▓▓▓▓▓▓ Reply to State Defendants▓▓▓ ▓▓▓▓▓▓▓▓ print - conf with Nathaniel - will do lexis/nexis search on specific issue | 0.50 200.00/hr | | 100.00 |
| - | NSC | Legal research and analysis of federal rules ▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 1.00 150.00/hr | | 150.00 |
| - | GGC | Reivew and save to file Order for Boro code- print -froward to Chuck - conf with Chuck - ▓▓▓▓▓▓▓▓"Complaint" on 12/00 - issue being ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ after resolution of Motion to Dismiss ▓▓▓▓▓▓▓▓▓ Conf with Nathaniel - ▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ filed and I will forward to Scott | 0.30 200.00/hr | | 60.00 |
| - | GGC | Conf with Nathaniel - ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓ ▓▓▓ Motion to Dismiss ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ conf with Scott - ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.20 200.00/hr | | 40.00 |
| - | GGC | Download and print Plaintiff's Response to Order for KGB Code -and save to file - only one page of claimed 2 - Review e-mail from Scott re timing of his Reply -need to check ??? Dowqnload and print Summons and Return of Service on Pool - 12/27???- save to file | 0.40 200.00/hr | | 80.00 |
| - | NSC | Review and analysis of KGB's reply brief regarding its motion for summary judgment; note approval of draft to GGC | 1.10 150.00/hr | | 165.00 |
| - | GGC | Download and print Boro's filing - save to file | 0.20 200.00/hr | | 40.00 |

POOL, CHARLES

Page   24

| | | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 1/20/2006 - | NSC | Obtain recent version of court's docket for GGC review of recent filings; discuss KGB reply brief and standards on 12b6 vs. motion for summary judgment under rule 56 | 0.50 150.00/hr | | 75.00 |
| - | GGC | Review Scott's draft Reply and mark up - review 12 (b) (6) - call to Scott - LM - Conf with Nathaniel - ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ - Arrange for new Docket | 0.80 200.00/hr | | 160.00 |
| 1/22/2006 - | GGC | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and 56 motions - ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ that any information outside the Complaint is being ▮▮▮▮▮▮▮▮▮▮ Court Can docket the ▮▮▮▮▮▮▮▮ pending 1996 Amended ▮▮▮▮▮ on rule as a ▮▮▮▮▮▮▮▮ of law- | 0.50 200.00/hr | | 100.00 |
| 1/23/2006 - | GGC | Conf with Scott - ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ readily given - (12)(Y6) - push consent to ▮▮▮▮▮6 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮ to consider any ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ th▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮t book ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮/ fi▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮t Download, save to file and print Docket 42 Plaintiffs' Response to Order for production of ordinance | 0.40 200.00/hr | | 80.00 |
| - | GGC | Review and consider FR 12 (b)(6) and annotations. Review First Amended Complaint.  Draft amendment to Scott's Reply - Create redline - E-mail to Scott - copy to Chuck, Nathaniel setting out concept and attaching redline - Review Docket - confirm Scott's impression that he has till 2/1 to file Reply- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ I will please ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ for ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Scott | 2.70 200.00/hr | | 540.00 |
| - | GGC | Review e-mail from Scott - reply with copy to Nathaniel and Chuck- conf with Nathaniel | 0.20 200.00/hr | | 40.00 |
| - | NSC | Review correspondence emails regarding reply brief and applicable standards; legal research regarding treating motion as failure to state claim, not as summary judgment - review standards | 0.60 150.00/hr | | 90.00 |

EXHIBIT    A

Page 24 of 34 Page(s)

POOL, CHARLES

| Date | | | Description | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|---|
| 1/24/2006 | - | GGC | Review case excerpts and discuss with Nathaniel- ▮▮▮▮ Judicial Notice authority is useful for asking the Court to take ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 0.30 200.00/hr | | 60.00 |
| | - | GGC | Further debate with Nathaniel ▮▮ Ordinance as opposed to Resolution- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Start e-mail to Scott Call from and Conf with Chuck- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮ Chuck will ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮y Suggest Nathaniel do lexis/nexis search on ▮▮▮▮▮▮▮▮▮▮▮▮ in Ak State Statutes and in Brorough code - redirect draft memo to Scott back to me and Nathaniel Nothing in State Stautes on ▮▮▮▮▮▮▮▮▮ | 1.20 200.00/hr | | 240.00 |
| | - | NSC | Legal research regarding legal standards for motions to ▮▮ compel and the materials which the Court may consider in a ▮▮▮▮ to motion, specifically can the court review ordinances ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ the judicial notice of them | 2.20 150.00/hr | | 330.00 |
| | - | NSC | Discussions with GGC regarding motion to dismiss issues and the legal standard ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ address ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ legal search and ▮▮▮▮▮▮ regarding motion to dismiss issues including dabating ▮▮ resolution vs. ordinance and whether ▮▮▮▮▮▮▮▮ to properly grant a motion to dismiss ▮▮▮▮ complaint with the court using outside materials | 2.40 150.00/hr | | 360.00 |
| 1/25/2006 | - | GGC | Amend draft and forward e-mail to Scott -cc to Chuck and Nathaniel | 0.20 200.00/hr | | 40.00 |
| 1/26/2006 | - | GGC | Review e-mail from Scott - Forward to Nathaniel with note for follow up | 0.20 200.00/hr | | 40.00 |

POOL, CHARLES

Page    26

| | | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 1/26/2006 - | NSC | Receipt, review and analysis of email correspondence from Borough Attorney and GGC regarding issues for legal research in support of KGB's reply brief | 0.50 150.00/hr | | 75.00 |
| - | GGC | Conf with Scott- ~~████████████████████~~ ~~████████████████████~~ ~~████████████████████~~ ~~████████████████████~~ - conf with Nathaniel - scope of what he'll provide | 0.40 200.00/hr | | 80.00 |
| - | GGC | ~~████████████████████~~ ~~████████████████████~~ ~~████████████████████~~ elpful | 0.0 ~~0.20~~ 200.00/hr | | 0.00 ~~40.00~~ |
| - | NSC | Legal research and analysis of conversion of motion to dismiss into one for summary judgment, federal standards on nationwide search; discuss with GGC Borough Attorney's thoughts on issue | 1.20 150.00/hr | | 180.00 |
| - | GGC | Scan e-mail from Scott - provide to Nathaniel | 0.10 200.00/hr | | 20.00 |
| - | NSC | Legal research and analysis of specific documents court can rely upon in motion to dismiss, inc~~████████████~~ ~~████████████████████~~ ~~████████████████████~~ ~~████████████████████~~ attorney | 1.10 150.00/hr | | 165.00 |
| 1/27/2006 - | GGC | Review draft e-mail of authority from Nathaniel - comment and send back for final to Scott and Chuck | 0.30 200.00/hr | | 60.00 |
| - | NSC | Complete legal research regarding material court may rely upon in ruling upon a motion to dismiss and draft an email with citations to authority to Borough attorney and forward draft to GGC for review and comment; review response and revise email and forward to Borough attorney | 1.50 150.00/hr | | 225.00 |
| 1/28/2006 - | GGC | REview Nathaniel's memo to Scott and consider - arrange for new subfile for Motion to Dismiss | 0.20 200.00/hr | | 40.00 |
| 1/30/2006 - | GGC | Review plaintiffs non-opp to Pool joinder - place in computer file and print - forward to Chuck | 0.30 200.00/hr | | 60.00 |
| - | NSC | Receipt and review of notice regarding opposition to joinder - review plaintiffs' comments to court | 0.30 150.00/hr | | 45.00 |
| 1/31/2006 - | GGC | Open, scan, save to file and print Boro's Reply to Opp to Motion to Dismiss - Forward to Chuck and Nathaniel | 0.30 200.00/hr | | 60.00 |
| - | GGC | Closer scan of Boro Reply- put in subfile of Motion to Dismiss for detail review and follow up in prep for oral argument | 0.30 200.00/hr | | 60.00 |

POOL, CHARLES

Page    27

| Date | | | Description | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|---|
| 2/1/2006 | - | GGC | Conf with Scott - ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ - locate and print all documents for OA - start review and mark up - consider overall approach to OA | 1.80 200.00/hr | | 360.00 |
| 2/2/2006 | - | GGC | Conf with Scott - ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ - continue review and mark up | 0.80 200.00/hr | | 160.00 |
| 2/3/2006 | - | GGC | Conf with Scott - ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ - ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ - ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Conf with Nancy Kasky - has some documents - seeking more from Teey - will call back - Conf with Boro Clerk - no copy of televised Assembly Meetings - GCI - Conf with GCI - don't maintain Call to Chuck - LM Review Chuck's Affidavit - and records of GFP aquisition and Boro take over Continue drafting- Pull Assembly transcripts and review portions | 1.80 200.00/hr | | 360.00 |
| | - | GGC | Continue review and drafting - e-mail to Scott Meeting with Scott - ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ may ▓▓▓▓▓▓▓▓▓ Meeting with Nancy at Daily News - pick up papers that she gathered Review note from Chuck - conf with him E-mail rough draft Oral Argument to Chuck with note | 3.20 200.00/hr | | 640.00 |
| | - | NSC | Review notes for oral argument of both GGC and Borough attorney | 0.50 150.00/hr | | 75.00 |
| 2/4/2006 | - | GGC | Pull and fax Scott's notes on Oral Argument to Chuck | 0.20 200.00/hr | | 40.00 |
| 2/6/2006 | - | GGC | Review most briefs for and against TRO and for and against Motion to Dismiss and for Summary Judgment and Chuck's affidavit and other supporting documents - notes and outline of further arguments for Oral Argument | 4.20 200.00/hr | | 840.00 |
| 2/7/2006 | - | GGC | Review fax from Chuck - call to Chuck - LM Conf with C huck - ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓ | 0.40 200.00/hr | | 80.00 |
| | - | GGC | Review stack of newspapers from Nancy ▓▓▓▓▓▓▓▓▓ and ▓▓▓▓▓▓ arrange for ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ and help organize and think on TRO | 0.60 200.00/hr | | 120.00 |
| | - | GGC | Restructure and redraft major portions of oral argument on home computer and e-mail to office | 2.00 200.00/hr | | 400.00 |

POOL, CHARLES

Page    28

| Date | | | Description | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|---|
| 2/8/2006 | - | GGC | ~~Consider same - wrestle with logical sequence of discu~~ ~~peroration - amend - e-mail to Scott - cc to Chuck~~ Call to Scott - ~~LM~~ ~~~~ - Call to Chuck - Left same message with Laura Provide latest draft to Nathaniel for review and comment | 0.80 200.00/hr | | 160.00 |
| | - | GGC | Conf with Scott - ~~e-mail from N~~ ~~suggestion from~~ ~~nelson's argument, discuss our~~ ~~~~ ~~~~ ~~suggest that we oppose co~~ ~~~~ Review Nelson e-mail - forward to Chuck Review Scott's e-mail of points in Oral Argument Forward to Chuck and Nathaniel Conf with Chuck - ~~~~ | 0.50 200.00/hr | | 100.00 |
| | - | NSC | Review and analysis of GGC proposed oral argument, revise and discuss changes to argument; additional discussion regarding proposed changes and affect on argument regarding connection of Pool and property in lawsuit, ~~~~ ~~~~ ~~~~ | 1.40 150.00/hr | | 210.00 |
| | - | GGC | Review notes from Nathaniel on suggested changes to Oral Argument - Argue prep~~~~ ~~~~ ~~~~ ~~~~ ~~~~ Review e-mail form Scott with his suggestions. Amend Review and print e-mail from Nelson's office and attachment of Dr.'s note Conf with Chuck - ~~~~ ~~~~ at ~~~~ Conf with Chuck- ~~~~ Appear in Court Continued to 2/13 at 9:30- call into Court in Anchorage Agree with Scott to do from our office. | 3.50 200.00/hr | | 700.00 |
| 2/9/2006 | - | GGC | Conf with Chuck - ~~~~ - ~~~~ | 0.10 200.00/hr | | 20.00 |
| 2/10/2006 | - | GGC | Call to Scott - LM - Again- Conf with Scott - ~~~~ ~~~~ | 0.20 200.00/hr | | 40.00 |

**EXHIBIT** _A_

Page _28_ of _34_ Page(s)

POOL, CHARLES

Page    29

| | | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 2/11/2006 - | GGC | E-mail to Scott on number<br>Review OA<br>Recite and time OA - 13 minutes<br>Consider and adjust ending | 0.50<br>200.00/hr | | 100.00 |
| 2/13/2006 - | GGC | E-mails with Scott<br>Organize Documents/ Pleadings/Exhibits for  Oral Argument<br><br>Arrange for set up in conference room with frisbee<br>Scan OA<br>Hearing and argument<br>Judge took under advisement<br>Conf with Laurie | 1.50<br>200.00/hr | | 300.00 |
| - | GGC | Review e-mail from Court - Docket - Under Advisement -<br>print and arrange for filing | 0.20<br>200.00/hr | | 40.00 |
| - | GGC | Open and scan new entry on Docket - open new Document<br>and print - provide to Nathaniel for review - Conf with Scott's<br>office - sick- Cindy has read and confirms- call from Scott -<br>hasn't seen - just Cindy - He is tied up in a greievance with<br>Carolyn Thomas tomorrow - I'll start draft of Motion for<br>Attorney fees - call to Laurie - she'll call Chuck - I'll e-mail<br>momentarily - conf with Leighla - ▉▉▉▉▉▉▉▉▉▉<br>▉▉▉<br>Review Decision<br>E-mail to Bob Norton -cc to Chuck<br>E-mail to Scott - cc to Chuck | 1.80<br>200.00/hr | | 360.00 |
| - | NSC | Review electronic filings by court; review court's ruling<br>denying preliminary injunction and dismissing case | 0.30<br>150.00/hr | | 45.00 |
| 2/14/2006 - | GGC | Scan Fed Rule 54 and Local Rule - costs and attorney fees -<br>15 days?? - need for a form of Judgment ?? - Conf with<br>Nathaniel - ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉<br>▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉<br>▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉<br>▉▉▉▉▉▉▉▉▉▉ | 0.60<br>200.00/hr | | 120.00 |
| - | GGC | Down load, Review and print Judgment- Forward to Chuck -<br>FYI - review 1/06 Local Rule on costs and Atty fees -<br>amended since March 05- change on Diversity - what is the<br>point or effect<br> Discuss with Nathaniel<br>Print new Docket | 0.30<br>200.00/hr | | 60.00 |
| - | NSC | Obtain most recent editions, review and analysis of local<br>rules, Alaska Civil rules and Federal District Rules regarding<br>motions for attorneys' fees and motions to tax costs in light of<br>court ruling on motion to dismiss | 1.20<br>150.00/hr | | 180.00 |

POOL, CHARLES

Page    30

| | | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|

2/14/2006 - NSC  Legal research and analysis of burden and standard applicable to motion for attorneys' fees in federal court; ~~██████████████████████████~~ review and analysis of filings and court rulings in previous federal cases dealing with Alaska Rule 82
    1.80  150.00/hr  270.00

  - NSC  Initial drafting of motion for full attorneys' fees and affidavit in support thereof
    2.20  150.00/hr  330.00

  - NSC  Receipt and review of court judgment in favor of defendants and check timing for filing of motion to tax costs; begin gathering bills for costs motion
    0.40  150.00/hr  60.00

2/15/2006 - GGC  Confs with Norton - Stewart won't issue insurance or close till appeal time runs - needs appeal time - will send letter to that effect - need for Court
    0.30  200.00/hr  60.00

  - NSC  Legal research and analysis of rules of appellate procedure regarding timeframe for filing notice of appeal, preparation of record and filing of briefs; breif search for authority regarding effect of stay on appeal on sale of property
    0.70  150.00/hr  105.00

  - GGC  Conf with Nathaniel - Rule 4 -30 days - E-mail to Bob Norton with Judgment and Order attached - cc to Chuck -
    0.40  200.00/hr  80.00

  - GGC  ~~████~~ to Chuck ~~████████████ of exceptions~~ ~~████████████████~~ *0.0* ~~0.50~~ 200.00/hr  *0.00* ~~100.00~~

  - GGC  ~~E-mail from ████ review and reply ████~~ *0.0* ~~0.10~~ 200.00/hr  *0.00* ~~20.00~~

  - NSC  Discuss title company's refusal to close before appeal time has run; review court opinion regarding plaintiffs' lack of legal interest in the real property
    0.30  150.00/hr  45.00

  - NSC  Drafting of motion for full attorneys' fees ~~████████████~~ ~~████████████████of full attorney's fees~~ review of ruling on motion to dismiss
    0.60  150.00/hr  90.00

2/16/2006 - GGC  Pull correspondence file and review most recent e-mails to Chuck - Call to and conf with Chuck - ~~████████~~ - read new e-mail from Norton - not willing to proceed till appeal time runs - ~~how to play with Borough ████████ to position as ████████████████████ to Nelsen for a ████████ ██████████ claim - need for Scott to "renounce" any appeal ████████ my settlement - I think that if he doesn't recover or in fact appeals ████ will simply prove the wrongful ████████████ and increase the damages - I'll talk to Scott about ████████████████ check to Chuck before talking to Nelsen ████████ will consider whether he wants ████████████████ ████████ and all exceptions - I recommend 14 Okung on that I ████████ in Barnes v Pierce as ████████ Norton to consider applie████ Tract 1992 - should take no more than ████████ hours~~
    *.20*  ~~0.50~~ 200.00/hr  *40.00* ~~100.00~~

POOL, CHARLES

| | | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|

[text redacted]

| | | | | | |
|---|---|---|---|---|---|
| 2/16/2006 - | NSC | Discuss status of closing and other possible agreements with Borough and Plaintiffs short of full attorneys' fees and appeal; additional drafting of motion for full attorneys' fees | 1.00 150.00/hr | | 150.00 |
| 2/17/2006 - | GGC | [text redacted] | 0.0 ~~1.30~~ 200.00/hr | | 0.00 ~~260.00~~ |
| - | GGC | [text redacted] | 0.0 ~~0.60~~ 200.00/hr | | 0.00 ~~120.00~~ |
| - | GGC | Conf with Chuck - provide [text redacted] | (0.0) ~~1.20~~ 200.00/hr | | 0.00 ~~240.00~~ |

EXHIBIT _____A_____

Page _31_ of _34_ Page(s)

POOL, CHARLES

Page    32

| | | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|

████████████████████████
████████████████████████
████████████████████████
Agreement - January ████████████████
████████████████████████
h██████████████████
████████████████████████
████████████████████████
████████████████████████
████████████████████████
████████████████████████
████████████████████████
Provide another copy of Jan 25 Billing

2/21/2006  -  GGC  Conf with Scott - h██████████████████    0.40    20.00
██████████████████████    200.00/hr    ~~80.00~~
████████████████████
Conf with Chuck - re████████████████████
- v█████████████████ further delay will further
je████████████████████████████
C████████ would like the question █████████
d█████████ ██ interest in buying ████ from Chuck - wants to
h██████████████████████

-  GGC  Conf with Scott    0.50    100.00
██████████████████████    200.00/hr
Teleconf - patch in Scott - call to Nelson - out till Monday - get
legal assistant on phone- Heather
patch in Scott - lay our points and ask that she pass them on
to Nelson - need a call from him and/or his clients on a
proposal f██████████████████████████████
V██████████ - Title company won't issue insurance
and won't close till apeal time runs- she'll pass on to Nelson
and ask that he call
Conf with Chuck - relate above

-  GGC  Set up book of copies of bill - mark up and clean - start    1.20    240.00
review of each individual charge and deletion of those not    200.00/hr
relevant to lawsuit and the privilieged material in other entries

2/22/2006  -  GGC  Call from and conf with Rick Nelson - ████████████    0.20    40.00
re██████████████ ██ as to what plaintiffs █████ offer to Pool    200.00/hr
and B██████ ███████ motion for attorney fees ████████ joint
fe███████ interference - I will ████ to clients and ████ I will
p███████████ discussion to Scott P. I ████████████████
pl██████ or not ██████████ may Pool for the property
th███████████████████████ █ sed with Scott P. First will talk
to client and go █████████

POOL, CHARLES

| | | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 2/22/2006 - | GGC | Conf with Nelson - ▓▓▓▓▓▓ ▓▓▓▓▓ 000 to purchase ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Conf with Chuck - o▓▓▓▓▓▓▓▓ starter - go back to attorney ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓ sending an ▓▓▓▓▓ letter that title company weak ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ damages being exaggerated - ▓▓▓▓ If ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ proceed with call to Nelson | 0.40 200.00/hr | | 80.00 |
| - | GGC | Call to Rick Nelson- Left detailed message - ▓▓▓▓▓▓▓ non starter - not in ▓▓▓▓▓▓▓▓▓▓▓ instead consider offer for ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ up their claim for attorney fees and ▓▓▓▓▓▓▓▓▓ their Wrongful interference clai▓▓ Dictate letter to Nelson | 0.50 200.00/hr | | 100.00 |
| - | GGC | Download and print Scott BE motion for attorney fees and costs and affidvit - save to file | 0.20 200.00/hr | | 40.00 |
| - | NSC | Receipt and review of court filings by KGB regaridng motion for attorneys fees and costs; review of exhibits re bills; drafting and revising motion for full attorneys' fees | 1.50 150.00/hr | | 225.00 |
| - | GGC | Call from and conf with Nelson - re▓▓▓▓ my prior message re g▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ buyers, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ defending against themselves ▓▓▓ pushing for a figure from Chuck- he has been offended ▓▓▓▓▓ offer - this was going to be a lowball offer - Nelson demaned to ▓▓▓▓ Advising that I have ▓▓▓▓▓ fight with Chuck on putting plaintiff on notice of their suit ▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓, and suggesting that they make an effort to ▓▓▓▓▓▓ forget attorney fees and ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ advise that this is ne▓▓▓▓▓▓▓▓ plaintiffs - Nonetheless I will review that draft le▓▓▓▓▓▓ review with Pool and ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ - I t▓▓▓▓▓▓▓▓▓▓▓ plaintiffs want to buy and asks that I ta▓▓▓▓▓▓ ▓▓▓▓▓▓ and assure him that they did not mean to ▓▓▓▓ this ▓ they need a figure Call to and conf with Chuck- re▓▓▓ all above ▓▓▓▓▓▓▓▓▓ ▓▓▓▓ fight with one ▓▓▓▓▓▓ will provide him - Suggest that ▓▓▓▓▓ a tommow ▓▓▓▓▓ Review and ▓▓▓▓▓▓▓▓▓ letter- E-mail to Chuck with note | 0.70 200.00/hr | | 140.00 |
| - | NSC | Review federal and local rules with GGC to confirm timeframe for filing costs and motion for attorneys' fees | 0.20 150.00/hr | | 30.00 |
| - | GGC | Work through time slips and mark up deletions and adjustments - Conf with Nathaniel - ti▓▓▓▓▓▓▓▓▓ for actual a▓▓▓▓▓▓▓▓▓▓▓▓ though actual trime slips not needed ▓▓▓▓▓▓ that I am working through and deleting and adjusting | 1.30 200.00/hr | | 260.00 |

EXHIBIT _____A_____

Page 33 of 34 Page(s)

POOL, CHARLES

Page   34

| | | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 2/23/2006 - | GGC | Pull up draft letter -call to and conf with Chuck - ~~[redacted]~~ ~~[redacted]~~ Review draft letter - change date - arrange for final | 0.30 200.00/hr | | 60.00 |
| - | GGC | Review and execute final - faxed - e-mail to Nelson - cc to Scott- bcc to Chuck Conf with Scott ~~[redacted]~~ ~~[redacted]~~ ~~[redacted]~~ | 0.40 200.00/hr | | 80.00 |
| - | GGC | Work on redacting time slips and charges for accurate Atty Fee motion affidavit | 2.30 200.00/hr | | 460.00 |
| - | NSC | Discuss fees and costs with GGC; affect on and drafting of motion for costs and fees | 0.40 150.00/hr | | 60.00 |
| | | For professional services rendered | 13.60 | | $2,615.00 |

*(handwritten annotations: ".2" and "40.00" near the second GGC line; "0.40" circled and "80.00" struck through)*

EXHIBIT _____ A _____

Page 34 of 34 Page(s)