Geoffrey G. Currall, Esquire
Alaska Bar No: 7011053
KEENE & CURRALL, P.C.
540 Water Street, Suite 302
Ketchikan, Alaska 99901
Phone: (907) 225-4131
Fax: (907) 225-0540
E-mail: info@keenecurrall.com

Attorneys for Defendant, Charles Pool

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| JOERGEN SCHADE and ROBERT MERRELL, <br><br> Plaintiffs, <br><br> v. <br><br> KETCHIKAN GATEWAY BOROUGH and CHARLES POOL, <br><br> Defendants. | Case No. J05-0017 CV (RRB) |

**ORDER RE ATTORNEY'S FEES**

The Court having considered Defendant Charles Pool's Motion for Attorney's Fees and Memorandum in Support, any opposition thereto, and otherwise being fully informed:

IT IS ORDERED that attorney's fees in the amount of $ _____ are hereby awarded to Defendant Charles Pool as the prevailing party, and should be made part of the Final Judgment.

Dated this \_\_\_\_ day of _____, 2006.

By _____
    Ralph R. Beistline
    US District Court Judge

**ORDER RE ATTORNEYS FEES -** Page 1 of 2
*Schade and Merrell v. KGB and Pool -* Case No. J05-0017 CV(RRB)
Rd/farrel on server/clients/Pool, Charles, 25.109.D/ Order Re Attorneys Fees

**Certificate of Service**

This certifies that I am an authorized agent of Keene & Currall, for service of papers pursuant to Civil Rule 5, and that on the **24th** day of **February 2006**, I caused a true and correct copy of the foregoing to be:

- ■ **Mailed**
- ☐ Hand Delivered
- ☐ E-mailed
- ■ **Electronic Service thru CM/ECF**

to the following:

**Fax No.  (907) 789-1913**
Richard L. Nelson
Baxter Bruce & Sullivan, P.C.
Post Office Box 32819
Juneau, Alaska  99803
rnelson@baxterbrucelaw.com


**Fax No.  (907) 228-6683**
Scott Brandt-Erichsen
Ketchikan Gateway Borough
344 Front Street
Ketchikan, Alaska 99901
boro_law@borough.ketchika.ak.us


By     /s/ Geoffrey G. Currall          .
          Keene & Currall

**ORDER RE ATTORNEYS FEES -** Page 2 of 2
*Schade and Merrell v. KGB and Pool -* Case No.  J05-0017 CV(RRB)
Rd/farrel on server/clients/Pool, Charles, 25.109.D/ Order Re Attorneys Fees