**KEENE & CURRALL**
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
CURRALL OFFICE BUILDING
540 WATER STREET, SUITE 302
KETCHIKAN, ALASKA 99901

H. CLAY KEENE
GEOFFREY G. CURRALL
HENRY C. KEENE, JR.
BLAKE M. CHUPKA
NATHANIEL S. CURRALL
SHARON E. THOMPSON, PARALEGAL

AREA CODE (907)
TELEPHONE 225-4131
FACSIMILE 225-0640
E-MAIL: info@keenecurrall.com

February 23, 2006

**VIA FACSIMILE (907) 789-1913 and US MAIL**

Richard L. Nelson
Baxter Bruce & Sullivan, P.C.
Post Office Box 32819
Juneau, Alaska 99803

    Re:   *Schade, et al. v. KGB and Pool*
           J05-0017 CV (RRB)
           Our File 25.109.D

Dear Mr. Nelson:

      As I have previously advised you, Ketchikan Title Agency, Inc., the Closing Agent, has declined to provide title insurance and to close the sale of Tract 3017 from the Borough to Pool, at least until the Plaintiffs' time to appeal has expired. This notice of further delay in the Closing is provided because the ongoing delay is further jeopardizing Pool's previously viable opportunity to lease the property on a long-term basis to a public entity as an anchor tenant. This circumstance is only exacerbating the damages that Pool has already suffered as a result of the above-referenced law suit. If Plaintiffs do not promptly renounce and waive the right to appeal the Order of Dismissal, then Pool will conclude that the Plaintiffs are intentionally continuing their wrongful interference with his contract rights, and intentionally escalating the damages that he has and will continue to suffer as a result of their unjustified interference and lawsuit. This letter is meant to be documented notice to you and the Plaintiffs of these accumulating damages and is meant to be admissible in any subsequent litigation.

      By this letter I am requesting, on behalf of Charles Pool, that the Plaintiffs make an offer to Mr. Pool and the Borough to waive their appeal rights and to pay a specified amount of money to Pool and the Borough sufficient to justify their release of any claim for reimbursement of their attorney's fees incurred in the lawsuit and release of all claims for wrongful interference with their contract rights.

KEENE & CURRALL

Letter to Richard L. Nelson
February 23, 2006
Page 2

    Please advise Plaintiffs' position as soon as possible before more damages are incurred.

                        Sincerely,

                        Keene & Currall
                        A Professional Corporation

                        Geoffrey G. Currall

cc:    Charles Pool
       Scott Brandt-Erichsen

Rd/farrel on server/clients/Pool, Charles/25.109.D/Letter to Nelson 02'22'06