# ADDENDUM TO PROMISSORY NOTE (ZERO PREMIUM COLLAR)

| Principal | Loan Date | Maturity | Loan No | Call / Coll | Account | Officer | Initials |
|---|---|---|---|---|---|---|---|
| $500,000.00 | 01-03-2006 | 12-15-2015 | 7087211797 | | 411618 | F0438 | |

References in the shaded area are for Lender's use only and do not limit the applicability of this document to any particular loan or item.
Any item above containing "****" has been omitted due to text length limitations.

**Borrower:** John C. Pool
5362 North Tongass Highway
Ketchikan, AK 99901

**Lender:** Wells Fargo Bank, National Association
Shoreline
4966 North Tongass Highway
Ketchikan, AK 99901

This ADDENDUM TO PROMISSORY NOTE (ZERO PREMIUM COLLAR) is attached to and by this reference is made a part of the Promissory Note, dated January 3, 2006, and executed in connection with a loan or other financial accommodations between WELLS FARGO BANK, NATIONAL ASSOCIATION and John C. Pool.

To protect against fluctuations in interest rates with respect to the Note, Borrower has requested from Lender, and Lender has agreed to provide to Borrower, the Cap Rate and Floor Rate (the "Collar") defined below. The following provisions are hereby incorporated into the Note to reflect the Collar and the terms and conditions applicable thereto:

**Cap and Floor Rates.** Borrower has requested that Lender swap the floating rate of interest set forth in this Note (the "Floating Rate") for a rate of interest to be paid by Borrower to Lender (the "Swap") so that the rate of interest charged on this Note from the date hereof up to and including December 15, 2015 (the "Collar Maturity Date") shall at no time be greater than 8.87% per annum (the "Cap Rate") or less than 8.87% per annum (the "Floor Rate"), notwithstanding fluctuations in the Floating Rate that might cause the rate of interest on this Note to exceed the Cap Rate or be less than the Floor Rate. Under this Note, on each interest payment date Borrower is obligated to pay the Floating Rate to Lender. To effect the Swap, on each interest payment date Lender is obligated to pay to Borrower an amount equal to the excess, if any, of the Floating Rate over the Cap Rate, and Borrower is obligated to pay to Lender an amount equal to the excess, if any, of the Floor Rate over the Floating Rate. Until the Collar Maturity Date, on each interest payment date each party's obligation to make such payments will be offset against the other party's obligation to make such payments, and to the extent so offset will be automatically satisfied and discharged, so that Borrower's net obligation to pay interest to Lender shall at no time exceed the Cap Rate or be less than the Floor Rate. The Cap Rate and Floor Rate will terminate automatically at the close of business on the Collar Maturity Date. The Cap Rate and Floor Rate will terminate automatically at the close of business on the Collar Maturity Date. No extension of the scheduled maturity date of this Note shall be deemed an extension of the Collar Maturity Date. The Cap Rate does not negate any default interest rate applicable to this Note.

**Payments Upon Prepayment or Early Termination.** In order to establish the Collar, it may be necessary or advisable for Lender to "hedge" an amount equal to the principal amount of this Note in the financial market or to otherwise make arrangements or take actions to permit Lender to carry out its obligations hereunder, which actions may result in various costs and risks to Lender beyond those Lender would otherwise incur with respect hereto. Accordingly, if Borrower prepays all or any portion of this Note prior to the Collar Maturity Date or if this Note becomes due and payable at any time prior to the Collar Maturity Date by acceleration or otherwise, Borrower agrees to pay to Lender immediately upon demand by Lender an amount reasonably determined by Lender to be the cost to offset the Collar if any, as determined by the collar market, or if there then exists no collar market an amount reasonably determined by Lender, at the time of prepayment or early termination for a collar in an amount approximately equal to the principal amount prepaid or the outstanding principal balance of this Note on such early termination date and for a term equal to the remaining term until the Collar Maturity Date. Borrower acknowledges and agrees that such amount constitutes a reasonable estimate of Lender's additional costs for providing the Collar, as well as reasonable compensation for Lender's incurring of the additional risks associated therewith.

THIS ADDENDUM TO PROMISSORY NOTE (ZERO PREMIUM COLLAR) IS EXECUTED ON JANUARY 3, 2006.

**BORROWER:**

X John Charles Pool
John C. Pool

LASER PRO Lending, Ver. 5.29.00.002 Copr. Harland Financial Solutions, Inc. 1997, 2006. All Rights Reserved. AK H:\APPS\LASERPRO\LPO\CFI\LPL\D20 FC TR-20172 PR-169

EXHIBIT A

Page 1 of 1 Page(s)