| 1-20 | NBC | Pool Truck 3017 | 25.109.D | | | $ |
|---|---|---|---|---|---|---|
| DATE | INITIALS | CLIENT | MATTER | CODE | HOURS TENTHS TIME | DOLLARS CENTS MONEY |

**CODE CLASSIFICATION**

| A  COURT APPEARANCE | D  DICTATION | R  RESEARCH | V  TRAVEL |
|---|---|---|---|
| B  BRIEFING | F  FACTS INVESTIGATION | S  PETTY CASH | O  OTHER |
| C  CONFERENCE | P  PREPARATION | T  TELEPHONE | FAX  FACSIMILE |

ADDITIONAL COMMENTS: Copies x7 = 42 pages

---

| 1/6 | RO | Pool | 25.109.D | | | $ 17.50 |
|---|---|---|---|---|---|---|
| DATE | INITIALS | CLIENT | MATTER | CODE | HOURS TENTHS TIME | DOLLARS CENTS MONEY |

**CODE CLASSIFICATION**

| A  COURT APPEARANCE | D  DICTATION | R  RESEARCH | V  TRAVEL |
|---|---|---|---|
| B  BRIEFING | F  FACTS INVESTIGATION | S  PETTY CASH | O  OTHER |
| C  CONFERENCE | P  PREPARATION | T  TELEPHONE | FAX  FACSIMILE |

70

POSTED

ADDITIONAL COMMENTS: 63 pages

---

| 12/13 | ML | POOL | D | | | $ |
|---|---|---|---|---|---|---|
| DATE | INITIALS | CLIENT | MATTER | CODE | HOURS TENTHS TIME | DOLLARS CENTS MONEY |

**CODE CLASSIFICATION**

| A  COURT APPEARANCE | D  DICTATION | R  RESEARCH | V  TRAVEL |
|---|---|---|---|
| B  BRIEFING | F  FACTS INVESTIGATION | S  PETTY CASH | O  OTHER |
| C  CONFERENCE | P  PREPARATION | T  TELEPHONE | FAX  FACSIMILE |

$28.00

POSTED

ADDITIONAL COMMENTS: Copies 40 + 9 + 63

EXHIBIT __B__

Page __1__ of __1__ Page(s)