| 1/6 | RD | Pool | 25.109.D | | . | $ 5 25 |
|---|---|---|---|---|---|---|
| DATE | INITIALS | CLIENT | MATTER | CODE | HOURS TENTHS TIME | DOLLARS CENT MONEY |

POSTAGE

**CODE CLASSIFICATION**

| A COURT APPEARANCE | D DICTATION | R RESEARCH | V TRAVEL |
| B BRIEFING | F FACTS INVESTIGATION | S PETTY CASH | O OTHER |
| C CONFERENCE | P PREPARATION | T TELEPHONE | FAX FACSIMILE |

(POSTED)

ADDITIONAL COMMENTS: _____ $1.75 x 3 _____

EXHIBIT   C

Page 1 of 1 Page(s)