| Date | Time | Client Name | Account No. | Faxed to | Ini. | Pgs. | Explanation |
|---|---|---|---|---|---|---|---|
| 12/19 | 4:10 | Pool, Chuck | 25.109.D | Chuck Pool | RD | 5. | Title Report |
| 12/23/05 | 2:20 | Pool | 25109D | Seaver | AV | 23. | Ltr/agmt |

EXHIBIT D

| Date | Time | Client Name | Account No. | Faxed to | Ini. | Pgs. | Explanation |
|---|---|---|---|---|---|---|---|
| 12/23/05 | ~~4/05~~ | ~~Pool D~~ 25109 | 25109D | ~~Mitch~~ US DIST Court AK | — | 10 | pldgs |
| — | 4:09 | ✓ | ✓ | Mitch | — | — | — |
| ✓ | 4:10 | ✓ | ✓ | R. Nelson | m | 10. | ✓ |
| — | " | Chuck Pool | 25.109.D | Chuck | AK | 2. | — |
| 2/27 | 8:27 | " | " | Ktn Title | RD | 3 | |
| ✓ | 8:50 | " | " | " | " | 2 | |
| [illegible] | 10:45 | " | " | Chuck Pool | RO | 5 | Reply to Opposition |
| ✓ | 3:37 | Chuck Pool | 25.109.D | E: Mitch Seaver | RD | 2 | Letter to Seaver |
| ✓ | 3:39 | " " | " " | Chuck Pool | RD | 2 | " " |
| ✓ | 4:38 | " " | " " | " " | RD | 2 | Seaver letter dated 12/21 |
| 2/28 | 10:22 | Chuck Pool | 25.109.D | Mitch Seaver | RO | 5 | Prelim Commit, Rev 3 |

EXHIBIT D

Page 2 of 3 Page(s)

| Date | Time | Client Name | Account No. | Faxed to | Ini. | Pgs. | Explanation |
|---|---|---|---|---|---|---|---|
| 12/30 | 4:30 | POOL | 25.109D | POOL | ML | 3 | Letter |
| 1/13/06 | 8:40 | Charles Pool | 25.109.D | Charles Pool | RD | 4 | Request for Oral Argument |
| 1/13/06 | 5:30 | Pool, Charles | 25.109.D | Richard Nelson | RD | 5 | Joinder |
| 1/13 | 5:32 | " | " | Scott Brandt-Erichsen | " | " | " |
| 1/13 | 5:35 | " | " | Mitch Seaver | " | " | " |
| 1/16/06 | 10:42 | " | " | Scott Brandt-Erichsen | " | 3 | Draft Joiner Motion to Dismiss |

EXHIBIT D

Page 3 of 3 Page(s)