RECEIVED
MAR 3 2006
CLERK, U.S. DISTRICT COURT
JUNEAU, ALASKA

MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

CASE NAME:   JOERGEN SCHADE et al v. KETCHIKAN GATEWAY BOROUGH, et al.

CASE NO:     1:05-cv-00017-RRB
             J05-0017 CV (RRB)

APPEARANCES: Plaintiffs: Richard Nelson

             Defendants: Jeff Currall for Charles Pool
                         Scott Brandt-Erichsen for Ketchikan
                         Gateway Borough

PROCEEDING: Clerk's Taxation Hearing on Defendant Pool's Bill of Costs

---

A cost bill hearing was scheduled and noticed for March 1, 2006. Plaintiffs' counsel appeared in person at the Clerk's Office, Juneau; defendants' counsel appeared telephonically.

Plaintiff's objection to particular cost bill items was filed 2/28/06 (Docket 55-1). Defendant Pool's reply was filed the same day (Docket 56-1).

Having reviewed the cost bill, objections and replies, costs are allowed pursuant to D.Ak. LR 54.1 as follows: Copying charges of $83.05, long distance charges of $4.03, postage of $5.25, and transcript charges of $180.20.

Not allowed are the costs for computerized legal research of $133.75, facsimile charges of $106.00 and interest costs of $6,880.64 for a total disallowed costs of $7,120.39.

Total costs taxed in favor of defendant Pool and against plaintiffs are: $272.53.

Appeal of this allowance of costs can be made to the presiding judicial officer.

\* \* \*