**Richard L. Nelson**
**ABA No. 0209036**
**Baxter Bruce & Sullivan, P.C.**
**P.O. Box 32819**
**Juneau, Alaska  99803**
**phone:  (907) 789-3166**
**fax: (907) 789-1913**
**rnelson@baxterbrucelaw.com**
**Attorneys for Plaintiffs**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **JOERGEN SCHADE  and ROBERT MERRELL** )<br>)<br>) | |
| **Plaintiffs,** ) | |
| ) | |
| **vs.** ) | |
| ) | |
| **KETCHIKAN GATEWAY BOROUGH and CHARLES POOL** )<br>) | |
| ) | |
| **Defendants** ) | **Case No. J05 - 0017 CV (RRB)** |

_____

### NOTICE OF APPEAL

        Notice of Appeal is hereby given that Plaintiffs, Joergen Schade and Robert Merrell, hereby appeal to the United States Court of Appeals for the Ninth Circuit from that part of the decision of this Court, signed on February 13, 2006,[1] which grants the Motion to Dismiss or, in the Alternative, for Summary Judgment, and from the corresponding Judgment in a Civil Case entered on February 14, 2006.[2]

---

[1] Clerk's Docket No. 47

[2] Clerk's Docket No. 48

BAXTER BRUCE & SULLIVAN P.C.
P.O. Box 32819, Juneau Alaska 99803
Ph: (907) 789-3166
Fax: (907) 789-1913

*Joergen Schade and Robert Merrell v. Ketchikan Gateway Borough and Charles Pool*
**Plaintiffs' Notice of Appeal; Page 1 of 2; Case No. J05-0017 CV (RRB)**

DATED this 7th day of March, 2006.

BAXTER BRUCE & SULLIVAN P.C.


s/ Richard L. Nelson
P.O. Box 32819
Juneau, Alaska 99803
Phone: (907) 789-3166
Fax: (907) 789-1913
E-mail: rnelson@baxterbrucelaw.com
ABA No. 0209036


**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of March, 2006, a copy of the foregoing was served electronically on Scott Brandt-Erichsen and Geoffrey Currall.


s/ Richard L. Nelson

BAXTER BRUCE & SULLIVAN P.C.
P.O. Box 32819, Juneau Alaska 99803
Ph: (907) 789-3166
Fax: (907) 789-1913