**Richard L. Nelson**
**ABA No. 0209036**
**Baxter Bruce & Sullivan, P.C.**
**P.O. Box 32819**
**Juneau, Alaska  99803**
**phone:  (907) 789-3166**
**fax: (907) 789-1913**
**rnelson@baxterbrucelaw.com**
**Attorneys for Plaintiffs**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOERGEN SCHADE and ROBERT MERRELL ) ) ) Plaintiffs, ) ) vs. ) ) KETCHIKAN GATEWAY BOROUGH and ) CHARLES POOL ) ) Defendants ) ) | Case No. J05 - 0017 CV (RRB) |

## **ERRATA**

Plaintiffs Joergen Schade and Robert Merrell, by and through their counsel, hereby submit this correction to their Notice of Appeal.  On March 7, 2006, Plaintiffs filed their Notice of Appeal (Docket No. 58), without the Civil Appeals Docketing Statement and Statement of Representation required by the Federal Rules of Appellate Procedure.  These documents are filed herewith as Exhibits A and B, respectively.

DATED this 7th day of March, 2006.

BAXTER BRUCE & SULLIVAN P.C.

s/ Richard L. Nelson
P.O. Box 32819
Juneau, Alaska 99803
Phone: (907) 789-3166
Fax: (907) 789-1913
E-mail: rnelson@baxterbrucelaw.com
ABA No. 0209036

*Joergen Schade and Robert Merrell v. Ketchikan Gateway Borough and Charles Pool*
**Statement of Representation; Page 1 of 2; Case No. J05-0017 CV (RRB)**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of March, 2006, a copy of the foregoing was served electronically on Scott Brandt-Erichsen and Geoffrey Currall.

s/ Richard L. Nelson

BAXTER BRUCE & SULLIVAN P.C.
P.O. Box 32819, Juneau Alaska 99803
Ph: (907) 789-3166
Fax: (907) 789-1913

Case 1:05-cv-00017-RRB    Document 59    Filed 03/07/2006    Page 2 of 2

*Joergen Schade and Robert Merrell v. Ketchikan Gateway Borough and Charles Pool*
**Statement of Representation; Page 2 of 2; Case No. J05-0017 CV (RRB)**