

USCA DOCKET # (IF KNOWN)

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## CIVIL APPEALS DOCKETING STATEMENT

PLEASE ATTACH ADDITIONAL PAGES IF NECESSARY.

| TITLE IN FULL: <br> JOERGEN SCHADE and ROBERT MERRELL, <br><br>    PLAINTIFFS, <br><br> v. <br><br> KETCHIKAN GATEWAY BOROUGH and CHARLES <br> POOL, <br><br>    DEFENDANTS. | DISTRICT: Alaska       JUDGE: Beistline |
|---|---|
| | DISTRICT COURT NUMBER: J05-017 CV |
| | DATE NOTICE OF APPEAL FILED: March 7, 2006    IS THIS A CROSS-APPEAL? ☐ YES |
| | IF THIS MATTER HAS BEEN BEFORE THIS COURT PREVIOUSLY, PLEASE PROVIDE THE DOCKET NUMBER AND CITATION (IF ANY): |

**BRIEF DESCRIPTION OF NATURE OF ACTION AND RESULT BELOW:**

Suit to set aside unlawful conveyance by Ketchikan Gateway Borough to Charles Pool and to set aside unlawful resolution of the Assembly on which the conveyance is based.

**PRINCIPAL ISSUES PROPOSED TO BE RAISED ON APPEAL:**
(1) Error in granting Motion to Dismiss
(2) Error in failing to allow amendment of pleadings
(3) Error in granting Motion for Summary Judgment
(4) Error in failing to rule on/grant Rule 56(f) motion

**PLEASE IDENTIFY ANY OTHER LEGAL PROCEEDING THAT MAY HAVE A BEARING ON THIS CASE (INCLUDE PENDING DISTRICT COURT POSTJUDGMENT MOTIONS):**

   Cost bill motion by Defendant Pool and attorney's fee motions by both defendants

**DOES THIS APPEAL INVOLVE ANY OF THE FOLLOWING:**

☒ Possibility of settlement

☐ Likelihood that intervening precedent will control outcome of appeal

☐ Likelihood of a motion to expedite or to stay the appeal, or other procedural matters (Specify) _____

☐ Any other information relevant to the inclusion of this case in the Mediation Program _____

_____

      ☐

Possibility parties would stipulate to binding award by Appellate Commissioner in lieu of submission to judges

## LOWER COURT INFORMATION

| JURISDICTION | | DISTRICT COURT DISPOSITION | |
|---|---|---|---|
| FEDERAL | APPELLATE | TYPE OF JUDGMENT/ORDER APPEALED | RELIEF |
| ☒ FEDERAL QUESTION | ☒ FINAL DECISION OF DISTRICT COURT | ☐ DEFAULT JUDGMENT | ☐ DAMAGES: SOUGHT $_____ AWARDED $ _____ |
| ☒ DIVERSITY | ☐ INTERLOCUTORY DECISION APPEALABLE AS OF RIGHT | ☐ DISMISSAL/JURISDICTION ☒ DISMISSAL/MERITS ☒ SUMMARY JUDGMENT | ☒ INJUNCTIONS: ☒ PRELIMINARY |
| ☐ OTHER (SPECIFY): | ☐ INTERLOCUTORY ORDER CERTIFIED BY DISTRICT JUDGE (SPECIFY): | ☐ JUDGMENT/COURT DECISION ☐ JUDGMENT/JURY VERDICT ☐ DECLARATORY JUDGMENT | ☒ PERMANENT ☐ GRANTED ☒ DENIED |
| | ☐ OTHER (SPECIFY): | ☐ JUDGMENT AS A MATTER OF LAW ☐ OTHER (SPECIFY): | ☐ ATTORNEY FEES: SOUGHT $ _____ AWARDED $ _____ |
| | | | ☐ PENDING |
| | | | ☐ COSTS: $ _____ |

## CERTIFICATION OF COUNSEL

**I CERTIFY THAT:**

1. COPIES OF ORDER/JUDGMENT APPEALED FROM ARE ATTACHED.

2. A CURRENT SERVICE LIST OR REPRESENTATION STATEMENT WITH TELEPHONE AND FAX NUMBERS IS ATTACHED (SEE 9TH CIR. RULE 3-2).

3. A COPY OF THIS CIVIL APPEALS DOCKETING STATEMENT WAS SERVED IN COMPLIANCE WITH FRAP 25.

4. I UNDERSTAND THAT FAILURE TO COMPLY WITH THESE FILING REQUIREMENTS MAY RESULT IN SANCTIONS, INCLUDING DISMISSAL OF THIS APPEAL.

| /s Richard L. Nelson | 03/07/06 |
|---|---|
| Signature | Date |

## COUNSEL WHO COMPLETED THIS FORM

NAME: Richard L. Nelson

FIRM: Baxter Bruce & Sullivan P.C.

ADDRESS: P. O. Box 32819
Juneau, Alaska 99803

E-MAIL: rnelson@baxterbrucelaw.com

TELEPHONE: (907) 789-3166

FAX: (907) 789-1913

---

**✱THIS DOCUMENT SHOULD BE FILED IN THE DISTRICT COURT WITH THE NOTICE OF APPEAL✱**
**✱IF FILED LATE, IT SHOULD BE FILED DIRECTLY WITH THE U.S. COURT OF APPEALS✱**