1  **Richard L. Nelson**
2  **ABA No. 0209036**
   **Baxter Bruce & Sullivan, P.C.**
3  **P.O. Box 32819**
4  **Juneau, Alaska  99803**
   **phone:  (907) 789-3166**
5  **fax: (907) 789-1913**
   **rnelson@baxterbrucelaw.com**
6  **Attorneys for Plaintiffs**

7
8
9                        **IN THE UNITED STATES DISTRICT COURT**
                            **FOR THE DISTRICT OF ALASKA**
10

11  **JOERGEN SCHADE  and ROBERT**           )
    **MERRELL**                               )
12                                            )
13              **Plaintiffs,**                )
                                              )
14  **vs.**                                   )
                                              )
15                                            )
    **KETCHIKAN GATEWAY BOROUGH and**         )
16  **CHARLES POOL**                          )
                                              )
17              **Defendants**                 )   **Case No. J05 - 0017 CV (RRB)**
18

19                       **STATEMENT OF REPRESENTATION**
20

21       Pursuant to 9th Cir. Rule 3-2 Plaintiffs Joergen Schade and Robert Merrell, by and

22  through their counsel of record, Richard L. Nelson of Baxter Bruce & Sullivan  P.C.,  hereby

23  make this statement of representation.

| Defendant Ketchikan Gateway Borough | Mr. Scott Brandt-Erichsen<br>Borough Attorney<br>Ketchikan Gateway Borough<br>334 Front St.<br>Ketchikan AK 99901<br>boro_law@borough.ketchikan.ak.us<br>(907) 228-6635 (phone)<br>(907) 228-6625 (fax) |
|---|---|

*Joergen Schade and Robert Merrell v. Ketchikan Gateway Borough and Charles Pool*
**Statement of Representation; Page 1 of 2; Case No. J05-0017 CV (RRB)**

BAXTER BRUCE & SULLIVAN P.C.
P.O. Box 32819, Juneau Alaska 99803
Ph: (907) 789-3166
Fax: (907) 789-1913

| Defendant Charles Pool | Geoffrey Currall<br>Keene & Currall<br>540 Water Street, Suite 302<br>Ketchikan AK 99901<br>jeff.currall@keenecurrall.com<br>(907) 225-4131 (phone)<br>(907) 225-0540 (fax) |
|---|---|

DATED this 7th day of March, 2006.

BAXTER BRUCE & SULLIVAN P.C.

s/ Richard L. Nelson
P.O. Box 32819
Juneau, Alaska 99803
Phone: (907) 789-3166
Fax: (907) 789-1913
E-mail: rnelson@baxterbrucelaw.com
ABA No. 0209036

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of March, 2006, a copy of the foregoing was served electronically on Scott Brandt-Erichsen and Geoffrey Currall.

s/ Richard L. Nelson

*Joergen Schade and Robert Merrell v. Ketchikan Gateway Borough and Charles Pool*
**Statement of Representation; Page 2 of 2; Case No. J05-0017 CV (RRB)**