ATTORNEYS AT LAW

# BAXTER BRUCE & SULLIVAN P.C.

PROFESSIONAL CORPORATION

P.O. BOX 32819
JUNEAU, ALASKA 99803
(907) 789-3166 (Telephone)
(907) 789-1913 (Facsimile)
www.baxterbrucelaw.com

FRED J. BAXTER
DANIEL G. BRUCE
KEVIN J. SULLIVAN
Z. KENT SULLIVAN
KATHLEEN A. FREDERICK
DAVID A. LAWRENCE
RICHARD L. NELSON

March 9, 2006

RECEIVED
MAR 1 3 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Ida Romack, Clerk of the Court
United States District Court
22 W. 7th Ave., Box 4, Room 229
Anchorage, Alaska 99913-7564

RE:   Schade, et al. v. Ketchikan Gateway Borough, et al.; Case No. J05-017 CV
      Our File No. 7755-003

Dear Ms. Romack:

Enclosed is the following:

1. Check No. 16131, in the amount of $255.00 as the filing fee for our Notice of Appeal (Docket No. 58) in the above-referenced case.

If you have any questions, please feel free to contact our office.

Sincerely,

BAXTER BRUCE & SULLIVAN P.C.

Heather A. Hildebrand

Heather A. Hildebrand
Legal Assistant

Enclosure (1)
/hah

```
        UNITED STATES
        DISTRICT COURT
         District of Alaska
         Anchorage Division

       # 00127808 - PS
         March 13, 2006

   Code    Case #    Qty      Amount

   086900-F J0-5-17                255.00 CK


   TOTAL→                          255.00


   FROM: BAXTER BRUCE & SULLIVAN PC
         FOR HEATHER A. HILDEBRAND
         APPEAL
         1:05-CV-00017
```