**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

<u>ROBERT MERRELL, et al</u> v. <u>KETCHIKAN GATEWAY BOROUGH & CHARLES POOL</u>

THE HONORABLE RALPH R. BEISTLINE

DEPUTY CLERK                                        CASE NO.  <u>1:05-cv-00017-RRB</u>

<u>CAROLYN BOLLMAN</u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: March 16, 2006

========================================================

    Defendant Charles Pool has filed at Docket 60 a Motion for Review of Clerk's Taxation of Costs.

    The above-referenced case is referred to Magistrate Judge <u>Phillip M. Pallenberg</u> for disposition or findings and recommendations as appropriate pursuant to D.Ak.LMR 4:

<u>XXX</u>    (13)    Judicial review of the allowance of costs by the clerk.

Revised 1/28/05