Scott A. Brandt-Erichsen
ABA No. 8811175
Office of the Borough Attorney
334 Front Street
Ketchikan, Alaska 99901
TEL 907-228-6635
FAX 907-228-6683
Attorney for Ketchikan Gateway Borough

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA

| | |
|---|---|
| **Joergen Schade** and **Robert Merrell**,<br><br>           Plaintiffs,<br><br>     v.<br><br>**Ketchikan Gateway Borough** and **Charles Pool**,<br><br>           Defendants. | <br><br><br><br><br><br><br><br><br><br>Case No. J05-0017 CV(RRB) |

### REPLY TO OPPOSITION TO DEFENDANTS MOTION FOR ATTORNEY'S FEES AND COST

Plaintiffs assertion that Alaska Rule of Civil Procedure 82, does not apply in this case is disingenuous considering that plaintiff alleged in its complaint that Rule 82 applied to the case. This case does not require apportionment as the issues raised were all appropriate for consideration as State law claims. Diversity, to the extent that it was not contested in the motions filed, was the apparent basis for Federal Court jurisdiction.

OFFICE OF THE BOROUGH ATTORNEY
334 Front Street
Ketchikan, Alaska 99901
TEL 907-228-6635
FAX 907-228-6683

*Schade-Merrell v. KGB-Pool*
Case No. J05-0017 CV
REPLY TO OPPOSITION TO DEFENDANTS MOTION FOR
ATTORNEY'S FEES AND COST
Page 1 of 3

The amount of costs and fees sought by the Defendant Borough in this case are reasonable.[1] Plaintiff's assertion that the availability of minutes, agendas, and code provisions on the Boroughs website was not common knowledge outside of the Ketchikan area is irrelevant. The fact that such materials are available on-line may well not be common knowledge in the Ketchikan area either. However, the general public is not in litigation with the Borough and does not have any responsibility to make a reasonable inquiry to determine the veracity of its claims. When a party is intent on pursuing litigation with a Borough, and the minutes of an Assembly meeting and provisions within the Borough Code are relevant to that litigation, a minimal level of reasonable inquiry would show that not only are the documents available through the Borough's website, but they are available in hard copy without charge from the Borough Clerk's office. The point is that the plaintiff's could have easily found the information if they had expended even a minimal level of effort.

Defendant Borough request for costs of attorney's fees should be granted.

---

[1] Defendant Borough notes that it erroneously omitted cost incurred to have a legal reporting service transcribe portions of the relevant Assembly meeting, discussions of property sales. These costs in the amount of $425.00, were omitted from the Borough's motion. See Affidavit of Cindy Montgomery and the invoice attached as Exhibit A.

OFFICE OF THE BOROUGH ATTORNEY
334 Front Street
Ketchikan, Alaska 99901
TEL 907-228-6635
FAX 907-228-6683

*Schade-Merrell v. KGB-Pool*
Case No. J05-0017 CV
REPLY TO OPPOSITION TO DEFENDANTS MOTION FOR
ATTORNEY'S FEES AND COST
Page 2 of 3

Dated this 16th day of March, 2006.

| | |
|---|---|
| Certified: On March 16th, 2006, a true and correct copy of the within and foregoing was<br>mailed to:<br>faxed to: XXXXX<br>delivered to:<br>delivered to the court tray of:<br><br>Richard L. Nelson, Esq.<br>Baxter Bruce & Sullivan, P.C.<br>P. O. Box 32819<br>Juneau, Alaska 99803<br>FAX 907-789-1913<br>  Attorneys for Plaintiffs<br><br>Geoffrey G. Currall, Esq.<br>Keene & Currall, P.C.<br>540 Water St., Suite 302<br>Ketchikan, Alaska 99901<br>FAX 907-225-0540<br>  Attorneys for Defendant Pool<br><br>/s/ Scott A. Brandt-Erichsen<br>Office of the Borough Attorney<br>MAS:ce\21.036.0031<br><br>G\K\S-M\Reply.to opp.Motion.attorney fees.wpd | OFFICE OF THE BOROUGH ATTORNEY<br><br>By:/s/ Scott A. Brandt-Erichsen<br>Scott A. Brandt-Erichsen<br>Borough Attorney<br>344 Front Street<br>Ketchikan, Alaska 99901<br>Phone:(907)228-6635<br>Fax: (907)228-6683<br>E-mail:<br>boro_law@borough.ketchikan.ak.us<br>ABA No.8811175 |