Scott A. Brandt-Erichsen
ABA No. 8811175
Office of the Borough Attorney
334 Front Street
Ketchikan, Alaska 99901
TEL 907-228-6635
FAX 907-228-6683
Attorney for Ketchikan Gateway Borough

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA

| | |
|---|---|
| **Joergen Schade** and **Robert Merrell**, <br><br> Plaintiffs, <br><br> v. <br><br> **Ketchikan Gateway Borough** and **Charles Pool**, <br><br> Defendants. | <br><br><br><br><br><br><br><br><br><br> Case No. J05-0017 CV(RRB) |

### AFFIDAVIT OF CINDY COVAULT-MONTGOMERY

**STATE OF ALASKA** )
                         ) ss.
**FIRST JUDICIAL DISTRICT** )

    Cindy Covault-Montgomery, being first duly sworn, states as follows:

    1. I am employed by the Ketchikan Gateway Borough as the Legal Secretary.

    2. I have personal knowledge of and am competent to testify regarding the matters set forth in this affidavit.

    3. The attached bill from SEAK Professional Services, LLC. is

OFFICE OF THE BOROUGH ATTORNEY
334 Front Street
Ketchikan, Alaska 99901
TEL 907-228-6635
FAX 907-228-6683

Schade-Merrell v. KGB-Pool
Case No. J05-0017 CV
Affidavit of Scott A. Brandt-Erichsen
Page 1 of 2

a true and correct copy of the bill for transcription services performed by SEAK for the Ketchikan Gateway Borough in the above captioned case.

FURTHER YOUR AFFIANT SAYETH NOT.

I declare under penalty of perjury that the foregoing is true and correct.

**EXECUTED** at Ketchikan, Alaska, this 16th day of March, 2006.

**KETCHIKAN GATEWAY BOROUGH**

By: _____
Cindy Covault-Montgomery
Legal Secretary

**SUBSCRIBED AND SWORN** to before me this 16th day of March, 2006.

(Seal)



_____
Notary Public for Alaska
My commission expires: 9/15/08

OFFICE OF THE BOROUGH ATTORNEY
334 Front Street
Ketchikan, Alaska 99901
TEL 907-228-6635
FAX 907-228-6683

*Schade-Merrell v. KGB-Pool*
Case No. J05-0017 CV
Affidavit of Scott A. Brandt-Erichsen
Page 2 of 2



# SEAK Professional Services, LLC

2415 Hemlock Avenue, Suite 104
Ketchikan, AK 99901
907.225.1145 (V) 907.225.1148 (F)
TIN: 56-2400342

# Invoice

| Date | Invoice # |
|---|---|
| 1/3/2006 | 2603 |

| Terms |
|---|
| Due on receipt |

| Bill To |
|---|
| Ketchikan Gateway Borough<br>Accounts Payable<br>344 Front Street<br>Ketchikan, AK 99901 |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Rush transcription service Assembly 8/15 Re: Ward Cove | 43 | 5.00 | 215.00T |
| Rush transcription service Assembly 9/19 Re: Ward Cove | 33 | 5.00 | 165.00T |
| Rush transcription service Assembly 9/9 Re: Ward Cove | 9 | 5.00 | 45.00T |
| PO #29621 | | | |
| Sales to government agencies | | 0.00% | 0.00 |

**ATTORNEY'S OFFICE**

| Vendor # | Petty P.O. # | Reg. P.O. # |
|---|---|---|
| | | 29621 |

| Description |
|---|
| Transcripts Schade Menne |

| Dept. Approval | Approval | Acctg. |
|---|---|---|
| LBB | | |

| G.L. Account No. | Amount |
|---|---|
| | 425.00 |

Thank you for your business!

$425.00