IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOERGEN SCHADE and ROBERT MERRELL,<br><br>      Plaintiffs,<br><br>vs.<br><br>KETCHIKAN GATEWAY BOROUGH and CHARLES POOL,<br><br>      Defendants. | Case No. 1:05-cv-0017 RRB<br><br>**ORDER RE ATTORNEY FEES** |

      Alaska Civil Rule 82, whether technically applicable or not, provides an appropriate method of assessing prevailing party attorney fees under the facts of this case. The Court, therefore, concludes that attorney fees in the amount of $2,905.34 to Defendant Ketchikan Gateway Borough, and attorney fees of $7,591.00 to Defendant Charles Pool are fair and reasonable under the circumstances, considering all the arguments raised, and hereby awards attorney fees accordingly.

      ENTERED this 20th day of March, 2006.

                                     /s/ RALPH R. BEISTLINE
                                     UNITED STATES DISTRICT JUDGE