UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

MAR 13 2006

FILED _____
DOCKETED _____
             DATE    INITIAL

**CASE INFORMATION:**
Short Case Title: Merrell et al v Ketchikan Gateway Borough
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: Ralph R Beistline 1:05-cv-00017-RRB
Date Complaint/Indictment/Petition Filed: 12/20/2005
Date Appealed Order/Judgment *entered*: 2/14/2006
Date NOA *filed*: 3/07/2006
COA Status (check one):
__granted in full (attach order)    __denied in full (send record)
__granted in part (send record)    __pending

06-35250

RECEIVED
APR 0 3 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Court Reporter(s) Name and Phone Number: Tina J Grothause

Magistrate Judge's Order? If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: 3/7/2006          Date Docket Fee billed: __
Date FP granted: __                      Date FP denied: __
Is FP pending? no                        Was FP Limited/Revoked?
US Government Appeal? no
Companion Cases? Please list: __

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellate Counsel:                       Appellee Counsel:
Richard L Nelson                         Mitchell A Seaver
P.O. Box 32819                           307 Bawden St
Juneau, AK 99803                         Ketchikan, AK 99901
(907)789-3166                            (907)228-6635

X retained   __CJA   __FPD   __FPD   __Other   Please attach Appointment Order.

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: __        9th Circuit Docket Number: __

Name and phone number of person completing this form: Tina J Grothause
                                                       (907) 451-5791