# UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA
## TRANSCRIPT DESIGNATION FORM

1:05-CV-00017-RRB

U.S. Court of Appeals # _____ U.S. District Court # J05-017

Short Case Title: Schade, et al. v. Ketchikan Gateway Borough, et al.

**RECEIVED MAR 30 2006**
**CLERK, U.S. DISTRICT COURT**
**JUNEAU, ALASKA**

Date Notice of Appeal Filed by Clerk of District Court: 3/7/06

**Section A - To Be completed by Party Ordering Transcript**

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
|  |  | VOIR DIRE |
|  |  | OPENING STATEMENTS |
|  |  | SETTLEMENT INSTRUCTIONS |
|  |  | CLOSING ARGUMENTS |
|  |  | JURY INSTRUCTIONS |
|  |  | PRE-TRIAL PROCEEDINGS |
| 2/13/06 | CME | OTHER Oral Arguments |

(Attach Additional Page for Designations if Necessary)

(X) As retained counsel I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order. I have attached a completed AO-435, Transcript Order Form, to this designation for purposes of ordering the transcript(s).

( ) I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. The transcripts have previously been produced and are already on file with the court.

( ) I do not intend to designate any portion of the transcript and will notify counsel of this intention.

( ) As appointed counsel I certify that an appropriate order, i.e., CJA-24, authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the Court. I agree to recommend payment for work done prior to cancellation of this order.

Date Transcript Ordered: 3/30/06     Estimated Date for Completion: _____

Signature of Attorney: [signature]     Phone Number: (907) 789-3166

Address: P.O. Box 32819, Juneau, Alaska 99803

**Section B - To Be Completed by Court Reporter**

I, _____ (Signature of Court Reporter), have received this designation.

( ) Arrangements for payment were made on _____

( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

Approximate Number of Pages _____     Due Date _____

**Section C - To Be Completed by Court Reporter**

Date Transcript Filed _____     Court Reporter's Signature _____

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA

| | |
|---|---|
| JOERGEN SCHADE and ROBERT MERRELL ) ) ) Plaintiffs, ) ) vs. ) ) KETCHIKAN GATEWAY BOROUGH and ) CHARLES POOL ) ) Defendants ) ) | Case No. 1:05-cv-00017-RRB |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 30th day of March, 2006, a true and correct copy of the Transcript Designation Form submitted in the above-captioned case was served via e-mail and regular mail upon:

Mr. Scott Brandt-Erichsen
Borough Attorney
Ketchikan Gateway Borough
334 Front St.
Ketchikan AK 99901
boro_law@borough.ketchikan.ak.us

Geoffrey Currall
Keene & Currall
540 Water Street
Suite 302
Ketchikan AK 99901
jeff.currall@keenecurrall.com

DATED this 30th day of March, 2006.

BAXTER BRUCE & SULLIVAN P.C.

By _Heather A. Hildebrand_
Heather A. Hildebrand
Legal Assistant

BAXTER BRUCE & SULLIVAN P.C.
P.O. Box 32819, Juneau Alaska 99803
Ph: (907) 789-3166
Fax: (907) 789-1913

*Joergen Schade and Robert Merrell v. Ketchikan Gateway Borough and Charles Pool*
Certificate of Service; Page 1 of 1; Case No. 1:05-cv-00017-RRB