UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 16 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

ROBERT MERRELL; et al.,

    Plaintiffs - Appellants,

v.

KETCHIKAN GATEWAY BOROUGH; et al.,

    Defendants - Appellees.

No. 06-35250

D.C. No. CV-05-00017-J-RRB
District of Alaska,
Juneau

ORDER

Pursuant to the stipulation of the parties, this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A certified copy of this order shall serve as the mandate of this court.

FOR THE COURT

Roxane G. Ashe
Circuit Mediator

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JUN 16 2006

by: Deputy Clerk