IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOERGEN SCHADE, ROBERT MERRELL,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>KETCHIKAN GATEWAY BOROUGH, CHARLES POOL,<br><br>　　　　Defendants. | Case No. 1:05-cv-0017-RRB<br><br>**ORDER AFFIRMING CLERK'S TAXATION OF COSTS** |

　　　　Before the Court at Docket 60 is Defendant Pool's Request for Court Review of Clerk's Ruling on Cost Bill. The Court has reviewed the record hereof, including the Initial Report and Recommendation at Docket 72, and hereby finds Defendant's request without merit.

　　　　For the reasons set forth by the Magistrate Judge, the Clerk's decision on costs is hereby **AFFIRMED**.

　　　　ENTERED this 28th day of June, 2006.

　　　　　　　　　　　　/s/ RALPH R. BEISTLINE
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE